# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |
| | | Related Docket Nos. 3 & 33 |

Hearing Date: February 11, 2015 at 2:00 p.m. prevailing Eastern time
Objection Deadline: February 4, 2015 at 4:00 p.m. prevailing Eastern time

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO (A) PAY WAGES, SALARIES AND OTHER COMPENSATION, PAYROLL WITHHOLDINGS AND BENEFITS CONTRIBUTIONS, (B) MAINTAIN EMPLOYEE MEDICAL AND SIMILAR BENEFITS, AND (C) PAY REIMBURSABLE EMPLOYEE EXPENSES; AND (II) AUTHORIZING BANKS AND OTHER FINANCIAL INSTITUTIONS TO PAY ALL CHECKS AND ELECTRONIC PAYMENT REQUESTS MADE BY DEBTOR RELATING TO THE FOREGOING

TO: (a) the United States Trustee for the District of Delaware; (b) counsel for the Debtor's proposed purchaser and post-petition lender SITO Mobile, Ltd.; (c) counsel for Fast Pay Partners LLC, the Debtor's secured lender; (d) the Debtor's twenty (20) largest unsecured creditors; and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on January 21, 2015, the above-captioned debtor and debtor-in-possession (the "Debtor"), filed the *Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Wages, Salaries and Other Compensation, Payroll Withholdings and Benefits Contributions, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses; and (II) Authorizing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by Debtor Relating to the Foregoing* (the "Motion") (Docket No. 3) with the United States Bankruptcy Court for the

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court granted interim relief on the Motion and entered the *Interim Order (I) Authorizing the Debtor to (A) Pay Wages, Salaries and Other Compensation, Payroll Withholdings and Benefits Contributions, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses; and (II) Authorizing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by Debtor Relating to the Foregoing* (the "Interim Order") (Docket No. 33), attached hereto as Exhibit 2. Pursuant to the Interim Order, a final hearing on the motion shall be held on February 11, 2015 at 2:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **February 4, 2015 at 4:00 p.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) proposed counsel to the Debtor: (i) Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James E. O'Neill, Esquire; (ii) counsel to SITO Mobile, Ltd., Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn: Nancy Mitchell, Esq.; (iii) counsel to Fast Pay Partners, The Lamm Group, 1608 Walnut Street, Suite 703, Philadelphia, PA 19103, Attn: Deirdre M. Richards, Esq.; (iv) counsel to any Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING TO CONSIDER APPROVAL OF THE NON-INSIDER SEVERANCE PROGRAM WILL BE HELD ON **FEBRUARY 11, 2015 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801.

Dated: January 23, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  ikharasch@pszjlaw.com
            lcantor@pszjlaw.com
joneill@pszjlaw.com

[Proposed] Counsel for Debtors and Debtors in Possession

DOCS_DE:197558.1 36480/001