IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |
| | | Related Docket Nos. 4, 31 & 41 |

**NOTICE OF ENTRY OF ORDER
ON DEBTOR'S MOTION PURSUANT TO SECTIONS 105, 363, 1107 AND 1108 OF THE
BANKRUPTCY CODE FOR AN ORDER AUTHORIZING (I) MAINTENANCE OF
EXISTING BANK ACCOUNTS, (II) CONTINUED USE OF EXISTING BUSINESS
FORMS, AND (III) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM**

TO: (a) the United States Trustee for the District of Delaware; (b) counsel for the Debtor's proposed purchaser and post-petition lender SITO Mobile, Ltd.; (c) counsel for Fast Pay Partners LLC, the Debtor's secured lender; (d) the Debtor's twenty (20) largest unsecured creditors; (e) the banks, and (f) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on January 21, 2015, the above-captioned debtor and debtor-in-possession (the "Debtor"), filed the *Debtor's Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code for an Order Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, and (III) Continued Use of Existing Cash Management System* (the "Motion") (Docket No. 4) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** on January 23, 2015 the Court conducted a hearing on the Motion (the "Hearing"). At the hearing, the Court offered comments regarding the proposed order. Following the hearing, the Debtor filed the *Certification of Counsel Regarding Revised Order Authorizing (I) Maintenance of Existing Bank Accounts,*

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

*(II) Continued Use of Existing Business Forms, and (III) Continued Use of Existing Cash Management System [Docket No. 31]*.

**PLEASE TAKE FURTHER NOTICE** that on January 23, 2015 the Bankruptcy Court granted the relief on the Motion and entered the *Revised Order Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, and (III) Continued Use of Existing Cash Management System* (the "Revised Order") (Docket No. 41), attached hereto as <u>Exhibit 2</u>.

Dated: January 23, 2015

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        Ira D. Kharasch (CA Bar No. 109084)
        Linda F. Cantor (CA Bar No. 153672)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        E-mail:  ikharasch@pszjlaw.com
                    lcantor@pszjlaw.com
        joneill@pszjlaw.com

        [Proposed] Counsel for Debtors and Debtors in Possession

DOCS_DE:197572.1 36480/001