IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |

Related Docket Nos. 5 & 34

Hearing Date: February 11, 2015 at 2:00 p.m. prevailing Eastern time
Objection Deadline: February 4, 2015 at 4:00 p.m. prevailing Eastern time

### NOTICE OF FINAL HEARING REGARDING DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (A) APPROVING THE DEBTOR'S PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES; (B) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES; (C) APPROVING THE DEBTOR'S PROPOSED PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE REQUESTS; AND (D) GRANTING RELATED RELIEF

TO:  (a) the United States Trustee for the District of Delaware; (b) counsel for the Debtor's proposed purchaser and post-petition lender SITO Mobile, Ltd.; (c) counsel for Fast Pay Partners LLC, the Debtor's secured lender; (d) the Debtor's twenty (20) largest unsecured creditors; (e) the utilities and (f) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on January 21, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (B) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services; (C) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests; and (D) Granting Related Relief* [Docket No. 5] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

**PLEASE TAKE FURTHER NOTICE** that on January 23, 2015, the Bankruptcy Court entered the *Order (A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services; (B) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services; (C) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests; and (D) Granting Related Relief* [Docket No. 34] (the "Interim Order"). A copy of the Interim Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the final relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court no later than **4:00 p.m. prevailing Eastern time on February 4, 2015**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) [proposed] counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill, Esq., (ii) counsel to SITO Mobile, Ltd., Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn: Nancy Mitchell, Esq.; (iii) counsel to Fast Pay Partners, The Lamm Group, 1608 Walnut Street, Suite 703, Philadelphia, PA 19103, Attn: Deirdre M. Richards, Esq.; (iv) counsel to any Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **FEBRUARY 11, 2015 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824

MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 23, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ikharasch@pszjlaw.com
lcantor@pszjlaw.com
joneill@pszjlaw.com

[Proposed] Counsel for Debtors and Debtors in Possession

DOCS_DE:196330.1 02