### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 11, 37 & 43** |

**Hearing Date: February 11, 2015 at 2:00 p.m. prevailing Eastern time**
**Objection Deadline: February 4, 2015 at 4:00 p.m. prevailing Eastern time**

### NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING REGARDING MOTION OF DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING POSTPETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE PRIORITY, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING AND (V) GRANTING RELATED RELIEF

TO:    (a) the United States Trustee for the District of Delaware; (b) counsel for the Debtor's proposed purchaser and post-petition lender SITO Mobile, Ltd.; (c) counsel for Fast Pay Partners LLC, the Debtor's secured lender; (d) the Debtor's twenty (20) largest unsecured creditors; (e) all parties known by Debtor to assert liens with respect to the acquired assets and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002.

      **PLEASE TAKE NOTICE** that on January 21, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for* Entry of *Interim and Final Orders (I) Authorizing Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Priority, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 11] (the "Motion"). A copy of the Motion was previously served upon you.

      **PLEASE TAKE FURTHER NOTICE** on January 23, 2015 the Court conducted a hearing on the Motion (the "Hearing"). At the hearing, the Court offered comments

---

[1]    The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

regarding the proposed order.  Following the hearing, the Debtor filed the *Certification of Counsel Regarding Revised Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing; (B) Utilize Cash Collateral; and (C) Pay Certain Related Fees and Charges; and (II) Scheduling a Final Hearing [Docket No. 37]*.

**PLEASE TAKE FURTHER NOTICE** that on January 23, 2015, the Bankruptcy Court entered the *Interim Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing; (B) Utilize Cash Collateral; and (C) Pay Certain Related Fees and Charges; and (II) Scheduling a Final Hearing.*[Docket No. 43] (the "Interim Order").  A copy of the Interim Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the final relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **December 11, 2014 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) [proposed] counsel to the Debtor,  Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill, Esq., (ii) counsel to SITO Mobile, Ltd.,  Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn:  Nancy Mitchell, Esq.; (iii) counsel to Fast Pay Partners, The Lamm Group, 1608 Walnut Street, Suite 703, Philadelphia, PA  19103, Attn:  Deirdre M. Richards, Esq.; (iv) counsel to any Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.

2

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **FEBRUARY 11, 2015, AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Dated:  January 23, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  ikharasch@pszjlaw.com
         lcantor@pszjlaw.com
         joneill@pszjlaw.com

[Proposed] Counsel for Debtors and Debtors in Possession

DOCS_DE:197576.1 36480/001

3