IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |
| | | Related Docket Nos. 6, 7, 35, 36 |

**NOTICE OF FIRST DAY MOTIONS FILED AND ORDERS
ENTERED PURSUANT TO DEL.BANKR.L.R. 9013-1(m)(iv)**

TO:  (a) the United States Trustee for the District of Delaware; (b) counsel for the Debtor's proposed purchaser and post-petition lender SITO Mobile, Ltd.; (c) counsel for Fast Pay Partners LLC, the Debtor's secured lender;(d) the Debtor's twenty (20) largest unsecured creditors; and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on January 20, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtor presented motions (collectively, the "First Day Motions") at a hearing before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware on January 23, 2015. The Bankruptcy Court entered relief on January 23, 2015 on the following First Day Motions and the orders thereon:

    a.    *Debtor's Application for Appointment of Rust Consulting Omni Bankruptcy as Claims and Noticing* (Docket No. 7), attached hereto as Exhibit A-1; and *Order Authorizing and Approving the Retention of Rust Consulting Omni Bankruptcy as Claims and Noticing Agent to the Debtors* (Docket No. 36), attached hereto as Exhibit A-2;

    b.    *Debtors' Motion for Entry of an Order (I) Authorizing, but not Requiring, the Debtor to Remit and Pay Certain Prepetition Sales and Use Taxes in the Ordinary Course of Business, and (II) Authorizing Banks and*

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

*Financial Institutions to Honor and Process Checks and Transfers Related Thereto* (Docket No. 6); attached hereto as <u>Exhibit B-1</u>; and *Order (I) Authorizing, but not Requiring, the Debtor to Remit and Pay Certain Prepetition Sales and Use Taxes in the Ordinary Course of Business, and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto* (Docket No. 35), attached hereto as <u>Exhibit B-2</u>.

Dated: January 23, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ikharasch@pszjlaw.com
        lcantor@pszjlaw.com
joneill@pszjlaw.com


[Proposed] Counsel for Debtors and Debtors in Possession

DOCS_DE:197515.1 36480/001