# EXHIBIT B-2

42125-001\DOCS_DE:6375.1

DOCS_DE:6375.1 42125/001

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HIPCRICKET, INC.,[1] | ) Case No. 15-10104 (LSS) |
| | ) |
| Debtor. | ) Related Docket No. 76 |

**ORDER (I) AUTHORIZING, BUT NOT REQUIRING, THE DEBTOR TO REMIT AND PAY CERTAIN PREPETITION SALES AND USE TAXES IN THE ORDINARY COURSE OF BUSINESS, AND (II) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED THERETO**

Upon the motion (the "Motion") of the above captioned debtor and debtor in possession (the "Debtor") for entry of an order (i) authorizing, but not requiring, the Debtor to remit and pay prepetition Taxes[2] as the Debtor, in its discretion, deems necessary, and, (ii) authorizing financial institutions to receive, process, honor, and pay all checks issued and electronic payment requests made relating to the foregoing; and it appearing that jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334 as is venue pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that such relief is necessary to avoid immediate and irreparable harm, meaning that the requirements of Rule 6003 of the Federal Rules of Bankruptcy Procedure have been satisfied; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004

[2] Terms not defined herein shall have the meaning ascribed to them in the Motion.

DOCS_LA:284941.6 36480/001

deliberation thereon; and good and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Debtor is authorized, in its sole discretion, to pay and remit Taxes as necessary to operate its business that the Debtor incurs or collects in the ordinary course of business on behalf of the Taxing Authorities up to $20,000.

3. All banks and other financial institutions on which checks were drawn or electronic payment requests were made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment.

4. The Debtor is authorized to reissue any check, electronic payment, or otherwise, which was drawn in payment of any prepetition amount that is not cleared by a depository.

5. Nothing in the Motion or this Order, nor as a result of the Debtor's payment of claims pursuant to this Order, shall be deemed or construed as: (a) an admission as to the extent, validity, perfection or priority of any claim against the Debtor; (b) a waiver of the Debtor's rights to dispute any claim and/or lien or (c) an approval or assumption of any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code.

6. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this order.

DOCS_LA:284941.6 36480/001

7. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

9. Notwithstanding anything to the contrary contained hereon, any payment to be made, or authorization contained hereunder, shall be subject to the requirements imposed on the Debtor pursuant to any DIP Facility as approved by the DIP Order and as set forth in the DIP Budget.

10. Notwithstanding the possible applicability of Federal Rules of Bankruptcy Procedure 6004(h), 7062, 9014, or otherwise, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Jan 23, 2015

*The Honorable Laurie Selber Silverstein*
United States Bankruptcy Judge