Rachel R. Obaldo
Assistant Attorney General
Texas State Bar No. 24041617
Texas Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548
Tel.: (512) 463-2173
Fax: (512) 936-1409

Counsel for Texas Comptroller of Public Accounts

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE
# DELAWARE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIPCRICKET, INC., | § | CASE NO. 15-10104 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts ("Texas Comptroller") hereby gives notice of its appearance in the case, pursuant to Bankruptcy Rule 9010, by and through the undersigned counsel:

Rachel R. Obaldo
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX   78711-2548

The Texas Comptroller respectfully request through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        CHARLES E. ROY
        First Assistant Attorney General

        JAMES E. DAVIS
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        /s/ Rachel R. Obaldo
        Rachel R. Obaldo
        Assistant Attorney General
        Texas State Bar No. 24041617
        c/o Sherri K. Simpson, Paralegal
        Bankruptcy & Collections Division
        P.O. Box 12548
        Austin, TX   78711-2548
        tel:   (512) 475-4562
        fax:   (512) 936-1409

        **COUNSEL FOR THE TEXAS**
        **COMPTROLLER OF PUBLIC ACCOUNTS**

## CERTIFICATE OF SERVICE

I certify that on the 26th day of January, 2015, a true copy of the foregoing was served by the method and to the following parties as indicated:

**By Regular First Class Mail**:

Hipcricket, Inc.
110 110th Avenue NE, Suite 410
Bellevue, WA   98004

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

**By Electronic Means as listed on the Court's ECF Noticing System**:

James E. O'Neill          jo'neill@pszjlaw.com, efile1@pszyj.com

Deirdre M. Richards       drichards@lammlaw.com, lstarkman@lammlaw.com

Sabrina L. Streusand      streusand@slollp.com, prentice@slollp.com

United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV


                                                /s/ Sherri K. Simpson
                                                Sherri K. Simpson