IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 12** |

## NOTICE OF ERRATA RE: BID PROCEDURES

**PLEASE TAKE NOTICE** that Hipcricket, Inc., the above-captioned debtor and debtor in possession (the "**Debtor**"), hereby files and serves this *Notice of Errata* regarding the bid procedures described in, and attached as **Exhibits B and D** (the "**Bid Procedures**") to, the *Motion for Order: (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief* [Docket No. 12] that was filed on January 20, 2015 (the "**Bid Procedures Motion**"), and other matters related to the Bid Procedures Motion as provided herein:

(1) The Bid Procedures and the references thereto in the Bid Procedures Motion incorrectly defined the Minimum Overbid Amount. The corrected Bid Procedures are attached hereto as **Exhibit 1** and a blackline against the form of Bid Procedures originally filed with the Bid Procedures Motion is attached hereto as **Exhibit 2**.

(2) A corrected **Exhibit D** to the Bid Procedures Motion is attached here to as **Exhibit 3**.

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

DOCS_LA:285412.2

(3)   The Bid Procedures Motion incorrectly states that a copy of that motion will be served on all counterparties to executory contracts and leases with the Debtor, as identified in the Stalking Horse Agreement (p. 26). Only notice of the Bid Procedures Motion will be served on said parties.[2]

(4)   The form of proposed 7order on the Bid Procedures Motion (attached thereto) should have included a provision seeking authority to provide publication notice of the proposed sale and related matters. A corrected form of order and a blackline against the previously submitted version are attached hereto as **Exhibit 4** and **Exhibit 5**, respectively.

Dated: January 27, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153762)
James O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:     ikharasch@pszjlaw.com
            lcantor@pszjlaw.com
            joneill@pszjlaw.com

[Proposed] Counsel to Debtor and
Debtor in Possession

---

[2]   Upon approval and entry of the Bid Procedures Order, applicable contract/lease counterparties will be served with Cure Notices and other documents, as provided in the Bid Procedures Motion.