# EXHIBIT 3

**Corrected Exhibit D to Bid Procedures Motion**

DOCS_LA:285412.2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 12** |

**Hearing Date: February 11, 2015 at 2:00 p.m. prevailing Eastern time**
**Objection Deadline: February 4, 2015 at 4:00 p.m. prevailing Eastern time**

### NOTICE OF (I) DEBTOR'S MOTION FOR ORDER: (A) APPROVING BID PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S OPERATING ASSETS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE AND APPROVE THE FORM AND MANNER OF NOTICE RELATED THERETO; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) INCLUDING PAYMENT OF BREAK-UP FEE AND EXPENSE REIMBURSEMENT; AND (E) GRANTING RELATED RELIEF, AND (II) HEARING THEREON

TO:   Counterparties to Contracts/Leases with Debtor That May Potentially Be
Assumed/Assigned to Purchaser

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed on January 21, 2015 the *Debtor's Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Operating Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Including Payment of Break-up Fee and Expense Reimbursement; and (E) Granting Related Relief* (subject to the modifications/clarifications set forth in the Notice of Errata, the "Motion") [Docket No. 12], and on January 27, 2015, the *Notice of Errata Re: Bid Procedures* (the "Notice of Errata") [Docket No. ___], with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Any person that wishes to receive a copy of the Motion shall make such request in writing to Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Felice Harrison, fharrison@pszjlaw.com. The Motion, as well as other case filings, are also available for review at the website maintained by the Court-approved noticing agent, Rust Consulting Omni Bankruptcy, at www.omnimgt.com, whereat a section specific to the Debtor's chapter 11 case can be found.

---

[1]   The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **February 4, 2015 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) [proposed] counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill, Esq., (ii) counsel to SITO Mobile, Ltd., Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn: Nancy Mitchell, Esq.; (iii) counsel to Fast Pay Partners, The Lamm Group, 1608 Walnut Street, Suite 703, Philadelphia, PA 19103, Attn: Deirdre M. Richards, Esq.; (iv) counsel to any Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **FEBRUARY 11, 2015, AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Dated: January __, 2015

PACHULSKI STANG ZIEHL & JONES LLP

---

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  ikharasch@pszjlaw.com
            lcantor@pszjlaw.com
            joneill@pszjlaw.com

[Proposed] Counsel for Debtors and Debtors in Possession