**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC., | ) | Case No. 15-10104-LSS |
| | ) | |
| Debtor. | ) | |

**NOTICE TO WITHDRAW NOTICE OF APPEARANCE**
**AND REQUEST TO STOP ELECTRONIC NOTICES**
**AND REMOVAL FROM MAILING MATRIX**

Comes now the undersigned counsel for Phunware, Inc. and files this Notice to Withdraw Notice of Appearance and Request Stop Electronic Notices and Removal from the Court's Electronic Service List and the Master Mailing Matrix.

Dated: January 28, 2015         Respectfully submitted,

By: /s/ *Sabrina L. Streusand*
Sabrina L. Streusand
Streusand, Landon & Ozburn LLP
State Bar No. 11701700
811 Barton Springs Rd., Ste. 811
Austin, Texas 78704
Telephone: (512) 236-9901
Facsimile: (512) 236-9904
streusand@slollp.com

**ATTORNEYS FOR PHUNWARE, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 28th day of January, 2015 upon all parties requesting service via ECF Notification.

*/s/ Sabrina L. Streusand*
Sabrina L. Streusand

{01323/0001/00143677.1}