**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491 / FAX (302) 573-6497**

| | |
|---|---|
| ANDREW R. VARA | T. PATRICK TINKER |
| ACTING UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

_____

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE
_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTOR**:    **Hipcricket, Inc.**

**CASE NO**:    **15-10104 (LSS)**

**DATE**:    **Thursday, February 19, 2015**

**TIME**:    **1:30 p.m.**

**LOCATION**:    **J. Caleb Boggs Federal Building**
**844 King Street**
**2nd Floor, Room 2112**
**Wilmington, DE 19801**

By: */s/  Jane Leamy*

Jane Leamy, Trial Attorney

Dated:  January 28, 2015

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:    James E. O'Neill, Esquire (Debtors' counsel)