IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 12, 42, 58, 59** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtor in the above-captioned action, and that on the 28th day of January 2015 she caused a copy of the following document(s) to be served upon the entities who executed Non-Disclosure Agreements with the Debtor in connection with a potential acquisition of any or all of the Acquired Assets on the Confidential NDA Service List by overnight delivery:

> *Notice Hearing on Debtors' Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Operating Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Including Payment of Break-up Fee and Expense Reimbursement; and (E) Granting Related Relief; Exhibit 1, Motion; and*

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

*Notice of Errata re: Bid Procedures*

*Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances an Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief*

*[signature]*
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this ___28___ day of January 2015

*[signature]*
Notary Public
Commission Exp.: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 14, 2016

DOCS_DE:197659.1 36480/002