IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 33, 34, 35, 36, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49** |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtor in the above-captioned action, and that on the 27th day of January 2015 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

> *Notice Hearing on Debtors' Motion Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for Entry of an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course of Business; Exhibit A, Motion;*

> *Notice of Hearing of Debtor's Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date; Exhibit A, Application;*

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

*Notice Entry of Order on Debtors' Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code for an Order Authorizing (I) Maintenance of Existing Bank Aceounts, (II) Continued Use of Existing Business Forms, and (III) Continued Use of Existing Cash Management System; Exhibit 1, Motion; Exhibit 2, Order;*

*Notice of Hearing on Debtor's Application for Entry of an Order under 11 U.S.C. Sections 327(a) and 328(a) Authorizing the Employment and Retention of Canaccord Genuity Inc. as Investment Banker Nunc Pro Tunc to the Petition Date; Exhibit A, Application;*

*Notice of Entry of Interim Order and Final Hearing on Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Wages, Salaries and Other Compensation, Payroll Withholdings and Benefits Contributions, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses; and (II) Authorizing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by Debtor Relating to the Foregoing; Exhibit 1, Motion; Exhibit 2, Interim Order;*

*Notice of Final Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (B) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services; (C) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests; and (D) Granting Related Relief; Exhibit A, Motion and Exhibit B, Interim Order;*

*Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtor Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Priority, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief; Exhibit A, Interim Order;*

*Notice Hearing on Debtors' Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Operating Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Including Payment of Break-up Fee and Expense Reimbursement; and (E) Granting Related Relief; Exhibit 1, Motion;*

*Notice of First Day Motions Filed and Orders Entered Pursuant to Del.Bankr.L.R. 9013-1(m)(iv); Exhibits A-1 Motion To Retain Claims and Noticing Agent; A-2, Order Approving Retention and Exhibit B-1, Sales and Taxes Motion; B-2, Order Authorizing Sales and Taxes; and*

*Notice of Hearing and Debtor's Motion Pursuant to Sections 105(a), 330 and 331 of the Bankruptcy Code for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*

Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 28 day of January 2015

Notary Public
Commission Exp.:

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 14, 2016

DOCS_DE:197658.1 36480/002

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**Overnight Delivery**
(United States Attorney General)
Eric H. Holder, Jr., Esq.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**Overnight Delivery**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**Overnight Delivery**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**Overnight Delivery**
Andrew M. Calamari, Esq.
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281-1022

**Overnight Delivery**
Michael A. Berman, Esq.
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC  20549

**Overnight Delivery**
Sean Lev, Esq.
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

**Overnight Delivery**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**Express Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903

**Express Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346