**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASE,**
**MEETING OF CREDITORS, AND FIXING OF CERTAIN DATES**

On January 20, 2015, the debtor and debtor in possession in the above-captioned case (the "Debtor") filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532, (the "Bankruptcy Code"). The Debtor, and its address, case number and federal tax identification number are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| Hipcricket, Inc., [f/k/a Augme Technologies, Inc.; f/k/a Modavox, Inc.] | 110 110th Avenue NE, Suite 410, Bellevue, WA 98004 | 15-10104 (LSS) | 20-0122076 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **February 19, 2015 at 1:30 p.m. prevailing Eastern time, J. Caleb Boggs Federal Courthouse, 844 King Street, Room 2112, Wilmington, Delaware 19801.**

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

PROPOSED COUNSEL FOR THE DEBTOR:

**PACHULSKI STANG ZIEHL & JONES LLP**
Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153762)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:       ikharasch@pszjlaw.com
                  lcantor@pszjlaw.com
                  joneill@pszjlaw.com

COMMENCEMENT OF CASE. A petition has been filed by the Debtor, the order for relief has been entered and the case is pending under chapter 11 of the Bankruptcy Code. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtor's property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court. Such documents also may be available at www.deb.uscourts.gov.

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtor will remain in possession of its property and will continue to operate its business unless and until a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtor's representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed but not required. At the meeting, the creditors may examine the Debtor and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in this case. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtor's known creditors.** Proof of claim forms are also available in the clerk's office of any bankruptcy court. Proof of claim forms are also available from the Court's website at www.deb.uscourts.gov.

Rust Consulting Omni Bankruptcy is the claims agent in this case and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. Rust Consulting Omni Bankruptcy can be reached through their web site specifically for this case at www.omnimgt.com/HipCricket or by telephone at 866-205-3147, or by mail as follows:

**First-Class Mail /Hand Delivery or Overnight Mail:**
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA  91367

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, expect as provided in the plan.

For the Court:          /s/ David D. Bird                          Dated:  January 28, 2015
                Clerk, U.S. Bankruptcy Court