# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Hipcricket, Inc., a Delaware Corporation
110 110th Avenue NE
Suite 410                                       **Chapter:** 11
Bellevue, WA 98004
 **EIN:** 20–0122076
Augme Technologies, Inc.
Modavox, Inc.

*Case No.*: 15–10104–LSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 1/23/2015 was filed on 1/26/2015 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 2/17/2015 .

If a request for redaction is filed, the redacted transcript is due 2/26/2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 4/27/2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 1/26/15

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                Case No. 15-10104-LSS
Hipcricket, Inc., a Delaware Corporation                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Brandon            Page 1 of 1            Date Rcvd: Jan 26, 2015
                              Form ID: ntcBK           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2015.
db         +Hipcricket, Inc., a Delaware Corporation,   110 110th Avenue NE,   Suite 410,
             Bellevue, WA 98004-5861
aty         James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
             PO Box 8705,   Wilmington, DE   19899-8705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2015                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2015 at the address(es) listed below:
          Deirdre M. Richards   on behalf of Creditor   Fast Pay Partners drichards@lammlaw.com,
           lstarkman@lammlaw.com
          Edward  LoBello    on behalf of Creditor    Mobilefuse, LLC elobello@msek.com
          James E. O'Neill    on behalf of Debtor    Hipcricket, Inc., a Delaware Corporation
           jo'neill@pszjlaw.com,   efile1@pszyj.com
          Sabrina L. Streusand   on behalf of Creditor   Phunware, Inc. streusand@slollp.com,
           prentice@slollp.com
          United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
                                                                                                  TOTAL: 5