UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on January 28, 2015, I caused true and correct copies of the following document(s) to be served (i) via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief [Docket No. 59]**

Dated: January 29, 2015

/s/ Darleen Sahagun
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 29 day of Jan., 20 15, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

# **EXHIBIT A**

| | | |
|---|---|---|
| 485 PROPERTIES, LLC<br>C/O COUSINS PROPERTIES SERVICES LLC<br>ATTN: PROPERTY GROUP MANAGER<br>5 CONCOURSE PARKWAY, SUITE 1200<br>ATLANTA, GA 30328-6111 | ABL BRAND CONSULTING<br>ATTN: BRETT LEACH<br>519 TRANSIT RD<br>VICTORIA, BC V8S4Z4<br>CANADA | ADAM PAUL LAXALT<br>NEVADA ATTORNEY GENERAL<br>100 NORTH CARSON STREET<br>CARSON CITY, NV 89701-4717 |
| ALAN WILSON<br>SOUTH CAROLINA ATTORNEY GENERAL<br>P.O. BOX 11549<br>COLUMBIA, SC 29211 | AOL, INC.<br>C/O CRAVITZ SWAIN & MOORE, LLP<br>ATTN: PETER BARBUR<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019 | ARIZONA CORPORATION COMMISSION<br>C/O ANNUAL REPORTS - CORPORATIONS DIVISI<br>1300 WEST WASHINGTON<br>PHOENIX, AZ 85007-2929 |
| ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29079<br>PHOENIX, AZ 85038-9079 | ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29085<br>PHOENIX, AZ 85038-9085 | ARKANSAS DEPARTMENT OF LABOR<br>10421 WEST MARKHAM<br>LITTLE ROCK, AR 72205 |
| BEASLEY FM ACQUISITION CORP - WPOW<br>ATTN: ACCOUNTS PAYABLE<br>194 NW 187TH AVE<br>MIAMI, FL 33169 | BEASLEY FM ACQUISITION CORP - WRDW<br>ATTN: ACCOUNTS PAYABLE<br>555 CITY AVE; SUITE 330<br>BALA CYNWYD, PA 19004 | BENEFITS REVIEW BOARD<br>PO BOX 37601<br>WASHINGTON, DC 20013-7601 |
| BILL SCHUETTE<br>MICHIGAN ATTORNEY GENERAL<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING, MI 48909 | BOB FERGUSON<br>WASHINGTON ATTORNEY GENERAL<br>1125 WASHINGTON STREET SE<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100 | BOEHRINGER INGELHEIM<br>ATTN: DORA C. DEVENUTI<br>900 RIDGEBURY RD.<br>P.O.BOX 368<br>RIDGEFIELD, CT 06877-0368 |
| BORDER MEDIA<br>KBDR, XHGTS, KNEX, KQUR, KLTN<br>PO BOX 826<br>LAREDO, TX 78042 | BRAD D. SCHIMEL<br>WISCONSIN ATTORNEY GENERAL<br>114 EAST STATE CAPITOL<br>MADISON, WI 53702-7857 | BRANDOFINO COMMUNICATIONS<br>C/O KAPLAN LANDAU LLP<br>ATTN: PAUL C. EVANS, ESQ.<br>1065 AVENUE OF THE AMERICAS, 27TH FL.<br>NEW YORK, NY 10018 |
| BRIAN E. FROSH<br>MARYLAND ATTORNEY GENERAL<br>200 ST. PAUL PLACE<br>BALTIMORE, MD 21202 | BUREAU OF LABOR AND INDUSTRIES<br>800 NE OREGON ST., #1045<br>PORTLAND, OR 97232 | CALIFORNIA DEPARTMENT OF BUSINESS<br>1515 K STREET, SUITE 200<br>SACRAMENTO, CA 95814-4052 |
| CHARLES ANTHONY LATHROPE<br>24703 231ST AVE SE<br>MAPLE VALLEY, WA 98038 | CHRIS KOSTER<br>MISSOURI ATTORNEY GENERAL<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.,P.O. BOX 899<br>JEFFERSON CITY, MO 65102 | CITY OF BELLEVUE<br>TAX DIVISION<br>LOCKBOX P.O. BOX 34372<br>SEATTLE, WA 98124-1372 |
| CITY OF KIRKLAND<br>123 5TH AVENUE<br>KIRKLAND, WA 98033-6189 | CITY OF PORTLAND<br>REVENUE BUREAU<br>111 SW COLUMBIA ST., STE. 600<br>PORTLAND, OR 97201 | CLIENT MONEY SERVICES INC.<br>11315 JOHNS CREEK PARKWAY<br>JOHNS CREEK, GA 30097 |
| CMN, INC.<br>5404 WISCONSIN AVENUE<br>SUITE 305<br>CHEVY CHASE, MD 20815-3592 | COMMIONER OF TAXATION AND FINANCE<br>PO BOX 139<br>MCMT PROCESSING CENTER<br>BINGHAMTON, NY 13902 | COMMISSION ON ENVIRONMENTAL QUALITY<br>12100 PARK 35 CIRCLE<br>AUSTIN, TX 78753 |
| COMMISSIONER OF TAX AND FINANCE<br>NEW YORK STATE DEPT OF TAXATION AND FINA<br>INCOME/FRANCHISE FIELD AUDIT BUREAU METR<br>BROOKLYN, NY 11201 | COMMISSIONER OF TAXATION AND FINANCE<br>PO BOX 4139<br>MCMT PROCESSING CENTER<br>BINGHAMTON, NY 13902 | COMMONWEATH OF MASSACHUSETTS<br>PO BOX 7034<br>BOSTON, MA 02204-7034 |

