**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Hipcricket, Inc. | : | Case No. 15-10104 (LSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **MobileFuse LLC**, Attn: Ken Harlan, 36 Maple Pl., Ste. 306, Manhasset, NY 11030, Phone: 201-988-3802

2. **Phunware, Inc.**, Attn: William T. Getchell, 7800 Shoal Creek Blvd., Ste. 230-S, Austin, TX 78757, Phone: 512-693-4199

3. **Zumobi, Inc.**, Attn: Ken Willner, 1525 4th Ave., Ste. 800, Seattle, WA 98101, Phone: 206-619-9223, Fax: 206-269-5205

4. **StrikeAd U.S. Inc.**, Attn: Jay Hirschson, 261 Fifth Ave., Ste. 1600, New York, NY 10016, Phone: 917-701-0839, Fax: 212-937-6263

5. **AIM Consulting Group LLC**, Attn: Ryan Pardo, 7650 SE 27th St., Ste. 200, Mercer Island, WA 98045, Phone: 425-213-9398

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: January 30, 2015

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James E. O'Neill, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400