IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hipcricket, Inc.<br><br>                 Debtor. | Chapter 11<br><br>Case No. 15-10104-LSS |

**NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE,
AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), **PERKINS COIE LLP ("Perkins Coie")**, appears in this case by and through the undersigned attorneys.

YOU ARE REQUESTED to serve all notices, including the notices required to be sent to creditors under Fed. R. Bankr. P. 2002, 4001 and 9007, on the undersigned at the address below.

The foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, pleadings or papers seeking relief from stay, assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset of the Debtor, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs and operating reports, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopier, or otherwise, and whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date upon which a proof of claim may be filed.

This Notice of Appearance, Request for Special Notice, and Request for Service of papers shall not be deemed or construed to be a waiver of the rights of **Perkins Coie** to: (i) have final Orders in non-core matters entered only after *de novo* review; (ii) trial by jury in any

- 2 -

proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) have the Bankruptcy Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs or recoupment to which **Perkins Coie**, is or may be entitled, all of which are expressly reserved.

The Clerk of the Bankruptcy Court is further requested to add the name and address stated below to the master mailing list in this case:

> John S. Kaplan
> Perkins Coie LLP
> 1201 Third Avenue, Suite 4900
> Seattle, WA  98101-3099
> Telephone:  206.359.8000
> Fax:  206.359.9000
> Email:  JKaplan@perkinscoie.com

The undersigned hereby also consents to email service, including ECF service, at the following email address:   JKaplan@perkinscoie.com.

Dated:  January 30, 2015

By:/s/  John S. Kaplan
     John S. Kaplan, Bar No. 23788
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
JKaplan@perkinscoie.com
Telephone:         206.359.8000
Facsimile:          206.359.9000

Attorneys for Perkins Coie LLP

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 30th day of January, 2015 upon all parties requesting service via ECF Notification.

                                    */s/ John S. Kaplan*
                                    John S. Kaplan, WSBA No. 23788