IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC. | ) | Case No.: 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |

**STATEMENT UNDER RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE**

1. Perkins Coie, LLP ("Perkins Coie") pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 329 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), states that the undersigned is presently and proposed corporate counsel to the above-captioned debtor and debtor in possession (the "Debtor") in this case.

2. Compensation agreed to be paid by the Debtor to Perkins Coie is for legal services to be rendered in connection with this case. The Debtor has agreed to pay Perkins Coie for the legal services rendered or to be rendered by its various attorneys, paralegals, and case management assistants in connection with this case on the Debtor's behalf. The Debtor also has agreed to reimburse Perkins Coie for its actual and necessary expenses incurred in connection with this case.

3. Perkins Coie has received payments from the Debtor during the year prior to the Petition Date in the amount of $433,382.57 in connection with its prepetition representation of the Debtor, which amount does not include amounts that Perkins Coie received from the Debtor's insurer on account of the Lawsuit (discussed below).

4. Perkins Coie will seek approval of payment of compensation upon the filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the United States Bankruptcy Court for the District of Delaware, and orders of this Court.

5. The services to be rendered include all those services set forth in the *Application of the Debtor for an Order Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Perkins Coie, LLP as Special Corporate Counsel to the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date*, submitted concurrently herewith.

6. Since November 2013, Perkins Coie has represented the Debtor and certain of its officers and directors in *Leibsohn, et al. v. Hipcricket, Inc. (FKA Augme Technologies), et al.*, No 13-40007-3, filed in the King County Superior Court, State of Washington (the "Lawsuit"). The Lawsuit was brought by stockholders of a former company of which Hipcricket purchased the assets in August 2011. The plaintiffs in the Lawsuit assert claims under the Washington State Securities Act, as well as common law claims for intentional misrepresentation and negligent representation, and seek to rescind the asset purchase or obtain a "recessionary measure of damages," as well as compensatory damages, interest and attorneys' fees. Since October, 2014, Perkins Coie's legal fees and expenses related to the Lawsuit have been paid by the Debtor's insurer under Debtor's directors' and officers' liability insurance policy. Perkins Coie plans to continue to represent the directors and officers in the Lawsuit.

Perkins Coie will not continue to represent the Debtor in the Lawsuit absent a further order of this Court authorizing such representation.

7.  Perkins Coie further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, of counsel, and associates of Perkins Coie, or (b) any compensation another person or party has received or may have received.

Dated: January 29 2015

PERKINS COIE, LLP

By: /Faith Wilson

Telephone: 206-359-8000
Facsimile: 206-359-4237
E-mail:fwilson@perkinscoie.com

[Proposed] Special Corporate Counsel for the Debtor and Debtor in Possession