IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtor in the above-captioned action, and that on the 30th day of January 2015 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

*Notice and Debtor's Application Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Perkins Coie, LLP as Special Corporate Counsel for the Debtor and Debtor in Possession nunc pro tunc to the Petition Date*

Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 30 day of January 2015

Notary Public
Commission Exp.: My Commission Expires October 14, 2016

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE

DOCS_DE:197701.i 36480/002

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

Hipcricket, Inc. 2002 Overnight Service List
Case No. 15- 10104 (LSS)
Document No. 197557
01 – Interoffice Mail
02 – Hand Delivery
08 – Express Mail
02 – Foreign Overnight Delivery
33 – Overnight Delivery

(Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**Interoffice Mail**
(Counsel for the Debtors)
Ira D. Kharasch, Esquire
Linda F. Cantor, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100

**Hand Delivery**
(US Trustee)
Office of U.S. Trustee
Attn:  Jane M. Leamy, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**Express Mail**
(Top Creditors)
StrikeAd, Inc.
Attn: Jay Hirschson
P.O. Box 203823
Dallas, TX  75320-3823

**Express Mail**
(Top Creditors)
AIM Consulting Group
Attn: Kyle Guilford
P.O. Box 796
Spokane, WA  99210-0796

**Express Mail**
(Top Creditors)
NYS Dept. of Taxation and Finance
Attn: Sam Bright
Rochester District Office
Sales Tax Section
Rochester, NY  14604-2108

**Express Mail**
(Top Creditors)
Yahoo! Inc,
Attn:  Rachel Krevans
P.O. Box 3003
Carol Stream, Il  60132-3003

**Express Mail**
Riverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY  10024

**Express Mail**
Rachel R. Obaldo
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**Express Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903

**Express Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**Foreign Overnight Delivery**
(Top Creditors)
Go2Mobi
Attn: Tom Desaulniers
Suite 5-774 Bay Street
Victoria, BC  V8T5E4
Canada

**Foreign Overnight Delivery**
(Top Creditors)
Acuity Ads, Inc.
Attn: Max Beeth
5775 Yonge Street, Unit 1802
Toronto, ON  M2M 4J1
Canada

**Overnight Delivery**
(Debtor)
Hipcricket Inc.
Attn: Todd Wilson, Chairman & CEO
350 7th Avenue, 2nd Floor
New York, NY  10001

**Overnight Delivery**
(External Counsel to Debtors)
Faith Wilson, Esquire
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099

**Overnight Delivery**
(External Counsel to Debtors)
Flore Kanmacher, Esquire
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721

**Overnight Delivery**
(Counsel for SITO Mobile)
Greenberg Traurig
Attn: Nancy Mitchell, Esquire
Metlife Building
200 Park Avenue
New York, NY  10166

**Overnight Delivery**
(Counsel for Mobile Fuse)
Edward J. LoBello, Esquire
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

**Overnight Delivery**
(Counsel for Mobile Fuse)
James D. Garbus, Esquire
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY  11530-9194

**Overnight Delivery**
(Counsel for Fast Pay Partners)
Deirdre M. Richards, Esquire
The Lamm Group
1608 Walnut Street, Suite 703
Philadelphia, PA  19103

**Overnight Delivery**
(Counsel for Phunware)
James Huie, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

**Overnight Delivery**
Mitel Leasing
1140 West Loop North
Houston, TX 77055

**Overnight Delivery**
US Equipment Finance
1310 Madrid Street
Marshall, MN 56258

**Overnight Delivery**
Fast Pay Partners LLC
c/o Harold Lee, Esquire
9300 Wilshire Boulevard, Suite 550
Beverly Hills, CA 90212

**Overnight Delivery**
(Top Creditors)
Zumobi, Inc.
Attn: Lara Rickard
520 Pike Street
Seattle, WA 98101

**Overnight Delivery**
(Top Creditors)
Mobilefuse
Attn.: Ken Harlan
36 Maple Place, Suite 306
Manhasset, NY 11030

**Overnight Delivery**
(Top Creditors)
Tapit Media
Attn: Alan Knitowski, CEO
Phunware
4000 MacArthur Blvd., Suite #300
Newport Beach, CA 92660

**Overnight Delivery**
(Top Creditors)
Perkins Coie
Attn: Andrew Moore
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

**Overnight Delivery**
(Top Creditors)
Shaub & Williams LLP
Attn: David Shaub
12121 Wilshire Blvd., Suite205
Los Angeles, CA 90025

**Overnight Delivery**
(Top Creditors)
Mobilewalla, Inc.
Attn: Anindya Datta
2472 Jett Ferry Road, Suite 400-214
Dunwoody, GA 30338

**Overnight Delivery**
(Top Creditors)
Adap.tv, Inc.
Attn: Matt Mangone
1 Waters Park Drive, Suite 250
San Mateo, CA 94403

**Overnight Delivery**
(Top Creditors)
Richardson & Patel LLP
Attn: David Gordon
The Chrysler Building
405 Lexington Ave
New York, NY 10174

**Overnight Delivery**
(Top Creditors)
Goodwin Proctor, LLP
Attn: Jennifer Albert
Exchange Place
53 State Street
Boston, MA 02109

**Overnight Delivery**
(Top Creditors)
Drawbridge, Inc.
Attn: Mani Davari
2121 El Camino Real, 7th Floor
San Mateo, CA 94403

**Overnight Delivery**
(Top Creditors)
Tedd Barnfield, Esquire
Gordon Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

**Overnight Delivery**
Jeffrey Cawdrey, Esquire
Richard Sybert, Esquire
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

**Overnight Delivery**
(Top Creditors)
Mobile Posse, Inc.
Attn: Jon Jackson
1320 Old Chain Bridge Road, Suite 240
Mclean, VA  22101

**Overnight Delivery**
(Top Creditors)
Boehringer Ingelheim
Attn: Dora C. DeVenuti
900 Ridgebury Road
P.O. Box 368
Ridgefield, CT  06877-0368

**Overnight Delivery**
(Top Creditors)
Live Rail
Attn: Ben Rodrigues
LiveRail 1601 Willow Road
Menlo Park, CA  94025

**Overnight Delivery**
(United States Attorney General)
Eric H. Holder, Jr., Esq.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**Overnight Delivery**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**Overnight Delivery**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**Overnight Delivery**
Andrew M. Calamari, Esq.
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281-1022

**Overnight Delivery**
Michael A. Berman, Esq.
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC  20549

**Overnight Delivery**
Sean Lev, Esq.
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

**Overnight Delivery**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026