SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025
Telephone: (310) 826-6678
Fascimile: (310) 826 -8042
E-mail: lawfirm@sw-law.com
David R. Shaub, Esq.

*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 15-10104-LSS |
| HIPCRICKET, INC., | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Chapter 11 of Title 11,

United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Shaub & Williams LLP ("S&W"), a creditor and party-in-

interest, hereby appears in the above-captioned Chapter 11 case of In re Hipcricket, Inc. (the

"Debtor"), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, and section 342 of the

Bankruptcy Code, that all papers, pleadings, motions and applications served or required to be served

in these cases, be given to and served upon the following:

SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025
Telephone: (310) 826-6678
Fascimile: (310) 826 -8042
E-mail: lawfirm@sw-law.com

The undersigned hereby also consents to email service, including ECF service, at the following email address: lawfirm@sw-law.com.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of S&W with respect to the Debtor's estate, or any related entity(ies), or property or proceeds thereof in which the Debtor's estate may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to S&W's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit S&W to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

Dated: January 30, 2015     By: /s/ David R. Shaub_____
            David R. Shaub, Esq.

            SHAUB & WILLIAMS LLP
            12121 Wilshire Boulevard, Suite 205
            Los Angeles, California 90025
            Telephone: (310) 826-6678
            Fascimile: (310) 826 -8042
            E-mail: lawfirm@sw-law.com
            David R. Shaub, Esq.

            *Pro Se*

Wdx-87770         2

## CERTIFICATE OF SERVICE

I, David R. Shaub, hereby certify that on January 30, 2015, I caused a true and correct copy of Shaub & Williams LLP's Notice of Appearance and Request for Service of Papers to be served by first class mail, postage-prepaid upon the following persons listed:

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

Linda F. Cantor
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003

Jane M. Leamy
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Neil Herskowitz
Riverside Claims
P.O. Box 626
Planetarium Station
New York, NY 10024

Deirdre M. Richards, Esq.
Lamm Rubenstone LLC
1608 Walnut Street
Suite 804
Philadelphia, PA 19103

Edward J. LoBello, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018-0026

Rachel R. Obaldo
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

John S. Kaplan
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

By: /s/ David R. Shaub_____
        David R. Shaub, Esq.

Wdx-87770                                      3