# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re  Hipcricket, Inc.m_____

Debtor

Case No.  15-10104 (LSS)_____

## INITIAL MONTHLY OPERATING REPORT
**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|:---:|:---:|
| **12-Week Cash Flow Projection** | x | |
| **Certificates of Insurance:  (See attached)** | | |
|    Workers Compensation | x | |
|    Property | x | |
|    General Liability | x | |
|    Vehicle | x | |
|    Other: See attached summary page_____ | x | |
|    Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts (See attached order)** | | |
|    Tax Escrow Account | x | |
|    General Operating Account | x | |
|    Money Market Account pursuant to Local Rule 4001-3.  Refer to | x | |
|    http://www.deb.uscourts.gov/ | | |
|    Other:_____ | | |
| **Retainers Paid (Form IR-2)** | x | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____

Signature of Debtor

_____

Date

_____

Signature of Joint Debtor

_____

Date

*Todd E. Wilson* (signature)

_____

Signature of Authorized Individual*

2/3/2015

_____

Date

Todd Wilson

_____

Printed Name of Authorized Individual

Chief Executive Officer

_____

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

# 11 Week Cash Flow Projection

## WEEKLY CASH FORECAST

| Week of | | | | | | Week Of | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/21-1/23 | 1/26-1/30 | 2/2-2/6 | 2/9-2/13 | 2/16-2/20 | 2/23-2/27 | 3/2-3/6 | 3/9-3/13 | 3/16-3/20 | 3/23-3/27 | 3/30-4/3 |
| **Beginning Cash Balance** | | 34,893.31 | 340,930.18 | 402,430.18 | 250,000.00 | 406,883.57 | 250,000.00 | 250,000.00 | 250,000.00 | 479,883.57 | 634,883.57 |
| *Tier 1* | | | | | | | | | | | |
| Payroll | | (425,250.00) | (20,000.00) | (407,750.00) | | (492,750.00) | (20,000.00) | (407,750.00) | | | (647,750.00) |
| 401k funding | | | (70,000.00) | | (15,000.00) | | (70,000.00) | | (15,000.00) | | (25,000.00) |
| Rent | | | | | | | | | | | (25,000.00) |
| Health Insurance (wire) | | (70,000.00) | | | | (70,000.00) | | | | (70,000.00) | |
| Business Insurance (wire) | | | | | (5,116.43) | | | | (5,116.43) | | |
| American Express | | (100,000.00) | (13,500.00) | (13,500.00) | (18,000.00) | (30,000.00) | (42,000.00) | (30,000.00) | | (25,000.00) | |
| SVB CC | | (40,000.00) | (10,000.00) | (10,000.00) | (10,000.00) | (25,000.00) | (30,000.00) | (35,000.00) | | | |
| Perkins | | (25,000.00) | | | (35,000.00) | (30,000.00) | | (10,000.00) | | | |
| Cannacord | | | | (100,000.00) | (10,000.00) | | | | | | |
| Pachulski | | (100,000.00) | (75,000.00) | (10,000.00) | (50,000.00) | (50,000.00) | (75,000.00) | | | | |
| Creditor committee counsel | | | (50,000.00) | | | (10,000.00) | (10,000.00) | | | | |
| DIP Lender Legal Fees | | | | | | | (50,000.00) | | | | |
| DIP Interest (estimate) | | | | | | | (25,000.00) | | | | (32,500.00) |
| *Tier 2* | | | | | | | | | | | |
| Publishers | | (75,000.00) | (75,000.00) | (75,000.00) | (75,000.00) | (75,000.00) | (75,000.00) | (75,000.00) | (75,000.00) | (75,000.00) | (75,000.00) |
| Other Expenses | | | | (275,000.00) | | | | (275,000.00) | | | |
| Taxes | | | | (23,500.00) | | | | | | | |
| **Total Cash Outflows** | - | (835,250.00) | (313,500.00) | (914,750.00) | (218,116.43) | (782,750.00) | (397,000.00) | (832,750.00) | (95,116.43) | (170,000.00) | (805,250.00) |
| **Beginning Balance less Outflows** | - | (800,356.69) | 27,430.18 | (512,319.82) | 31,883.57 | (375,866.43) | (147,000.00) | (582,750.00) | 154,883.57 | 309,883.57 | (170,366.43) |
| Estimated Cash Receipts from AR | 450,000.00 | 375,000.00 | 375,000.00 | 375,000.00 | 375,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 325,000.00 | 325,000.00 | 325,000.00 |
| *Estimated Collections to the Company* | | | | | | | | | | | |
| Total Cash Receipts | - | 375,000.00 | 375,000.00 | 375,000.00 | 375,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 325,000.00 | 325,000.00 | 325,000.00 |
| Estimated DIP Loan Flows | 1,833,713.13 | 366,286.87 | | 387,319.82 | | 275,866.43 | 47,000.00 | 482,750.00 | | | |
| **Estimated Fast Pay Collections Remitted post-filing** | | 400,000.00 | | | | | | | | | |
| DIP Loan Balance | (1,833,713.13) | (2,200,000.00) | (2,200,000.00) | (2,587,319.82) | (2,587,319.82) | (2,863,186.25) | (2,910,186.25) | (3,392,936.25) | (3,392,936.25) | (3,392,936.25) | (3,392,936.25) |
| **Estimated Cash Balance End of Period*** | 34,893.31 | 340,930.18 | 402,430.18 | 250,000.00 | 406,883.57 | 250,000.00 | 250,000.00 | 250,000.00 | 479,883.57 | 634,883.57 | 154,633.57 |
| | | | | | | | | | | | |
| Fast Pay Beginning Balance | 1,733,713.13 | - | - | - | - | - | - | - | - | - | - |
| Fast Pay Payoff | (1,833,713.13) | - | - | - | - | - | - | - | - | - | - |
| Fast Pay Fees/Costs/Reserves | 100,000.00 | - | - | - | - | - | - | - | - | - | - |
| Fast Pay Funding | - | - | - | - | - | - | - | - | - | - | - |
| Fast Pay Ending Balance | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| AR Beginning Balance | 3,665,550.20 | 3,215,550.20 | 3,740,550.20 | 3,765,550.20 | 3,390,550.20 | 3,015,550.20 | 3,565,550.20 | 3,615,550.20 | 3,265,550.20 | 2,940,550.20 | 2,615,550.20 |
| AR Billings | - | 900,000.00 | 400,000.00 | - | - | 900,000.00 | 400,000.00 | - | - | - | 1,300,000.00 |
| AR Collections | (450,000.00) | (375,000.00) | (375,000.00) | (375,000.00) | (375,000.00) | (350,000.00) | (350,000.00) | (350,000.00) | (325,000.00) | (325,000.00) | (325,000.00) |
| AR Ending Balance | 3,215,550.20 | 3,740,550.20 | 3,765,550.20 | 3,390,550.20 | 3,015,550.20 | 3,565,550.20 | 3,615,550.20 | 3,265,550.20 | 2,940,550.20 | 2,615,550.20 | 3,590,550.20 |

* For the week of 1/19, cash balance represents cash balance immediately post filing

# Certificates of Insurance

The Debtor has requested that its Insurance Broker update its certificates and declarations of proof of insurance to reflect that the U.S. Trustee be notified of any cancellation notice(s) the Debtor may receive regarding these policies.  Upon receipt of the updated documents, the Debtor shall file them under separate cover.

**Insurance Policies**

| CARRIER | COVERAGE TYPE | POLICY # | TERM | LIMITS | TOTAL COST |
|---|---|---|---|---|---|
| Massachusetts Bay (Hanover) | Property & General Liability | ZD2A12895401 | 10/15/14-10/15/15 | $2,000,000 | $20,033.00 |
| Massachusetts Bay (Hanover) | Workers Comp. | W22A11543401 | 10/15/14-10/15/15 | $1,000,000 | $17,461.00 |
| Massachusetts Bay (Hanover) | Umbrella | UH2A12898301 | 10/15/14-10/15/15 | $10,000,000 | $7,682.00 |
| Columbia Casualty | Professional Errors & Omissions Primary | 425601988 | 10/15/14-10/15/15 | $5,000,000 | $31,140.50 |
| Westchester Surplus Lines | Professional Errors & Omissions Excess | G27080157002 | 10/15/14-10/15/15 | $5,000,000 | $18,088.04 |
| Travelers Casualty & Surety Comp. of America | Crime & Fiduciary | 105984985 | 10/15/14-10/15/15 | $1,000,000 | $8,372.00 |
| National Union Fire Ins. Co. | Employment Practices Liability | 24202475 | 03/01/14 - 08/31/15 | $2,000,000 | $58,550.00 |

| National Union Fire Ins. Co.[3] | Directors & Officers Primary | 27915157 | 03/28/14 - 08/31/15 | $5,000,000 | $190,600.00 |
|---|---|---|---|---|---|
| Argonaut Ins. Co. | Directors & Officers Excess | MLX760086700 | 03/28/14 - 08/31/15 | $5,000,000 | $114,160.00 |

---

[3] A tail to this policy will be purchased effective on or prior to the Closing.





**Executive Choice**⁺ SM

*Declarations*

POLICY NO.  **105984985**

**Travelers Casualty and Surety Company of America**
**One Tower Square**
**Hartford, Connecticut**
(A Stock Insurance Company, herein called the Company)

THE MANAGEMENT COVERAGES, LIABILITY COVERAGES AND THE THIRD PARTY LIABILITY INSURING AGREEMENTS ARE WRITTEN ON A CLAIMS-MADE BASIS.  THE MANAGEMENT COVERAGES, LIABILITY COVERAGES AND THE THIRD PARTY LIABILITY INSURING AGREEMENTS COVER ONLY CLAIMS FIRST MADE AGAINST INSUREDS DURING THE POLICY PERIOD.  THE LIMIT OF LIABILITY AVAILABLE TO PAY SETTLEMENTS OR JUDGMENTS WILL BE REDUCED BY DEFENSE EXPENSES, AND DEFENSE EXPENSES WILL BE APPLIED AGAINST THE RETENTION.  THE COMPANY HAS NO DUTY TO DEFEND ANY CLAIM UNLESS DUTY-TO-DEFEND COVERAGE HAS BEEN SPECIFICALLY PROVIDED HEREIN.

| | |
|---|---|
| **ITEM 1** | **NAMED INSURED/INSURANCE REPRESENTATIVE:** |

**HIPCRICKET, INC.**

D/B/A:

Principal Address:
**110 110th Ave NE, Suite No. 410**
**BELLEVUE, WA 98004**

| | |
|---|---|
| **ITEM 2** | **POLICY PERIOD:** |

Inception Date:**October 15, 2014**          Expiration Date:**October 15, 2015**
12:01 A.M. standard time both dates at the Principal Address stated in ITEM 1.

| | |
|---|---|
| **ITEM 3** | **ALL NOTICES OF CLAIM OR LOSS MUST BE SENT TO THE COMPANY BY EMAIL, FACSIMILE, OR MAIL AS SET FORTH BELOW:** |

**Email:BSIclaims@travelers.com**
**FAX:(888) 460-6622**

**Mail:Travelers Bond & Specialty Insurance Claim**
      **385 Washington St. – Mail Code 9275-NB03F**
      **St Paul, MN  55102**

| | |
|---|---|
| **ITEM 4** | **COVERAGE INCLUDED AS OF THE INCEPTION DATE IN ITEM 2:** |

<u>Management Coverages</u>

☐    Directors, Officers, and Organization Liability

<u>Liability Coverages</u>

ACF-2002 Rev. 01-12
© 2012 The Travelers Indemnity Company. All rights reserved.

☐ Employment Practices Liability
☒ Fiduciary Liability
☐ Miscellaneous Professional Liability

<u>Crime Coverages</u>

☒ Crime
☐ Kidnap and Ransom

<u>Cyber Coverage</u>

☐ CyberRisk

<u>Other Coverages</u>

☐ Identity Fraud Expense Reimbursement

---

**ITEM 5**    Only those coverage features marked "☒ Applicable" are included in this policy.

If "*Not Covered*" is inserted opposite any specified Insuring Agreement below, or if no amount is included in the Limit of Liability or Limit of Insurance, such Insuring Agreement and any other reference thereto is deemed to be deleted.

| DIRECTORS, OFFICERS, AND ORGANIZATION LIABILITY |
|---|

| | | |
|---|---|---|
| **Directors, Officers, and Organization Limit of Liability:** | **Not Covered** | for all **Claims** |
| **Investigation Expense Limit of Liability:** | **Not Covered** | for all **Investigation Expense**, which amount is part of, and not in addition to, the Directors, Officers, and Organization Limit of Liability |
| **Supplemental Independent Director Limit of Liability:** | **Not Covered** | for all **Independent Director Claims**, which amount in addition to, and excess of, the Directors, Officers, and Organization Limit of Liability |
| **Retention:** | Not applicable to non-indemnifiable **Loss** or Insuring Agreement D. | |
| | for all **Securities Claims** | |
| | for all other **Claims** | |
| **Prior or Pending Proceeding Date:** | | |

| EMPLOYMENT PRACTICES LIABILITY |
|---|

| | | |
|---|---|---|
| **Limit of Liability:** | **Not Covered** | for all **Claims** |
| **Third Party Claim Coverage:** | ☐ Applicable | ☐ Not Applicable |

ACF-2002 Rev. 01-12
© 2012 The Travelers Indemnity Company. All rights reserved.

| | | |
|---|---|---|
| **Additional Defense Coverage:** | ☐ Applicable | ☐ Not Applicable |
| **Additional Defense Limit of Liability:** | **Not Covered** | for all **Claims** |
| **Retention:** | | for each **Claim** under Insuring Agreement A. for each **Claim** under Insuring Agreement B., if applicable |
| **Prior and Pending Proceeding Date:** | | **Claims** for **Wrongful Employment Practices**: **Claims** for **Third Party Wrongful Acts**: |
| **Continuity Date:** | | **Claims** for **Wrongful Employment Practices**: **Claims** for **Third Party Wrongful Acts**: |

## FIDUCIARY LIABILITY

| | | |
|---|---|---|
| **Limit of Liability:** | $1,000,000 | for all **Claims** |
| **Settlement Program Limit of Liability:** | $50,000 | for each **Settlement Program Notice**, which amount is included within, and not in addition to, any applicable limit of liability |
| **HIPAA Limit of Liability:** | $50,000 | which amount is included within, and not in addition to, any applicable limit of liability |
| **Additional Defense Coverage:** | ☐ Applicable | ☒ Not Applicable |
| **Additional Defense Limit of Liability:** | **Not Covered** | for all **Claims** |
| **Retention:** | $0<br>$0 | for each **Claim** under Insuring Agreement A. for each **Settlement Program Notice** under Insuring Agreement B. |
| **Prior and Pending Proceeding Date:** | **August 23, 2013** | |
| **Continuity Date:** | **August 23, 2013** | |

## MISCELLANEOUS PROFESSIONAL LIABILITY

| | | |
|---|---|---|
| **Limits of Liability:** | **Not Covered**<br>**Not Covered** | for each **Claim**; not to exceed for all **Claims** |
| **Additional Defense Coverage:** | ☐ Applicable | ☐ Not Applicable |
| **Additional Defense Limit of Liability:** | **Not Covered** | for all **Claims** |

ACF-2002 Rev. 01-12
© 2012 The Travelers Indemnity Company. All rights reserved.

**Retention:**                                        for each **Claim**

**Prior and Pending
Proceeding Date:**

**Retroactive Date:**

**Continuity Date:**

**Professional Services:**

| CRIME | | |
|---|---|---|
| **INSURING AGREEMENT** | **SINGLE LOSS LIMIT OF INSURANCE** | **SINGLE LOSS RETENTION** |
| **A. Fidelity**<br>  1. Employee Theft<br>  2. ERISA Fidelity<br>  3. Employee Theft of Client Property | $1,000,000<br>$1,000,000<br>$1,000,000 | $25,000<br>$0<br>$25,000 |
| **B. Forgery or Alteration** | $1,000,000 | $25,000 |
| **C. On Premises** | $1,000,000 | $25,000 |
| **D. In Transit** | $1,000,000 | $25,000 |
| **E. Money Orders and Counterfeit Money** | $1,000,000 | $25,000 |
| **F. Computer Crime**<br>  1. Computer Fraud<br>  2. Computer Program and Electronic Data Restoration Expense | $1,000,000<br>$1,000,000 | $25,000<br>$25,000 |
| **G. Funds Transfer Fraud** | $1,000,000 | $25,000 |
| **H. Personal Accounts Protection**<br>  1. Personal Accounts Forgery or Alteration<br>  2. Identity Fraud Expense Reimbursement | Not Covered<br>Not Covered | |
| **I. Claim Expense** | $5,000 | $0 |

ACF-2002 Rev. 01-12
© 2012 The Travelers Indemnity Company. All rights reserved.

