UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| Debtor. | |

### NOTICE OF WITHDRAWAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice the Rust Consulting/Omni Bankruptcy hereby withdraws its Affidavit of Service filed as Docket #77 on January 30, 2015.

Dated: February 5, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.