**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| | Related Docket Nos. 12, 42, 58, 59 |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on January 30, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of (I) Debtor's Motion for Order Approving Bid Procedures and Bid Protections, Scheduling Auction, Establishing Procedures Relating to Assumption/Assignment of Certain Contracts and Leases, and Granting Related Relief; (II) Related Notice of Errata; and (III) Debtor's Motion for Order Approving Asset Purchase Agreement, Authorizing Sale of Substantially all of the Debtor's Assets Free and Clear of All Liens and Claims and Assumption/Assignment of Certain Contracts and Leases, and Granting Related Relief** [2]

Dated: February 2, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this _2_ day of _Feb_, 20 _15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]   The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2]   A copy of the Notice is attached hereto as **Exhibit B**.

# **EXHIBIT A**

ABL BRAND CONSULTING
ATTN: BRETT LEACH
519 TRANSIT RD
VICTORIA, BC V8S4Z4
CANADA

AOL, INC.
C/O CRAVITZ SWAIN & MOORE, LLP
ATTN: PETER BARBUR
825 EIGHTH AVENUE
NEW YORK, NY 10019

BEASLEY FM ACQUISITION CORP - WRDW
ATTN: ACCOUNTS PAYABLE
555 CITY AVE; SUITE 330
BALA CYNWYD, PA 19004

BOEHRINGER INGELHEIM
ATTN: DORA C. DEVENUTI
900 RIDGEBURY RD.
P.O.BOX 368
RIDGEFIELD, CT 06877-0368

CHARLES LATHROPE
ADDRESS REDACTED

CLIENT MONEY SERVICES INC.
11315 JOHNS CREEK PARKWAY
JOHNS CREEK, GA 30097

CMN, INC.
5404 WISCONSIN AVENUE
SUITE 305
CHEVY CHASE, MD 20815-3592

COMSCORE
ATTN: ACCOUNTS RECEIVABLE
14140 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

COSTCO WHOLESALE CORPORATION
ATTN: JON ZWEIG
999 LAKE DRIVE
ISSAQUAH, WA 98027

DAIICHI SANKYO
2 HILTON COURT
PARSIPPANY, NJ 07054

DE LAGE LANDEN FINANCIAL SERVICES, INC
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

