IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | Related Docket No. 79 & 80 |
| | ) | |

## ORDER GRANTING MOTION TO SHORTEN NOTICE AND SCHEDULE A HEARING ON FEBRUARY 11, 2015 AT 2:00 P.M. WITH RESPECT TO APPLICATION OF THE DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF JOHNSON ASSOCIATES, INC. TO PROVIDE EXPERT WITNESS SERVICES TO THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE

Upon the motion (the "**Motion to Shorten**")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling a hearing and shortening notice of the *Application of the Debtor for Entry of an Order Authorizing the Retention of Johnson Associates, Inc. to Provide Expert Witness Services to the Debtor Nunc Pro Tunc to the Petition Date* (the "**Retention Application**") filed by debtor and debtor in possession Hipcricket, Inc. ("**Hipcricket**" or "**Debtor**"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334 and (b) the Motion to Shorten is with respect to a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED.

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

2. A hearing (the "**Hearing**") on the Retention Application shall be held on February 11, 2015 at 2:00 p.m.

3. Any objection or response to the relief requested in the Retention Application shall be filed by no later than February 10, 2015 at 12:00 p.m. and served upon: (i) counsel to the Debtor; (ii) counsel to the Official Committee of Unsecured Creditors; (iii) the Office of the United States Trustee; and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002.

4. Immediately after the entry of this Order, counsel for Hipcricket shall serve a copy of this Order and notice of the Retention Application, and the Retention Application (if not previously served) on (i) the United States Trustee; (ii) counsel to the agent under the debtor in possession financing; (iii) counsel to the Official Committee of Unsecured Creditors; and (iv) all parties entitled to notice pursuant to Bankruptcy Rule 2002 by facsimile, electronic mail, hand delivery, overnight mail, or express mail.

5. This Order shall be effective and enforceable immediately upon entry.

6. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: February 5, 2015

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

DOCS_SF:87082.1