## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIPCRICKET, INC.,[1]<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 15-10104 (LSS)<br><br>Related Docket Nos. 12, 42, 58, 59 |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on February 2, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of (I) Debtor's Motion for Order Approving Bid Procedures and Bid Protections, Scheduling Auction, Establishing Procedures Relating to Assumption/Assignment of Certain Contracts and Leases, and Granting Related Relief; (II) Related Notice of Errata; and (III) Debtor's Motion for Order Approving Asset Purchase Agreement, Authorizing Sale of Substantially all of the Debtor's Assets Free and Clear of All Liens and Claims and Assumption/Assignment of Certain Contracts and Leases, and Granting Related Relief [2]**

Dated: February 3, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this __3__ day of _Feb_ , 20 _15_ , by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2] A copy of the Notice is attached hereto as **Exhibit B**.

# **EXHIBIT A**

121 MOBILE SOLUTIONS
12868 NE 24TH ST.
BELLEVUE, WA 98005

30 SECOND SOFTWARE DBA DIGBY
3801 SOUTH CAPITAL OF TEXAS HIGHWAY
BARTON CREEK PLAZA II, SUITE 100
AUSTIN, TX 78704

3D MAGIC FACTORY
16238 HWY 620, STE F-348
AUSTIN, TX 78717

A-10 CLINICAL SOLUTIONS
2000 REGENCY PARKWAY, SUITE 675
CARY, NC 27518

AARON BIRRELL
ADDRESS REDACTED

AARON MILLER
ADDRESS REDACTED

AARON SPRAGUE
ADDRESS REDACTED

AARON SPRAGUE
ADDRESS REDACTED

AARONS, INC.
309 E PACES FERRY RD
ATLANTA, GA 30305

ABBOTT DIABETES CARE INC.
P.O. BOX 1402
DEPT 381, BLDG J23-2
ABBOTT PARK, IL 60064

ACADEMY LIMITED
1800 N MASON RD
KATY, TX 77449

ACOSTA SALES & MARKETING
6600 CORPORATE CENTER PKWY
JACKSONVILLE, FL 32216

ACTIVE MEDIA
1 BLUE HILL PLAZA
PO BOX 1705
PEARL RIVER, NY 10965

ADCONION DIRECT INC
950 TOWER LANE STE 2000
FOSTER CITY, CA 90404

ADREA RUBIN MEDIA INC
19 WEST 44TH STREET #1415
NEW YORK, NY 10036

ADSPACE INC LLC
40 W. 37TH ST, SUITE 1002
NEW YORK, NY 10018

AIMIA
ATTN: LISA OLSON
1405 XENIUM LANE
MINNEAPOLIS, MN 55441

AIRCLOUD INC
1239 WATER STREET, SUITE A
PORT TOWNSEND, WA 98368

AIRPUSH INC
10940 S PARKER RD #725
PARKER, CO 80134

AKQA - GSF FY14 JFM GLAD FOOD STORAGE
MARILYN LOMAX
118 KING STREET
SAN FRANCISCO, CA 94107

AKRON BEACON JOURNAL/OHIO.COM
44 EAST EXCHANGE STREET,
AKRON, OH 44308

ALAN SULTAN
ADDRESS REDACTED

ALASKA AIR BRAND
ATTN: JEANNE JONES
19300 INTERNATIONAL BOULEVARD
SEATTLE, WA 98188

ALASKA AIRLINES
ATTN: JEANNE JONES
19300 INTERNATIONAL BOULEVARD
SEATTLE, WA 98188

ALASKA AIRLINES HC
P.O. BOX 749877
LOS ANGELES, CA 90074-9877

ALEXA THORSRUD
ADDRESS REDACTED

ALMA DDB
555 MARKET ST, 5TH FLOOR
SAN FRANCISCO, CA 94105

ALYSON RIXNER
ADDRESS REDACTED

AMAZON STUDIOS ALPHA HOUSE SEASON 2
ATTN: AP NON-INVENTORY
PO BOX 80683
SEATTLE, WA 98108-0683

AMERICAN CANCER SOCIETY INC
ATTN: PAMELA PRICE
250 WILLIAMS STREET - QUAD 4D
ATLANTA, GA 30303

AMERICAN GREETINGS CORPORATION
ONE AMERICAN ROAD
CLEVELAND, OHIO 44144-2398

AMOBEE
100 MARINE PARKWAY, STE 575
REDWOOD CITY, CA 94065

AMOBEE, INC.
3 TWIN DOLPHIN DRIVE
SUITE 260
REDWOOD CITY, CA 94065

ANDREA BRAR
ADDRESS REDACTED

ANDREA BRAR
ADDRESS REDACTED

ANHEUSER-BUSCH
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

ANITA WEBSTER
ADDRESS REDACTED

ANTHONY KIPPEN
ADDRESS REDACTED

ANTHONY MERCADEFE
ADDRESS REDACTED

ARBY'S
ATTN: ACCOUNTS PAYABLE
1155 PERIMETER CENTER W
ATLANTA, GA 30338

ARIADMIA
5201 BLUE LAGOON DRIVE
SUITE 965 - 9TH FLOOR
MIAMI, FL 33126

ARIADNA
5201 BLUE LAGOON DRIVE
SUITE 965 - 9TH FLOOR
MIAMI, FL 33126

ARMED FORCES COMMUNICATIONS
4400 FAIR LAKES COURT
FAIRFAX, VA 22033-3899

ASCENTMARKETING
809 SIDEWALK RD
CHESTERTON, IN 46304

ASHLEY LYONS
ADDRESS REDACTED

ASTRAZENECA PHARMACEUTICALS
1800 CONCORD PIKE
P.O. BOX 15437
WILMINGTON, DE 19850-5437

AT & T MOBILITY LLC
1025 LENOX PARK BLVD NE RM A325
BROOKHAVEN, GA 30319

AT&T ADWORKS LLC
630 5TH AVE FL 16
NEW YORK, NY 10111

AUDIBLE MAGIC
985 UNIVERSITY AVE, SUITE 35
LOS GATOS, CA 95032

AVI JAMAL
ADDRESS REDACTED

B&P ADVERTISING
900 SOUTH PAVILION CENTER DR
SUITE 170
LAS VEGAS, NV 89144

BARTHOLOMEW FIELDER
ADDRESS REDACTED

BCMS CORPORATE LLC
747 THIRD AVENUE, 27TH FLOOR
NEW YORK, NY 10017

BEANSTOCK MEDIA INC
530 HOWARD STREET, SUITE 210
SAN FRANCISCO, CA 94105

BEASLEY BROADCASTING MIAMI - WKIS & WQAM
ATTN: ACCOUNTS PAYABLE
194 NW 197TH STREET
MIAMI, FL 33169

BEASLEY FM ACQUISITION CORP - WPOW
ATTN: ACCOUNTS PAYABLE
194 NW 187TH AVE
MIAMI, FL 33169

BEASLEY FM ACQUISITION CORP - WXTU
ATTN: ACCOUNTS PAYABLE
555 CITY AVE; SUITE 330
BALA CYNWYD, PA 19004

BELK ECOMMERCE LLC
2801 W TYVOLA RD
CHARLOTTE, NC 28217

BENCHMARK
10621 CALLE LEE, BUILDING 141
LOS ALAMITOS, CA 90720

BENDER HELPER IMPACT INC
11500 WEST OLYMPIC BOULEVARD #655
LOS ANGELES, CA 90064

BENJAMIN MARSHALL
ADDRESS REDACTED

BEST WESTERN INTL
6201 NORTH 24TH PARKWAY
PHOENIX, AZ 85016

BI 2014 SITEBUILDER & SHORT CODE
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1088
RIDGEFIELD, CT 06877-1088

BIG RIVER AGENCY
2100 EAST CARY STREET
NO 200
RICHMOND, VA 23223

BIPI
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1088
RIDGEFIELD, CT 06877-1088

