# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIPCRICKET, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10104 (LSS) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JEREMY H. ROTHSTEIN

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Jeremy H. Rothstein of Cooley LLP to represent the Official Committee of Unsecured Creditors in this action.

Dated: February 5, 2015  
Wilmington, Delaware

**PEPPER HAMILTON LLP**

/s/ Henry J. Jaffe  
Donald J. Detweiler (DE Bar No. 3087)  
Henry J. Jaffe (DE Bar No. 2987)  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
Wilmington, Delaware 19899-1709  
Telephone:  302.777.6500  
Facsimile:   302.656.8865  
Email:       detweilerj@pepperlaw.com  
             jaffeh@pepperlaw.com

*Co-Counsel to Official Committee of Unsecured Creditors of Hipcricket, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#32363622 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Jeremy H. Rothstein
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: 212-479-6641
Facsimile: 212-479-6275
Email: jrothstein@cooley.com

#32363622 v1