UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIPCRICKET, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10104(LSS) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on February 4, 2015, I caused true and correct copies of the following document(s) to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit A** attached hereto:

- **Application of the Debtor for Entry of an Order Authorizing the Retention of Johnson Associates, Inc. to Provide Expert Witness Services to the Debtor Nunc Pro Tunc to the Petition Date [Docket No. 79]**

- **Motion to Shorten Notice and Schedule a Hearing on February 11, 2015 at 2:00 P.M. with Respect to Application of the Debtor for Entry of an Order Authorizing the Retention of Johnson Associates, Inc. to Provide Expert Witness Services to the Debtor Nunc Pro Tunc to the Petition Date [Docket No. 80]**

Dated: February 5, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this  5   day of  Feb. , 20 15 , by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm Expires Oct 14, 2018

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

# **EXHIBIT A**

| | | |
|---|---|---|
| COOLEY LLP<br>J. INDYKE/J. COHEN/A. VELINSKY<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | GREENBERG TRAURIG<br>NANCY MITCHELL<br>METLIFE BUILDING<br>200 PARK AVENUE<br>NEW YORK NY 10166 | HAROLD LEE<br>9300 WILSHIRE BLVD.<br>SUITE 500<br>BEVERLY HILLS CA 90212 |
| HIPCRICKET INC.<br>TODD WILSON<br>350 7TH AVENUE<br>2ND FLOOR<br>NEW YORK NY 10001 | LEVEL 3 COMMUNICATIONS, INC<br>LINDA BOYLE<br>10475 PARK MEADOWS DR.<br># 400<br>LITTLETON, CO 80124 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>EDWARD J. LOBELLO<br>P.O. BOX 822<br>1350 BROADWAY, SUITE 501<br>NEW YORK NY 10018 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>JAMES D. GARBUS<br>P.O. BOX 9194<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY NY 11530 | OFFICE OF THE UNITED STATES TRUSTEE<br>JANE M. LEAVY<br>LOCKBOX 35<br>844 KING STREET, SUITE 2207<br>WILMINGTON DE 19801 | PEPPER HAMILTON LLP<br>DONALD DETWEILER/HENRY JAFFE<br>1313 N. MARKET ST.<br>HERCULES PLAZA, SUITE 5100<br>WILMINGTON DE 19899 |
| PERKINS COIE LLP<br>JOHN S. KAPLAN<br>1201 THIRD AVENUE,<br>SUITE 4900<br>SEATTLE WA 98101 | RIVERSIDE CLAIMS LLC<br>NEIL HERSKOWITZ<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK NY 10024 | SHAUB & WILLIAMS LLP<br>DAVID R. SHAUB<br>12121 WILSHIRE BOULEVARD<br>SUITE 205<br>LOS ANGELES CA 90025 |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>RACHEL R. OBALDO, AAG<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN TX 78711 | THE LAMM GROUP<br>DEIRDRE M. RICHARDS<br>1608 WALNUT STREET<br>SUITE 703<br>PHILADELPHIA PA 19103 | U.S. ATTORNEY'S OFFICE<br>CHARLES M. OBERLY, III<br>NEMOURS BUILDING<br>1007 ORANGE STREET, SUITE 700<br>WILMINGTON DE 19801 |

Parties Served: 15