## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.,[1] | Case No. 15-10104(LSS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on February 5, 2015, I caused true and correct copies of the following document(s) to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit A** attached hereto:

- **Notice of Hearing on Application of the Debtor for Entry of an Order Authorizing the Retention of Johnson Associates, Inc. to Provide Expert Witness Services to the Debtor Nunc Pro Tunc to the Petition Date [Docket No. 92]**

Dated: February 5, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this __5__ day of __Feb__, 20_15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]    The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

# **EXHIBIT A**

**Hipcricket, Inc. - Overnight Mail**

COOLEY LLP
J. INDYKE/J. COHEN/A. VELINSKY
1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036

GREENBERG TRAURIG
NANCY MITCHELL
METLIFE BUILDING
200 PARK AVENUE
NY NY 10166

HAROLD LEE
9300 WILSHIRE BLVD.
SUITE 500
BEVERLY HILLS CA 90212

HIPCRICKET INC.
TODD WILSON
350 7TH AVENUE
2ND FLOOR
NEW YORK NY 10001

LEVEL 3 COMMUNICATIONS, INC
LINDA BOYLE
10475 PARK MEADOWS DR.
# 400
LITTLETON CO 80124

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
EDWARD J. LOBELLO
P.O. BOX 822
1350 BROADWAY, SUITE 501
NEW YORK, NY 10018

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
JAMES D. GARBUS
P.O. BOX 9194
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

OFFICE OF THE UNITED STATES TRUSTEE
JANE M. LEAVY
LOCKBOX 35
844 KING STREET, SUITE 2207
WILMINGTON, DE 19801

PEPPER HAMILTON LLP
DONALD DETWEILER/HENRY JAFFE
1313 N. MARKET ST.
HERCULES PLAZA, SUITE 5100
WILMINGTON DE 19899

PERKINS COIE LLP
JOHN S. KAPLAN
1201 THIRD AVENUE,
SUITE 4900
SEATTLE WA 98101

RIVERSIDE CLAIMS LLC
NEIL HERSKOWITZ
PO BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

SHAUB & WILLIAMS LLP
DAVID R. SHAUB
12121 WILSHIRE BOULEVARD
SUITE 205
LOS ANGELES CA 90025

TEXAS ATTORNEY GENERAL'S OFFICE
RACHEL R. OBALDO, AAG
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

THE LAMM GROUP
DEIRDRE M. RICHARDS
1608 WALNUT STREET
SUITE 703
PHILADELPHIA PA 19103

U.S. ATTORNEY'S OFFICE
CHARLES M. OBERLY, III
NEMOURS BUILDING
1007 ORANGE STREET, SUITE 700
WILMINGTON DE 19801

Parties Served: 15