IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIPCRICKET, INC.,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10104 (LSS) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JEFFREY L. COHEN

　　　Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey L. Cohen of Cooley LLP to represent the Official Committee of Unsecured Creditors in this action.

Dated: February 5, 2015
Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Henry J. Jaffe
Donald J. Detweiler (DE Bar No. 3087)
Henry J. Jaffe (DE Bar No. 2987)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone:　302.777.6500
Facsimile:　302.656.8865
Email:　　　detweilerj@pepperlaw.com
　　　　　　jaffeh@pepperlaw.com

*Co-Counsel to Official Committee of Unsecured Creditors of Hipcricket, Inc.*

## ORDER GRANTING MOTION

　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: February 6th, 2015
#32363144v1 Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, the United States District Court for the Southern, Eastern and Northern Districts of New York, the U.S. Court of Appeals for the Second and Third Circuits, and the Supreme Court of the United States, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*J L Cohen*
_____
Jeffrey L. Cohen
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: 212-479-6218
Facsimile: 212-479-6275
Email: jcohen@cooley.com

#32363145 v1