**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Hipcricket, Inc., | : | Case No. 15-10104 |
| | : | |
| Debtors. | : | Judge Laurie Selber Silverstein |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND**
**REQUEST TO BE ADDED TO THE SERVICE LIST**

**PLEASE TAKE NOTICE** that adap.tv, Inc. ("adap"), a creditor in the above-referenced bankruptcy case, through counsel Tiffany Strelow Cobb, Esq. and the law firm of Vorys, Sater, Seymour and Pease LLP, appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> Tiffany Strelow Cobb, Esq.
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street / P.O. Box 1008
> Columbus, Ohio 43216-1008
> Telephone: (614) 464-8322
> Facsimile:  (614) 719-4663
> Email: tscobb@vorys.com.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the case, whether such notice is formal or

informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

adap respectfully states that this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over adap.  Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of adap's substantive or procedural rights, including without limitation: (i) its right to have final orders entered only after *de novo* review by a District Court in non-core matters or where otherwise required by the U.S. Constitution; (ii) its right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, which adap expressly reserves.

Ms. Cobb further requests to be added to the Clerk's mailing matrix in this adversary proceeding.

Dated: February 6, 2015                VORYS, SATER, SEYMOUR AND PEASE LLP

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH # 0067516)
52 East Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-8322
Facsimile:  (614) 719-4663
Email: tscobb@vorys.com

*Attorneys for adap.tv, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2015, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers and Request to be Added to the Service List* was filed and served electronically via the Court's CM/ECF System upon those who are registered to receive electronic notice and was served via regular U.S. Mail, postage prepaid, upon the following:

Hipcricket, Inc., a Delaware Corporation
110 110th Avenue NE
Suite 410
Bellevue, WA 98004

Linda F. Cantor
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801

Rust Consulting /Omni Bankruptcy
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA 91367

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb