# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 10 & 40** |

## CERTIFICATION OF COUNSEL REGARDING REVISED ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CANACCORD GENUITY INC. AS INVESTMENT BANKER *NUNC PRO TUNC* TO THE PETITION DATE

The undersigned counsel hereby certifies as follows:

1. On January 21, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Application for Entry of an Order under U.S.C. Sections 327(a) and 328(a) Authorizing the Employment and Retention of Canaccord Genuity Inc. as Investment Banker nunc pro tunc to the Petition Date* [Docket No. 10] (the "Application").

2. The deadline to object to the Application was February 4, 2015 at 4:00 p.m. Eastern Time and was extended for the United States Trustee (the "U.S. Trustee") until February 6, 2015 at 4:00 p.m. and for the Creditors' Committee (the "Committee") to February 9, 2015 at 5:00 p.m.

3. The Debtor has received informal comments from the Committee and the U.S. Trustee. The Debtor has prepared a revised proposed order which resolves the concerns of the Committee and the U.S. Trustee and reflects the agreed upon language.

4. Attached hereto as Exhibit A is a revised proposed form of order (the "Proposed Order"). The Committee and the U.S. Trustee have no objection to entry of the

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

Proposed Order. Attached hereto as <u>Exhibit B</u> is a blackline showing changes to the Proposed Order from the version filed with the Application.

5. Accordingly, the Debtor respectfully requesst entry of the Proposed Order at the Court's earliest convenience.

Dated: February 10, 2015

                                          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ikharasch@pszjlaw.com
       lcantor@pszjlaw.com
       joneill@pszjlaw.com

[Proposed] Counsel for Debtor and Debtor in Possession

DOCS_DE:197972.1 36480/002