| | | |
|---|---|---|
| COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIV<br>P.O. BOX 17132<br>BALTIMORE, MD 21297-0175 | COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIV.<br>110 CARROLL STREET<br>ANNAPOLIS, MD 21411-0001 | COMPTROLLER OF MARYLAND<br>STATE OFFICE BLDG.<br>301 W. PRESTON STREET<br>ROOM 206<br>BALTIMORE, MD 21201-2384 |
| COMSCORE<br>ATTN: ACCOUNTS RECEIVABLE<br>14140 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | COSTCO BUSINESS DELIVERY<br>999 LAKE DRIVE<br>ISSAQUAH, WA 98027 | CYNTHIA COFFMAN<br>COLORADO ATTORNEY GENERAL<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER, CO 80203 |
| DAIICHI SANKYO<br>2 HILTON COURT<br>PARSIPPANY, NJ 07054 | DE LAGE LANDEN FINANCIAL SERVICES, INC<br>P.O. BOX 41602<br>PHILADELPHIA, PA 19101-1602 | DEPART. OF LABOR & WORKFORCE DEVELOPMENT<br>220 FRENCH LANDING DRIVE<br>NASHVILLE, TN 37243 |
| DEPARTMENT OF  LABOR<br>317 W. MAIN ST.<br>BOISE, ID 83735-0001 | DEPARTMENT OF BUSINESS AND INDUSTRY<br>555 E. WASHINGTON AVE., SUITE 4100<br>LAS VEGAS, NV 89101-1050 | DEPARTMENT OF COMMERCE<br>77 SOUTH HIGH STREET, 22ND FLOOR<br>COLUMBUS, OH  43215 |
| DEPARTMENT OF CONSERVATION AND NATURAL RES<br>901 SOUTH STEWART STREET #1003<br>CARSON CITY, NV 89701 | DEPARTMENT OF CONSERVATION AND RECREATION<br>600 E. MAIN ST., 24TH FLOOR<br>RICHMOND, VA 23219 | DEPARTMENT OF ECONOMIC DEVELOPMENT-AZ<br>PO BOX 52027<br>PHEONIX, AZ 02027 |
| DEPARTMENT OF EMPLOYMENT SECURITY<br>PO BOX 1930D<br>SPRINGFIELD, IL 62794-9300 | DEPARTMENT OF EMPLOYMENT SERVICES<br>4058 MINNESOTA AVE., NE<br>WASHINGTON, D.C. 20019 | DEPARTMENT OF ENVIRONMENT AND CONSERVAT<br>312 ROSA L. PARKS AVE<br>WILLIAM R. SNODGRASS TENNESSEE TOWER<br>NASHVILLE, TN 37243 |
| DEPARTMENT OF ENVIRONMENT AND NATURAL RESO<br>1601 MAIL SERVICE CENTER<br>RALEIGH, NC  27699-1601 | DEPARTMENT OF ENVIRONMENT AND NATURAL RESO<br>523 EAST CAPITOL AVENUE<br>PIERRE, SD 57501 | DEPARTMENT OF ENVIRONMENTAL CONSERVATIO<br>232 GOLF COURSE ROAD<br>WARRENSBURG, NY 12885 |
| DEPARTMENT OF ENVIRONMENTAL CONSERVATION<br>450 ASA BLOOMER OFFICE BUILDING<br>RUTLAND, VT 05701 | DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>160 W.GOVERNMENT STREET, SUITE 308<br>PENSACOLA, FL 32502-5794 | DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>17 STATE HOUSE STATION<br>AUGUSTA, MA 04333-0017 |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>200 FAIR OAKS LANE<br>FRANKFORT, KY 40601 | DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>DEP MAIN BUILDING<br>401 EAST STATE STREET<br>TRENTON, NJ 08608 | DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>RACHEL CARSON STATE OFFICE BUILDING<br>400 MARKET STREET<br>HARRISBURG, PA 17101 |
| DEPARTMENT OF ENVIRONMENTAL QUALITY<br>1110 WEST WASHINGTON STREE<br>PHOENIX, AZ 85007 | DEPARTMENT OF ENVIRONMENTAL QUALITY<br>1445 N. ORCHARD ST.<br>BOISE, ID 83706 | DEPARTMENT OF ENVIRONMENTAL QUALITY<br>195 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84116 |
| DEPARTMENT OF ENVIRONMENTAL QUALITY<br>2020 SOUTHWEST 4TH AVENUE #400<br>PORTLAND, OR 97201 | DEPARTMENT OF ENVIRONMENTAL QUALITY<br>2100 MICHIGAN 32<br>GAYLORD, MI 49735 | DEPARTMENT OF ENVIRONMENTAL QUALITY<br>5301 NORTHSHORE DRIVE<br>NORTH LITTLE ROCK, AR 72118-5317 |