**Policy Aggregate Limit of Insurance:**      ☒ Applicable      ☐ Not Applicable

If a Policy Aggregate Limit of Insurance is applicable, then the Policy Aggregate Limit of Insurance for each **Policy Period** for Insuring Agreements A through H, inclusive, is:   **$1,000,000**

If a Policy Aggregate Limit of Insurance is not included, then this **Crime Policy** is not subject to a Policy Aggregate Limit of Insurance as set forth in section **V. CONDITIONS,** B.1.a.

**Cancellation of Prior Insurance:**

By acceptance of this **Crime Policy**, the **Insured** gives the Company notice canceling prior policies or bonds issued by the Company that are designated by policy or bond numbers  **Not Applicable**, such cancellation to be effective at the time this **Crime Policy** becomes effective.

**INSURED'S PREMISES COVERED:**

All Premises of the **Insured** in the United States of America, its territories and possessions, Canada, or any other country throughout the world, except:

**Not Applicable**

| KIDNAP AND RANSOM | | |
|---|---|---|
| **INSURING AGREEMENT** | **LIMIT OF INSURANCE** | **RETENTION** |
| A. Kidnap and Ransom | Not Covered for each Insured Event | for each Insured Event |
| B. Extortion for Ransom | Not Covered for each Insured Event | for each Insured Event |
| C. Detention and Hijack | Not Covered for each Insured Event | for each Insured Event |
| D. In Transit/Delivery | Not Covered for each Insured Event | for each Insured Event |
| E. Rest and Rehabilitation Expenses | Not Covered per Insured Person | for each Insured Event |
| F. Personal Accident | Not Covered per Insured Person, subject to the BENEFIT SCHEDULE found in section III. DEFINITIONS, Y., not to exceed Not Covered in the aggregate for the Policy Period | for each Insured Event |
| G. Additional Expenses | Not Covered for each Insured Event | for each Insured Event |
| H. Legal Liability | Not Covered for each Insured Event | for each Insured Event |

**Crisis Response Firm Fees and Expenses:**      Unlimited for each **Insured Event**

**Policy Aggregate Limit of Insurance:**      ☐ Applicable      ☐ Not Applicable

If a Policy Aggregate Limit of Insurance is applicable, then the Policy Aggregate Limit of Insurance for each **Policy Period** is:      **Not Applicable**

© 2012 The Travelers Indemnity Company. All rights reserved.

If a Policy Aggregate Limit of Insurance is not included, then this **Kidnap and Ransom Policy** is not subject to a Policy Aggregate Limit of Insurance as set forth in section **V. CONDITIONS**, **C.**1.

| Crisis Response Firm:<br>Olive Group<br>23 Buckingham Gate<br>London, SW1E 6LB, UK<br>UK Telephone: +44 (0)207 240 3237<br>USA Telephone: +1 713-918-6401<br>Olive Group Email:<br>info@olivegroupresponse.com<br>Olive Group Website:<br>www.olivegroupresponse.com | Travelers Bond and Financial Products<br>Claim Contact Numbers:<br><br>USA Telephone: +1 800 842-8496<br>　　　　　　　 (Available 24/7/365)<br>See ITEM 3 of the Declarations for the<br>Travelers Claim mailing address. |
| --- | --- |

**Cancellation of Prior Insurance:**
By acceptance of this **Kidnap and Ransom Policy**, the **Named Insured** gives the Company notice canceling prior policies or bonds issued by the Company that are designated by policy or bond numbers , such cancellation to be effective at the time this **Kidnap and Ransom Policy** becomes effective.

---

### CYBERRISK

#### Third Party Liability Insuring Agreements

A. **Network and Information Security Limit of Liability:**      **Not Covered**      for each **Claim**

B. **Communications and Media Limit of Liability:**      **Not Covered**      for each **Claim**

C. **Regulatory Defense Expenses Limit of Liability:**      **Not Covered**      for each **Regulatory Claim**

**Retention:**      for each **Claim** under Insuring Agreement A.
for each **Claim** under Insuring Agreement B.
for each **Regulatory Claim** under Insuring Agreement C.

#### First Party Insuring Agreements

| INSURING AGREEMENT | LIMIT OF INSURANCE | RETENTION |
| --- | --- | --- |
| D. **Crisis Management Event Expenses** | **Not Covered** for each **Single First Party Insured Event** | for each **Single First Party Insured Event** |
| E. **Security Breach Remediation and Notification Expenses** | **Not Covered** for each **Single First Party Insured Event** | for each **Single First Party Insured Event** |
| F. **Computer Program and Electronic Data Restoration Expenses** | **Not Covered** for each **Single First Party Insured Event** | for each **Single First Party Insured Event** |
| G. **Computer Fraud** | **Not Covered** for each **Single First Party Insured Event** | for each **Single First Party Insured Event** |
| H. **Funds Transfer Fraud** | **Not Covered** for each **Single First Party Insured Event** | for each **Single First Party Insured Event** |

ACF-2002 Rev. 01-12
© 2012 The Travelers Indemnity Company. All rights reserved.

| | | | |
|---|---|---|---|
| I. | E-Commerce Extortion | Not Covered for each Single First Party Insured Event | for each Single First Party Insured Event |
| J. | Business Interruption and Additional Expenses | Not Covered for each Single First Party Insured Event | |

**CyberRisk Policy Aggregate Limit:**     **Not Applicable**

The **CyberRisk Policy Aggregate Limit** for each **Policy Period** is applicable to all Insuring Agreements.

**Prior and Pending Proceeding Date:**

**Retroactive Date:**

**Continuity Date:**

**Waiting Period (Hours):** with respect to Insuring Agreement J:

| IDENTITY FRAUD EXPENSE REIMBURSEMENT |
|---|

**Limit of Insurance:**     **Not Covered**     per **Insured Person** for each **Identity Fraud**

**Retention:**     per **Insured Person** for each **Identity Fraud**

---

**ITEM 6**   **FOR ALL COVERAGES:**

**PREMIUM FOR THE POLICY PERIOD:**

$8,372.00     Policy Premium

---

**ITEM 7**   **FOR MANAGEMENT COVERAGES:**

**EXTENDED REPORTING PERIOD:**

Additional Premium Percentage:     Additional Months:

      12

      24

      36

---

**FOR LIABILITY AND CYBER COVERAGE:**

**TYPE OF CLAIM DEFENSE:**

☐   Reimbursement

☒   Duty-to-Defend

☐   Varies by Coverage - See Expanded Claim Defense Options Endorsement

Only the type of CLAIM DEFENSE marked " ☒ " is included in this policy.

---

**ITEM 8**   **FOR LIABILITY AND CYBER COVERAGE:**

**EXTENDED REPORTING PERIOD:**

Additional Premium Percentage:   **75 %**

---

© 2012 The Travelers Indemnity Company. All rights reserved.

Additional Months:                    12

(If exercised in accordance with sections *III. CONDITIONS*, O. EXTENDED REPORTING PERIOD of the Liability Coverage Terms and Conditions or *IV. CONDITIONS APPLICABLE TO ALL INSURING AGREEMENTS*, T., 2. Extended Reporting Period of the **CyberRisk** Policy)

| ITEM 9 | FOR LIABILITY AND CYBER COVERAGE: |
|---|---|

**RUN-OFF EXTENDED REPORTING PERIOD:**

Additional Premium Percentage:    **Not Applicable**

Additional Months:                    **Not Applicable**

(If exercised in accordance with sections *III. CONDITIONS*, K. CHANGE OF CONTROL of the Liability Coverage Terms and Conditions or *IV. CONDITIONS APPLICABLE TO ALL INSURING AGREEMENTS*, S. CHANGE OF CONTROL of the **CyberRisk** Policy)

| ITEM 10 | FOR LIABILITY COVERAGES: |
|---|---|

**ANNUAL REINSTATEMENT OF THE LIABILITY COVERAGE LIMIT OF LIABILITY:**

☐    Applicable

☒    Not Applicable

Only those coverage features marked " ☒ Applicable" are included in this policy.

| ITEM 11 | FOR ALL COVERAGES: |
|---|---|

**FORMS AND ENDORSEMENTS ATTACHED AT ISSUANCE:**

**LIA-3001-0109; LIA-5045-1107; ACF-7004-0110; LIA-4030-0912; CRI-3001-0109; FRI-3001-0109; CRI-4023-1212; CRI-5048-0613; CRI-7021-0109; CRI-19060-0713; ACF-7006-0511**

| ITEM 12 | FOR LIABILITY COVERAGES: |
|---|---|

**LIABILITY COVERAGE SHARED LIMIT OF LIABILITY:**

**Not Applicable** for all **Claims** under the following Liability Coverages

| ITEM 13 | FOR MANAGEMENT, LIABILITY, CRIME, AND CYBER COVERAGES |
|---|---|

Executive Choice+SM      AGGREGATE LIMIT OF LIABILITY/LIMIT OF INSURANCE:

**Not Applicable**

☐    Applicable        ☒    Not Applicable

If marked " ☒ Applicable" above, the Company's maximum limit of liability and limit of insurance in a single **Policy Period** for all **Claims** under each purchased Management Coverage, Liability Coverage and Cyber Coverage, and all loss under each purchased Crime Coverage and all **First Party Loss or Expenses** under each purchased Cyber Coverage, as set forth in ITEM 4 of these Declarations, shall not exceed the **AGGREGATE LIMIT OF LIABILITY/LIMIT OF INSURANCE** set forth in ITEM 13 above, provided that any applicable Additional Defense Limit of Liability, Supplemental Independent Director Limit of Liability, Supplemental Personal Indemnification Limit of Liability or Identity Fraud Expense Reimbursement Limit of Insurance are in addition to, and not part of, such **AGGREGATE LIMIT OF LIABILITY/LIMIT OF INSURANCE.**

| ITEM 14 | FOR MANAGEMENT, LIABILITY AND CYBER COVERAGES: |
|---|---|

ACF-2002 Rev. 01-12
© 2012 The Travelers Indemnity Company. All rights reserved.

**Executive Choice+SM**    AGGREGATE LIMIT OF LIABILITY/LIMIT OF INSURANCE:

**Not Applicable**

☐ Applicable    ☒ Not Applicable

If marked " ☒ Applicable" above, the Company's maximum limit of liability and limit of insurance in a single **Policy Period** for all **Claims** under each purchased Management Coverage, Liability Coverage and Cyber Coverage, and all **First Party Loss or Expenses** under each purchased Cyber Coverage, as set forth in ITEM 4 of these Declarations, shall not exceed the **AGGREGATE LIMIT OF LIABILITY/LIMIT OF INSURANCE** set forth in ITEM 14 above; provided that any applicable Additional Defense Limit of Liability, Supplemental Independent Director Limit of Liability or Supplemental Personal Indemnification Limit of Liability are in addition to, and not part of, such **AGGREGATE LIMIT OF LIABILITY/LIMIT OF INSURANCE**.

PRODUCER INFORMATION:
MCM INS SERVICES LLC
1325 4TH AVE STE 2100
SEATTLE, WA 98101

Countersigned By

IN WITNESS WHEREOF, the Company has caused this policy/bond to be signed by its authorized officers.

President, Bond & Financial Products    Corporate Secretary

ACF-2002 Rev. 01-12
© 2012 The Travelers Indemnity Company. All rights reserved.



## National Union Fire Insurance Company of Pittsburgh, Pa. ®
*A capital stock company*
(the "**Insurer**")

**POLICY NUMBER:** *02-420-24-75*                    **REPLACEMENT OF POLICY NUMBER:** *01-770-85-09*

# Employment Edge<sup>SM</sup>

### Employment Practices Liability Insurance Policy

---

NOTICES: This policy provides claims-made coverage. Such coverage is generally limited to liability for (i) **Claims** first made against **Insureds** and (ii) **Crises** first occurring, in each case, during the **Policy Period** or, if applicable, the **Discovery Period**. Coverage under this policy is conditioned upon notice being timely provided to the **Insurer** as required (see the Notice and Reporting clause for details). Covered **Defense Costs** shall reduce the **Limits of Liability** available to pay judgments or settlements, and shall be applied against the retention amount. The **Insurer** does not assume any duty to defend. Please read this policy carefully and review its coverage with your insurance agent or broker.

---

## DECLARATIONS

1. **NAMED ENTITY:**          *Hipcricket, Inc.*

   **Named Entity Address:**   *110 110th Avenue NE*
   *Suite 410*
   *Bellevue, WA 98004*

   **State of Formation:**     *Delaware*

2. **POLICY PERIOD:**    From: *March 1, 2014*          To: *August 31, 2015*
   The **Policy Period** incepts and expires as of 12:01 A.M. at the **Named Entity Address**.

3. **PREMIUM:**                                                    *$57,400*

4. **LIMIT OF LIABILITY:**                                         *$2,000,000*

5. **RETENTION:** Not applicable to: (i) **Crisis Loss** or (ii) the first $25,000 in **Defense Costs** incurred as **E-Discovery Consultant Services**

   (a) **Class Action Retention:**                                *$100,000*

   (b) **Third Party Retention:**                                 *$100,000*

   (c) All other **Loss** to which a Retention applies:           *$100,000*

   If the **Organization** is unable to pay an applicable Retention due to **Financial Insolvency**, this policy shall advance the **Loss** pursuant to the RETENTION Clause.

6. **PASSPORT:**    This policy ☐ serves, or ☒ does not serve, as a master Passport policy.

*1357879*

              ℗ All rights reserved.

**DECLARATIONS** (Continued)

7.   **INSURER**

(a) **INSURER ADDRESS**:   *175 Water Street*
*New York, NY 10038-4969*

(b) **CLAIMS ADDRESS**:   By E-Mail: c-claim@AIG.com
By Mail:   *AIG, Financial Lines Claims*
*P.O. Box 25947*
*Shawnee Mission, KS 66225*

In either case, reference the Policy Number.

8.   **CONTINUITY DATES**

(a) **Outside Entity Executive** Coverage--The date on which the **Executive** first served
as an **Outside Entity Executive** of such **Outside Entity**.

(b) All other coverage:   *March 1, 2011*

9.   **TRIA PREMIUM, TAXES AND SURCHARGES**

(a) TRIA Premium:   *N/A*

Coverage for Certified Acts of Terrorism Coverage under Terrorism Risk Insurance Act 2002 was
rejected by insured. A copy of the TRIA disclosure sent with the original quote is attached hereto.

---

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President,
Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the
time of issuance by an authorized representative of the insurer.

_____        _____        _____
PRESIDENT                     AUTHORIZED REPRESENTATIVE              SECRETARY

*BROWN AND RIDING INSURANCE SERVICES, INC.*
*901 5TH AVENUE, SUITE 2300*
*SEATTLE, WA 98164*

*1357879*

105928 (7/10)                                 2                 Ⓡ All rights reserved.



## National Union Fire Insurance Company of Pittsburgh, Pa.®
*A capital stock company*
(the "Insurer")

**POLICY NUMBER:** *02-791-51-57*          **REPLACEMENT OF POLICY NUMBER:** *01-823-16-52*

# Executive Edge®

### Broad Form Management Liability Insurance Policy

---

NOTICES: This policy provides claims-made coverage. Such coverage is generally limited to liability for (i) **Claims** first made against **Insureds**, (ii) **Inquiries** that an **Insured Person** first received, and (iii) **Crises** first occurring, in each case, during the **Policy Period** or, if applicable, the **Discovery Period**. Coverage under this policy is conditioned upon notice being timely provided to the **Insurer** as required (see the Notice and Reporting clause for details). Covered **Defense Costs**, **Pre-Claim Inquiry Costs** and **Derivative Investigation Costs** shall reduce the **Limits of Liability** available to pay judgments or settlements, and shall be applied against the retention amount. The **Insurer** does not assume any duty to defend. Please read this policy carefully and review its coverage with your insurance agent or broker.