DIAGEO
ATTN: ACCOUNTS PAYABLE
530 5TH AVE
NEW YORK, NY 10036

DIGITAS
PO BOX 960849
BOSTON, MA 2196

DOUG GILORMO
ADDRESS REDACTED

DOUG GILORMO
ADDRESS REDACTED

DYNAMIC NETWORK SERVICES, INC
150 DOW STREET, TOWER TWO
MANCHESTER, NH 03101

ENSIGHTEN
1741 TECHNOLOGY DRIVE, SUITE#500
SAN JOSE, CA 95110

GANNETT CO., INC.
7950 JONES BRANCH DRIVE
MCLEAN, VA 22107

GOOGLE, INC.
DEPARTMENT 33654
PO BOX 39000
SAN FRANCISCO, CA 94139

HEARST - WIYY - BALTIMORE
ATTN: ACCOUNTS PAYABLE
3800 HOOPER AVENUE
BALTIMORE, MD 21211

INFOOBJECTS, INC
2041 MISSION COLLEGE BLVD. #280
SANTA CLARA, CA 95054

INTERNAP NETWORK SERVICES
DEPT. 0526
PO BOX 120526
DALLAS, TX 75312-0526

ISIS INC.
ATTN: ACCOUNTS PAYABLE
409 13TH STREET 14TH FLOOR
OAKLAND, CA 94612

J STOKES AGENCY
1444 NORTH MAIN STREET
WALNUT CREEK, CA 94596

JOHN BOLIN
ADDRESS REDACTED

JOHN BOLIN
ADDRESS REDACTED

JOHNSON & JOHNSON CONSUMER COMPANIES
GROUP OF CONSUMER COMPANIES
ATTN: MEHRNOOSH EBRAHIMI
FORT WASHINGTON, PA 19034-2299

KBDR, XHGTS, KNEX, KQUR, KLTN
ATTN: ACCOUNTS PAYABLE
PO BOX: 826
LAREDO, TX 78042

KELLOGGS
ONE KELLOGG SQUARE
BATTLE CREEK, MI 49016

KIMBERLY CUNNINGHAM
ADDRESS REDACTED

LAKEFRONT SOFTWARE, INC.
600 36TH STREET NE, SUITE 400
SEATTLE, WA 98103

LOCAID, INC
475 SANSOME STREET SUITE 710
SAN FRANSISCO, CA 94111

LUCIDMEDIA NETWORKS, INC
11490 COMMERCE PARK DR. #220
RESTON, VA 20191

MEGODE SYSTEMS, LLC
5157 NE 1ST COURT
RENTON, WA 98059

METRO PCS WIRELESS, INC.
P.O. BOX 94503
SEATTLE, WA 98124

MILLENNIAL MEDIA OFFICES
150 W 22ND ST 12TH FLOOR
NEW YORK, NY 10011

MOBILE GIVING FOUNDATION
PO BOX 723
BELLEVUE, WA 98009

MOBIVITY, INC
101 N COLORADO ST #3116
CHANDLER, AZ 85244

NEUSTAR, INC.
BANK OF AMERICA
P.O. BOX 409915
ATLANTA, GA 30384-9915

NEW RELIC
188 SPEAR STREET, SUITE 1200
SAN FRANCISCO, CA 94105

NEXAGE, INC
101 ARCH ST SUITE #1510
BOSTON, MA 02110

OPEN MARKET INC.
PO BOX 915267
DALLAS, TX 75391-5267

PANDORA MEDIA
25601 NETWORK PLACE
CHICAGO, IL 60673-1256

PAXTON MEDIA GROUP WPSD-TV
P.O. BOX 1197
PADUCAH, KY 42002-1197

PLACED, INC
1205 2ND AVE SUITE #220
SEATTLE, WA 98101

PUBMATIC, INC
P.O. BOX 347402
PITTSBURGH, PA 15251-4402

QUALCOMM RETAIL SOLUTIONS, INC.
RENAMED: GIMBAL, INC. 12526 HIGH BLUFF DR., SUITE
SAN DIEGO, CA 92130

RATNER COMPANIES L.L.C.
1577 SPRING HILL RD
SUITE 500
VIENNA, VA 22182

RESOURCE VENTURES
343 N FRONT ST
COLUMBUS, OH 43215

RYAN KIRK
ADDRESS REDACTED

SALESFORCE.COM
P.O. BOX 203141
DALLAS, TX 75320-3141

SIRIUS COMPUTER SOLUTIONS, INC.
ATTN: BONNIE M. CERRITO
10100 REUNION PLACE, SUITE 500
SAN ANTONIO, TX 78216

SOUTH CENTRAL MEDIA
P.O. BOX 27100
KNOXVILLE, TN 37927

SOUTH CENTRAL RADIO GROUP - WSTO & WIKY
ATTN: ACCOUNTS PAYABLE
PO BOX 6968
EVANSVILLE, IN 47719

SYNIVERSE TECHNOLOGIES LLC
12094 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

TBC, INC.
900 S. WOLFE STREET
BALTIMORE, MD 21231

TDC CANADA CORP. AND WACKER GP, INC.
C/O DUS MANAGEMENT, INC.
ATTN: PROPERTY MANAGER
35 EAST WACKER DRIVE, SUITE 600
CHICAGO, IL 60601

THE RUBICON PROJECT INC
DEPT CH 16601
PALATINE, IL 60055-6601

THOMAS DENMAN
4734 NE 140TH AVE.
BELLEVUE, WA 98005

TIMES AND NEWS PUBLISHING - WGTY
ATTN: ACCOUNTS PAYABLE
1560 FAIRFIELD RD
GETTYSBURG, PA 17325

TINCAN STUDIO LLC
ATTN: ERNEST LEITCH, 3116 164TH STREET SW, APT.
LYNNWOOD, WA 98087

TREVOR JONES
ADDRESS REDACTED

TREVOR JONES
ADDRESS REDACTED

TRILIBIS, INC.
DEPT LA 23481
PASADENA, CA 91185-3481

TRUE ULTIMATE STANDARDS EVERYWHERE, INC.
835 MARKET STREET, SUITE 800
SAN FRANCISCO, CA 94103

VAIN MEDIA LLC
106 1/2 JUDGE JOHN AISO ST #313
LOS ANGELES, CA 90012

VEHICLE
2225 N. 56TH ST.
SEATTLE, WA 98103

VELTI
150 CALIFORNIA STREET
10TH FLOOR
SAN FRANCISCO, CA 94111

VIRGINIA LOTTERY
900 E. MAIN STREET
RICHMOND, VA 23219

VISIONARY RELATED ENTERTAINMENT LLC
KDDB-FM, KPOI-FM, KQMQ-FM, KUUU-FM AND KUMU-F
1000 BISHOP ST, SUITE 200
HONOLULU, HI 96813