BISK EDUCATION INC
9417 PRINCESS PALM AVE
TAMPA, FL 33619

BLACK CROWN
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

BLACK DIAMOND MEDIA
3424 MOTOR AVE - SUITE 202
LOS ANGELES, CA 90034

BLOOMBERG LP
P.O. BOX 416996
BOSTON, MA 02241-6996

BLUE BITE LLC
377 PARK AVENUE S, FLOOR 2
NEW YORK, NY 10016

BLUE BOX GROUP
119 PINE STREET, SUITE 200
SEATTLE, WA 98101

BLUE CHIP WORLDWIDE MARKETING
650 DUNDEE ROAD
NORTHBROOK, IL 60662

BLUE KAI
20883 STEVENS CREEK BLVD, SUITE 200
CUPERTINO, CA 95014

BLUE MESSAGING MEXICO SAPI
3 COLUMBUS CIRCLE 3RD FLOOR
NEW YORK, NY 10019

BONNEVILLE SEATTLE - KIRO AM
ATTN: ACCOUNTS PAYABLE
1820 EASTLAKE AVE E
SEATTLE, WA 98102

BONNIE HOAG
ADDRESS REDACTED

BORDER MEDIA
KBDR, XHGTS, KNEX, KQUR, KLTN
PO BOX 826
LAREDO, TX 78042

BRADSHAW ADVERTISING
811 NORTHWEST 19TH AVENUE
PORTLAND, OR 97209

BRAND MOVERS
1575 NORTHSIDE DRIVE
BLDG. 200, SUITE 200
ATLANTA, GA 30318

BRANDMOVERS
1575 NORTHSIDE DRIVE NORTHWEST #200
ATLANTA, GA 30318

BRANDOFINO COMMUNICATIONS
C/O KAPLAN LANDAU LLP
ATTN: PAUL C. EVANS, ESQ.
1065 AVENUE OF THE AMERICAS, 27TH FL.
NEW YORK, NY 10018

BRETT ARTHUR LEACH
ADDRESS REDACTED

BRIABE MOBILE LLC
535 5TH AVENUE
NEW YORK, NY 10017

BRIERLEY & PARTNERS
5465 LEGACY DRIVE, SUITE 300
PLANO, TX 75024

BRIGHTAG
AKA SIGNAL
111 N CANAL ST. SUITE 455
CHICAGO, IL 60606

BRINKER INTERNATIONAL
6820 LBJ FREEWAY
DALLAS, TX 75240

BRISTOL MYERS SQUIBB
345 PARK AVENUE
NEW YORK, NY 10154

BRITTNEY BUCHAN
ADDRESS REDACTED

BROADCAST COMPANY OF THE AMERICAS
6160 CORNERSTONE COURT EAST 100
SAN DIEGO, CA 92121

BROADHEAD
123 N. THIRD ST, STE 400
MINNEAPOLIS, MN 55401

BROWN FORMAN CORP
850 DIXIE HIGHWAY
LOUISVILLE, KY 40210

BRYAN BROADCASTING - KNDE
ATTN:ALISA DUSTERHOFF
2700 EARL RUDDER FREEWAY STE 5000
COLLEGE STATION, TX 77845

BUD LIGHT
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

BUDWEISER
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

BUFFETS INC
405 LANCASTER AVE
GREER, SC 29650

BULLY PULPIT INTERACTIVE
1140 CONNECTICUT AVE. NW, SUITE 800
WASHINGTON, DC 20036

BURT'S BEES
C/O CLOROX
1221 BROADWAY
OAKLAND, CA 94612

BUSCH FISHING
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

BUSCH HEROES
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

BUSCH LIGHT
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

BUSCH SIGNATURE
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

BUSCH STARSHIP
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

CA LOTTERY
275 MCCORMICK AVENUE #100
COSTA MESA, CA 92626

CACI, INC
1100 NORTH GLEBE ROAD
ARLINGTON, VA 22201

CAESARS ENTERTAINMENT OPERATING COMPANY
ATTN: HET1451729
PO BOX 29033
HOT SPRINGS, AR 71903

CAMPBELL EWALD
2000 BRUSH ST, STE 601
DETROIT, MI 48226

CAPITAL ONE LLC
WEST CREEK BLDG - 5  3RD FLOOR
15000 CAPIAL ONE DRIVE
RICHMOND, VA 23238

CARAT USA INC.
2700 PENNSYLANIA AVE
2ND FLOOR
SANTA MONICA, CA 90404

CASANOVA PENDRILL- CA LOTTERY SCRATCHERS
275 MCCORMICK AVENUE #100
COSTA MESA, CA 92626

CATHERINE VIGEN
ADDRESS REDACTED

CC LA
AP MARKET 430
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258-7460

CCSU
5701 W SUNRISE BLVD
FT LAUDERDALE, FL 33313

CELEBREX HCP
P.O. BOX 341835
BARLETT, TN 38184

CELLUM GLOBAL INC
UJ-PIAC TER 8
SIOFOK 8600
HUNGARY

CELTIC CHICAGO, INC.
6311 WEST GROSS POINT ROAD
NILES, IL 60714

CENTRAL GARDEN & PET
1000 PARKWOOD CIRCLE, SUITE 700
ATLANTA, GA 30339

CENTRO
222 W HUBBARD ST.
4TH FLOOR
CHICAGO, IL 60654

CHARTER COOPER SMITH
4444 BENNETT ROAD
TOLDEO, OH 43612

CHERYL NARANJO
ADDRESS REDACTED

CHIRAAYU (CK) KHANDEKAR
ADDRESS REDACTED

CINCINNATI STATE COLLEGE
& COMMUNITY COLLEGE
3520 CENTRAL PARKWAY
CINCINNATI, OH 45223

CITADEL BROADCASTING
4350 FABER PLACE DR, STE 100
CHARLESTON, SC 29405

CLEAR CHANNEL BROADCASTING
AP MARKET 430
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258-7460

CLEAR CHANNEL ORLANDO
AP MARKET 430
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258-7460