| | | |
|---|---|---|
| DEPARTMENT OF ENVIRONMENTAL QUALITY<br>602 NORTH 5TH STREET<br>BATON ROUGE, LA 70802 | DEPARTMENT OF ENVIRONMENTAL QUALITY<br>P.O. BOX 1677<br>OKLAHOMA CITY, OK 73101-1677 | DEPARTMENT OF FINANCE AND ADMINISTRATION<br>1509 WEST 7TH STREET<br>LITTLE ROCK, AR 72201 |
| DEPARTMENT OF HEALTH AND ENVIRONMENT<br>800 WEST 24TH STREET<br>LAWRENCE, KS 66046 | DEPARTMENT OF HEALTH AND ENVIRONMENTAL CON<br>2600 BULL STREET<br>COLUMBIA, SC 29201 | DEPARTMENT OF LABOR<br>160 N. LASALLE ST., 13TH FL, SUITE C-1300<br>CHICAGO, IL 60601 |
| DEPARTMENT OF LABOR<br>200 FOLLY BROOK BLVD.<br>WETHERSFIELD, CT 06109-1114 | DEPARTMENT OF LABOR<br>3017 N. STILES AVENUE, SUITE 100<br>OKLAHOMA CITY, OK 73105-5212 | DEPARTMENT OF LABOR<br>4 WEST EDENTON STREET<br>RALEIGH, NC 27699 |
| DEPARTMENT OF LABOR<br>401 S.W. TOPEKA BLVD.<br>TOPEKA, KS 66603-3182 | DEPARTMENT OF LABOR<br>5 GREEN MOUNTAIN DRIVE<br>P.O. BOX 488<br>MONTPELIER, VT 05601-0488 | DEPARTMENT OF LABOR<br>54 STATE HOUSE STATION DRIVE<br>AUGUSTA, ME 04333 |
| DEPARTMENT OF LABOR<br>550 SOUTH 16TH STREET<br>BOX 94600<br>LINCOLN, NE 68508-4600 | DEPARTMENT OF LABOR<br>INDIANA GOVERNMENT CENTER SOUTH<br>402 W. WASHINGTON STREET<br>ROOM W195<br>INDIANAPOLIS, IN 46204 | DEPARTMENT OF LABOR<br>SUSSEX PLACE, ROOM 600<br>148 ANDREW YOUNG INTERNATIONAL BLVD., NE<br>ATLANTA, GA 30303 |
| DEPARTMENT OF LABOR<br>W.A. HARRIMAN CAMPUS<br>STATE OFFICE BLDG., # 12<br>ALBANY, NY 12240 | DEPARTMENT OF LABOR - MD<br>PO BOX 1844<br>BALTIMORE, MD 21203-1844 | DEPARTMENT OF LABOR - US<br>DFBC PROGRAM DOL<br>P.O. BOX 71361<br>PHILADELPHIA, PA 19176-1361 |
| DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS<br>830 PUNCHBOWL STREET, ROOM 321<br>HONOLULU, HI 96813 | DEPARTMENT OF LABOR AND EMPLOYMENT<br>633 17TH ST., SUITE 201<br>DENVER, CO 80202-3660 | DEPARTMENT OF LABOR AND INDUSTRIES<br>P.O. BOX 44000<br>OLYMPIA, WA 98504-4001 |
| DEPARTMENT OF LABOR AND INDUSTRY<br>1700 LABOR AND INDUSTRY BLDG<br>7TH AND FORSTER STREETS<br>HARRISBURG, PA 17120 | DEPARTMENT OF LABOR AND INDUSTRY<br>443 LAFAYETTE ROAD NORTH<br>ST. PAUL, MN 55155 | DEPARTMENT OF LABOR AND REGULATION<br>700 GOVERNORS DRIVE<br>PIERRE, SD 57501-2291 |
| DEPARTMENT OF LABOR AND WORKFORCE DEVELOP<br>#1 JOHN FITCH PLAZA, 13TH FL, SUITE D<br>P.O. BOX 110<br>TRENTON, NJ 08625-0110 | DEPARTMENT OF LABOR -WA<br>PO BOX 34022<br>SEATTLE, WA 88124-1022 | DEPARTMENT OF LABOR, LICENSING & REGULATIC<br>P.O. BOX 11329<br>COLUMBIA, SC 29211-1329 |
| DEPARTMENT OF LABOR, LICENSING AND REGULATIO<br>500 N. CALVERT STREET, SUITE 401<br>BALTIMORE, MD 21202 | DEPARTMENT OF LABOR-GA<br>PO BOX 740234<br>ATLANTA, GA 30374-0234 | DEPARTMENT OF LAND AND NATURAL RESOURCE<br>KALANIMOKU BUILDING<br>1151 PUNCHBOWL ST.<br>HONOLULU, HI 96813 |
| DEPARTMENT OF LICENSING AND REGULATORY AFFAI<br>611 W. OTTAWA<br>LANSING, MI 48909 | DEPARTMENT OF NATURAL RESOURCES<br>101 SOUTH WEBSTER STREET<br>MADISON, WI 53703 | DEPARTMENT OF NATURAL RESOURCES<br>1208 EAST HOWARD STREET<br>HIBBING, MN 55746 |

| | | |
|---|---|---|
| DEPARTMENT OF NATURAL RESOURCES<br>1313 SHERMAN STREET #718<br>DENVER, CO 80203 | DEPARTMENT OF NATURAL RESOURCES<br>2 MARTIN LUTHER KING JUNIOR DRIVE NORTHWEST<br>ATLANTA, GA 30334 | DEPARTMENT OF NATURAL RESOURCES<br>2045 MORSE ROAD<br>BUILDING G<br>COLUMBUS, OH 43229 |
| DEPARTMENT OF NATURAL RESOURCES<br>301 CENTENNIAL MALL SOUTH<br>LINCOLN, NE 68509-4676 | DEPARTMENT OF NATURAL RESOURCES<br>402 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | DEPARTMENT OF NATURAL RESOURCES<br>601 BOND ROAD<br>CASTLE ROCK, WA 98611 |
| DEPARTMENT OF NATURAL RESOURCES<br>7545 SOUTH LINDBERGH BOULEVARD #210<br>ST. LOUIS, MO 63125 | DEPARTMENT OF NATURAL RESOURCES<br>ONE NATURAL RESOURCES WAY<br>SPRINGFIELD, IL 62702-1271 | DEPARTMENT OF NATURAL RESOURCES<br>WALLACE STATE OFFICE BUILDING<br>502 EAST 9TH STREET, 4TH FLOOR<br>DES MOINES, IA 50319-0034 |
| DEPARTMENT OF REVENUE<br>110 N 8TH ST STE 204A<br>PHILADELPHIA, PA 19107-2412 | DEPARTMENT OF REVENUE<br>1375 SHERMAN ST.<br>DENVER, CO 80261 | DEPARTMENT OF REVENUE<br>1500 W.MONROE<br>PO BOX 29085<br>PHOENIX, AZ 85038 |
| DEPARTMENT OF REVENUE<br>1600 W. MONROE<br>PHOENIX , AZ 85007-2650 | DEPARTMENT OF REVENUE<br>1800 CENTURY CENTER BLVD., N.E.<br>ATLANTA, GA 30345 | DEPARTMENT OF REVENUE<br>2135 RIMROCK ROAD<br>MADISON, WI 53713 |
| DEPARTMENT OF REVENUE<br>25 SIGOURNEY STREET, STE 2<br>HARTFORD, CT 06106 | DEPARTMENT OF REVENUE<br>301 GERVAIS STREET<br>P.O. BOX 125<br>COLUMBIA, SC 29214 | DEPARTMENT OF REVENUE<br>5050 WEST TENNESSEE STREET<br>TALLAHASSEE, FL 32399-0100 |
| DEPARTMENT OF REVENUE<br>600 NORTH ROBERT ST.<br>ST. PAUL, MN 55101 | DEPARTMENT OF REVENUE<br>915 SW HARRISON STREET<br>TOPEKA, KS 66699-4000 | DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR 97301-2555 |
| DEPARTMENT OF REVENUE<br>ANDREW JACKSON BUILDING<br>500 DEADERICK STREET<br>NASHVILLE, TN 37242 | DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>445 EAST CAPITOL AVENUE<br>PIERRE, SD 57501 | DEPARTMENT OF REVENUE<br>HARRY S TRUMAN STATE OFFICE BUILDING<br>301 WEST HIGH STREET<br>JEFFERSON CITY, MO 65101 |
| DEPARTMENT OF REVENUE<br>JAMES R. THOMPSON CENTER - CONCOURSE LEVEL<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601-3274 | DEPARTMENT OF REVENUE<br>NEBRASKA STATE OFFICE BUILDING<br>301 CENTENNIAL MALL SOUTH, 2ND FLOOR<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | DEPARTMENT OF REVENUE<br>P.O. BOX 201<br>BATON ROUGE, LA 70821 |
| DEPARTMENT OF REVENUE<br>P.O. BOX 7206<br>INDIANAPOLIS, IN 46207-7206 | DEPARTMENT OF REVENUE<br>PO BOX 10471<br>DES MOINES, IA 50306-0471 | DEPARTMENT OF REVENUE<br>PO BOX 47464<br>OLYMPIA, WA 98504-7464 |
| DEPARTMENT OF REVENUE<br>PO BOX 7010<br>BOSTON, MA 02204 | DEPARTMENT OF REVENUE<br>POST OFFICE BOX 25000<br>RALEIGH, NC 27640-0640 | DEPARTMENT OF REVENUE - FL<br>5050 W TENNESSEE STREET<br>TALLAHASSEE, FL 32399-0110 |