---

## DECLARATIONS

1. **NAMED ENTITY:**        *HIPCRICKET, INC*
   *F/K/A AUGME TECHNOLOGIES, INC.*

   **Named Entity Address:**     *110 110TH AVENUE NE*
   *SUITE 410*
   *BELLEVUE, WA 98004*

   **State of Formation:**    *Delaware*

2. **POLICY PERIOD:**     From: *March 28, 2014*        To: *August 31, 2015*
   The **Policy Period** incepts and expires as of 12:01 A.M. at the **Named Entity Address**.

3. **PREMIUM:**                                      *$190,600*

4. **LIMIT OF LIABILITY:**                           *$5,000,000*

5. **RETENTION:** Not applicable to: (i) **Non-Indemnifiable Loss**, (ii) **Crisis Loss** or
   (iii) **Derivative Investigation Costs**.

   (a) **Securities Retention:**                      *$500,000*

   (b) **Employment Practices Retention:**            *$250,000*

   (c) All other **Loss** to which a Retention applies :     *$250,000*

   If the **Organizations** fail or refuse to satisfy an applicable Retention, this policy shall advance the **Loss** of an **Insured Person** pursuant to the ADVANCEMENT Clause.

6. **PASSPORT:**   This policy ☐serves, or ☒does not serve, as a master Passport policy.

*1218202*

© All rights reserved.

AIG

**DECLARATIONS** (Continued)

7.   **INSURER**

(a) **INSURER ADDRESS:**   *175 Water Street*
*New York, NY 10038-4969*

(b) **CLAIMS ADDRESS:**   By E-Mail: c-claim@AIG.com
By Mail:  *AIG, Financial Lines Claims*
*P.O. Box 25947*
*Shawnee Mission, KS 66225*

In either case, reference the Policy Number.

8.   **CONTINUITY DATES**

(a) **Outside Entity Executive** Coverage--The date on which the **Executive** first served
as an **Outside Entity Executive** of such **Outside Entity**.

(b) All other coverage:   *March 28, 2007*

9.   **TRIA PREMIUM, TAXES AND SURCHARGES**

(a) **TRIA** Premium   *N/A*

Coverage for Certified Acts of Terrorism Coverage under Terrorism Risk Insurance Act 2002 was
rejected by insured. A copy of the TRIA disclosure sent with the original quote is attached hereto.

---

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President,
Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the
time of issuance by an authorized representative of the insurer.

_____        _____        _____
PRESIDENT                        AUTHORIZED REPRESENTATIVE                  SECRETARY

*BROWN AND RIDING INSURANCE SERVICES, INC.*
*901 5TH AVENUE, SUITE 2300*
*SEATTLE, WA 98164*

*1218202*

104122 (4/10)                              2                  Ⓟ All rights reserved.

# *Surplus Lines Declarations*



| | |
|---|---|
| Policy No.  G27080157 002 | Renewal of:  G27080157 001 |

**NAMED INSURED & MAILING ADDRESS**

Hipcricket, Inc. fka Augme Technologies, Inc. fka Modavox, Inc.
110 110th Ave NE
Suite 410
Bellevue, Washington 98004

Premium $17,316.00
Policy Fee $0.00
Broker Fee $400.00
Inspection Fee $0.00
State Tax $354.32
Stamp Fee $17.72
**Total $18,088.04**

**POLICY PERIOD**

| When Coverage Begins: | 10/15/2014 | 12:01 A. M. Local Time At Named Insured's Address |
|---|---|---|
| When Coverage Ends: | 10/15/2015 | 12:01 A. M. Local Time At Named Insured's Address |

**INSURING COMPANY**

### Westchester Surplus Lines Insurance Company

Producer's Name & Address:
BROWN & RIDING INSURANCE
901 5TH AVENUE
SEATTLE, Washington 98164

Producer No:  244533

## WASHINGTON SURPLUS LINES NOTIFICATION

**This contract is registered and delivered as a surplus line coverage under the insurance code of the state of Washington, Title 48 RCW.  It is not protected by any Washington state guaranty association law.**

_____
Surplus Lines Broker (name or initials)

This contract is registered and delivered as
a surplus line coverage under the insurance
code of the state of Washington, Title 48
RCW.  It is not protected by any Washington
state guaranty association law. - Brown and
Riding Insurance Services, Inc.

SLPD (03/08)

 Westchester Surplus Lines Insurance Company

# Excess Liability Insurance Policy Declarations

**This Policy is issued by the stock insurance company listed above (herein "Insurer").**

**UNLESS OTHERWISE PROVIDED IN THE FOLLOWED POLICY, THIS POLICY IS A CLAIMS MADE POLICY WHICH COVERS ONLY CLAIMS FIRST MADE AGAINST THE INSUREDS DURING THE POLICY PERIOD. PLEASE READ THIS POLICY CAREFULLY.**

**Policy No.** G27080157 002          **Renewal Of** G27080157 001

| | | |
|---|---|---|
| **Item 1.** | Insured Company | Hipcricket, Inc. fka Augme Technologies, Inc. fka Modavox, Inc. |
| | Principal Address: | 110 110th Ave NE<br>Suite 410<br>Bellevue, Washington 98004 |
| **Item 2.** | Coverages Provided: | Excess Miscellaneous Professional Liability, Privacy Protection, Technology Liability |
| **Item 3.** | Followed Policy: | GSL-2302-XXC |
| | Insurer: | Columbia Casualty Company |
| | Policy Number | 425601988 |

**Item 4.** Policy Period
    From 12:01 A.M.   10/15/2014   To 12:01 A.M.   10/15/2015
    (Local time at the address shown in Item 1.)

**Item 5.** Premium
    $  17,316      Policy Premium
    $  17,316.00    Total Amount Due

**Item 6.** Limit of Liability/Aggregate Limit:
    $  5,000,000    for all Loss under all Coverages combined.

**Item 7.** Underlying Policy Limits/Attachment Point:
    $  5,000,000

**Item 8.** PENDING & PRIOR LITIGATION DATE:

    8/23/2012

This Policy is intended to follow the Pending & Prior Litigation Exclusion of the Followed Form, subject to the date indicated above.

**Item 9.**   NOTICE TO INSURER

    **A.**  Notice of Claim, Wrongful Act or Loss:

        PO Box 5119
        Scranton, PA  18505-0549
        First Notices Fax:
        215.640.5040 or 1.877.746.4671
        General Correspondence Fax:
        1.866.635.5688
        First Notices Email:
        aceclaimsfirstnotice@acegroup.com

    **B.**  All other notices:

        ACE Westchester Specialty Group
        Attention: Professional Liability Dept.
        Royal Centre Two, 11575 Great Oaks Way
        Suite 200
        Alpharetta, GA 30022

**THESE DECLARATIONS, TOGETHER WITH THE COMPLETED AND SIGNED APPLICATION AND THE POLICY FORM ATTACHED HERETO, CONSTITUTE THE INSURANCE POLICY.**

Date:      _____10/15/2014_____
                  MO/DAY/YR.

                         JOHN J. LUPICA, President
                         Authorized Representative

# SIGNATURES

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Hipcricket, Inc. fka Augme Technologies, Inc. fka Modavox, Inc. | | | |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEO | G27080157 002 | 10/15/2014 **to** 10/15/2015 | 10/15/2014 |

| Issued By (Name of Insurance Company) | | | |
|---|---|---|---|
| Westchester Surplus Lines Insurance Company | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**ILLINOIS UNION INSURANCE COMPANY** (A stock company)
525 W. Monroe Street, Suite 400, Chicago, Illinois 60661

**WESTCHESTER SURPLUS LINES INSURANCE COMPANY** (A stock company)
Royal Centre Two, 11575 Great Oaks Way, Suite 200, Alpharetta, GA 30022

REBECCA L. COLLINS, Secretary

JOHN J. LUPICA, President

_____

Authorized Representative



ENTERPRISE PROFESSIONAL SOLUTIONS DECLARATIONS

> **NOTICE: THIS IS A CLAIMS MADE AND REPORTED POLICY AND, SUBJECT TO ITS PROVISIONS, APPLIES ONLY TO ANY CLAIM BOTH FIRST MADE AGAINST THE INSURED AND REPORTED TO THE INSURER DURING THE POLICY PERIOD. CLAIM EXPENSES ARE WITHIN THE LIMIT OF LIABILITY. PLEASE REVIEW THE POLICY CAREFULLY AND DISCUSS THE COVERAGE WITH YOUR INSURANCE AGENT OR BROKER.**

**POLICY #**    425601988         **CUSTOMER #**    604457

**INSURER:**    Columbia Casualty Company      **PRODUCER:**    ALEXANDER MORFORD & WOO

            333 S. Wabash Ave.                        Zachary Schuck
            Chicago, IL 60604                       901 5TH AVE., STE. 2300
                                                       SEATTLE, WA 98164

---

### ITEMS

**1. NAMED INSURED**

NAME:                                  ADDRESS:
Hipcricket, Inc. fka Augme Technologies, Inc. fka      4400 Carillon Point
Modavox, Inc.                                 Kirkland, WA 98033

**2. POLICY PERIOD**

Effective Date:       10/15/2014      (both of which at 12:01 a.m. standard time at the address
Expiration Date:     10/15/2015      stated in Item 1 above)

**3. COVERAGE SCHEDULE**

Coverage under this policy is provided only for those coverages for which a limit of liability appears below. If no limit of liability is shown for a coverage, such coverage is not provided by this policy. The Aggregate Limit of Liability shown in a. below is the most the Insurer will pay regardless of the number of coverages purchased.

Aggregate Limit of Liability      $5,000,000 in the Aggregate for All **Damages**, **Claim Expenses** and **Privacy Event Expenses** under all Coverages

| INSURING AGREEMENTS OR REIMBURSEMENT PROVISIONS | LIMITS OF LIABILITY | | RETENTION | RETROACTIVE DATE |
|---|---|---|---|---|
| | EACH CLAIM OR PROCEEDING | IN THE AGGREGATE | | |
| Technology and Telecommunications Liability | $5,000,000 | $5,000,000 | $25,000 | 9/16/2010 |
| Professional Services Liability | $5,000,000 | $5,000,000 | $25,000 | 9/16/2010 |
| Media Liability | $5,000,000 | $5,000,000 | $25,000 | 9/16/2011 |
| Network Security/Privacy Injury Liability | $5,000,000 | $5,000,000 | $25,000 | 9/16/2010 |
| Privacy Regulation Proceeding | $250,000 | $250,000 | $25,000 | 9/16/2010 |
| Privacy Regulation Fines Sublimit | N/A | $250,000 | $25,000 | 8/23/2011 |
| Privacy Event Expense Reimbursement | N/A | $250,000 | $25,000 | N/A |
| Extortion Demand Reimbursement | N/A | $2,500,000 | $25,000 | N/A |

**4. POLICY PREMIUM**      $29,800

Premium: $ 29,800.00
Broker Fee : $ 700.00
State Tax: $ 610.00
Stamping Fee: $ 30.50

> This contract is registered and delivered as a surplus line coverage under the insurance code of the state of Washington, Title 48 RCW. It is not protected by any Washington state guaranty association law.

GSL2301XXc (Ed.7/07)

© CNA All Rights Reserved.

 **ENTERPRISE PROFESSIONAL SOLUTIONS DECLARATIONS**

**5. NOTICES TO INSURER**

| CLAIMS: | ALL OTHER NOTICES: |
|---|---|
| CNA – Claims Reporting<br>P.O Box 8317<br>Chicago, IL 60680-8317<br>Fax: 866-773-7504<br>Email: SpecialtyNewLoss@cna.com | CNA Global Specialty Lines<br>Address:<br>555 Mission Street, Suite 200, San Francisco, CA  94105<br>Attention: Scott E Taylor |

**6. ENDORSEMENTS FORMING A PART OF THIS POLICY AT ISSUANCE:**

| | | |
|---|---|---|
| GSL-3846-XX | 02/2008 | ADDITIONAL INSURED ENTITY ENDORSEMENT |
| GSL-2309-XX | 01/2007 | BLANKET VICARIOUS LIABILITY FOR OTHER ENTITIES ENDORSEMENT |
| GSL-19978-XX | 01/2012 | First Party Endorsement (Business Interruption & Loss Of Or Damage To The Insured Entitys Network) |
| GSL-3566-XX | 10/2007 | BILATERAL OPTIONAL VARIABLE EXTENDED REPORT PERIOD ENDORSEMENT |
| GSL-1327-XX | 12/2006 | AMENDMENT TO SECTION XVII. COVERAGE FOR NEW SUBSIDIARY |
| GSL-7541-WA | 04/2005 | Cancellation/Non-Renewal Endorsement - Washington |
| CNA-75622-XX | 08/2013 | Augme Technologies Inc. Professional Services Endorsement |
| CNA-72983-XX | 02/2013 | Notice Of Cancellation Endorsement (Notice To Third Party) |
| CNA-74300-XX | 06/2014 | Service of Suit |

These Declarations, along with the completed and signed **Application**, the Policy, and any written endorsements attached shall constitute the contract between the **Insureds** and the Insurer.

Authorized Representative :

Date:                                            11/19/2014

© CNA  All Rights Reserved.



RENEWAL OF POLICY  UH2 A128983 00

## COMMERCIAL UMBRELLA POLICY

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S)
COMPLETE THE BELOW NUMBERED POLICY

POLICY NUMBER: UH2 A128983 01
DECLARATIONS

**Named Insured and Address** (No., Street, Town, County, State)
HIPCRICKET, INC.
ATTN: ACCOUNT PAYABLE
110 110TH AVE NE, STE #410
BELLEVUE WA 98004

**Agent**
0901164
MCM INSURANCE SERVICES LLC

1325 FOURTH AVE, STE 2100
SEATTLE WA 98101

**Policy Period:** (Month, Day, Year)
From 10/15/2014 To 10/15/2015
12:01 A. M., standard time at the address of the Named Insured as stated herein.

**Form of Business:**
☐ Individual     ☐ Partnership     ☒ Corporation     ☐ Limited Liability Company
☐ Organization (Other than Partnership, Joint Venture or Limited Liability Company)

**Business Description: Advertising Agency**
IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.  THIS PREMIUM MAY
BE SUBJECT TO AUDIT.

**Limit of Liability (Section III)**
| | |
|---|---|
| **Each Occurrence Limit** | $10,000,000 |
| **Aggregate Limit** | $10,000,000 |
| **Personal & Advertising Injury Limit** | Excluded |

**Retained Limit      Self-Insured Retention**                              0

**Premium Computation**
Estimated Annual:
Rate per:
Estimated Annual Premium: **$7,682.00**
Annual Minimum Premium: **$7,682.00**
Advance Premium: **$7,682.00**

## Endorsements:
See next page

☐ PREPAID - the total annual premium is due at inception.
☐ HANOCASH - the annual premium is payable according to the term of the Hanocash endorsement attached.
☐ ACCOUNT BILL   ☐ DIRECT BILL   ☐ Annual   ☐ Semi-Annual   ☒ Other

Audit period: Non Auditable Unless indicated by     ☐ Annual   ☐ Semi-Annual   ☐ Other

If you cancel this policy, we shall receive and retain not less than  NIL  as a policy minimum premium.