VOICE ASSIST, INC.
2 SOUTH POINT, SUITE 100
LAKE FOREST, CA 92610

WJIM FM CUMULUS BROADCASTING, LANSING
3420 PINE TREE
LANSING, MI 48911

WRQX CITADEL BROADCASTING COMPANY
4400 JENNIFER STREET NW
WASHINGTON, DC 20015-2113

Parties Served: 73

**<u>EXHIBIT B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
|  | ) |  |
| Debtor. | ) | **Related Docket Nos. 12, 42, 58, 59** |

**Bid Procedures Hearing Date:  February 11, 2015 at 2:00 p.m. prevailing Eastern time**
**Procedures Objection Deadline:  February 4, 2015 at 4:00 p.m. prevailing Eastern time**
**Sale Motion Hearing Date:  TBD**
**Sale Motion Objection Deadline:  TBD**

### NOTICE OF (I) DEBTOR'S MOTION FOR ORDER APPROVING BID PROCEDURES AND BID PROTECTIONS, SCHEDULING AUCTION, ESTABLISHING PROCEDURES RELATING TO ASSUMPTION/ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES, AND GRANTING RELATED RELIEF; (II) RELATED NOTICE OF ERRATA; AND (III) DEBTOR'S MOTION FOR ORDER APPROVING ASSET PURCHASE AGREEMENT, AUTHORIZING SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS AND CLAIMS AND ASSUMPTION/ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES, AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed with the Bankruptcy Court:

(i)     On January 21, 2015, the *Debtor's Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Operating Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Including Payment of Break-up Fee and Expense Reimbursement; and (E) Granting Related Relief* (together with and subject to the modifications/clarifications set forth in the Notice of Errata, the "Bid Procedures Motion") [Docket No. 12];

(ii)     On January 27, 2015, the *Notice of Errata Re: Bid Procedures* (the "Notice of Errata") [Docket No. 58];

(iii)     On January 27, 2015, the *Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free  and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(b) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* (the "Sale Motion" and together with the Bid Procedures Motion and Notice of Errata, the "Sale Related Filings") [Docket No. 59].

By the Sale Motion, the Debtor seeks (a) approval of the *Asset Purchase Agreement* dated January 20, 2015 between the Debtor, as seller, and SITO Mobile, Ltd., as buyer (the "Purchaser") (a copy of which agreement is attached to the Sale Motion and Bid Procedures Motion), (b) authorizing the sale of

---

[1]  The last four digits of the Debtor's tax identification number are 2076.  The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

substantially all of the Debtor's assets to the Purchaser or other successful overbidder at an auction; (c) authorizing the sale of the applicable assets free and clear of all liens, claims, rights, encumbrances, and other interests pursuant to sections 105, 363(b), 363(f), and 363(m) of the Bankruptcy Code; (d) authorizing the assumption and assignment of certain executory contracts and unexpired leases of the Debtor pursuant to sections 363 and 365 of the Bankruptcy Code; and (e) granting related relief.

Any person that wishes to receive a copy of the Sale Related Filings may make such request in writing to Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn:  Felice Harrison, fharrison@pszjlaw.com.  The Sale Related Filings, as well as other case filings, are also available for review at the website maintained by the Court-approved noticing agent, Rust Consulting Omni Bankruptcy, at www.omnimgt.com/hipcricket.

**PLEASE TAKE NOTICE** that a hearing to consider the relief sought in the **Bid Procedures Motion** only will be held on **February 11, 2015, at 2:00 p.m. prevailing Eastern time** before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.  A hearing has not been set for the relief sought in the Sale Motion; notice of said hearing will be provided to parties in interest after the hearing has been set by the Court.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the **Bid Procedures Motion** must be filed with the Bankruptcy Court on or before **February 4, 2015 at 4:00 p.m. prevailing Eastern time.**  At the same time, you must also serve a copy of the response or objection upon:  (i) [proposed] counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill, Esq., (ii) counsel to SITO Mobile, Ltd.,  Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn:  Nancy Mitchell, Esq.; (iii) counsel to Fast Pay Partners, The Lamm Group, 1608 Walnut Street, Suite 703, Philadelphia, PA  19103, Attn:  Deirdre M. Richards, Esq.; (iv) counsel to any Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE BID PROCEDURES MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  January 30, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:    ikharasch@pszjlaw.com
              lcantor@pszjlaw.com
              joneill@pszjlaw.com

[Proposed] Counsel for Debtors and Debtors in Possession