CLINTON WILLIAMS
ADDRESS REDACTED

CLOROX
P.O. BOX 5807
TROY, MI 48007

CMGRP DBA WEBER SHANDWICK
8687 MELROSE AVENUE
WEST HOLLYWOOD, CA 90069

COLD-EEZE
621 N. SHADY RETREAT RD
DOYLESTOWN,  18901

COLE & WEBER UNITED
221 YALE AVE N SUITE 600
SEATTLE, WA 98109

COLEHOUR & COHEN
615 2ND AVENUE #280
SEATTLE, WA 98104

COLGATE PALMOLIVE COMPANY
300 PARK AVENUE FLOOR 8
NEW YORK, NY 10022

COLLIN COUNTY COMMUNITY COLLEGE DISTRICT
CENTRAL RECEIVING 1129700
WADE BLVD FRISCO
TX -, TX 75070

COMCAST
COMCAST ACCT#8771300111605584
P.O. BOX 3001
SOUTHEASTERN PA 19398-3001

COMMUNICATIONS MEDIA INC
19 W 44TH STREET, SUITE 801
NEW YORK, NY 10036

CONLEY NEMYRE
ADDRESS REDACTED

CONSOLIDATED CREDIT
CATHY SHARP
5701 W SUNRISE BLVD
FT LAUDERDALE, FL 33313

CORE INNOVATIONS
15233 90TH STREET
REDMOND, WA 98052

COSTCO BUSINESS DELIVERY
999 LAKE DRIVE
ISSAQUAH, WA 98027

COTTAGE8
500 WASHINGTON AVE SOUTH
SUITE 2060
MINNEAPOLIS, MN 55415

CRAMER-KRASSELT
1850 N CENTRAL AVE
SUITE 1800
PHOENIX, AZ 85004

CRISPIN PORTER + BOGUSKY
3390 MARY STREET, OFFICE 300
MIAMI, FL 33133

CROSSMARK
JAY J. DESAI
5100 LEGACY DRIVE
PLANO, TX 75024

CUMULAS INDIANA
6810 N SHADELAND AVE
INDIANAPOLIS, IN 46220

CUMULUS DALLAS
3500 MAPLE AVE, SUITE 1600
DALLAS, TX 75219

CUMULUS HOUSTON KRBE-FM
ATTN: ACCOUNTS PAYABLE
9801 WESTHEIMER STE 700
HOUSTON, TX 77042

CUMULUS LANSING
3420 PINE TREE
LANSING, MI 48911

CUMULUS MEDIA CINCINNATI
4805 MONTGOMERY ROAD
STE 300
CINCINNATIO, OH 45212

CUMULUS MEDIA SALT LAKE CITY
CITADEL BROADCASTING COMPANY
434 BEARCAT DRIVE
SALT LAKE CITY, UT 84115

CUMULUS MEDIA SAN FRANCISCO
55 HAWTHORNE STREET, SUITE 1000
SAN FRANCISCO, CA 94105

CUMULUS MEDIA TUCSON
575 WEST ROGER ROAD
TUCSON, AZ 85705

CUMULUS MEDIA WASHINGTON DC
4400 JENNIFER STREET NW
WASHINGTON, DC 20015-2113

CVS PHARMACY
ONE CVS DRIVE
WOONSOCKET, RI 02895

DAVENPORT CAPITAL MANAGEMENT
321 N CLARK STREET, SUITE 500
CHICAGO, IL 60654

DAVID COLBURN
ADDRESS REDACTED

DAVID HOSTETTER
ADDRESS REDACTED

DAVID JUNG
ADDRESS REDACTED

DAVID PATE
ADDRESS REDACTED

DAVID PINCKNEY
ADDRESS REDACTED

DAVID PINCKNEY
ADDRESS REDACTED

DEB SHOPS
9401 BLUE GRASS RD
PHILADELPHIA, PA 19114

DELANO LAS VEGAS
3940 LAS VEGAS BLVD
LAS VEGAS, NV 89119

DELL
ONE DELL WAY
ROUND ROCK, TX 78682

DIAMOND FOODS
500 MONTGOMERY STREET, 13TH FLOOR
SAN FRANCISCO, CA 94111

DICKEY BROADCASTING COMPANY
780 JOHNSON FERRY RD, 5TH FLOOR
ATLANTA, GA 30342

DIESEL FILMS, INC
1720 20TH ST., STE.201
SANTA MONICA, CA 90404

DIESEL FILMS, INC
1720 20TH ST., STE.201
SANTA MONICA, CA 90404

DIGITAL BRAND EXPRESSIONS LLC
101 MORGAN LANE, SUITE 203B
PLAINSBORO, NJ 08536

DIGITAL INSIDERS GROUP
C/O SCAFIDI JULIANO LLP
ATTN: ANDREW BUNNELL
5 CAMPBELL STREET
WOBURN, MA 01801

DIRECT CONNECT MEDIA
ATTN: ACCOUNTS PAYABLE
1405 FRANKLIN AVE
PORTSMOUTH, OH 45662

DOCKERS (LEVI STRAUSS)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

DODGE CHALLENGER
PO BOX 542026
OMAHA, NE 68154

DOLLAR TREE STORES
500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

DONER ADVERTISING
25900 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 30346