| | | |
|---|---|---|
| DEPARTMENT OF REVENUE - ILLINOIS<br>101 W. JEFFERSON STREET<br>P.O. BOX 19447<br>SPRINGFIELD, IL 62794 | DEPARTMENT OF REVENUE - LA<br>POST OFFICE BOX 201<br>BATON ROUGE, LA 70802 | DEPARTMENT OF REVENUE - NC<br>P.O. BOX 25000<br>RALEIGH, NC 27640-0500 |
| DEPARTMENT OF REVENUE - OR<br>P.O. BOX 14780<br>SALEM, OR 97309-0469 | DEPARTMENT OF REVENUE - PHILADELPHIA<br>PO BOX 6040<br>PHILADELPHIA, PA 19101 | DEPARTMENT OF REVENUE -NEBRASKA<br>NEBRASKA STATE OFFICE BUILDING<br>PO BOX 96915<br>LINCOLN, NE 68509-6915 |
| DEPARTMENT OF REVENUE-GA<br>TAXPAYER SERVICES DIVISION<br>P.O. BOX 740321<br>ATLANTA, GA 30374-0321 | DEPARTMENT OF TAXATION<br>1550 COLLEGE PARKWAY<br>SUITE 115<br>CARSON CITY NV 89706 | DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>30 E. BROAD STREET, 23RD FLOOR<br>COLUMBUS, OH 43215 |
| DEPARTMENT OF TAXATION<br>OFFICE OF CUSTOMER SERVICES<br>P.O. BOX 1115<br>RICHMOND, VA 23218-1115 | DEPARTMENT OF TAXATION<br>P.O. BOX 259<br>HONOLULU, HI 96809-0259 | DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 |
| DEPARTMENT OF TAXES<br>133 STATE STREET<br>MONTPELIER, VT 05633-1401 | DEPARTMENT OF THE ENVIRONMENT<br>1800 WASHINGTON BOULEVARD<br>BALTIMORE, MD 21230 | DEPARTMENT OF WORKFORCE DEVELOPMENT<br>201 E. WASHINGTON AVE., #A400<br>P.O. BOX 7946<br>MADISON, WI 53707-7946 |
| DEREK SCHMIDT<br>KANSAS ATTORNEY GENERAL<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA, KS 66612 | DIAGEO<br>ATTN: ACCOUNTS PAYABLE<br>530 5TH AVE<br>NEW YORK, NY 10036 | DIGITAL INSIDERS GROUP<br>C/O SCAFIDI JULIANO LLP<br>ATTN: ANDREW BUNNELL<br>5 CAMPBELL STREET<br>WOBURN, MA 01801 |
| DIGITAS<br>PO BOX 960849<br>BOSTON, MA 2196 | DISTRICT DEPARTMENT OF THE ENVIRONMENT<br>51 N STREET NORTHEAST # 5<br>WASHINGTON, DC 20002 | DIVISION OF HUMAN RIGHTS<br>OFFICE OF THE ATTORNEY GENERAL<br>900 EAST MAIN STREET<br>RICHMOND, VA 23219 |
| DIVISION OF LABOR STANDARDS ENFORCEMENT AND THE OFFICE OF THE LABOR COMMISSIONER<br>455 GOLDEN GATE AVENUE, 9TH FL<br>SAN FRANCISCO, CA 94102-7004 | DIVISION OF TAXATION<br>BANKRUPTCY SECTION<br>P.O. BOX 245<br>TRENTON, NJ 08695-0245 | DONALD STOUT<br>925 TOWLSTON ROAD<br>MCLEAN, VA 22101 |
| DOUG GILORMO<br>1016 HOWELL MILL ROAD<br>UNIT 1610<br>ATLANTA, GA 30318 | DOUG GILORMO<br>4375 AZURITE STREET<br>CUMMING, GA 30040 | DOUG PETERSON<br>NEBRASKA ATTORNEY GENERAL<br>2115 STATE CAPITOL<br>LINCOLN, NE 68509 |
| DOUGLAS STOVALL<br>8419 SE 82ND STREET<br>MERCER ISLAND, WA 98040 | DYNAMIC NETWORK SERVICES, INC<br>150 DOW STREET, TOWER TWO<br>MANCHESTER, NH 03101 | E. SCOTT PRUITT<br>OKLAHOMA ATTORNEY GENERAL<br>313 NE 21ST STREET<br>OKLAHOMA CITY, OK 73105 |
| ELLEN F. ROSENBLUM<br>OREGON ATTORNEY GENERAL<br>OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096 | ENSIGHTEN<br>1741 TECHNOLOGY DRIVE, SUITE#500<br>SAN JOSE, CA 95110 | ENVIRONMENT CANADA<br>INQUIRY CENTRE<br>10 WELLINGTON, 23RD FLOOR<br>GATINEAU, QC K1A 0H3<br>CANADA |