## Forms Applicable To This Policy:

*Asterisk denotes new or changed form

| Form Number | Form Edition | Description |
|---|---|---|
| 401-1127 | 01/08 | Notice - Offer Of Terrorism Coverage Notice - Disclosure Of Premium Acceptance Of Coverage |
| * 401-1277 | 03/14 | Advisory Notice to Policyholder Excess Hired And Nonowned Auto - Agents And Employees Of Owner Exclusion |
| 473-0016 | 10/05 | Exclusion - Lead Poisoning Liability |
| 473-0023 | 10/05 | Asbestos Liability Exclusion |
| 473-0029 | 10/05 | Commercial Umbrella Exclusion - Limited Underlying Coverage |
| 473-0040 | 10/05 | Omnibus Endorsement |
| 473-0067 | 12/05 | Abuse or Molestation Exclusion |
| * 473-0089 | 06/06 | Multiple Named Insured Endorsement |
| 473-1973 | 12/11 | Umbrella Excess and Hired nonowned Auto |
| CU 00 01 | 12/07 | Commercial Liability Umbrella Coverage Form |
| CU 00 04 | 05/09 | Recording and Distribution of material or information in violation of Law Exclusion |
| CU 01 21 | 09/00 | Washington Changes |
| * CU 04 03 | 12/07 | Employee Benefits Liability Coverage |
| CU 21 06 | 09/00 | Exclusion - Personal and Advertising Injury |
| CU 21 18 | 09/00 | Exclusion - Year 2000 Computer-Related And Other Electronic Problems |
| CU 21 25 | 12/01 | Total Pollution Exclusion Endorsement |
| CU 21 30 | 01/08 | Cap On Losses From Certified Acts Of Terrorism |
| CU 21 36 | 01/08 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| CU 21 50 | 03/05 | Silica or Silica-Related Dust Exclusion |
| CU 21 63 | 12/06 | Washington Auto Exclusion Of Terrorism Coverage |
| CU 24 36 | 12/05 | Products - Completed Operations Aggregate Limit Of Insurance |
| CU 26 77 | 12/04 | Washington - Fungi or Bacteria Exclusion |
| * IL 01 23 | 11/13 | Washington Changes - Defense Costs |
| IL 01 46 | 08/10 | Washington Common Policy Conditions |
| IL 01 98 | 09/08 | Nuclear Energy Liability Exclusion Endorsement |



**Forms Applicable To This Policy:**

*Asterisk denotes new or changed form

| Form Number | Form Edition | Description |
|---|---|---|
| *  SIG 11 00 | 08/14 | Signature Page |

# SCHEDULE A – SCHEDULE OF UNDERLYING POLICIES

**The Hanover** Insurance Group™

**Insured:** HIPCRICKET, INC.
**Effective on and after** 10/15/2014 **12:01 A.M. Standard Time**
**This Schedule is part of Policy Number:** UH2 A128983 01

| CARRIER, POLICY NUMBER & PERIOD | TYPE OF POLICY | APPLICABLE LIMITS OR AMOUNT OF INSURANCE | |
|---|---|---|---|
| (a) Carrier: MASSACHUSETTS BAY INSURANCE COMPANY<br>Policy Number: ZD2 A128954 01<br>Policy Period: 10/15/2014 TO 10/15/2015 | Commercial<br>General Liability<br>☐ Per Location<br>☐ Per Project<br>☐ Owned Autos<br>☐ Non-owned & Hired Autos | $2,000,000<br>Excluded<br>$2,000,000<br><br>$2,000,000 | Each Occurrence<br>Personal & Advertising Injury<br>General Aggregate<br>Product/Completed Operations<br>Aggregate |
| (b) Carrier: MASSACHUSETTS BAY INSURANCE COMPANY<br>Policy Number: ZD2 A128954 01<br>Policy Period: 10/15/2014 TO 10/15/2015 | Comprehensive<br>Automobile Liability including<br>☐ Owned Automobiles<br>☒ Non-Owned & Hired | Bodily Injury and Property Damage Liability Combined<br>$1,000,000  Each Accident<br>Bodily Injury<br>$  Each Person<br>$  Each Accident<br>Property Damage<br>$  Each Accident | |
| (c) Carrier:<br>Policy Number:<br>Policy Period: | Garage Liability<br>☐ Dealers<br>☐ Service | Bodily Injury and Property Damage Liability Combined<br>Each Accident<br>Garage Operations<br>$  Auto Only<br>$  Other than Auto Only<br>$  Aggregate<br>Garage Operations<br>$  Other than Auto Only | |
| (d) Carrier: ALLMERICA FINANCIAL BENEFITS<br>Policy Number: W22 A115434 02<br>Policy Period: 10/15/2014 TO 10/15/2015 | Standard Workers'<br>Compensation &<br>Employers' Liability | **Coverage B – Employers Liability**<br>Bodily Injury by Accident<br>$1,000,000  Each Accident<br>Bodily Injury by Disease<br>$1,000,000  Each Employee<br>$1,000,000  Aggregate | |
| (e) Carrier:<br>Policy Number:<br>Policy Period: | Liquor Liability<br>☐ Per Location | $  Each Common Cause<br>$  Other<br>$  Aggregate<br>$  Other | |
| (f) Carrier:<br>Policy Number:<br>Policy Period: | Professional Liability | $  Each Occurrence<br>$  Each Claim<br>$  Other<br>$  Aggregate<br>$  Other | |
| (g) Carrier:<br>Policy Number: | Watercraft Liability | | |

An "X" marked in the box provided indicates these broadening or optional coverage are provided in the Underlying Insurance



| Policy Period: | | |
|---|---|---|
| (h) Carrier:<br>Policy Number:<br>Policy Period: | Directors & Officers Liability | $          Each Occurrence<br>$          Each Claim<br>$          Other<br>$          Aggregate<br>$          Other |
| (i) Carrier:<br>Policy Number:<br>Policy Period: | Stop Gap Liability | Bodily Injury by Accident<br>$          Each Accident<br>Bodily Injury by Disease<br>$          Each Employee<br>$          Aggregate |
| (j) Carrier: MASSACHUSETTS BAY INSURANCE<br>COMPANY<br>Policy Number: ZD2 A128954 01<br>Policy Period: 10/15/2014 TO 10/15/2015 | Other<br>Employee Benefits Liability | $1,000,000     Each Claim<br>$2,000,000     Aggregate |
| (j) Carrier:<br>Policy Number:<br>Policy Period: | Other<br>Abuse and Molestation | $          Each Occurrence<br>$          Aggregate |

An "X" marked in the box provided indicates these broadening or optional coverage are provided in the Underlying Insurance

Countersigned By:_____          Date:_____

**Authorized Representative of the Company**

UH2 A128983 01 0901164

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

**In Witness Whereof,** this company has caused this policy to be signed by its President and Secretary and countersigned on the declarations page, where required, by a duly authorized agent of the company.

Frederick H. Eppinger
President

Charles Frederick Cronin
Secretary

SIG-1100 08 14

**Page 1 of 1**



ZD2 A128954 01

**Massachusetts Bay Insurance Company,  440  Lincoln Street,  Worcester  MA  01605**
**Commercial Line Policy**
**Common Declarations**

ST

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| ZD2 A128954 01 | 10/15/2014 | 10/15/2015 | Massachusetts Bay Insurance Company | 0901164 |

| Named Insured and Address : | Agent : |
|---|---|
| HIPCRICKET, INC. <br> ATTN: ACCOUNT PAYABLE <br> 110 110TH AVE NE, STE #410 <br> BELLEVUE WA 98004 | MCM INSURANCE SERVICES LLC <br><br> 1325 FOURTH AVE, STE 2100 <br> SEATTLE WA 98101 |

**Branch :**  Pacific Northwest
**Policy Period :**  **From**  10/15/2014  **To**  10/15/2015
 12:01 A.M. Standard Time at Your Mailing Address Shown Above.
**Business Description:**  Advertising Agency
**Legal Entity:**  Corporation

In Consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| **Commercial Property Coverage** | $8,151.00 |
| **Commercial General Liability Coverage** | $11,366.00 |
| **Commercial Inland Marine Coverage** | Not Covered |
| **Commercial Crime Coverage** | Not Covered |
| **Commercial Auto Coverage** | $516.00 |
| **Total Surcharges Premium** | $1.11 |
| **Additional Premium For Policy Minimum** | N/A |
| **** Total** | $20,034.11 |

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____    By  _____

10 Pay - 20% Down

Group Number  ZTS



HIPCRICKET, INC.                          ZD2 A128954 01


MCM INSURANCE SERVICES LLC

**Commercial Lines Surcharges**


**State:**    New York


New York Fire Fee Premium:                                    $1.11

**Total New York Surcharge Premium:**                          **$1.11**



HIPCRICKET, INC.                              ZD2 A128954 01

**MCM INSURANCE SERVICES LLC**


**Additional Named Insured**          **Additional Named Insured**

Geos                                   Augme Technologies, Inc.
                                       401K Plan

**Additional Named Insured**

Augme Technologies, Inc.


## Locations of All Premises You Own, Rent or Occupy


**Location: 1**                        **Location: 2**

110 110th Ave NE, Ste #410             350 7th Ave
Bellevue WA                            New York NY
98004                                  10001

**Location: 3**                        **Location: 4**

5 Concourse Pkwy NE, Ste #900          35 East Wacker Drive, Ste #175
Atlanta GA                             Chicago IL
30328                                  60601


## Forms Applicable to all Coverage Parts:

*Asterisk denotes new or changed form

| | Form Number | Edition Date | Description |
|---|---|---|---|
| * | 231-0862 | 11/11 | Privacy Policy |
| * | 331-0053 | 06/13 | Illinois Inquiry Notice |
| * | 401-1127 | 01/08 | Notice - Disclosure of Premium - Acceptance of Coverage |
| | 401-1131 | 01/08 | Terrorism Coverage Acceptance |
| | 401-1135 | 01/08 | Notice To Policyholders Terrorism Coverage Acceptance |
| | IL 00 03 | 09/08 | Calculation Of Premium |
| | IL 00 17 | 11/98 | Common Policy Conditions |
| | IL 00 21 | 09/08 | Nuclear Energy Liability Exclusion Endorsement ( Broad Form ) |



ZD2 A128954 01

MCM INSURANCE SERVICES LLC

## Forms Applicable to all Coverage Parts:

*Asterisk denotes new or changed form

| | Form Number | Edition Date | Description |
|---|---|---|---|
| | IL 01 18 | 10/10 | Illinois Changes |
| * | IL 01 23 | 11/13 | Washington Changes - Defense Costs |
| | IL 01 46 | 08/10 | Washington Common Policy Conditions |
| | IL 01 47 | 09/11 | IL Changes - Civil Union |
| | IL 01 57 | 07/02 | Washington Changes - Actual Cash Value |
| * | IL 01 62 | 10/13 | Illinois Changes - Defense Costs |
| | IL 01 83 | 07/02 | New York Changes - Fraud |
| | IL 01 98 | 09/08 | Nuclear Energy Liability Exclusion Endorsement |
| | IL 02 62 | 09/08 | Georgia Changes |
| * | IL 02 68 | 01/14 | New York Changes - Cancellation And Nonrenewal |
| | IL 02 84 | 12/05 | Illinois Changes -  Cancellation And Nonrenewal |
| | IL 09 35 | 07/02 | Exclusion of Certain Computer-Related Losses |
| | IL 09 52 | 03/08 | Cap On Losses From Certified Acts Of Terrorism |
| * | SIG 11 00 | 08/14 | Signature Page |



HIPCRICKET, INC.                    ZD2 A128954 01

MCM INSURANCE SERVICES LLC


## Commercial Property Coverage Part Declaration


**Total Property Premium**        $8,151.00

Coverages Provided:
Insurance at the Described Premises applies only for the coverage shown below:


Blanket Business Income For Premises
Location 1   -      Building 1
Location 2   -      Building 1
Location 3   -      Building 1
Location 4   -      Building 1

Blanket Personal Property For Premises
Location 1   -      Building 1
Location 2   -      Building 1
Location 3   -      Building 1
Location 4   -      Building 1

| Coverage: | Cause of Loss: | Premiums: |
|---|---|---|
| Blanket Business Income including Extra Expense | Special | $2,505.00 |
| Limit of Insurance: | $1,240,000 | |
| Coinsurance: | 80% | |
| Extended Period of Indemnity | 60 Days Included | |



HIPCRICKET, INC.                                    ZD2 A128954 01

                                        MCM INSURANCE SERVICES LLC

## Commercial Property Coverage Part Declaration

| Coverage: | Cause of Loss: | Premiums: |
|---|---|---|
| Blanket Personal Property | Special | $2,084.00 |
| **Limit of Insurance:** | $432,600 | |
| Replacement Cost | | |
| **Coinsurance:** | 100% | |

| Blanket | LOC | BLDG | APPLICABLE DEDUCTIBLE | |
|---|---|---|---|---|
| | ALL | ALL | Windstorm/HailDeductible | $500.00 |
| | | | Theft Deductible | $500.00 |
| | | | Other Deductible: | $500.00 |

| | |
|---|---|
| **Additional Premium for Property Minimum :** | N/A |
| **Miscellaneous/Optional Property Coverages:** | **PREMIUM** |
| Boiler / Machinery / Equipment Breakdown | $468.00 |
| Earth Movement | $2,114.00 |
| Terrorism Premium | $55.00 |
| Electronic Vandalism – Interruption of Computer Operations | $125 |
| Gold Property Broadening Endorsement | $700.00 |
| Technology Services Property Broadening Endorsement | $100.00 |



HIPCRICKET, INC.                           ZD2 A128954 01

**MCM INSURANCE SERVICES LLC**


### Forms Applicable to Property Coverage Parts:


*Asterisk denotes new or changed form

| | Form Number | Edition Date | Description |
|---|---|---|---|
| | 411-0719 | 05/10 | Electronic Vandalism - Interruption of Computer Operations |
| * | 411-0774 | 02/13 | Earth Movement Endorsement |
| * | 411-0779 | 05/13 | Natural Hazards Notice to Policy Holders |
| * | 411-0793 | 04/14 | Gold Property Broadening Endorsement |
| * | 411-0818 | 04/14 | Technology Services Property Broadening Endorsement |
| * | 411-0827 | 04/14 | NY Changes - Property Broadening Endorsement |
| * | 411-0878 | 04/14 | Technology Services Property Broadening Endorsement - Notice To Policyholder |
| * | 411-0891 | 04/14 | Gold Property Broadening Endorsement - Notice To Policyholder |
| * | 411-0897 | 04/14 | Property Multi State Revision- Notice To Policy Holders |
| | 451-0038 | 11/04 | Equipment Breakdown Coverage |
| | 451-0051 | 04/06 | Georgia Changes - Equipment Breakdown Coverage |
| | 451-0052 | 12/06 | New York Changes |
| * | CP 00 10 | 10/12 | Building And Personal Property  Coverage Form |
| * | CP 00 30 | 10/12 | Business Income (And Extra Expense) Coverage Form |
| | CP 00 90 | 07/88 | Commercial Property Conditions |
| * | CP 01 26 | 10/12 | Washington Changes |
| * | CP 01 31 | 03/13 | Georgia Changes |
| * | CP 01 33 | 10/12 | NY Changes |
| | CP 01 40 | 07/06 | Exclusion of Loss Due to Virus or Bacteria |
| | CP 01 49 | 06/07 | Illinois Changes - Artifically Generated Electrical Current Exclusion |
| | CP 01 60 | 12/98 | Washington Changes - Domestic Abuse |
| * | CP 01 64 | 10/12 | NY Changes - Fungus, Wet Rot And Dry Rot |
| | CP 01 78 | 08/08 | New York - Exclusion Of Loss Due To Virus or Bacteria |
| * | CP 01 79 | 10/12 | Washington Changes - Excluded Causes Of Loss |
| * | CP 04 11 | 10/12 | Protective Safeguards |
| * | CP 10 30 | 10/12 | Cause Of Loss - Special Form |
| * | CP 12 18 | 10/12 | Loss Payable Provisions |
| * | CP 12 20 | 10/12 | Loss Payable Provisions - Washington |
| * | IL 04 15 | 04/98 | Protective Safeguards |

411-0542 01/05

Issued  10/09/2014



HIPCRICKET, INC.                              ZD2 A128954 01

**MCM INSURANCE SERVICES LLC**

## Property Schedule of Additional Interest

<u>**Location**</u>: 1    <u>**Building**</u>: 1

<u>Loss Payable</u>
Ricoh USA, Inc
70 Valley Stream Parkway
Malvern PA 19355
Ricoh Copier

## EARTH MOVEMENT DECLARATIONS

| | |
|---|---|
| Maximum Per "Occurrence" Limit Of Insurance | $939,350 |
| Maximum Annual Aggregate Limit Of Insurance | $939,350 |

### BLANKET EARTH MOVEMENT

The following Limits and Deductibles apply:

| | |
|---|---|
| Per "Occurrence" - Limit Of Insurance | $939,350 |
| Annual Aggregate - Limit Of Insurance | $939,350 |
| Premium | $570 |