DOUG STOVALL
ADDRESS REDACTED

DOUGLAS HOENIG
ADDRESS REDACTED

DOUGLAS SCHIRLE
ADDRESS REDACTED

DPSG - CIRCLE K ONE OF A KIND
5301 LEGACY DRIVE
PLANO, TX 75024

DPSG - FOUNTAIN
5301 LEGACY DRIVE
PLANO, TX 75024

DPSG LATIN GRAMMYS
5301 LEGACY DRIVE
PLANO, TX 75024

DR PEPPER SNAPPLE GROUP
5301 LEGACY DRIVE
PLANO, TX 75024

DRAWBRIDGE, INC.
2121 EL CAMINO REAL, 7TH FLOOR
SAN MATEO, CA 94403

DRAWBRIDGE, INC.
2121 EL CAMINO REAL, 7TH FLOOR
SAN MATEO, CA 94403

DUCHESNAY INC.
950, BOUL. MICHÈLE-BOHEC
BLAINVILLE, QC J7C 5E2
CANADA

DUN AND BRADSTREET
103 JFK PARKWAY
SHORT HILLS, NJ 07078

DYNMARK
WESTMORELAND HOUSE
80 - 86 BATH ROAD
CHELTENHAM, GLOUCESTERSHIRE, GL53 7JT
UK

EDUCATIONAL MEDIA FOUNDATION
5700 WEST OAKS BLVD
ROCKLIN, CA 95765

EDWARD JONES RECRUITMENT
2000 BRUSH ST, STE 601
DETROIT, MI 48226

EFFICIENCY MEDIA
3616 WINNETKA RD
GLENVIEW, IL 60026

ELIZABETH HOROWITZ
ADDRESS REDACTED

ELIZABETH HOROWITZ
ADDRESS REDACTED

ELPI PARADISO
ADDRESS REDACTED

ENGAUGE MARKETING LLC
AKA MOXIE MARKETING SERVICES LLC
375 NORTH FRONT STREET, SUITE 400
COLUMBUS, OH 43215

ERIC LETSCHE
ADDRESS REDACTED

ERIK HUSTAD
ADDRESS REDACTED

ERIN HUNT
ADDRESS REDACTED

ESSENCE (POINT REACH)
120 5TH AVENUE
8TH FLOOR
NEW YORK, NY 10011

EUREKA CASINO HOTEL
275 MESA BLVD.
MESQUITE, NV 89027

EWINERY SOLUTIONS
1700 SOSCOL AVENUE #3
NAPA, CA 94559

EXCLAIM MARKETING LLC
PO BOX 3867
PINEHURST, NC 28374-3867

FANDANGO LLC
12200 W OLYMPIC BLVD, STE 400
LOS ANGELES, CA 90064-1047

FELL SWOOP
506 2ND AVENUE SUITE 1400
SEATTLE, WA 98104

FELLOWSHIP CHURCH
ATTN: TERRY CHAPMAN
2450 N. HWY 121
GRAPEVIEW, TX 76051

FIREHOUSE AGENCY
ATTN: DOUG MILLER
14680 LANDMARK BLVD, # 247
DALLAS, TX 75254

FISHER COMMUNICATIONS - KUNS-TV
140 4TH AVENUE NORTH
SEATTLE, WA 98109

FKQ ADVERTISING
15351 ROOSEVELT BLVD.
CLEARWATER, FL 33760

FORD
ATTN: ACCOUNTS PAYABLE
4 PARKLANE BLVD SUITE 675
DEARBORN, MI 48126

FORDDIRECT
ATTN: ACCOUNTS PAYABLE
4 PARKLANE BLVD SUITE 675
DEARBORN, MI 48126

FOREST ADLIFE
ATTN: ACCOUNTS PAYABLE
155 COMMERCE DRIVE
HAUPPAUGE, NY 11788

FOREST LABORATORIES, INC.
ATTN: ACCOUNTS PAYABLE
155 COMMERCE DRIVE
HAUPPAUGE, NY 11788

FOUR STAR SOFTWARE, INC
7911 HESCHEL AVE, SUITE 404
LA JOLLA, CA 92037

FOXWOODS RESORT CASINO
350 TROLLEY LINE BLVD
P.O. BOX 3777
MASHANTUCKET, CT 06338-3777

FRONTIER
PO BOX 20550
ROCHESTER, NY 14602-0550

FULL SAIL UNIVERSITY
3300 UNIVERSITY BLVD
WINTER PARK, FL 32792

GARY GOFF
ADDRESS REDACTED

GAS MONKEY BAR & GRILL
10261 TECHNOLOGY BLVD
DALLAS, TX 75220

GAY GABRILSKA
ADDRESS REDACTED

GDB-ALLWHITES
301 CARLSON PKWY, STE 400
MINNETONKA, MN 55305

GDB-ANYTIMEFITNESS
C/O GABRIEL DEGROOD BENDT
608 2ND AVE S, SUITE 129
MINNEAPOLIS, MN 55402

GEOGRAPHIC SOLUTIONS, INC.
1001 OMAHA CIRCLE
PALM HARBOR, FL 34683

GEOMETY GLOBAL
388 S. MAIN ST STE 410
AKRON, OH 44311

GLADES MEDIA
ATTN: ROBBIE CASTELLANOS
530 EAST ALVERDEZ AVE
CLEWISTON, FL 33440

GLAM MEDIA
P.O. BOX 200991
PITTSBURGH, PA 15251-0991

GLENN STANSBURY
ADDRESS REDACTED

GOODWIN PROCTOR, LLP
ATTN: JENNIFER ALBERT
EXCHANGE PLACE
53 STATE STREET
BOSTON, MA 02109

GOOSE ISLAND
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

GREG HOY
ADDRESS REDACTED

GREG HOY
ADDRESS REDACTED

GREY GLOBAL
200 FIFTH AVENUE
NEW YORK, NY 10010

GRIFFIN NEW MEDIA KOTV & KWTV
302 S. FRANKFORT
TULSA, OK 74120

GROCERY OUTLETS
1 BLUE HILL PLAZA
PO BOX 1705
PEARL RIVER, NY 10965

GUY BORGFORD
ADDRESS REDACTED

HACKER GROUP
P.O. BOX 542008
OMAHA, NE 68154

HALO INNOVATIONS INC.
111 CHESHIRE LANE SUITE 700
MINNETONKA, MN 55305

HARD ROCK HOTEL LV
1515 ARAPAHOE ST
TOWER 2, SUITE 400
DENVER, CO 80202

HARRISON MEDIA
24416 CROCKER BLVD
CLINTON TOWNSHIP, MI 48036

HEARST - WBAL-AM/TV - BALTIMORE
UNIT 424
P.O. BOX 25882
LEHIGH VALLEY, PA 18002

HEARST WMOR TAMPA
UNIT 480
PO BOX 25882
LEHIGH VALLEY, PA 18002

HELZBERG DIAMONDS
ATTN: LAURA BAKER
1825 SWIFT AVENUE
NORTH KANSAS CITY, MO 64116

HMT ASSOCIATES
151 ORCHARDVIEW ROAD
SEVEN HILLS, OH 44131

HOCKING MEDIA GROUP
1700 WEST BIG BEAVER ROAD
SUITE 360
TROY, MI 48084

HOOVERS
ATTN: ROCKY BROWN
5800 AIRPORT BLVD
AUSTIN, TX 78752

HORIZON MEDIA INC.
75 VARICK STREET
NEW YORK, NY 10013

HOULIHAN LOKEY FINANCIAL ADVISORS
ATTN: ACCOUNTS RECEIVABLE
1930 CENTURY PARK WEST
LOS ANGELES, CA 90067-6802

HR HOLLYWOOD
6299 NALL AVE, STE 300
MISSION, KA 66202

HUBBARD RADIO - KSTP FM
ATTN: ACCOUNTS PAYABLE
3415 UNIVERSITY AVE
MINNEAPOLIS, MN 55414

ICON INTERNATIONAL
FOUR STAMFORD PLAZA
107 ELM STREET
STAMFORD, CT 06902

IDT TELECOM INC
550 BROAD STREET - 4TH
NEWARK, NJ 07102

IGNITION NETWORK
125 SOUTH WACKER DRIVE
SUITE 1750
CHICAGO, IL 60606

ILLUMINATE PR LLC
817 WEST BARRETT ST
SEATTLE, WA 98119

IMM BOULDER
1433 PEARL ST, 2ND FLOOR
BOULDER, CO 80302

IMM STRAIGHT TALK
1433 PEARL ST, 2ND FLOOR
BOULDER, CO 80302

INFUTOR DATA SOLUTIONS
2017 SOUTH ROUTE 59
PLAINFIELD, IL 60586

INGRID ONSTAD
ADDRESS REDACTED

INITIATIVE
STEFANIE FREED, DIGITAL BILLING MANAGER
5700 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90036

INK CHURCH
ATTN: ACCOUNTS PAYABLE
PO BOX 2337
WILLINGBORO, NJ 08046

INTEGER GROUP
7245 WEST ALASKA DRIVE, SUITE D
LAKEWOOD, CO 80226

INTERMEDIA.NET
825 E. MIDDLEFIELD ROAD
MOUNTAIN VIEW, CA 94043

INTERNET CREATIONS
ATTN: CHAD MEYER
3AAA DRIVE SUITE 204
HAMILTON, NJ 08691

INVERSE MOBILE LLC
C/O WENDER LAW GROUP, PLLC
ONE PENN PLAZA, SUITE 2527
NEW YORK, NY 10119

INVOCA, INC
1025 CHAPALA STREET
SANTA BARBARA, CA 93101

IQENSE, LLC
34405 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331

IVAN BRAIKER
ADDRESS REDACTED

J&J
GROUP OF CONSUMER COMPANIES
ATTN: MEHRNOOSH EBRAHIMI
FORT WASHINGTON, PA 19034-2299

JACK HALLAHAN
15 VIA HERMOSA
ORINDA, CA 94563

JAMES DANIEL COOK
ADDRESS REDACTED

JANNA QUEDADO
ADDRESS REDACTED

JAVELIN MARKETING GROUP
7850 BELT LINE ROAD
IRVING, TX 75063

JEAN-LUC AMAR
ADDRESS REDACTED

JEFF JONES
ADDRESS REDACTED

JENNA ECKMAN
ADDRESS REDACTED

JENNIFER HEATH
ADDRESS REDACTED

JEREMIAH PARSONS
ADDRESS REDACTED

JEREMY MICHAEL BUCK
ADDRESS REDACTED

JOHN GREEN
ADDRESS REDACTED

JONATHAN NOLZ
ADDRESS REDACTED

JORDAN FOORD
ADDRESS REDACTED

JULES POLENTSKY
INTERACTIVE INTEGRITY CONSULTANTS
7816 MARY CASSATT DRIVE
POTOMAC, MD 20854

JUSTIN FLOOD
ADDRESS REDACTED

KAREN BUELTERMAN
ADDRESS REDACTED

KAREN HELBLING
ADDRESS REDACTED

KATHERINE FARLEY
ADDRESS REDACTED

KBDR, XHGTS, KNEX, KQUR, KLTN
ATTN: ACCOUNTS PAYABLE
PO BOX: 826
LAREDO, TX 78042

KC MAZDA AUTO
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY - KC FAMILY CENTER
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY - OVERLAND VOLVO
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY & KELLEY MARKETING
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY GALLAGHER MARKETING
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY-FAMILY CENTER
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLI BROOKS
ADDRESS REDACTED