| | | |
|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY<br>1001 I STREET<br>P.O. BOX 2815<br>SACRAMENTO, CA 95812-2815 | ENVIRONMENTAL PROTECTION DEPARTMENT<br>79 ELM STREET<br>HARTFORD, CT 06106 | ENVIRONMENTAL PROTECTION REVIEW CANADA<br>240 SPARKS STREET, 4TH FLOOR WEST<br>OTTAWA, ONTARIO K1A 0X8<br>CANADA |
| ERIC T. SCHNEIDERMAN<br>NEW YORK ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | ERIN HUNT<br>205 EAST 78TH STREET, 6C<br>NEW YORK, NY 10075 | FLORIDA COMMISSION ON HUMAN RELATIONS<br>2009 APALACHEE PARKWAY, SUITE 100<br>TALLAHASSEE, FL 32301 |
| FLORIDA DEPARTMENT OF ECONOMIC OPPORTUNITY<br>107 EAST MADISON STREET<br>CALDWELL BUILDING<br>TALLAHASSEE, FL 32399-4120 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0500 | FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO, CA 94240-0040 |
| GANNETT CO., INC.<br>7950 JONES BRANCH DRIVE<br>MCLEAN, VA 22107 | GEORGE JEPSEN<br>CONNECTICUT ATTORNEY GENERAL<br>55 ELM STREET<br>HARTFORD, CT 06103 | GEORGIA DEPARTMENT OF LABOR<br>PO BOX 740234<br>ATLANTA, GA 30374-0234 |
| GEORGIA DEPARTMENT OF REVENUE<br>PROCESSING CENTER<br>P.O. BOX 105136<br>ATLANTA, GA 30348-5136 | GOODWIN PROCTOR, LLP<br>ATTN: JENNIFER ALBERT<br>EXCHANGE PLACE<br>53 STATE STREET<br>BOSTON, MA 02109 | GOOGLE, INC.<br>DEPARTMENT 33654<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 |
| GREG ZOELLER<br>INDIANA ATTORNEY GENERAL<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS, IN 46204 | HARDWELL ACQUISITION LLC<br>C/O BERNSTEIN REAL ESTATE<br>150 WEST 30TH STREET, 2ND FLOOR<br>NEW YORK, NY 10001 | HEARST - WIYY - BALTIMORE<br>ATTN: ACCOUNTS PAYABLE<br>3800 HOOPER AVENUE<br>BALTIMORE, MD 21211 |
| HERBERT H. SLATERY III<br>TENNESSEE ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | HIGH WATER SYSTEMS<br>ATTN: OPERATIONS MANAGER<br>2020 HOWELL MILL ROAD NW, SUITE 245<br>ATLANTA, GA 30318 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19008<br>SPRINGFIELD, IL 62794-9008 |
| INDUSTRIAL COMMISSION OF ARIZONA<br>800 WEST WASHINGTON STREET<br>PHOENIX, AZ 85001-7070 | INFOOBJECTS, INC<br>2041 MISSION COLLEGE BLVD. #280<br>SANTA CLARA, CA 95054 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAP NETWORK SERVICES<br>DEPT. 0526<br>PO BOX 120526<br>DALLAS, TX 75312-0526 | IOWA LABOR SERVICES DIVISION<br>1000 EAST GRAND AVENUE<br>DES MOINES, IA 50319-0209 |
| ISIS INC.<br>ATTN: ACCOUNTS PAYABLE<br>409 13TH STREET 14TH FLOOR<br>OAKLAND, CA 94612 | J STOKES AGENCY<br>1444 NORTH MAIN STREET<br>WALNUT CREEK, CA 94596 | JACK CONWAY<br>KENTUCKY ATTORNEY GENERAL<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT, KY 40601 |
| JAMES CALDWELL<br>LOUISIANA ATTORNEY GENERAL<br>P.O BOX 94005<br>BATON ROUGE, LA 70804 | JAMES DANIEL COOK<br>64 TRILLIUM TR, 64 TRILLIUM TR<br>ROME, GA 30165 | JOHN BOLIN<br>2782 BRIAROAK DRIVE<br>DULUTH, GA 30096 |

| | | |
|---|---|---|
| JOHN BOLIN<br>2885 SANFORD AVE SW #26885<br>GRANDVILLE, MI 49418 | JOHN JAY HOFFMAN<br>NEW JERSEY ATTORNEY GENERAL<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, BOX 080<br>TRENTON, NJ 08625-0080 | JOHNSON & JOHNSON CONSUMER COMPANIES<br>GROUP OF CONSUMER COMPANIES<br>ATTN: MEHRNOOSH EBRAHIMI<br>FORT WASHINGTON, PA 19034-2299 |
| KAMALA D. HARRIS, CALIFORNIA ATTORNEY GENERAL<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>ATTN: PUBLIC INQUIRY UNIT<br>P.O. BOX 944255<br>SACRAMENTO, CA 94244-2550 | KARL RACINE<br>DC OFFICE OF THE ATTORNEY GENERAL<br>441 4TH STREET, NW<br>WASHINGTON, DC 20001 | KATHLEEN G. KANE<br>PENNSYLVANIA ATTORNEY GENERAL<br>16TH FLOOR, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| KELLOGGS<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49016 | KEN PAXTON<br>TEXAS ATTORNEY GENERAL<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | KENTUCKY LABOR CABINET<br>1047 U.S. HWY 127 SOUTH, SUITE 4<br>FRANKFORT, KY 40601-4381 |
| KIMBERLY CUNNINGHAM<br>4779 PARK DRIVE, #105<br>MUKILTEO, WA 98275 | LABOR AND INDUSTRIAL RELATIONS COMMISSION<br>3315 W. TRUMAN BOULEVARD<br>P.O. BOX 504<br>421 E. DUNKLIN<br>JEFFERSON CITY, MO 65102-0504 | LAKEFRONT SOFTWARE, INC.<br>600 36TH STREET NE, SUITE 400<br>SEATTLE, WA 98103 |
| LAWRENCE G. WASDEN<br>IDAHO ATTORNEY GENERAL<br>700 W. JEFFERSON STREET, SUITE 210<br>P.O. BOX 83720<br>BOISE, ID 83720-0010 | LESLIE CAROL RUTLEDGE<br>ARKANSAS ATTORNEY GENERAL<br>323 CENTER STREET, SUITE 200<br>LITTLE ROCK, AR 72201 | LISA MADIGAN<br>ILLINOIS ATTORNEY GENERAL<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| LOCAID, INC<br>475 SANSOME STREET SUITE 710<br>SAN FRANSISCO, CA 94111 | LORI SWANSON<br>MINNESOTA ATTORNEY GENERAL<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL, MN 55101 | LOUISIANA WORKFORCE COMMISSION<br>P.O. BOX 94094<br>BATON ROUGE, LA 70804-9094 |
| LUCIDMEDIA NETWORKS, INC<br>11490 COMMERCE PARK DR. #220<br>RESTON, VA 20191 | MADELEINE MEILLEUR<br>MINISTRY OF THE ATTORNEY GENERAL<br>MCMURTRY-SCOTT BUILDING<br>720 BAY STREET, 11TH FLOOR<br>TORONTO, ON M7A 2S9<br>CANADA | MARK BRNOVICH<br>ARIZONA ATTORNEY GENERAL<br>1275 WEST WASHINGTON STREET<br>PHOENIX, AZ 85007-2926 |
| MARK R. HERRING<br>VIRGINIA ATTORNEY GENERAL<br>900 EAST MAIN STREET<br>RICHMOND, VA 23219 | MARTY J. JACKLEY<br>SOUTH DAKOTA ATTORNEY GENERAL<br>1302 E HWY 14<br>SUITE 1<br>PIERRE, SD 57501-8501 | MARYLAND OFFICE OF THE ATTORNEY GENERAL<br>300 WEST PRESTON STREET #302<br>BALTIMORE, MD 21201 |
| MAURA HEALEY<br>MASSACHUSETTS ATTORNEY GENERAL<br>ONE ASHBURTON PLACE<br>BOSTON, MA 02108 -1518 | MEGODE SYSTEMS, LLC<br>5157 NE 1ST COURT<br>RENTON, WA 98059 | METRO PCS WIRELESS, INC.<br>P.O. BOX 94503<br>SEATTLE, WA 98124 |
| MICHIGAN DEPARTMENT OF TREASURY<br>PO BOX 30804<br>LANSING MI 48909 | MIKE DEWINE<br>OHIO ATTORNEY GENERAL<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS, OH 43215 | MILLENNIAL MEDIA OFFICES<br>150 W 22ND ST 12TH FLOOR<br>NEW YORK, NY 10011 |
| MINE SAFETY AND HEALTH ADMINISTRATION (MSHA)<br>1100 WILSON BOULEVARD, 21ST FLOOR<br>ARLINGTON, VA 22209-3939 | MINISTRY OF FINANCE<br>33 KING STREET WEST<br>OSHAWA, ON L1H 8H5<br>CANADA | MINISTRY OF LABOUR<br>165 HOTEL DE VILLE STREET<br>GATINEAU, QC K1A 0J2<br>CANADA |