Blanket Limit applies solely for Earth Movement at the following locations:

| Location No. | Building No. | Building Address: | Building Deductible | Personal Property Deductible |
|---|---|---|---|---|
| 002 | 001 | 350 7th Ave, New York  NY  10001 | | $25,000 |
| 003 | 001 | 5 Concourse Pkwy NE, Ste #900, Atlanta  GA  30328 | | $25,000 |
| 004 | 001 | 35 East Wacker Drive, Ste #175, Chicago  IL  60601 | | $25,000 |

### SCHEDULED EARTH MOVEMENT

The following Limits and Deductibles apply:

| | |
|---|---|
| Per "Occurrence" - Limit Of Insurance | $500,000 |
| Annual Aggregate - Limit Of Insurance | $500,000 |
| Premium | $1,544 |

Scheduled coverage applies solely for Earth Movement at the following locations:

| Location No. | Building No. | Building Address: | Building Deductible | Personal Property Deductible |
|---|---|---|---|---|
| 001 | 001 | 110 110th Ave NE, Ste #410, Bellevue  WA  98004 | | 10% |

| | |
|---|---|
| Additional Premium to Meet Minimum Premium | $0 |
| Total Earth Movement Premium | $2,114 |



HIPCRICKET, INC.                        ZD2 A128954 01

## MCM INSURANCE SERVICES LLC

## Commercial General Liability Coverage Part Declaration

Audit Frequency:                    Annual

**Limits of Insurance:**

| | |
|---|---|
| **General Aggregate Limit** | $2,000,000 |
| **Products-Completed Operations Aggregate Limit** | $2,000,000 |
| **Each Occurrence Limit** | $2,000,000 |
| **Personal and Advertising Injury Limit** | Excluded |
| **Fire Damage Limit, Any One Fire** | $100,000 |
| **Medical Expense Limit, Any One Person** | $5,000 |
| **General Liability Deductible:** | |
| **Total Advance Commercial General Liability Premium** | $11,366.00 |

## Forms Applicable to General Liability Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| 421-0017 | 06/89 | Employee Benefits Liability Insurance |
| 421-0022 | 12/90 | Asbestos Liability Exclusion |
| * 421-1070 | 06/10 | Punitive Damages Exclusion |
| 421-1076 | 05/12 | NY Technology General Liability Broadening Endorsement |
| 421-1089 | 05/12 | Technology General Liability Broadening Endorsement |
| CG 00 01 | 12/07 | Commercial General Liability Coverage Form |
| CG 00 68 | 05/09 | Recording And Distribution of Material or Information In Violation of Law Exclusion |
| CG 01 04 | 12/04 | New York Changes - Premium Audit |
| CG 01 97 | 12/07 | Washington Changes - Employment-Related Practices Exclusion |
| CG 02 00 | 12/07 | Illinois Changes - Cancellation And Nonrenewal |
| CG 04 35 | 12/07 | Employee Benefits Liability Coverage |
| CG 21 38 | 11/85 | Exclusion - Personal and Advertising Injury |
| CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| CG 21 67 | 12/04 | Fungi or Bacteria Exclusion |
| CG 21 70 | 01/08 | Cap On Losses From Certified Acts Of Terrorism |
| CG 21 76 | 01/08 | Exclusion of Punitive Damages Related To a Certified Act of Terrorism |
| CG 21 96 | 03/05 | Silica or Silica-Related Dust Exclusion |
| CG 26 21 | 10/91 | New York Changes - Transfer Of Duties When A Limit Of Insurance Is Used Up |
| CG 26 77 | 12/04 | Washington - Fungi Or Bacteria Exclusion |
| CG 32 01 | 12/04 | Georgia Limited Fungi Or Bacteria Coverage - Small Business |
| IL 00 23 | 07/02 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |



HIPCRICKET, INC.                           ZD2 A128954 01

**MCM INSURANCE SERVICES LLC**

**Commercial General Liability Classification Schedule Declaration**

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | | PER | RATE | ADVANCE PREMIUM |
|-----|-----|------|-------|---------|---------------|---|-----|------|-----------------|
| 1 | WA | 502 | 1217E | 334 | $30,000,000 | Receipts (Sales) | 1,000 | .173 | $5,190.00 |
| 1 | WA | 502 | 1217E | 336 | $30,000,000 | Receipts (Sales) | 1,000 | .173 | $5,190.00 |

Computer Related Services NEC

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|-----|-----|------|-------|---------|---------------|-----|------|-----------------|
| 2 | NY | 001 | 1217E | 334 | $0 Receipts (Sales) | 1,000 | .213 | $0.00 |
| 2 | NY | 001 | 1217E | 336 | $0 Receipts (Sales) | 1,000 | .213 | $0.00 |

Computer Related Services NEC

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|-----|-----|------|-------|---------|---------------|-----|------|-----------------|
| 3 | GA | 502 | 1217E | 334 | $0 Receipts (Sales) | 1,000 | .214 | $0.00 |
| 3 | GA | 502 | 1217E | 336 | $0 Receipts (Sales) | 1,000 | .214 | $0.00 |

Computer Related Services NEC

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|-----|-----|------|-------|---------|---------------|-----|------|-----------------|
| 4 | IL | 501 | 1217E | 334 | $0 Receipts (Sales) | 1,000 | .228 | $0.00 |
| 4 | IL | 501 | 1217E | 336 | $0 Receipts (Sales) | 1,000 | .228 | $0.00 |

Computer Related Services NEC

| **Miscellaneous/Optional General Liability Coverages** | **Advance Premium** |
|---|---|
| Employee Benefits Coverage | $531.00 |
| Tech - CGL Broadening Endorsements | $400.00 |
| Terrorism Premium | $55.00 |

Additional Premium for Coverage Minimum:          N/A

**Total Advance General Liability Premium**          $11,366.00

| Subline | 334 | **Premises and Operations** |
|---------|-----|------------------------------|
| **Subline** | **336** | **Products and/or Completed Operations** |



HIPCRICKET, INC.                          ZD2 A128954 01

MCM INSURANCE SERVICES LLC

## Business Auto Coverage Declaration

This Policy provides only those coverages where a charge is shown in the premium column below.  Each of these coverages will apply only to those "Autos" shown as a covered "Autos"."Autos" are shown as covered "Autos" for a particular coverage by the entry of one or more of the symbols from the Covered Auto section of the Business Auto Coverage form next to the name of the coverage.

| Coverages | Covered Auto Entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form shows which Autos are covered Autos) | Limit- The most we will pay for any one accident or loss | Premium |
|---|---|---|---|
| Liability | 8,9 | $1,000,000 | $516.00 |

### Schedule of Hired or Borrowed Covered Auto Coverage and Premium
### Liability Coverage - Rating Basis, Cost of Hire

| State | Estimated Cost of Hire | Rate for Each $100 Cost of Hire | Factor | Premium |
|---|---|---|---|---|
| WA | If Any | Include | N/A | $110.00 |

Cost of Hire means the total amount you incur for the Hire of "Autos" you don't own (not including "Autos" you borrow or rent from your partners, your employees, or their family members).  Cost of Hire does not include charges for services performed by motor carriers of property or passengers.

### Schedule for Non-Ownership Liability

| Named Insured's Business | Rating Basis | Number of Employees | Premium |
|---|---|---|---|
| Other Than A Social Service Agency | # of Employees | 115 | $406.00 |

|  |  |
|---|---|
| Additional For Commercial Auto Minimum | N/A |
| Estimated Total Premium | $516.00 |



HIPCRICKET, INC.                          ZD2 A128954 01

MCM INSURANCE SERVICES LLC

## Forms Applicable to Business Auto Coverage Parts:

| Form Number | Edition Date | Description |
|---|---|---|
| CA 00 01 | 03/06 | Business Auto Coverage Form |
| CA 01 09 | 10/04 | Georgia Changes |
| CA 01 12 | 04/03 | New York Changes In Business Auto, Business Auto Physical Damage, Motor Carrier And Truckers Coverage Forms |
| CA 01 20 | 06/03 | Illinois Changes |
| CA 01 67 | 08/00 | New York Changes - Rental Vehicle Coverage |
| CA 02 25 | 01/11 | New York Changes - Cancellation |
| CA 02 70 | 08/94 | Illinois Changes - Cancellation And Nonrenewal |

ZD2 A128954 01 0901164

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

**In Witness Whereof,** this company has caused this policy to be signed by its President and Secretary and countersigned on the declarations page, where required, by a duly authorized agent of the company.

Frederick H. Eppinger
President

Charles Frederick Cronin
Secretary

SIG-1100 08 14

**Page 1 of 1**



Insurer Home Office Address:
175 E. Houston Street, Suite 1300
San Antonio, TX 78205

Insurer Administrative Office:
225 W. Washington Street, 24th Floor
Chicago, IL 60606

# ARGO FLEX-XS<sup>SM</sup>
## FOLLOW FORM EXCESS INSURANCE POLICY

**THIS POLICY APPLIES ONLY TO CLAIMS FIRST MADE (UNLESS OTHERWISE PROVIDED) AGAINST THE INSURED DURING THE POLICY PERIOD. DEFENSE COSTS AND CLAIM EXPENSES MAY REDUCE THE LIMIT OF LIABILITY AVAILABLE TO RESPOND TO COVERED LOSS. THE INSURER MAY NOT ASSUME A DUTY TO DEFEND.**

**PLEASE READ THIS POLICY CAREFULLY AND DISCUSS THE COVERAGE PROVIDED WITH YOUR INSURANCE AGENT OR BROKER.**

## DECLARATIONS

**INSURER**

☒ Argonaut Insurance Company

**PRODUCER**

Brown & Riding
901 5th Avenue, Suite 2300
Seattle, WA 98164

Policy No.:  MLX 7600867-00

Renewal of Policy No.:

Terms appearing in **bold** are defined in the Policy.

Item 1.  Named Insured:          Hipcricket, Inc. fka Augme Technologies, Inc.
         Principal Address:      110 110th Avenue NE, Suite 410
                                 Bellevue, WA 98004

Item 2.  **Policy Period:**
         From:     March 28, 2014      12:01 a.m. (Local time at the Named Insured's address)
         To:       August 31, 2015     12:01 a.m. (Local time at the Named Insured's address)

Item 3.  Limit of Liability      $ 5,000,000

Item 4.  **Underlying Insurance** and **Insurance Products:**      See Endorsement No. 1

AG ML 1000  EX (5/10)

Item 5.   Annual Premium          $ 114,160

Item 6.   Extended Reporting Period:
          Additional Premium for the Extended Reporting Period:
          Length of the Extended Reported Period:

Item 7.   Notices to **Insurer**:

Claims:
Attn:   ARGO GROUP US
        Management Liability - Claims
        101 Hudson Street, Suite 1201
        Jersey City, NJ 07302
        (732) 623 8950
        ArgoMLClaims@argoprous.com

All Other Notices:
Attn:   ARGO GROUP US
        Management Liability - Underwriting
        101 Hudson Street, Suite 1201
        Jersey City, NJ 07302
        (732) 623 8950

Item 8.   Endorsements Applicable to Coverage at Inception of Policy:

| | |
|---|---|
| AG ML 2040 EX (1 13) | Argo Group US Privacy Policy |
| AG ML 1127 EX (5 10) | Policyholder Disclosure Statement Under the Terrorism Risk Insurance Act |
| AG ML 1192 EX (5 10) | Policyholder Notice – US dept of Treasury Office of Foreign Asset Control (OFAC) |
| AG ML 1136 EX (5 10) | Schedule of Underlying Insurance and Insurance Products Endorsement |
| AG ML 2003 EX (5 10) | Washington Amendatory |
| AG ML 1138 EX (5 10) | Specific Litigation-Event Exclusion |
| AG ML 2028 EX (11 10) | Depletion of Underlying Limits Endorsement |
| AG ML 2034 EX (5 10) | State Amendatory Inconsistency |
| Manuscript | Split Pending & Prior Litigation Exclusion |

This Policy shall not be valid unless also signed by another duly authorized representative of the **Insurer**.

Countersigned:                    By:

Date:   April 28, 2014            Authorized Representative:



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**WORKERS COMPENSATION RENEWAL INFORMATION PAGE**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**    **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076    **NJTIN** 200122076 00 0    **Bureau File No.** 913347153

SEE ATTACHED SCHEDULE OF ADDITIONAL LOCATIONS FOR OTHER
ENTITY OF INSURED - CORPORATION

ITEM 2.  POLICY PERIOD- 10/15/14 TO 10/15/15 12:01 AM STANDARD TIME AT
         THE ADDRESS OF THE INSURED AS STATED HEREIN.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ITEM 3A. PART ONE OF THIS POLICY APPLIES TO THE WORKERS' COMPENSATION LAW AND
         ANY OCCUPATIONAL DISEASE LAW OF EACH OF THE FOLLOWING STATES-
         CA,FL,GA,IL,MD,MI,NJ,NY,OR,PA,TX.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      B. PART TWO OF THIS POLICY APPLIES TO EMPLOYERS' LIABILITY INSURANCE FOR
         WORK IN EACH STATE LISTED IN ITEM 3A:
             BODILY INJURY BY ACCIDENT   $1,000,000 EACH ACCIDENT
             BODILY INJURY BY DISEASE    $1,000,000 EACH EMPLOYEE
             BODILY INJURY BY DISEASE    $1,000,000 POLICY LIMIT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      C. PART THREE OF THIS POLICY APPLIES TO OTHER STATES INSURANCE FOR THE FOL-
         LOWING STATES- ALL STATES EXCEPT ND,OH,WA,WY,
         AND THOSE STATES SPECIFICALLY NAMED IN ITEM 3A.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      D. SEE ATTACHED SCHEDULE FOR LIST OF ENDORSEMENTS AND SCHEDULES FORMING
         PART OF THIS POLICY.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ITEM 4.  THE PREMIUM FOR THIS POLICY WILL BE DETERMINED BY OUR MANUALS OF RULES,
         CLASSIFICATIONS, RATES, AND RATING PLANS. ALL INFORMATION REQUIRED BELOW
         IS SUBJECT TO VERIFICATION AND CHANGE BY AUDIT.
         ADJUSTMENT OF PREMIUM SHALL BE MADE ANNUALLY.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| CLASSIFICATION OF OPERATIONS | EST ANNUAL PREMIUM |
|---|---|
| SEE ATTACHED SCHEDULE OF OPERATIONS | |
| | 15,381 |
| 0063 PREMIUM DISCOUNT | 890- |
| MINIMUM PREMIUM    $397    EXPENSE CONSTANT | 280 |
| PREMIUM FOR TERRORISM | $1,235 |
| PREMIUM FOR CATASTROPHE | $277 |
| TOTAL ESTIMATED ANNUAL PREMIUM | $16,283 |
| SECOND INJURY FUND SURCHARGE    ( 6.56)% | 92 |
| UNINSURED EMPLOYER FUND SURCHARGE    ( 0.00)% | 0 |
| ALL OTHER STATE TAXES AND ASSESSMENTS | $1,086 |
| TOTAL EST ANNUAL PREMIUM INCLUDING ALL TAXES AND ASSESSMENTS | $17,461 |
| DEPOSIT PREMIUM | $17,461 |

COUNTERSIGNED THIS        DAY OF         ,    - - - - - - - - - - - - - - - - -
                                             AUTHORIZED REPRESENTATIVE
BRANCH OFFICE:2505 SECOND AVE SUITE 705        SEATTLE        WA 98121
IF THE BILL FOR YOUR POLICY IS NOT ENCLOSED, IT WILL BE SENT TO YOU SEPARATELY.