KELSEY CAREY
ADDRESS REDACTED

KHYT 2014 RENEWAL
575 WEST ROGER ROAD
TUSCSON, AZ 85705

KIIS_FM WANGO TANGO
20880 STONE OAK PKWY
AP DEPT #181
SAN ANTONIO, TX 78258

KIMBERLY CLARK
2001 EAST ORANGETHORPE AVENUE
FULLERTON, CA 92831

KIMBERLY CUNNINGHAM
ADDRESS REDACTED

KIMBERLY DONALDSON
ADDRESS REDACTED

KKGO STAGE COACH
ATTN: ACCOUNTS PAYABLE
PO BOX 250028
LOS ANGELES, CA 90025

KNBC THE CHALLENGE
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

KRAFT FOOD GROUP, INC
PO BOX 469014
SAN ANTONIO, TX 78246-9014

KRBE
9801 WESTHEIMER STE 700
HOUTON, TX 77042

KRISTI MILLER
ADDRESS REDACTED

KRISTOPHER DICK
ADDRESS REDACTED

KWING NG
ADDRESS REDACTED

KXAS TV
4805 AMON CARTER BLVD
FORT WORTH, TX 76155

LAKESHORE LEARNING MATERIALS
2695 E DOMINGUEZ STREET
CARSON, CA 90895

LARS GIUSTI
ADDRESS REDACTED

LAURA MURRAY
ADDRESS REDACTED

LENNAR CORPORATION
700 NW 107TH AVENUE # 400
MIAMI, FL 33172

LINCOLN FINANCIAL MEDIA COMPANY
3340 PEACHTREE RD, STE 1430
ATLANTA, GA 30326

LINDSEY HOUSER
ADDRESS REDACTED

LINKING MOBILE
71 NEWMAN STREET
LONDON, W1T 3EQ, ENGLAND

LIOLIOS GROUP INVESTOR RELATIONS
20371 IRVINE AVE SUITE A100
NEWPORT BEACH, CA 92660

LIPITOR HCP
GFSS-AMERICAS
P.O. BOX 341835
BARTLETT, TN 33184

LIVE NATION
1800 N HIGHLAND AVE, 2ND FLOOR
HOLLYWOOD, CA 90028

LOCAL WISDOM INC
37 STATION DRIVE
PRINCETON JUNCTION, NJ 08550

LOCALLY OWNED
21361 HWY 30
TWIN FALLS, ID 83301

LONG JOHN SILVER'S
9505 WILLIAMSBURG PLAZA, STE 300
LOUISVILLE, KY 40222

LOVELACE HEALTH SYSTEMS
110 W 7TH ST
#2510
TULSA, OK 74129

LUIS SERRA
ADDRESS REDACTED

LUIS SERRA
ADDRESS REDACTED

LYFT
548 MARKET ST
SAN FRANCISCO, CA 94104

M&C SAATCHI MOBILE
350 7TH AVENUE #705
NEW YORK, NY 10001

MACDONALD GARBER BROADCASTING
2095 US 131
SOUTH PETOSKEY, MI 49770

MACDONALD-MILLER FACILITY SOLUTIONS
P.O. BOX 47983
SEATTLE, WA 98146-7983

MACHINE ZONE
2225 E. BAYSHORE RD. SUITE 200
PALO ALTO, CA 94304

MACY'S
685 MARKET ST, SUITE 800
SAN FRANCISCO, CA 94105

MACY'S UNITED WAY
ATTN: JIM NGUYEN
685 MARKET ST. 8TH FLOOR
SAN FRANCISCO, CA 94105

MACYS.COM INC
685 MARKET ST, SUITE 800
SAN FRANCISCO, CA 94105

MAN MARKETING
765 KIMBERLY DR
CAROL STREAM, IL 60188

MARC AMSBERRY
ADDRESS REDACTED

MARC USA
225 WEST STATION SQUARE DRIVE
SUITE 500
PITTSBURGH, PA 15219

MARINA MAHER COMMUNICATIONS INC
830 THIRD AVENUE
NEW YORK, NY 10022

MARINELLE CARINO
ADDRESS REDACTED

MARISSA LOEW
ADDRESS REDACTED

MARKETING INSPIRATIONS
MARKETING INSPIRATIONS
2727 PACES FERRY ROAD SE
ATLANTA, GA 30339

MARRIOTT INTERNATIONAL, INC.
10400 FERNWOOD ROAD
BETHESDA, MD 20817

MARS CHOCOLATE NORTH AMERICA LLC
800 HIGH ST
HACKETTSTOWN, NJ 07840

MARTIN BALTZO
ADDRESS REDACTED

MARTINI MEDIA
PO BOX 163
FOND DU LAC, WI 54935

MATCH MARKETING GROUP
800 CONNECTICUT AVE, 3RD FLOOR
NORWALK, CT 06854

MATTEL, INC.
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 90245

MATTHEW NELSON
ADDRESS REDACTED

MATTHEW NELSON
ADDRESS REDACTED

MATTHEW OLSEN
ADDRESS REDACTED

MAXUS
SANA GHIAS
P.O BOX 4614 GRAND CENTRAL STATION
NEW YORK, NY 10163

MBC GRAND BROADCASTING
ATTN: ACCOUNTS PAYABLE
1360 E SHERWOOD DRIVE
GRAND JUNCTION, CO 81501

MCCANN ERICKSON
622 THIRD AVENUE
NEW YORK, NY, 10017

MCNEIL CON & SPEC PHARM
PO BOX 16518
NEW BRUNSWICK, NJ 08906-6518

MEC
PO BOX 4614 GCS
NEW YORK, NY 10163

MEDIA PROMOTIONS GROUP
2833 NORTH EXECUTIVE PARKWAY, SUITE 300
WESTON, FL 33331

MEDIA WORKS
1425 CLARKVIEW RD, STE 500
BALTIMORE, MD 21209

MEDIAVEST
ATTN:CLIENT FINANCIAL SERVICES
21-01 QUEENS PLAZA NORTH
LONG ISLAND CITY, NY 11101-4020

MEDIMEDIA HEALTH
780 TOWNSHIP LINE ROAD
YARDLEY, PA 19067

MELISSA KOPINSKI
ADDRESS REDACTED

MERCK & CO., INC.
MERCK PTP SHARED SERVICES
PO BOX 1700
WHITEHOUSE STATION, NJ 08889

MGM
PO BOX 77740
LAS VEGAS, NV 89177-7740

MGM RESORTS
PO BOX 77740
LAS VEGAS, NV 89177-7740

MICHAEL MILLER
ADDRESS REDACTED

MICHAEL STEPHENS
ADDRESS REDACTED

MICHELOB ULTRA
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

MILLERCOORS
CORPORATE ACCOUNTS PAYABLE
P.O. BOX 3103
MILWAUKEE, WI 53201-3103

MINDSHARE
350 W. MART CENTER DRIVE
SUITE 1270
CHICAGO, IL 60654

MINDY WISE
ADDRESS REDACTED

MIZUNO
4925 AVALON RIDGE PARKWAY
NORCROSS, GA 30071

MKTG INC
75 NINTH AVENUE, 3RD FLOOR
NEW YORK, NY 10011

MOBILE FUSE
36 MAPLE PL STE 306
MANHASETTE, NY 11030

MOBILE MARKETING ASSOC.
ATTN: THERESA
P.O. BOX 3963
BELLEVUE, WA. 98009-3963

MOBILE POSSE, INC.
ATTN: JON JACKSON
1320 OLD CHAIN BRIDGE RD.
SUITE. 240
MCLEAN, VA 22101

MONDELEZ GLOBAL LLC
PO BOX 469014
SAN ANTONIO, TX 78246-9014

MONUMENTAL SPORTS AND ENTERTAINMENT
DBA MONUMENTAL SPORTS AND ENTERTAINMENT
ATTN: MELANIE ROWELL
ARLINGTON, VA 22203

MOROCH
3625 NORTH HALL
SUITE 1100
DALLAS, TX 75219

MT WILSON BROADCASTING - KKGO
ATTN: ACCOUNTS PAYABLE
PO BOX 250028
LOS ANGELES, CA 90025

MYWEBGROCER
20 WINOOSKI FALLS WAY, 5TH FLOOR