| | | |
|---|---|---|
| MINNESOTA STATE TREASURER<br>400 CENTENNIAL BUILDING<br>658 CEDAR STREET<br>SAINT PAUL, MINNESOTA 55155 | MOBILE GIVING FOUNDATION<br>PO BOX 723<br>BELLEVUE, WA 98009 | MOBIVITY, INC<br>101 N COLORADO ST #3116<br>CHANDLER, AZ 85244 |
| NATIONAL LABOR RELATIONS BOARD<br>1099 14TH STREET, NW<br>WASHINGTON, DC 20570-0001 | NEBRASKA DEPARTMENT OF REVENUE<br>P.O. BOX 94818<br>LINCOLN, NE 68509-4818 | NEUSTAR, INC.<br>BANK OF AMERICA<br>P.O. BOX 409915<br>ATLANTA, GA 30384-9915 |
| NEW RELIC<br>188 SPEAR STREET, SUITE 1200<br>SAN FRANCISCO, CA 94105 | NEXAGE, INC<br>101 ARCH ST SUITE #1510<br>BOSTON, MA 02110 | NORTH CAROLINA DEPARTMENT OF COMMERCE<br>DIVISION OF EMPLOYMENT SECURITY<br>PO BOX 25903<br>RALEIGH, NC 27611-5903 |
| NORTH CAROLINA DEPARTMENT OF LABOR<br>1101 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-1101 | NORTH CAROLINA DEPARTMENT OF REVENUE<br>501 N WILMINGTON ST<br>RALEIGH, NC 27604 | NORTH CAROLINA OFFICE OF ADMINISTRATIVE HE..<br>6714 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-6714 |
| NY CITY DEPARTMENT OF FINANCE<br>P.O. BOX 5100<br>KINGSTON, NY 12402-5100 | NYC DEPARTMENT OF FINANCE<br>GENERAL CORPORATION TAX<br>PO BOX 3646<br>NEW YORK, NY 10008-3646 | NYS DEPARTMENT OF TAXATION AND FINANCE<br>ROCHESTER DISTRICT OFFICE<br>SALES TAX SECTION<br>340 MAIN STREET E<br>ROCHESTER, NY 14604-2108 |
| NYS DEPT OF TAXATION & FINANCE<br>CORP - V<br>PO BOX 15163<br>ALBANY, NY 12212-5163 | NYS DEPT. OF STATE<br>DIVISION OF CORPORATIONS<br>ONE COMMERCE PLAZA<br>ALBANY, NY 12231 | NYS EMPLOYMENT TAXES<br>PO BOX 4119<br>BINGHAMTON, NY 13902-4119 |
| NYS ESTIMATED CORPORATION TAX<br>P.O. BOX 4136<br>BINGHAMTON, NY 13902-4136 | NYS TAX & FINANCE<br>PO BOX 4111<br>BINGHAMTON, NY 13902 | NYS-NEW YORK STATE<br>PO BOX 4119<br>BINGHAMTON, NY 13902-4119 |
| OFFICE OF TAX AND REVENUE<br>1101 4TH STREET, SW, SUITE W270.<br>WASHINGTON, DC 20024 | OFFICE OF UNEMPLOYMENT COMPENSATION<br>7TH & FORSTER STS, L & I BLDG.<br>PO BOX 68568<br>HARRISBURG, PA 17108-8668 | ONTARIO MINISTRY OF LABOUR<br>400 UNIVERSITY AVENUE, 14TH FLOOR<br>TORONTO, ON M7A 1T7<br>CANADA |
| OPEN MARKET INC.<br>PO BOX 915267<br>DALLAS, TX 75391-5267 | OREGON DEPARTMENT OF REVENUE<br>P.O. BOX 14780<br>SALEM, OR 97309-0469 | PA DEPT OF REVENUE<br>PO BOX 280706<br>HARRISBURG, PA 17128-0706 |
| PAM BONDI<br>FLORIDA ATTORNEY GENERAL<br>THE CAPITOL PL-01<br>TALLAHASSEE, FL 32399-1050 | PANDORA MEDIA<br>25601 NETWORK PLACE<br>CHICAGO, IL 60673-1256 | PAXTON MEDIA GROUP WPSD-TV<br>P.O. BOX 1197<br>PADUCAH, KY 42002-1197 |
| PITCHER, NICHOLS & MEEKS<br>ATTN: REAL ESTATE NOTICES (SCS/KMH)<br>1925 CENTURY PARK EAST, SUITE 1700<br>LOS ANGELES, CA 90067-2512 | PLACED, INC<br>1205 2ND AVE SUITE #220<br>SEATTLE, WA 98101 | PUBMATIC, INC<br>P.O. BOX 347402<br>PITTSBURGH, PA 15251-4402 |