Form  331-0226 (9-03)
Date Issued:  10/12/2014        ORIGINAL/INSURED        Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



## AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY
## EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY
### RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**    **Telephone:** 206-343-2323

MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076    **NJTIN**   200122076 00 0    **Bureau File No.**   913347153

POLICY      ** A D D I T I O N A L   L O C A T I O N S **      SCHEDULE
PAGE  2                                                PAGE  1

| LOCATION NUMBER | ADDRESS |
|---|---|
| 001 | 5 CONCOURSE PKWY NE STE 900 ATLANTA GA 30328 |
| 002 | STATE OF CALIFORNIA |
| 003 | STATE OF FLORIDA |
| 004 | 35 EAST WACKER DR STE 175 CHICAGO IL 60601 |
| 005 | STATE OF MARYLAND |
| 006 | STATE OF NEW JERSEY |
| 007 | 350 7TH AVE NEW YORK NY 10001 |
| 008 | STATE OF OREGON |
| 009 | 5307 E MOCKINGBIRD LANE 5TH FLOOR DALLAS TX 75206 |
| 010 | STATE OF PA |
| 011 | STATE OF MI |

Form 331-0226 (9-03)
Date Issued: 10/12/2014

ORIGINAL/INSURED

Payment Type: DIRECT BILL

**WC000001B**

WCDEC1



## AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY
### EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY
RENEWAL OF W22-A115434-01

22

**NCCI COMPANY NO. 29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | 0901164 |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**   **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076    **NJTIN** 200122076 00 0    **Bureau File No.** 913347153

```
POLICY          ** S C H E D U L E   O F   O P E R A T I O N S **          SCHEDULE
PAGE  3                                                                     PAGE  1

 ITEM 4.          CLASSIFICATION OF OPERATIONS           EST     RATE      EST
ST LOCT CODE TYP                                      TOT-ANN PER$100    ANNUAL
     Y   NO  RSK                                      REMUNERATION       PREMIUM


CA 002  8742    SALESPERSONS-OUTSIDE.                   793,966    .56   $4,446

                PREMIUM SUBJECT TO MODIFICATION                          4,446


                TOTAL FOR CALIFORNIA                                    $4,446

        9740    TERRORISM                                         .020     159
                          INSURANCE GUARANTEE ASSOCIATION                  $96
                                USER FUNDING ASSESSMENT                    $52
                UNINSURED EMPLOYERS BENEFITS TRUST FUND ASSESSMENT         $7
                SUBSEQUENT INJURIES BENEFITS TRUST FUND ASSESSMENT         $6
                            ANTI-FRAUD SURCHARGE                          $11


                OCCUPATIONAL SAFETY AND HEALTH FUND                        $9
                LABOR ENFORCEMENT AND COMPLIANCE FUND                     $10
```

Form 331-0226 (9-03)
Date Issued: 10/12/2014          ORIGINAL/INSURED          Payment Type: DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | 0901164 |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**    **Telephone:** 206-343-2323

MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076    **NJTIN**    200122076 00 0    **Bureau File No.**    913347153

```
POLICY          ** S C H E D U L E   O F   O P E R A T I O N S **        SCHEDULE
PAGE  4                                                                  PAGE   2

 ITEM 4.            CLASSIFICATION OF OPERATIONS        EST     RATE       EST
ST LOCT CODE TYP                                    TOT-ANN PER$100     ANNUAL
     Y   NO  RSK                                    REMUNERATION        PREMIUM
-------------------------------------------------------------------------------

FL 003  8742    SALESPERSONS OUTSIDE                  255,165    .52      1,327

                PREMIUM SUBJECT TO MODIFICATION                          1,327
-------------------------------------------------------------------------------
        9812    PREMIUM FOR INCREASED COV B LIMITS            .0140          19
        9898    EXPERIENCE MOD, EFF 10/15/14, USING FACTOR    .860         188-
        0032    LOSS CONSTANT                                                0

                TOTAL FOR FLORIDA                                       $1,158
-------------------------------------------------------------------------------
        9740    TERRORISM                                     .020           51
```

Form  331-0226 (9-03)
Date Issued:  10/12/2014                    ORIGINAL/INSURED        Payment Type:  DIRECT BILL

WC000001B

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
22          **EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
                    RENEWAL OF W22-A115434-01

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**           **Agent**     **Telephone:** 206-343-2323

HIPCRICKET INC                                    MCM INSURANCE SERVICES LLC
110 110TH AVE NE STE #410                         1325 FOURTH AVE, STE 2100
BELLEVUE WA  98004                                SEATTLE, WA  98101

**Federal ID No.** 200122076     **NJTIN    200122076 00 0**     **Bureau File No.**     913347153

POLICY          ** S C H E D U L E   O F   O P E R A T I O N S  **          SCHEDULE
PAGE   5                                                                    PAGE   3

| ITEM 4.<br>ST LOCT CODE TYP<br>Y  NO  RSK | CLASSIFICATION OF OPERATIONS | EST<br>TOT-ANN<br>REMUNERATION | RATE<br>PER$100 | EST<br>ANNUAL<br>PREMIUM |
|---|---|---|---|---|
| GA 001  8810 | CLERICAL OFFICE EMPLOYEES NOC. | 265,000 | .18 | 477 |
| 8742 | SALESPERSONS OUTSIDE | 60,000 | .34 | 204 |
| | PREMIUM SUBJECT TO MODIFICATION | | | 681 |
| 9812 | PREMIUM FOR INCREASED COV B LIMITS | | .0110 | 7 |
| 9898 | EXPERIENCE MOD, EFF 10/15/14, USING FACTOR | | .860 | 96- |
| 0032 | LOSS CONSTANT | | | 0 |
| | TOTAL FOR GEORGIA | | | $592 |
| 9740 | TERRORISM | | .010 | 33 |
| 9741 | CATASTROPHE (OTHER THAN TERRORISM) | | .010 | 33 |

Form  331-0226 (9-03)                                                              **WC000001B**
Date Issued:  10/12/2014          ORIGINAL/INSURED     Payment Type:  DIRECT BILL

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. **29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**   **Telephone:** 206-343-2323

MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076      **NJTIN**   200122076 00 0      **Bureau File No.**      913347153

```
POLICY          ** S C H E D U L E   O F   O P E R A T I O N S **        SCHEDULE
PAGE  6                                                                  PAGE  4

  ITEM 4.              CLASSIFICATION OF OPERATIONS          EST     RATE      EST
ST LOCT CODE TYP                                         TOT-ANN PER$100    ANNUAL
     Y   NO  RSK                                         REMUNERATION      PREMIUM


IL 004  8742    SALESPERSONS OUTSIDE                      450,000    .39     1,755

                PREMIUM SUBJECT TO MODIFICATION                              1,755
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        9812    PREMIUM FOR INCREASED COV B LIMITS                 .0140        25
        9848    BALANCE TO MINIMUM FOR COV B LIMITS                            70
        9898    EXPERIENCE MOD, EFF 10/15/14, USING FACTOR         .860      259-
        0032    LOSS CONSTANT                                                   0

                TOTAL FOR ILLINOIS                                         $1,591
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        9740    TERRORISM                                          .040       180
        9741    CATASTROPHE (OTHER THAN TERRORISM)                 .010        45
                          IL INDUSTRIAL COMMISSION SURCHARGE ( 1.01%)         $21
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Form  331-0226 (9-03)
Date Issued:  10/12/2014          ORIGINAL/INSURED       Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1


The Hanover Insurance Group

**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period From / To | Coverage is Provided in the | Agency Code |
|---|---|---|---|
| W22-A115434-02 | 10/15/2014  10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA  98004

**Agent**   **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA  98101

**Federal ID No.** 200122076    **NJTIN**   200122076 00 0    **Bureau File No.**   913347153

POLICY      ** S C H E D U L E   O F   O P E R A T I O N S **        SCHEDULE
PAGE  7                                                             PAGE  5

| ITEM 4. ST LOCT Y | CODE NO | TYP RSK | CLASSIFICATION OF OPERATIONS | EST TOT-ANN REMUNERATION | RATE PER$100 | EST ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| MD 005 | 8810 | | CLERICAL OFFICE EMPLOYEES NOC. | 95,000 | .12 | 114 |
| | | | PREMIUM SUBJECT TO MODIFICATION | | | 114 |
| | 9812 | | PREMIUM FOR INCREASED COV B LIMITS | | .0110 | 1 |
| | 9898 | | EXPERIENCE MOD, EFF 10/15/14, USING FACTOR | | .860 | 16- |
| | 0032 | | LOSS CONSTANT | | | 0 |
| | | | TOTAL FOR MARYLAND | | | $99 |
| | 9740 | | TERRORISM | | .030 | 29 |
| | 9741 | | CATASTROPHE (OTHER THAN TERRORISM) | | .010 | 10 |

Form  331-0226 (9-03)
Date Issued:  10/12/2014          ORIGINAL/INSURED      Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
22        **EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

NCCI COMPANY NO. **29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**            **Agent    Telephone:** 206-343-2323

HIPCRICKET INC                                       MCM INSURANCE SERVICES LLC
110 110TH AVE NE STE #410                            1325 FOURTH AVE, STE 2100
BELLEVUE WA  98004                                   SEATTLE, WA  98101

**Federal ID No.** 200122076      **NJTIN    200122076 00 0      Bureau File No.**      913347153

POLICY          ** S C H E D U L E   O F   O P E R A T I O N S **          SCHEDULE
PAGE   8                                                                   PAGE   6

| ITEM 4. ST LOCT Y | CODE NO | TYP RSK | CLASSIFICATION OF OPERATIONS | EST TOT-ANN REMUNERATION | RATE PER$100 | EST ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| MI 011 | 8810 | | CLERICAL OFFICE EMPLOYEES NOC OR DRAFTING EMPLOYEES OR PUBLIC LIBRARY OR MUSEUM: PROFESSIONAL EMPLOYEES | 90,000 | .14 | 126 |
| | | | PREMIUM SUBJECT TO MODIFICATION | | | 126 |
| | 9812 | | PREMIUM FOR INCREASED COV B LIMITS | | .0200 | 3 |
| | 0032 | | LOSS CONSTANT | | | 30 |
| | | | TOTAL FOR MICHIGAN | | | $159 |
| | 9740 | | TERRORISM | | .010 | 9 |

Form  331-0226 (9-03)
Date Issued:  10/12/2014            ORIGINAL/INSURED        Payment Type:  DIRECT BILL            **WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
22                    **EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

NCCI COMPANY NO. **29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**                    **Agent**    **Telephone:** 206-343-2323
HIPCRICKET INC                                            MCM INSURANCE SERVICES LLC
110 110TH AVE NE STE #410                                 1325 FOURTH AVE, STE 2100
BELLEVUE WA 98004                                         SEATTLE, WA 98101

**Federal ID No.** 200122076        **NJTIN    200122076 00 0        Bureau File No.    913347153**

POLICY          ** S C H E D U L E   O F   O P E R A T I O N S **          SCHEDULE
PAGE   9                                                                   PAGE   7

| ITEM 4.<br>ST LOCT CODE TYP<br>Y   NO  RSK | CLASSIFICATION OF OPERATIONS | EST<br>TOT-ANN<br>REMUNERATION | RATE<br>PER$100 | EST<br>ANNUAL<br>PREMIUM |
|---|---|---|---|---|
| NJ 006  8742 | SALESMEN-OUTSIDE | 230,956 | .60 | 1,386 |
| 6199 | PREM FOR INCR LIMITS PART TWO, IF APPLICABLE | | .014 | 19 |
| | TOTAL PREMIUM SUBJ TO EXPERIENCE MOD | | | 1,405 |
| | TOTAL FOR NEW JERSEY | | | $1,405 |
| | EXPENSE CONSTANT CHARGE | | | 0 |
| 9740 | TERRORISM | | .030 | 69 |
| 9741 | CATASTROPHE (OTHER THAN TERRORISM) | | .010 | 23 |
| | TOTAL PREMIUM | | | $1,497 |
| 0935 | SECOND INJURY FUND SURCHARGE | ( 6.56)% | | 92 |
| 0936 | UNINSURED EMPLOYER SURCHARGE | ( 0.00)% | | 0 |



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. **29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**    **Telephone:** 206-343-2323

MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076    **NJTIN**    200122076 00 0    **Bureau File No.**    913347153

```
POLICY          ** S C H E D U L E   O F   O P E R A T I O N S **        SCHEDULE
PAGE 10                                                                   PAGE  8

    ITEM 4.            CLASSIFICATION OF OPERATIONS        EST    RATE      EST
 ST LOCT CODE TYP                                       TOT-ANN PER$100  ANNUAL
       Y  NO  RSK                                        REMUNERATION    PREMIUM


 NY 007  8742    SALESPERSONS-OUTSIDE                   1,000,000   .46    4,600

         8810    CLERICAL OFFICE EMPLOYEES NOC            800,000   .21    1,680

                 PREMIUM SUBJECT TO MODIFICATION                           6,280
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
         9898    EXPERIENCE MOD, EFF 10/15/14, USING FACTOR     .860      879-
         0032    LOSS CONSTANT                                               0

                 TOTAL FOR NEW YORK                                      $5,401
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
         9740    TERRORISM                                      .040       720
         9741    CATASTROPHE (OTHER THAN TERRORISM)             .010       180

         0932    NEW YORK STATE ASSESSMENT                                $870
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Form  331-0226 (9-03)
Date Issued:  10/12/2014          ORIGINAL/INSURED          Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. **29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**    **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076    **NJTIN** 200122076 00 0    **Bureau File No.** 913347153

```
POLICY          ** S C H E D U L E   O F   O P E R A T I O N S **         SCHEDULE
PAGE 11                                                                    PAGE  9
```

| ITEM 4. ST LOCT Y | CODE NO | TYP RSK | CLASSIFICATION OF OPERATIONS | EST TOT-ANN REMUNERATION | RATE PER$100 | EST ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| OR 008 | 8742 | | SALESPERSONS OUTSIDE | IF ANY | .25 | 0 |
| | | | PREMIUM SUBJECT TO MODIFICATION | | | 0 |
| | 9812 | | PREMIUM FOR INCREASED COV B LIMITS | | .0040 | 0 |
| | 9898 | | EXPERIENCE MOD, EFF 10/15/14, USING FACTOR | | .860 | 0 |
| | 0032 | | LOSS CONSTANT | | | 0 |
| | | | TOTAL FOR OREGON | | | $0 |
| | | | WORKERS COMPENSATION PREMIUM ASSESSMENT (6.2%) | | | $0 |



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

**NCCI COMPANY NO. 29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**          **Agent   Telephone:** 206-343-2323

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA  98101

**Federal ID No.** 200122076     **NJTIN    200122076 00 0**     **Bureau File No.**     913347153

```
POLICY          ** S C H E D U L E   O F   O P E R A T I O N S **        SCHEDULE
PAGE 12                                                                  PAGE 10

  ITEM 4.              CLASSIFICATION OF OPERATIONS        EST     RATE      EST
ST LOCT CODE TYP                                       TOT-ANN PER$100   ANNUAL
     Y   NO  RSK                                       REMUNERATION     PREMIUM


PA 010  0953   CLERICAL OFFICE EMPLOYEES                 90,000     .18      162

               PREMIUM SUBJECT TO MODIFICATION                              162
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        9812   PREMIUM FOR INCREASED COV B LIMITS                .0140        2
        0032   LOSS CONSTANT                                                  0

               TOTAL FOR PENNSYLVANIA                                     $164
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        9740   TERRORISM                                         .020       18
        9741   CATASTROPHE (OTHER THAN TERRORISM)                .010        9
                                   PENNSYLVANIA TAX (1.95)                  $4
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #4 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**   **Telephone:** 206-343-2323

MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076    **NJTIN**   200122076 00 0    **Bureau File No.**   913347153

```
POLICY          ** S C H E D U L E   O F   O P E R A T I O N S  **      SCHEDULE
PAGE 13                                                                 PAGE 11

  ITEM 4.                CLASSIFICATION OF OPERATIONS        EST       RATE      EST
ST LOCT CODE TYP                                          TOT-ANN  PER$100   ANNUAL
      Y   NO  RSK                                         REMUNERATION        PREMIUM


TX 009  8742    SALESPERSONS, OUTSIDE                      150,000   .21        315

                PREMIUM SUBJECT TO MODIFICATION                                 315
--------------------------------------------------------------------------------
        9812    PREMIUM FOR INCREASED COV B LIMITS                 .0140          4
        9898    EXPERIENCE MOD, EFF 10/15/14, USING FACTOR         .860         45-
        0032    LOSS CONSTANT                                                     0

                TOTAL FOR TEXAS                                                 274
--------------------------------------------------------------------------------