WINOOSKI, VT 05404

NATIOANL BLACK ARTS
730 PEACHTREE STREET
ATLANTA, GQ 30308

NATTY LIGHT
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

NAVTEQ NORTH AMERICA
NOKIA
380 N. BERNARDO AVE.
MOUNTAIN VIEW, CA 94043

NBC UNIVERSAL - KNBC
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

NEIMAN MARCUS
1700 PACIFIC AVENUE, 13TH FLOOR
DALLAS, TX 75201

NESTLE HEALTHCARE NUTRITION
12 VREELAND ROAD, 2ND FLOOR
P.O. BOX 697
FLORHAM PARK, NJ, 07932

NESTLE WATERS NA
ACCOUNTS PAUABLE - USA
PO BOX 7049
TROY, MI 48007-7049

NEUSTAR, INC.
BANK OF AMERICA
P.O. BOX 409915
ATLANTA, GA 30384-9915

NEW LIFE RADIO 91.9
COLUMBIA INTERNATIONAL UNIVERSITY
PO BOX 7
MATTHEWS, NC 28106

NEWS AMERICA MARKETING
20 WESTPORT RD.
WILTON, CT 06897

NICHOLAS LINDSLEY
ADDRESS REDACTED

NIKKI DIBELLA
ADDRESS REDACTED

NORSAN GROUP
2150 BOGGS RD, STE. 500
DULUTH, GA 30092

NORSAN MULTIMEDIA - WOLS-FM
4801 E. INDEPENDENCE BLVD
SUITE 815
CHARLOTTE, NC 28212

NORTH AMERICAN BROADCASTING - WRKZ
ATTN: ACCOUNTS PAYABLE
1458 DUBLIN RD.
COLUMBUS, OH 43215

NOVATION, LLC
SHARLENE JENNER
290 EAST JOHN CARPENTER FWY
IRVING, TX 75062

NRG ENERGY
211 CARNEGIE CENTER
PRINCETON, NJ 08540-6213

OCTANE MONOGRAMS WANDERLIST
518 17TH STREET, SUITE 1400
DENVER, CO 80202

OFF MADISON AVE
5555 E VAN BUREN ST, #215
PHOENIX, AZ 85008

OHANA
1000 BISHOP ST, SUITE 200
HONOLULU, HI 96813

OMD DIGITAL
5353 GROSVENOR BLVD
LOS ANGELES, CA 90066

OMEGA MOBILE
350 TOWNSEND ST. SUITE 220
SAN FRANCISCO, CA 94107

OMG A DIVISION OF PROMETHEUS MEDIA
195 BROADWAY, FLOOR 28
NEW YORK, NY 10007

OMNICOM MEDIA GROUP
195 BROADWAY, FLOOR 28
NEW YORK, NY 10007

ONE MIGHTY ROAR LLC
87 SUMMER ST, 2ND FLOOR
BOSTON, MA 02110

OPTIMEDIA
C/O RESOURCES
27-01 QUEENS PLAZA NORTH
LONG ISLAND CITY, NY 11101

OSCEOLA GROUP MARKETING
6299 NALL AVE, STE 300
MISSION, KS 66202

OTHER LEVELS PTY
567 SUTTER STREET
SAN FRANCISCO, CA 94103

OUTSELL LLC
225 S SIXTH STREET, SUITE 3200
MINNEAPOLIS, MN 55402

OVATION BRANDS (BUFFETS)
405 LANCASTER AVE
GREER, SC 29650

OZONE ONLINE
600 BEACH STREET
SAN FRANCISCO, CA 94109

PALMS CASINO RESORT
ATTN: ROBYN PHELAN
4321 W FLAMINGO ROAD
LAS VEGAS, NV 89103

PAMAL BROADCASTING
715 RT 52
BEACON, NY 12508

PANGAYATCHELVY SUNTHERESEN (CHEVY SUN)
ADDRESS REDACTED

PATRICK FOOTE
ADDRESS REDACTED

PEEKAY
901 WEST MAIN STREET
AUBURN, WA 98001

PEPSICO INC
700 ANDERSON HILL ROAD
PURCHASE, NY 10577

PERRY COMMUNICATIONS GROUP
980 9TH STREET, SUITE 410
SACRAMENTO, CA 95814

PFIZER, INC
GFSS-AMERICAS
P.O. BOX 341835
BARTLETT, TN 38184-1835

PHARMAVITE
PO BOX 9606
MISSION HILLS, CA 91346

PHD
ACCOUNTS PAYABLE
900 TOWER DRIVE-SUITE 500
TROY, MI 48098

PHILIPPE POUTONNET
ADDRESS REDACTED

PHILIPPE POUTONNET
ADDRESS REDACTED

PHUNWARE, INC.
ATTN: WILLIAM T. GETCHELL
7800 SHOAL CREEK BLVD.
STE. 230-S
AUSTIN, TX 78757

POSITION MARKETING GROUP
2303 RR 620 S., #135, PMB 200
LAKEWAY, TX 78734

POSSIBLE
414 OLIVE WAY, STE 500
SEATTLE, WA 98101

POTAWATOMI HOTEL & CASINO
1721 W. CANAL STREET
MILWAUKEE, WI 53233

PPE CASINO RESORT
7002 ARUNDEL MILLS CIRCLE, SUITE 7777
HANOVER, MD 21076

PPK
1102 N FLORIDA AVE
SECOND FLOOR
TAMPA, FL 33602

PREMIERE RADIO NETWORKS
ATTN: ACCOUNTS PAYABLE-MARIA
15260 VENTURA BOULEVARD - 5TH FLOOR
SHERMAN OAKS, CA 91403-5339

PRESS COMMUNICATIONS
GENERAL MANAGER - PRESS COMM LLC
1329 CAMPUS PARKWAY
NEPTUNE, NJ 07753

PRISTIQ ADLIFE
P.O. BOX 341805
BARLETT, TN 38184

PROMOTION NETWORK
9400 N. CENTRAL EXPRESSWAY, SUITE 1500
DALLAS, TX 75231

PROPHASE LABS
621 N. SHADY RETREAT RD
DOYLESTOWN, PA 18901

PSKW - SHIRE LIALDA
2035 LINCOLN HIGHWAY
SUITE 3001
EDISON, NJ 08817

QUESTLINE INC
2025 RIVERSIDE DRIVE
COLUMBUS, OH 43221

QUEUE MARKETING GROUP
820 WEST JACKSON BOULEVARD #350
CHICAGO, IL 60607

R COMMUNICATIONS
ATTN: ACCOUNTS PAYABLE
8750 N EXPRESSWAY FWY STE 650
DALLAS, TX 75231

R J REYNOLDS TOBACCO COMPANY
401 N. MAIN STREET
WINSTON SALEM, NC 27101

R&R PARTNERS
900 SOUTH PAVILION CENTER DRIVE
LAS VEGAS, NV 89144

RADEMACHER
14021 ROUND LAKE BLVD
ANDOVER, MN 55304

RADIUS NETWORKS INC
3255 GRACE ST NW
WASHINGTON, DC 20007

RAMAR - RADIO & TV CLUSTER
P.O. BOX 3757,
LUBBOCK, TX 79452

RAUXA DIRECT
275 MCCORMICK AVE # A
COSTA MESA, CA 92626

RAZORFISH
ATTN: ACCOUNTS PAYABLE
821 SECOND AVE, STE 1800
SEATTLE, WA 98104

REACH MEDIA INC.
ATTN: ACCOUNTS PAYABLE
13760 NOEL RD STE 750
DALLAS, TX 75240

REISING RADIO PARTNERS, INC.
825 WASHINGTON ST
COLUMBUS, IN 47201

RESOURCE INTERACTIVE
343 N FRONT ST
COLUMBUS, OH 43215

RETAILIGENCE CORP
2400 BROADWAY #220
REDWOOD CITY, CA 94063

REVHEALTH LLC
55 BANK ST
MORRISTOWN, NJ 07960

RICKSTON
800 BOULEVARD RENE-LEVESQUE OUEST
MONTREAL, CANANDA QC H3B 1X9

ROBERT CUCHERAN
ADDRESS REDACTED

ROBERT LEIBSHON ET AL
C/O STRITMATTER KESSLER WHELAN COLUCCIO
ATTN: BRAD MOORE
200 SECOND AVENUE WEST
SEATTLE, WA 98119-4204