| | | |
|---|---|---|
| QUALCOMM RETAIL SOLUTIONS, INC.<br>RENAMED: GIMBAL, INC. 12526 HIGH BLUFF DR., SUITE<br>SAN DIEGO, CA 92130 | RATNER COMPANIES L.L.C.<br>1577 SPRING HILL RD<br>SUITE 500<br>VIENNA, VA 22182 | RESOURCE VENTURES<br>343 N FRONT ST<br>COLUMBUS, OH 43215 |
| REVENU QUÉBEC<br>3800 RUE DE MARLY<br>QUEBEC, QC G1X 4A5<br>CANADA | ROBERT LEIBSHON ET AL<br>C/O STRITMATTER KESSLER WHELAN COLUCCIO<br>ATTN: BRAD MOORE<br>200 SECOND AVENUE WEST<br>SEATTLE, WA 98119-4204 | ROY COOPER<br>NORTH CAROLINA ATTORNEY GENERAL<br>9001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-9001 |
| RUSSELL A. SUZUKI<br>HAWAII ATTORNEY GENERAL<br>425 QUEEN STREET<br>HONOLULU, HI 96813 | RYAN KIRK<br>4835 UNIT C DELLRIDGE WAY SW<br>SEATTLE, WA 98106 | SALESFORCE.COM<br>P.O. BOX 203141<br>DALLAS, TX 75320-3141 |
| SAM OLENS<br>GEORGIA ATTORNEY GENERAL<br>40 CAPITOL SQUARE, SW<br>ATLANTA, GA 30334 | SANFORD GLICKMAN<br>1401 HUDSON STREET, PH1<br>HOBOKEN, NJ 07030 | SEAN D. REYES<br>UTAH ATTORNEY GENERAL<br>PO BOX 142320<br>SALT LAKE CITY, UT 84114-2320 |
| SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE 19903 | SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281-1022 | SECURITIES EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SIRIUS COMPUTER SOLUTIONS, INC.<br>ATTN: BONNIE M. CERRITO<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX 78216 | SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF PUBLIC INQUIRIES<br>1100 WEST HIGH RISE<br>6401 SECURITY BLVD.<br>BALTIMORE, MD 21235 | SOUTH CENTRAL RADIO GROUP - WSTO & WIKY<br>ATTN: ACCOUNTS PAYABLE<br>PO BOX 6968<br>EVANSVILLE, IN 47719 |
| STATE OF DELAWARE<br>DIVISION OF CORPORATIONS<br>P.O. BOX 5509<br>BINGHAMTON, NY 13902-5509 | STATE OF DELAWARE<br>INCORPORATING SERVICES<br>3500 SOUTH DUPONT HIGHWAY<br>DOVER, DE 19901 | STATE OF NEW JERSEY<br>DIV. OF TAXATION - REV PROCESSING CTR<br>PO BOX 666<br>TRENTON, NJ 08646-0666 |
| STATE OF NEW JERSEY<br>PO BOX 666<br>TRENTON, NJ 08646-0666 | STATE OF NEW JERSEY - CBT<br>DIVISION OF TAXATION<br>P.O. BOX 193<br>TRENTON, NJ 08646-0193 | STATE OF WASHINGTON -BUSINESS LIC.<br>PO BOX 9034<br>OLYMPIA, WA 98507 |
| STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134 | STATE TAX COMMISSION<br>PO BOX 36<br>BOISE, ID 83722-0410 | STEPHANIE VALLEE<br>ATTORNEY GENERAL OF QUÉBEC<br>1200 ROUTE DE L'EGLISE, 6IÈME ÉTAGE<br>QUÉBEC, QC  G1V 4M1<br>CANADA |
| SYNIVERSE TECHNOLOGIES LLC<br>12094 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | TALON PORTFOLIO SERVICES LLC<br>ATTN:  LEASE ADMINISTRATION<br>1800 NINTH AVENUE, SUITE 1000<br>SEATTLE, WA  98101 | TAX - DELAWARE CORP<br>PO BOX 898<br>DOVER, DE 19903 |
| TAX COMMISSION<br>CONNORS BUILDING, CAPITOL COMPLEX<br>2501 NORTH LINCOLN BOULEVARD<br>OKLAHOMA CITY, OK 73194 | TAX DEPOSIT- AZ<br>P.O. BOX 29085<br>PHOENIX, AZ 85038-9085 | TAX DEPOSIT-GA<br>PROCESSING CENTER<br>P.O. BOX 740317<br>ATLANTA, GA 30374-0317 |