                TOTAL SCHEDULE OF
                OPERATIONS PREMIUM                                         $15,381
        9740    TERRORISM                                          .024         36
--------------------------------------------------------------------------------
```

Form  331-0226 (9-03)
Date Issued:  10/12/2014         ORIGINAL/INSURED       Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | | |

**ITEM 1. Named Insured and Address**         **Agent**    **Telephone:** 206-343-2323

HIPCRICKET INC                          MCM INSURANCE SERVICES LLC
110 110TH AVE NE STE #410               1325 FOURTH AVE, STE 2100
BELLEVUE WA  98004                      SEATTLE, WA  98101

**Federal ID No.** 200122076      **NJTIN**   200122076 00 0      **Bureau File No.**   913347153

POLICY    ** E N D O R S E M E N T / F O R M  S C H E D U L E **      SCHEDULE
PAGE   14                                                            PAGE    1

STATE   NUMBER                                                    EFFECTIVE
                                                                 DATE

-------------------------------------------------------------------------

| CA *WC 00 04 22 A | (09/08) TRIPRA DISCLOSURE ENDORSEMENT | 10/15/14 |
|---|---|---|
| CA *WC 00 01 14 | (01/14) NOTIFICATION END PENDING CHG TO TRIPRA | 10/15/14 |
| CA *WC 04 03 01 B | (01/12) CA POLICY AMENDATORY ENDORSEMENT | 10/15/14 |
| CA *WC 04 03 60 A | (11/99) EMPLOYERS' LIAB COVG AMENDATORY ENDT-CA | 10/15/14 |
| CA *WC 04 06 01 A | (12/93) CA CANCELLATION ENDORSEMENT | 10/15/14 |
| CA *PN 04 99 01 E | (04/13) YOUR RIGHT TO RATING AND DIVIDEND INFO | 10/15/14 |
| CA *WC 00 04 06 | (08/84) PREMIUM DISCOUNT ENDORSEMENT | 10/15/14 |
| CA *WC 04 04 21 | (01/08) OPTIONAL PREMIUM INCREASE ENDORSEMENT | 10/15/14 |
| CA *PN 04 99 02 B | (05/02) CA WORKERS' COMP INS RATING LAWS | 10/15/14 |
| CA *  111-2032DOCU | (01/03) PREMIUM AUDIT BROCHURE | 10/15/14 |
| CA *WC 04 04 22 | (01/12) CA SHORT RATE CANCELLATION ENDORSEMENT | 10/15/14 |
| CA *WC 00 00 00 B | (07/11) WORKERS COMP & EMPLOYERS LIAB INS POLICY | 10/15/14 |

Form  331-0226 (9-03)                                              **WC000001B**
Date Issued:  10/12/2014        ORIGINAL/INSURED     Payment Type:  DIRECT BILL

                                                                    WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**     **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076     **NJTIN     200122076 00 0**     **Bureau File No.**     913347153

POLICY   ** E N D O R S E M E N T / F O R M   S C H E D U L E **     SCHEDULE
PAGE  15                                                              PAGE   2

STATE   NUMBER                                                EFFECTIVE
                                                             DATE

CA *WC 00 04 21 C   (09/08) CATASTROPHE (NON-TERRORISM) PREM ENDT   10/15/14

CA *   331-0301    (06/09) CA WORKERS COMP BROAD FORM ENDORSEMENT    10/15/14

-------------------------------------------------------------------

FL  *L295   0503   CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY   10/15/14

FL  *000414 0790   NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT   10/15/14

FL  *FORM09        FL NOTICE OF PENDING CHG TO TRIPRA OF 2007        10/15/14

FL  *33101740513   NOTICE OF AVAILABILITY OF LOSS CONTROL SERVICES   10/15/14

FL  *090303 0805   FLORIDA EMPLOYERS LIABILITY COVERAGE ENDORSEMENT  10/15/14

FL  *000406A0895   PREMIUM DISCOUNT ENDORSEMENT                      10/15/14

FL  *090407 0713   FL NON-COOPERATION WITH PREMIUM AUDIT ENDORSEMENT 10/15/14

FL  *000000B0711   WORKERS COMP & EMPLOYERS LIAB INS POLICY          10/15/14

FL  *33102400307   FL WC & EMPLOYERS LIABILITY POLICY JACKET         10/15/14

FL  *090403A0108   FL TERRORISM RISK INS PROGRAM REAUTHORIZATION ACT 10/15/14



AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY
EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY
RENEWAL OF W22-A115434-01

22

**NCCI COMPANY NO. 29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA  98004

**Agent**   **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA  98101

**Federal ID No.** 200122076   **NJTIN**   200122076 00 0   **Bureau File No.**   913347153

POLICY    ** E N D O R S E M E N T / F O R M   S C H E D U L E **   SCHEDULE
PAGE  16                                                            PAGE    3

STATE   NUMBER                                                      EFFECTIVE
                                                                   DATE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| STATE | NUMBER | | EFFECTIVE DATE |
|---|---|---|---|
| GA | *000000B0711 | WORKERS COMP & EMPLOYERS LIAB INS POLICY | 10/15/14 |
| GA | *100601B0714 | GA CANCELLATION NONRENEWAL AND CHANGE ENDT | 10/15/14 |
| GA | *000414 0790 | NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT | 10/15/14 |
| GA | *000114 0114 | NOTIFICATION END PENDING CHG TO TRIPRA | 10/15/14 |
| GA | *000422A0908 | TRIPRA DISCLOSURE ENDORSEMENT | 10/15/14 |
| GA | *L295   0503 | CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY | 10/15/14 |
| GA | *000406 0884 | PREMIUM DISCOUNT ENDORSEMENT | 10/15/14 |
| GA | *100402 0113 | GA NON-COOPERATION WITH PREMIUM AUDIT ENDORSEMENT | 10/15/14 |
| GA | *11120320103 | PREMIUM AUDIT BROCHURE | 10/15/14 |
| GA | *1     0707 | GA STATE BOARD OF WC EMPLOYERS 1ST RPT OF INJURY | 10/15/14 |
| GA | *23120150113 | GA WC POLICYHOLDERS PANEL OF PHYSICIANS REQUIREMEN | 10/15/14 |
| GA | *000421C0908 | CATASTROPHE (NON-TERRORISM) PREM ENDT | 10/15/14 |

Form  331-0226 (9-03)
Date Issued:  10/12/2014            ORIGINAL/INSURED        Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
22    **EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

**NCCI COMPANY NO. 29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**       **Agent**    **Telephone:** 206-343-2323

HIPCRICKET INC                              MCM INSURANCE SERVICES LLC
110 110TH AVE NE STE #410                   1325 FOURTH AVE, STE 2100
BELLEVUE WA  98004                          SEATTLE, WA  98101

**Federal ID No.** 200122076      **NJTIN**   200122076 00 0      **Bureau File No.**   913347153

P O L I C Y    **    E N D O R S E M E N T / F O R M   S C H E D U L E   **    SCHEDULE
PAGE   17                                                                      PAGE    4

STATE   NUMBER                                                          EFFECTIVE
                                                                         DATE


GA    *33103020709   WC BROAD FORM SCHED. OF EMPLOYEES AND APPR. STATES  10/15/14

GA    *33103210509   WORKERS COMPENSATION BROAD FORM ENDORSEMENT         10/15/14

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IL    *34IL   0703   NOTICE OF ELECTION TO ACCEPT/REJECT DEDUCTIBLE      10/15/14

IL    *120601D0711   ILLINOIS AMENDATORY ENDORSEMENT                     10/15/14

IL    *990621 0613   ILLINOIS INQUIRY NOTICE                             10/15/14

IL    *L295   0503   CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY      10/15/14

IL    *000414 0790   NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT      10/15/14

IL    *000422A0908   TRIPRA DISCLOSURE ENDORSEMENT                       10/15/14

IL    *000406A0895   PREMIUM DISCOUNT ENDORSEMENT                        10/15/14

IL    *11120320103   PREMIUM AUDIT BROCHURE                              10/15/14

IL    *120306A0711   IL WC & EMPLOYERS LIABILITY INS POLICY EXLCUSION    10/15/14

IL    *000000B0711   WORKERS COMP & EMPLOYERS LIAB INS POLICY            10/15/14

Form   331-0226 (9-03)                                                      **WC000001B**
Date Issued:  10/12/2014        ORIGINAL/INSURED      Payment Type:  DIRECT BILL

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent**   **Telephone:** 206-343-2323

MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076    **NJTIN**    200122076 00 0    **Bureau File No.**    913347153

POLICY    ** E N D O R S E M E N T / F O R M    S C H E D U L E  **    SCHEDULE
PAGE   18                                                           PAGE     5

| STATE | NUMBER | | EFFECTIVE DATE |
|---|---|---|---|
| IL | *000114 0114 | NOTIFICATION END PENDING CHG TO TRIPRA | 10/15/14 |
| IL | *33102410603 | IL INDUSTRIAL COMMISSION SURCHARGE | 10/15/14 |
| IL | *000421C0908 | CATASTROPHE (NON-TERRORISM) PREM ENDT | 10/15/14 |
| IL | *33103020709 | WC BROAD FORM SCHED. OF EMPLOYEES AND APPR. STATES | 10/15/14 |
| IL | *33103210509 | WORKERS COMPENSATION BROAD FORM ENDORSEMENT | 10/15/14 |
| MD | *L295   0503 | CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY | 10/15/14 |
| MD | *190601E0109 | MD CANCELLATION AND NONRENEWAL ENDORSEMENT | 10/15/14 |
| MD | *000414 0790 | NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT | 10/15/14 |
| MD | *000419 0101 | PREMIUM DUE DATE ENDORSEMENT | 10/15/14 |
| MD | *000114 0114 | NOTIFICATION END PENDING CHG TO TRIPRA | 10/15/14 |
| MD | *000422A0908 | TRIPRA DISCLOSURE ENDORSEMENT | 10/15/14 |
| MD | *000406 0884 | PREMIUM DISCOUNT ENDORSEMENT | 10/15/14 |

Form  331-0226 (9-03)
Date Issued:  10/12/2014          ORIGINAL/INSURED          Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY
EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

**NCCI COMPANY NO. 29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1.  Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA  98004

**Agent**    **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA  98101

**Federal ID No.** 200122076      **NJTIN    200122076 00 0**      **Bureau File No.**    913347153

POLICY    **  E N D O R S E M E N T / F O R M   S C H E D U L E  **        SCHEDULE
PAGE  19                                                                    PAGE      6

| STATE | NUMBER | | | EFFECTIVE DATE |
|---|---|---|---|---|
| MD | *11120320103 | PREMIUM AUDIT BROCHURE | | 10/15/14 |
| MD | *000000B0711 | WORKERS COMP & EMPLOYERS LIAB INS POLICY | | 10/15/14 |
| MD | *000421C0908 | CATASTROPHE (NON-TERRORISM) PREM ENDT | | 10/15/14 |
| MD | *33103020709 | WC BROAD FORM SCHED. OF EMPLOYEES AND APPR. STATES | | 10/15/14 |
| MD | *33103210509 | WORKERS COMPENSATION BROAD FORM ENDORSEMENT | | 10/15/14 |
| MI | *000000B0711 | WORKERS COMP & EMPLOYERS LIAB INS POLICY | | 10/15/14 |
| MI | *21011  0183 | NOTICE TO POLICYHOLDER ENDORSEMENT | | 10/15/14 |
| MI | *000419 0101 | PREMIUM DUE DATE ENDORSEMENT | | 10/15/14 |
| MI | *210102 0114 | NOTIFICATION END PENDING CHANGE TO TRIPRA OF 2007 | | 10/15/14 |
| MI | *210402A0108 | MICHIGAN TRIPRA ENDORSEMENT | | 10/15/14 |
| MI | *000406 0884 | PREMIUM DISCOUNT ENDORSEMENT | | 10/15/14 |
| MI | *L295   0503 | CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY | | 10/15/14 |

Form  331-0226 (9-03)
Date Issued:  10/12/2014          ORIGINAL/INSURED       Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
22                RENEWAL OF W22-A115434-01

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**                    **Agent**        **Telephone:** 206-343-2323

HIPCRICKET INC                                 MCM INSURANCE SERVICES LLC
110 110TH AVE NE STE #410                      1325 FOURTH AVE, STE 2100
BELLEVUE WA  98004                             SEATTLE, WA  98101

**Federal ID No.** 200122076      **NJTIN**   200122076 00 0      **Bureau File No.**   913347153

POLICY     ** E N D O R S E M E N T / F O R M   S C H E D U L E **      SCHEDULE
PAGE  20                                                                PAGE    7

STATE   NUMBER                                                    EFFECTIVE
                                                                 DATE

| MI | *11120320103 | PREMIUM AUDIT BROCHURE | 10/15/14 |
| MI | *210303A0697 | MICHIGAN NOTICE TO POLICYHOLDER ENDORSEMENT | 10/15/14 |
| MI | *210304 0484 | MICHIGAN LAW ENDORSEMENT POLICY JACKET | 10/15/14 |
| MI | *000422A0908 | TRIPRA DISCLOSURE ENDORSEMENT | 10/15/14 |
| MI | *33103020709 | WC BROAD FORM SCHED. OF EMPLOYEES AND APPR. STATES | 10/15/14 |
| MI | *33103210509 | WORKERS COMPENSATION BROAD FORM ENDORSEMENT | 10/15/14 |
| NJ | *000000B0711 | WORKERS COMP & EMPLOYERS LIAB INS POLICY | 10/15/14 |
| NJ | *290306B0707 | NJ PART TWO EMLOYERS LIABILITY END | 10/15/14 |
| NJ | *000419 0101 | PREMIUM DUE DATE ENDORSEMENT | 10/15/14 |
| NJ | *17NJ   0101 | NEW JERSEY POSTING NOTICE-SPANISH | 10/15/14 |
| NJ | *000422A0908 | TRIPRA DISCLOSURE ENDORSEMENT | 10/15/14 |
| NJ | *L295   0503 | CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY | 10/15/14 |

Form  331-0226 (9-03)
Date Issued:  10/12/2014            ORIGINAL/INSURED        Payment Type:  DIRECT BILL                **WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA 98004

**Agent** **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA 98101

**Federal ID No.** 200122076        **NJTIN**    200122076 00 0        **Bureau File No.**    913347153

POLICY      **  E N D O R S E M E N T / F O R M   S C H E D U L E  **      SCHEDULE
PAGE  21                                                                    PAGE      8

STATE    NUMBER                                                             EFFECTIVE
                                                                           DATE

| STATE | NUMBER | | EFFECTIVE DATE |
|---|---|---|---|
| NJ | *23119500601 | IMPORTANT NOTICE TO NEW JERSEY POLICYHOLDERS | 10/15/14 |
| NJ | *11120320103 | PREMIUM AUDIT BROCHURE | 10/15/14 |
| NJ | *16NJA  0194 | NOTICE | 10/15/14 |
| NJ | *27156910611 | NJ ACCEPT/REJECT MANAGED CARE END | 10/15/14 |
| NJ | *000114 0114 | NOTIFICATION END PENDING CHG TO TRIPRA | 10/15/14 |
| NJ | *000421C0908 | CATASTROPHE (NON-TERRORISM) PREM ENDT | 10/15/14 |
| NY | *000000B0711 | WORKERS COMP & EMPLOYERS LIAB INS POLICY | 10/15/14 |
| NY | *310308 0484 | NY LIMIT OF LIABILITY END | 10/15/14 |
| NY | *000414 0790 | NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT | 10/15/14 |
| NY | *000419 0101 | PREMIUM DUE DATE ENDORSEMENT | 10/15/14 |
| NY | *000422A0908 | TRIPRA DISCLOSURE ENDORSEMENT | 10/15/14 |
| NY | *000406 0884 | PREMIUM DISCOUNT ENDORSEMENT | 10/15/14 |



AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY
EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA  98004

**Agent**    Telephone: 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA  98101

**Federal ID No.** 200122076        **NJTIN**    200122076 00 0        **Bureau File No.**        913347153

POLICY    ** E N D O R S E M E N T / F O R M   S C H E D U L E **        SCHEDULE
PAGE  22                                                                 PAGE    9

| STATE | NUMBER | | EFFECTIVE DATE |
|---|---|---|---|
| NY | *310319G1013 | NY CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT | 10/15/14 |
| NY | *11120320103 | PREMIUM AUDIT BROCHURE | 10/15/14 |
| NY | *L295  0503 | CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY | 10/15/14 |
| NY | *000421C0908 | CATASTROPHE (NON-TERRORISM) PREM ENDT | 10/15/14 |
| NY | *33103020709 | WC BROAD FORM SCHED. OF EMPLOYEES AND APPR. STATES | 10/15/14 |
| NY | *33103210509 | WORKERS COMPENSATION BROAD FORM ENDORSEMENT | 10/15/14 |
| OR | *000000B0711 | WORKERS COMP & EMPLOYERS LIAB INS POLICY | 10/15/14 |
| OR | *000414 0790 | NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT | 10/15/14 |
| OR | *000114 0114 | NOTIFICATION END PENDING CHG TO TRIPRA | 10/15/14 |
| OR | *000422A0908 | TRIPRA DISCLOSURE ENDORSEMENT | 10/15/14 |