ROCKET FUEL INC
350 MARINE PKWY. STE 220
REDWOOD CITY, CA 94065

ROCKETFUEL
100 W 33RD STREET, 3RD FLOOR
NEW YORK, NY 10001

ROCKETFUEL
1000 PARKWOOD CIRCLE SE
SUITE 900
ATLANTA, GA 30339

ROI MEDIA CONSULTANTS
2805 W VIEW PL
SEATTLE, WA 98199-1742

ROLL GLOBAL LLC
11444 OLYMPIC BLVD.
LOS ANGELES, CA 90064

ROLLING ROCK
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

RONALD SULAK
ADDRESS REDACTED

RYAN KIRK
ADDRESS REDACTED

RYAN KNOPP
ADDRESS REDACTED

SAATCHI LA
C/O RESOURCES
27-01 QUEENS PLAZA NORTH
LONG ISLAND CITY, NY 11101-4020

SARA MCGOVERN
ADDRESS REDACTED

SARAH LIPTON
ADDRESS REDACTED

SARANATH ARAVAMUDHAN
ADDRESS REDACTED

SAVEOLOGY
5259 COCONUT CREEK PARKWAY
MARGATE, FL 33063

SCANBUY INC
ATTN: BILLING DEPT
54 W. 39TH ST, 4TH FLOOR
NEW YORK, NY 10018

SCOTT SKLAR
ADDRESS REDACTED

SCREENVISION EXHIBITION, LLC.
1411 BROADWAY
33RD FLOOR
NEW YORK, NY 10018

SEATTLE APP LAB
2475 152ND AVE NE
REDMOND, WA 98052

SELVAMUTHU BALAKRISHNAN
ADDRESS REDACTED

SEMINOLE GAMING
ONE SEMINOLE WAY
HOLLYWOOD, FL 33314

SEMINOLE HARD ROCK
6299 NALL AVE, STE 300
MISSION, KA 66202

SETH PLOCKELMAN
ADDRESS REDACTED

SEVEN 11
ONE ARTS PLAZA
1722 ROUTH ST., SUITE 1000
DALLAS, TX 75201

SHOCK TOP
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

SHORELINE
400 S GREEN ST
CHICAGO, IL 60607

SHS - BLUE KC - ADVERTISING
2000 CENTRAL
KANSAS CITY, MO 64108

SIMON MALLS
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SIMON PROPERTY GROUP L.P.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SINGLE TOUCH SYSTEMS INC. (SITO MOBILE)
KURT STREAMS
100 TOWN SQUARE, SUITE 204
JERSEY CITY, NJ 7310

SKSW - RACHAEL PIPER CONSULTING
1255 W. 15TH STREET, SUITE 500
PLANO, TX 75075

SLOOCE TECHNOLOGIES INC
1250 OAKMEAD PKWY
SUNNYVALE, CA 94085

SNOQUALMIE CASINO
37500 SE NORTHBEND WAY
SNOQUALMIE, WA 98065

SOUTH CENTRAL MEDIA
P.O. BOX 27100
KNOXVILLE, TN 37927

SOUTHSTAR COMMUNITIES LLC
P.O. BOX 630105
IRVING, TX 75063

SPALDING ASSOCIATES
6 DAVIS LANE
DARIEN, CT 06820

SPANISH BROADCASTING SYSTEMS
7007 N.W. 77TH AVENUE
MIAMI, FL 33166

SPARKFLY
1440 DUTCH VALLEY PLACE NE, SUITE 1000
ATLANTA, GA 30324

SPRINGER MOUNTAIN FARMS
555 BROILER BOULEVARD
BALDWIN, GA 30511

SPRINT
P.O. BOX 54977
LOS ANGELES, CA 90054-0977

STACI PARLARI
ADDRESS REDACTED

STARCOM
CLIENT FINANCIAL SERVICES
27-01 QUEENS PLAZA NORTH, 3RD FL
LONG ISLAND CITY, NY 11101

STEIN MART
ATTN: KATIE LEWIS
1200 RIVERPLACE BLVD
JACKSONVILLE, FL 32207

STELLA
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

STEPHEN GOULAS
ADDRESS REDACTED

STEVIE LINDSLEY
ADDRESS REDACTED

SUNKIST GROWERS, INC
ATTN: JULIE DE WOLFF
27770 N. ENTERTAINMENT DRIVE
VALENCIA, CA 91355-1092

SUPER CHIX
612 W. PARK ROW, STE 620
ARLINGTON, TX 76010

SUSANNA WINKELLER
ADDRESS REDACTED

SUSANNAH WHEELER
ADDRESS REDACTED

SYNC MARKETING
10960 WELLWORTH AVE
UNIT 301
LOS ANGELES, CA 90024

TAPJOY
111 SUTTER ST., 12TH FLOOR
SAN FRANCISCO, CA 94104

TATANGO INC
2211ELLIOT AVE, SUITE 200
SEATTLE, WA 98121

TAYLOR TODD
ADDRESS REDACTED

TEAM DETROIT
500 TOWN CENTER DRIVE, 2ND FLOOR
DEARBORN, MI 48126

TEAM DETROIT
530 TOWN CENTER D
DEARBORN, MI 48126

TECHNOWIT SOLUTIONS
41 SCHERMARHOM STREET, SUITE 210
BROOKLYN, NY 11201

THE MAIDS
ATTENTION: MEDIA BILLING
8750 N CENTRAL EXPRESSWAY, STE 1200
DALLAS, TX 75231

THE MARKETING ARM (TMA)
1999 BRYAN STREET, 18TH FLOOR
DALLAS, TX 75201

THE RICHARDS GROUP
ATTENTION: TODD ABNEY
8750 N CENTRAL EXPRESSWAY, STE 1200
DALLAS, TX 75231

THE TAUBMAN COMPANY LLC
200 E. LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304-2324

THE VIA AGENCY
619 CONGRESS STREET
PORTLAND, ME 04101

THE WEINSTEIN COMPANY
9100 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212?