| | | |
|---|---|---|
| TAX DEPOSIT-NYC<br>GENERAL CORPORATION TAX<br>PO BOX 5040<br>KINGSTON, NY 12402-5040 | TAX DEPOSIT-NYS<br>P.O. BOX 4136<br>BINGHAMTON, NY 13902-4136 | TBC, INC.<br>900 S. WOLFE STREET<br>BALTIMORE, MD 21231 |
| TDC CANADA CORP. AND WACKER GP, INC.<br>C/O DUS MANAGEMENT, INC.<br>ATTN: PROPERTY MANAGER<br>35 EAST WACKER DRIVE, SUITE 600<br>CHICAGO, IL 60601 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 13528<br>CAPITOL STATION<br>AUSTIN, TX 78711-3528 | TEXAS WORKFORCE COMMISSION<br>CIVIL RIGHTS DIVISION<br>101 E 15TH ST., RM 144-T<br>AUSTIN, TX 78778-0001 |
| THE RUBICON PROJECT INC<br>DEPT CH 16601<br>PALATINE, IL 60055-6601 | THOMAS DENMAN<br>4734 NE 140TH AVE.<br>BELLEVUE, WA 98005 | TIME WARNER<br>C/O CRAVITZ SWAIN & MOORE, LLP<br>ATTN: PETER BARBUR<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019 |
| TIMES AND NEWS PUBLISHING - WGTY<br>ATTN: ACCOUNTS PAYABLE<br>1560 FAIRFIELD RD<br>GETTYSBURG, PA 17325 | TINCAN STUDIO LLC<br>ATTN: ERNEST LEITCH, 3116 164TH STREET SW, APT.<br>LYNNWOOD, WA 98087 | TODD WILSON<br>931 ILIFF ST<br>PACIFIC PALISADES, CA 90272 |
| TOM MILLER<br>IOWA ATTORNEY GENERAL<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319<br>515-281-5164 | TREASURER OF VIRGINIA<br>101 NORTH 14TH STREET<br>RICHMOND, VA 23219 | TREASURER, STATE OF CONNECTICUT<br>55 ELM STREET<br>HARTFORD, CT 06106 |
| TREVOR JONES<br>1484 OAK SPRINGS DR.<br>MARIETTA, GA 30066 | TREVOR JONES<br>1492 SCARLET CT NE<br>KENNESAW, GA 30144 | TRILIBIS, INC.<br>DEPT LA 23481<br>PASADENA, CA 91185-3481 |
| TRUE ULTIMATE STANDARDS EVERYWHERE, INC.<br>835 MARKET STREET, SUITE 800<br>SAN FRANCISCO, CA 94103 | TWC OMBUDSMAN<br>TEXAS WORKFORCE COMMISSION<br>101 E 15TH ST., RM 665<br>AUSTIN, TX 78778-0001 | U.S. ATTORNEY'S OFFICE<br>ATTN: CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON, DE 19801 |
| US CITIZENSHIP & EMMIGRATION SERVICES<br>WASHINGTON DISTRICT OFFICE<br>2675 PROSPERITY AVENUE<br>FAIRFAX, VA 22031 | US DEPARTMENT OF HOMELAND SECURITY<br>SECRETARY OF HOMELAND SECURITY<br>WASHINGTON, DC 20528 | US DEPARTMENT OF JUSTICE<br>CIVIL RIGHTS DIVISION<br>OFFICE OF THE ASSISTANT ATTORNEY GENERAL,<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530 |
| US DEPARTMENT OF LABOR<br>ADMINISTRATIVE REVIEW BOARD<br>ROOM S-5220<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20210 | US DEPARTMENT OF LABOR<br>BENEFITS REVIEW BOARD<br>ROOM S-5220<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20210 | US DEPARTMENT OF LABOR<br>FRANCES PERKINS BUILDING<br>200 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20210 |
| US DEPARTMENT OF LABOR<br>OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20210 | US DEPARTMENT OF LABOR<br>OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGR<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20210 | US DEPARTMENT OF LABOR<br>OFFICE OF LABOR-MANAGEMENT STANDARDS<br>200 CONSTITUTION AVENUE, NW, ROOM N-1519<br>WASHINGTON, DC 20210 |
| US DEPARTMENT OF LABOR<br>OFFICE OF WORKERS' COMPENSATION PROGRAMS<br>200 CONSTITUTION AVENUE, NW, ROOM N-1519<br>WASHINGTON, DC 20210 | US DEPARTMENT OF LABOR<br>WAGE AND HOUR DIVISION<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20210 | US EQUAL EMPLOYMENT OPPORTUNITY COMMISS<br>131 M STREET, NE<br>WASHINGTON, DC 20507 |

| | | |
|---|---|---|
| USCIS<br>WASHINGTON DISTRICT OFFICE<br>2675 PROSPERITY AVENUE<br>FAIRFAX, VA 22031 | UTAH LABOR COMMISSION<br>160 E. 300 S., SUITE 300<br>SALT LAKE CITY, UT 84111 | VAIN MEDIA LLC<br>106 1/2 JUDGE JOHN AISO ST #313<br>LOS ANGELES, CA 90012 |
| VEHICLE<br>2225 N. 56TH ST.<br>SEATTLE, WA 98103 | VELTI<br>150 CALIFORNIA STREET<br>10TH FLOOR<br>SAN FRANCISCO, CA 94111 | VIRGINIA DEPARTMENT OF LABOR AND INDUSTRY<br>MAIN STREET CENTRE BLDG.<br>600 EAST MAIN STREET, SUITE 207<br>RICHMOND, VA 23219-4101 |
| VIRGINIA DEPARTMENT OF TAXATION<br>1957 WESTMORELAND STREET<br>RICHMOND, VA 23230 | VIRGINIA EMPLOYMENT COMMISSION<br>PO BOX 1358<br>RICHMOND, VA 23218-1358 | VIRGINIA LOTTERY<br>900 E. MAIN STREET<br>RICHMOND, VA 23219 |
| VISIONARY RELATED ENTERTAINMENT LLC<br>KDDB-FM, KPOI-FM, KQMQ-FM, KUUU-FM AND KUMU-F<br>1000 BISHOP ST, SUITE 200<br>HONOLULU, HI 96813 | VOICE ASSIST, INC.<br>2 SOUTH POINT, SUITE 100<br>LAKE FOREST, CA 92610 | WASHINGTON STATE TREASURER<br>PO BOX 40200<br>OLYMPIA, WA 98504-0200 |
| WASHINGTON STATE TREASURER<br>PO BOX 47464<br>OLYMPIA, WA 98504-7464 | WILLIAM H. SORRELL<br>VERMONT ATTORNEY GENERAL<br>109 STATE STREET<br>MONTPELIER, VT 05609-1001 | WJIM FM CUMULUS BROADCASTING, LANSING<br>3420 PINE TREE<br>LANSING, MI 48911 |
| WRQX CITADEL BROADCASTING COMPANY<br>4400 JENNIFER STREET NW<br>WASHINGTON, DC 20015-2113 | YAHOO!<br>C/O MORRISON & FOERSTER LLP<br>ATTN: RACHEL KREVANS<br>425 MARKET STREET, 32ND FLOOR<br>SAN FRANCISCO, CA  94105 | |

Parties Served: 347