| OR | *360601E0108 | OREGON CANCELLATION ENDORSEMENT | 10/15/14 |
| OR | *360406 1001 | OREGON PREMIUM DUE DATE ENDORSEMENT | 10/15/14 |

Form  331-0226 (9-03)
Date Issued:  10/12/2014                ORIGINAL/INSURED        Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**          **Agent**     **Telephone:** 206-343-2323

HIPCRICKET INC                              MCM INSURANCE SERVICES LLC
110 110TH AVE NE STE #410                    1325 FOURTH AVE, STE 2100
BELLEVUE WA  98004                           SEATTLE, WA  98101

**Federal ID No.** 200122076     **NJTIN**   200122076 00 0     **Bureau File No.**   913347153

POLICY     **  E N D O R S E M E N T / F O R M   S C H E D U L E  **       SCHEDULE
PAGE   23                                                                  PAGE   10


STATE   NUMBER                                                             EFFECTIVE
                                                                          DATE


| OR | *L295    0503 | CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY | 10/15/14 |
| OR | *360301 0484 | OREGON UNSAFE EQUIPMENT EXCLUSION ENDORSEMENT | 10/15/14 |
| OR | *11120320103 | PREMIUM AUDIT BROCHURE | 10/15/14 |
| OR | *360306 0102 | OREGON LIMITS OF LIABILITY ENDORSEMENT | 10/15/14 |
| OR | *360602 0111 | OREGON CONFIDENTIALITY ENDORSEMENT | 10/15/14 |
| OR | *000421C0908 | CATASTROPHE (NON-TERRORISM) PREM ENDT | 10/15/14 |
| OR | *360603 0111 | OREGON EMPLOYER PAID MEDICAL CLAIMS ENDORSEMENT | 10/15/14 |
| PA | *LIBC5000604 | REMEMBER IT IS IMPORTANT TO TELL YOUR EMPLOYER | 10/15/14 |
| PA | *370602 0484 | PA NOTICE | 10/15/14 |
| PA | *370601 0484 | PA SPECIAL ENDORSEMENT-INSPECTION OF MANUALS | 10/15/14 |
| PA | *370603A0895 | PENNSYLVANIA ACT 86-1986 ENDORSEMENT | 10/15/14 |
| PA | *000422A0908 | TRIPRA DISCLOSURE ENDORSEMENT | 10/15/14 |


Form  331-0226 (9-03)                                                      **WC000001B**
Date Issued:  10/12/2014       ORIGINAL/INSURED      Payment Type:  DIRECT BILL

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY
EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY
RENEWAL OF W22-A115434-01**

22

NCCI COMPANY NO. 29661

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

**ITEM 1. Named Insured and Address**

HIPCRICKET INC
110 110TH AVE NE STE #410
BELLEVUE WA  98004

**Agent**    **Telephone:** 206-343-2323
MCM INSURANCE SERVICES LLC
1325 FOURTH AVE, STE 2100
SEATTLE, WA  98101

**Federal ID No.** 200122076      **NJTIN**   200122076 00 0      **Bureau File No.**   913347153

POLICY    ** E N D O R S E M E N T / F O R M   S C H E D U L E **      SCHEDULE
PAGE  24                                                              PAGE  11

STATE   NUMBER                                                         EFFECTIVE
                                                                       DATE

| PA | *000114 0114 | NOTIFICATION END PENDING CHG TO TRIPRA | 10/15/14 |
|---|---|---|---|
| PA | *000406 0884 | PREMIUM DISCOUNT ENDORSEMENT | 10/15/14 |
| PA | *370604 1099 | EMPLOYER ASSESSMENT ENDORSEMENT | 10/15/14 |
| PA | *000419 0101 | PREMIUM DUE DATE ENDORSEMENT | 10/15/14 |
| PA | *L295   0503 | CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY | 10/15/14 |
| PA | *11120320103 | PREMIUM AUDIT BROCHURE | 10/15/14 |
| PA | *000421C0908 | CATASTROPHE (NON-TERRORISM) PREM ENDT | 10/15/14 |
| PA | *000000B0711 | WORKERS COMP & EMPLOYERS LIAB INS POLICY | 10/15/14 |
| PA | *33103020709 | WC BROAD FORM SCHED. OF EMPLOYEES AND APPR. STATES | 10/15/14 |
| PA | *33103210509 | WORKERS COMPENSATION BROAD FORM ENDORSEMENT | 10/15/14 |
| TX | *L295   0503 | CHILD LABOR LAWS AND CONTRACTORS RESPONSIBILITY | 10/15/14 |
| TX | *420301F0100 | TX AMENDATORY ENDORSMENT | 10/15/14 |

Form  331-0226 (9-03)
Date Issued:  10/12/2014              ORIGINAL/INSURED          Payment Type:  DIRECT BILL

**WC000001B**

WCDEC1



**AVENUES WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE POLICY**
**EXTENSION OF INFORMATION PAGE FOR ITEM #1 - RENEWAL POLICY**
RENEWAL OF W22-A115434-01

22

NCCI COMPANY NO. **29661**

| Policy Number | Policy Period | | Coverage is Provided in the | Agency Code |
|---|---|---|---|---|
| | From | To | | |
| W22-A115434-02 | 10/15/2014 | 10/15/2015 | ALLMERICA FINANCIAL BENEFIT INSURANCE | 0901164 |

| ITEM 1. Named Insured and Address | Agent          Telephone: 206-343-2323 |
|---|---|
| HIPCRICKET INC | MCM INSURANCE SERVICES LLC |
| 110 110TH AVE NE STE #410 | 1325 FOURTH AVE, STE 2100 |
| BELLEVUE WA 98004 | SEATTLE, WA 98101 |

**Federal ID No.** 200122076          **NJTIN**   200122076 00 0          **Bureau File No.**   913347153

POLICY    ** E N D O R S E M E N T / F O R M   S C H E D U L E **    SCHEDULE
PAGE  25                                                              PAGE  12

STATE   NUMBER                                                        EFFECTIVE
                                                                     DATE

TX    *40111220214    TEXAS POLICYHOLDER NOTICE                       10/15/14

TX    *TWCC1S 0704    EMPLOYERS FIRST REPORT OF INJURY                10/15/14

TX    *33102660108   TX TERRORISM RISK INS PROGRAM REAUTHORIZATION ACT  10/15/14

TX    *11120320103   PREMIUM AUDIT BROCHURE                           10/15/14

TX    *000406 0884   PREMIUM DISCOUNT ENDORSEMENT                     10/15/14

TX    *33102670108   TEXAS TERRORISM PREMIUM ENDORSEMENT              10/15/14

TX    *000000B0711   WORKERS COMP & EMPLOYERS LIAB INS POLICY         10/15/14

TX    *420101 0114   TX NOTIFICATION END PENDING CHG TO TRIPRA OF 2007  10/15/14

--------------------------------------------------------------------------

Form  331-0226 (9-03)
Date Issued:  10/12/2014          ORIGINAL/INSURED          Payment Type:  DIRECT BILL          **WC000001B**

WCDEC1

# Evidence of Debtor in Possession Bank Accounts

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC., | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. [1] | ) | Related Docket No. 4 & 3 |

## ORDER PURSUANT TO SECTIONS 105, 363, 1107, AND 1108 OF THE BANKRUPTCY CODE AUTHORIZING (I) MAINTENANCE OF EXISTING BANK ACCOUNTS, (II) CONTINUED USE OF EXISTING BUSINESS FORMS, AND (III) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM

Upon consideration of the Motion (the "Motion") filed by the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, seeking the entry of an order under sections 105, 363, 1107 and 1108 of title 11 of the United States Code (the "Bankruptcy Code") authorizing the (i) maintenance of existing bank accounts, (ii) continued use of existing business forms, and (iii) continued use of existing cash management system for the Debtor; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M) and (O); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and cause appearing therefor;

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is granted as provided herein.

    2.    The Debtor is authorized, but not directed, in the reasonable exercise of its business judgment, (i) to designate, maintain and continue to use, with the same account numbers, all of the bank accounts in existence on the Petition Date identified on Exhibit B to the Motion (the "Bank Accounts"), (ii) to use, in their present form, checks and other documents related to the Bank Accounts and (iii) to treat the Bank Accounts for all purposes as accounts of the Debtor as Debtor in Possession.

    3.    The banks at which any Bank Account is maintained (the "Banks") are hereby authorized to continue to service and administer such Bank Account as an account of the Debtor as a Debtor in Possession without interruption and in the usual and ordinary course of business, and to receive, process, honor and pay any and all checks and drafts drawn on the Bank Account after the Petition Date by the holders or makers thereof, as the case may be; provided, however, that any check that has been drawn or issued by the Debtor before the Petition Date may be honored by any bank only if specifically authorized by order of this Court.

    4.    Existing arrangements between the Debtor and the Banks with respect to the Bank Accounts and with respect to the transfers to and from the Bank Accounts shall continue to govern the postpetition cash management relationship between the Debtor and each of the Banks.

    5.    The Debtor and each of the Banks may, without further order of this Court, agree to and implement changes to the Cash Management System and procedures in the

ordinary course of business, including, without limitation, the opening and closing of bank

accounts, including without limitation the Bank Accounts described in the Motion, with notice to

the U.S. Trustee, counsel for the Debtor's prepetition and postpetition lenders, and counsel for

any official committee appointed in the Case, and, in the course of providing cash management

services to the Debtor, each Bank is authorized, without further order of this Court, to continue

to deduct from the appropriate accounts of the Debtor, the Bank's customary fees and expenses

associated with the nature of the deposit and cash management services rendered to the Debtor.

6.      Each Bank that maintains a disbursement account of the Debtor shall

implement reasonable handling procedures designed to effectuate the terms of this Order, and no

Bank that implements such handling procedures and then honors a prepetition check or other

item drawn on any account that is the subject of this Order either (i) at the direction of the Debtor

to honor such prepetition check or item, (ii) in good faith belief that the Court has authorized

such prepetition check or item to be honored, or (iii) as a result of an innocent mistake made

despite implementation of such handling procedures, shall be deemed to have violated this

Order.

7.      The Debtor may continue to fund its business and operations through the

Bank Accounts and to pay related bank fees and credit card returns, chargebacks and processing

fees.

8.      The Debtor shall maintain detailed records reflecting all transfers of funds

under the terms and conditions provided for by the existing agreements with the institutions

participating in the Debtor's Cash Management System in connection with the ongoing

utilization of its Cash Management System.

9.      The Debtor is hereby authorized to pay up to $40,000 of the pre-petition

amounts owing to SVB on account of the SVB corporate credit cards.

10.      Nothing contained herein shall prevent the Debtor from opening any new

bank accounts or closing any existing bank accounts, including without limitation the Bank

Accounts described in the Motion, as they may deem necessary and appropriate, with notice to

the U.S. Trustee, counsel for the Debtor's prepetition lenders, and counsel for any official

committee appointed in this Case; provided, however, that any new account shall be with a bank

that is insured by the Federal Deposit Insurance Corporation and organized under the laws of the

United States or any state therein and willing to execute a Uniform Depository Agreement with

the U.S. Trustee's Office for the District of Delaware.

11.      The Debtor is authorized to continue utilizing its Cash Management

System to manage its cash, in a manner consistent with its prepetition practice.

12.      For banks at which the Debtor holds accounts that are party to a Uniform

Depository agreement with the Office of the United States Trustee for the District of Delaware,

within fifteen (15) days from the date of entry of this Order the Debtor shall (a) contact each

bank, (b) provide the bank with each of the Debtor's employer identification numbers, and (c)

identify each of its accounts held at such banks as being held by a debtor in possession.

13.      For banks that are not party to a Uniform Depository Agreement with the

Office of the United States Trustee for the District of Delaware, the Debtor shall use its good

faith efforts to cause the bank to execute a Uniform Depository agreement in a form prescribed by the Office of the United States Trustee within forty five (45) days of the date of entry of this Order.

14.     The Debtor may continue using checks and business forms without reference to its "Debtors in Possession" status for up to two weeks, provided that the Debtor shall add the "Debtors in Possession" designation to any checks and business forms after the two-week period expires.

15.     The requirements of Bankruptcy Rule 6003(b) have been satisfied with respect to the payments authorized by this Order.

16.     Notwithstanding anything to the contrary contained hereon, any payment to be made, or authorization contained hereunder, shall be subject to the requirements imposed on the Debtor pursuant to any DIP Facility as approved by the DIP Order and as set forth in the DIP Budget.

17.     This Order shall be immediately effective and enforceable upon its entry. To the extent that it may be applicable, the 14-day stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

18.     The Debtor shall cause a copy of this Order to be served on each Bank at which a Bank Account is maintained within five (5) business days of the date hereof.

19.     This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order.

Dated: January 23, 2015

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

# Retainer Disclosures

**In re Hipcricket, LLC.**

| | Case No. | 15-10104 (LSS) |
|---|---|---|
| | Reporting Period: | Retainer Payments 11-01-14 thru 1-20-15 |

| | Check | | | | | |
|---|---|---|---|---|---|---|
| Payee | Date | Number | Name of Payor | Debit | Applied to Date | Balance |
| EPIQ Systems Acquisition Inc | 01/13/2015 | DED011315W | Hipcricket, Inc. | 25,000.00 | 19,200.00 | 5,800.00 |
| Gordon Tilden Thomas & Cordell LLP | 11/26/2014 | 13725 | Hipcricket, Inc. | 5,000.00 | 0.00 | 5,000.00 |
| Information Law Group | 11/28/2014 | 13726 | Hipcricket, Inc. | 5,000.00 | 5,000.00 | 0.00 |
| Johnson Associates, Inc | 12/22/2014 | DED122214W | Hipcricket, Inc. | 15,000.00 | 4,105.00 | 10,895.00 |
| *Pachulski Stang Ziehl & Jones LLP | 12/12/2014 | DED12121401 | Hipcricket, Inc. | 50,000.00 | 50,000.00 | 0.00 |
| Pachulski Stang Ziehl & Jones LLP | 12/30/2014 | DED123014W | Hipcricket, Inc. | 30,000.00 | 30,000.00 | 0.00 |
| Pachulski Stang Ziehl & Jones LLP | 01/07/2015 | DED010715W | Hipcricket, Inc. | 50,000.00 | 50,000.00 | 0.00 |
| Pachulski Stang Ziehl & Jones LLP | 01/14/2015 | DED011415W | Hipcricket, Inc. | 100,000.00 | 100,000.00 | 0.00 |
| Pachulski Stang Ziehl & Jones LLP | 01/20/2015 | DED12015W | Hipcricket, Inc. | 25,000.00 | 25,000.00 | 0.00 |
| Perkins Coie | 12/22/2014 | DED121914 | Hipcricket, Inc. | 60,000.00 | 60,000.00 | 0.00 |
| Perkins Coie | 01/06/2015 | DED010615W | Hipcricket, Inc. | 25,000.00 | 25,000.00 | 0.00 |
| Perkins Coie | 01/14/2015 | DED011415W | Hipcricket, Inc. | 57,000.00 | 56,822.50 | 177.50 |
| Perkins Coie | 01/20/2015 | DED12015W | Hipcricket, Inc. | 15,000.00 | 0.00 | 15,000.00 |
| Richardson & Patel LLP | 12/17/2014 | DED121714W | Hipcricket, Inc. | 30,000.00 | 3,015.67 | 26,984.33 |
| Rust Consulting Inc | 01/14/2015 | DED011415W | Hipcricket, Inc. | 10,000.00 | 1,347.50 | 8,652.50 |
| | | | | 502,000.00 | 429,490.67 | 72,509.33 |

* Postpetition retainer balance for Pachulski Stang Ziehl & Jones LLP, if any, will be determined following reconciliation of prepetition bill.