THE WINE GROUP LLC
4596 SOUTH TRACY BOULEVARD
TRACY, CA 95377

THINGS REMEMBERED
5500 AVION PARK DRIVE
HIGHLAND HEIGHTS, OH 44143

THOMAS VIRGIN
ADDRESS REDACTED

THOMSON REUTERS
3 TIMES SQUARE
NEW YORK, NY 10036

TIFFANY BRADFORD
ADDRESS REDACTED

TIME WARNER
C/O CRAVITZ SWAIN & MOORE, LLP
ATTN: PETER BARBUR
825 EIGHTH AVENUE
NEW YORK, NY  10019

TMA - STATE FARM
1999 BRYAN STREET, 18TH FLOOR
DALLAS, TX 75201

TMA RESOURCES
1919 GALLOWS ROAD, 4TH FLOOR
VIENNA, VA 22182-3964

TODD BUZZETTI
ADDRESS REDACTED

TOMORROW NETWORKS
1270 AVENUE OF THE AMERICAS, SUITE 2920
NEW YORK, NY 10020

TPN HOLDINGS LLC
940 N CENTRAL EXPWY, #1500
DALLAS, TX 76231

TRACEY DREBY
ADDRESS REDACTED

TRACFONE WIRELESS, INC.
P.O. BOX 3103
CAROL STREAM, IL 60132-3103

TRIAD RETAIL MEDIA
100 CARILLON PARKWAY, SUITE 100
ST. PETERSBURG, FL 33716

TWIN FALLS RADIO - KIRQ KIKX KTPZ AND KYU
ATTENTION: ACCOUNTS PAYABLE
21361 HWY 30
TWIN FALLS, ID 83301

TYANNA FOUTS
ADDRESS REDACTED

TYLER MEDIA - KTUZ-FM
ATTN: ACCOUNTS PAYABLE
5101 SOUTH SHIELDS BLVD
OKLAHOMA CITY, OK 73129

UC BERKLEY
UC BERKELEY
2195 HEARST AVE
BERKELEY, CA 94720-1101

UNIDOS FINANCIAL SERVICES
5851 WEST SIDE AVENUE
NORTH BERGEN, NJ 07047

UNILEVER
800 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

UNITED WAY OF GREATER TOLEDO
424 JACKSON STREET
TOLEDO, OH 43604

UNIVERSAL MCCANN
ATTN: MEDIA PAYABLES
13801 FNB PARKWAY
OMAHA, NE 68154

UNIVERSAL MCCANN DETROIT
PO BOX 542026
OMAHA, NE 68154

UNIVERSAL STUDIOS
32 AVENUE OF THE AMERICAS
6TH FLOOR
NEW YORK, NY 10013

UPS
ATTN: CUSTOMER SERVICE
P.O. BOX 894820
LOS ANGELAS, CA. 90189-4820

URBAN AIRSHIP, INC.
1417 NE EVERETT ST.
SUITE #300
PORTLAND, OR 97209

VELCERA/FIDOPHARMA
777 TOWNSHIP LINE ROAD
YARDLEY, PA 19067

VYSTAR CREDIT UNION
ATTN: JANET BURCH
ACCOUNTS PAYABLE
JACKSONVILLE, FL 32210

VYSTAR INSURANCE
ATTN: JANET BURCH
ACCOUNTS PAYABLE
JACKSONVILLE, FL 32210

VYSTAR REAL ESTATE
ATTN: JANET BURCH
ACCOUNTS PAYABLE
JACKSONVILLE, FL 32210

WANDA CHUNG
ADDRESS REDACTED

WFG MONEY SERVICES
ATTN: BRANDON GARVIN
11315 JOHNS CREEK PARKWAY
JOHNS CREEK, GA 30097

WFMS SHOWTEXT
ATTN: ACCOUNTS PAYABLE
6810 N SHADELAND AVE
INDIANAPOLIS, IN 46220

WHDH-TV
ATTN: ACCOUNTS PAYABLE
7 BULFINCH PL
BOSTON, MA 2114

WHEELER BROADCASTING
ATTN: ACCOUNTS PAYABLE
3934 ELECTRIC RD SW
ROANOKE, VA 24018

WHTG
GENERAL MANAGER - PRESS COMM LLC
1329 CAMPUS PARKWAY
NEPTUEN, NJ 07753

WILDTANGENT GAMES
18578 NE 67TH COURT, BLDG 5
REDMOND, WA 98052

WINGSTOP DFW CO-OP
C/O AVALANCHE MEDIA GROUP, LLC
15303 DALLAS PARKWAY, SUITE 1300
ADDISON, TX 75001

WKMK
GENERAL MANAGER - PRESS COMM LLC
1329 CAMPUS PARKWAY
NEPTUEN, NJ 07753

WORLD FINANCIAL GROUP
11315 JOHNS CREEK PARKWAY
JOHNS CREEK, GA 30015

WPSD-TV
P.O. BOX 1197
PADUCAH, KY 42002-1197

WYNN LAS VEGAS
3131 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89109

XICOM
3550 BASSETT STREET
SANTA CLARA, CA 95054-2704

XS ENERGY
15233 90TH STREET
REDMOND, WA 98052

YAHOO!
C/O MORRISON & FOERSTER LLP
ATTN: RACHEL KREVANS
425 MARKET STREET, 32ND FLOOR
SAN FRANCISCO, CA  94105

Z KNBC
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

Z KXAS TV
4805 AMON CARTER BLVD
FORT WORTH, TX 76155

ZOETIS
100 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

ZUBI ADVERTISING
2990 PONCE DE LEON BLVD
SUITE 600
CORAL GABLES, FL 33134

ZUMOBI, INC
ATTN: LARA RICKARD
1525 4TH AVENUE, SUITE 800
SEATTLE, WA  98101

Parties Served: 557

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 12, 42, 58, 59** |

**Bid Procedures Hearing Date: February 11, 2015 at 2:00 p.m. prevailing Eastern time**
**Procedures Objection Deadline: February 4, 2015 at 4:00 p.m. prevailing Eastern time**
**Sale Motion Hearing Date: TBD**
**Sale Motion Objection Deadline: TBD**

## NOTICE OF (I) DEBTOR'S MOTION FOR ORDER APPROVING BID PROCEDURES AND BID PROTECTIONS, SCHEDULING AUCTION, ESTABLISHING PROCEDURES RELATING TO ASSUMPTION/ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES, AND GRANTING RELATED RELIEF; (II) RELATED NOTICE OF ERRATA; AND (III) DEBTOR'S MOTION FOR ORDER APPROVING ASSET PURCHASE AGREEMENT, AUTHORIZING SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS AND CLAIMS AND ASSUMPTION/ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES, AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed with the Bankruptcy Court:

(i)        On January 21, 2015, the *Debtor's Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Operating Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Including Payment of Break-up Fee and Expense Reimbursement; and (E) Granting Related Relief* (together with and subject to the modifications/clarifications set forth in the Notice of Errata, the "Bid Procedures Motion") [Docket No. 12];

(ii)        On January 27, 2015, the *Notice of Errata Re: Bid Procedures* (the "Notice of Errata") [Docket No. 58];

(iii)        On January 27, 2015, the *Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(b) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* (the "Sale Motion" and together with the Bid Procedures Motion and Notice of Errata, the "Sale Related Filings") [Docket No. 59].

By the Sale Motion, the Debtor seeks (a) approval of the *Asset Purchase Agreement* dated January 20, 2015 between the Debtor, as seller, and SITO Mobile, Ltd., as buyer (the "Purchaser") (a copy of which agreement is attached to the Sale Motion and Bid Procedures Motion), (b) authorizing the sale of

---

[1]  The last four digits of the Debtor's tax identification number are 2076.  The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

substantially all of the Debtor's assets to the Purchaser or other successful overbidder at an auction; (c) authorizing the sale of the applicable assets free and clear of all liens, claims, rights, encumbrances, and other interests pursuant to sections 105, 363(b), 363(f), and 363(m) of the Bankruptcy Code; (d) authorizing the assumption and assignment of certain executory contracts and unexpired leases of the Debtor pursuant to sections 363 and 365 of the Bankruptcy Code; and (e) granting related relief.

Any person that wishes to receive a copy of the Sale Related Filings may make such request in writing to Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Felice Harrison, fharrison@pszjlaw.com. The Sale Related Filings, as well as other case filings, are also available for review at the website maintained by the Court-approved noticing agent, Rust Consulting Omni Bankruptcy, at www.omnimgt.com/hipcricket.

**PLEASE TAKE NOTICE** that a hearing to consider the relief sought in the **Bid Procedures Motion** only will be held on **February 11, 2015, at 2:00 p.m. prevailing Eastern time** before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. A hearing has <u>not</u> been set for the relief sought in the Sale Motion; notice of said hearing will be provided to parties in interest after the hearing has been set by the Court.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the **Bid Procedures Motion** must be filed with the Bankruptcy Court on or before **February 4, 2015 at 4:00 p.m. prevailing Eastern time.** At the same time, you must also serve a copy of the response or objection upon: (i) [proposed] counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: James E. O'Neill, Esq., (ii) counsel to SITO Mobile, Ltd., Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn: Nancy Mitchell, Esq.; (iii) counsel to Fast Pay Partners, The Lamm Group, 1608 Walnut Street, Suite 703, Philadelphia, PA 19103, Attn: Deirdre M. Richards, Esq.; (iv) counsel to any Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE BID PROCEDURES MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  January 30, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  ikharasch@pszjlaw.com
          lcantor@pszjlaw.com
          joneill@pszjlaw.com

[Proposed] Counsel for Debtors and Debtors in Possession