# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | Related Docket No. 12 & 58 |

### NOTICE OF FILING REVISED BID PROCEDURES REGARDING DEBTOR'S MOTION FOR ORDER: (A) APPROVING BID PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S OPERATING ASSETS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE AND APPROVE THE FORM AND MANNER OF NOTICE RELATED THERETO; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS, INCLUDING NOTICE OF PROPOSED CURE AMOUNTS; (D) INCLUDING PAYMENT OF BREAK-UP FEE AND EXPENSE REIMBURSEMENT; AND (E) GRANTING RELATED RELIEF

The undersigned counsel hereby certifies as follows:

1. On January 21, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Operating Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Including Payment of Break-up Fee and Expense Reimbursement; and (E) Granting Related Relief* [Docket No. 12] (the "Motion"). On January 27, 2015, the Debtor filed the *Notice of Errata re: Bid Procedures* (the "Errata") [Docket No. 58]

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

2.  Attached hereto as <u>Exhibit A</u> is a <u>revised</u> proposed form of bid procedures (the "<u>Proposed Bid Procedures</u>"). Attached hereto as <u>Exhibit B</u> is a blackline showing changes to the Proposed Bid Procedures from the version filed with the Motion.

3.  Attached hereto as <u>Exhibit C</u> is the form of Bid Procedures Order as filed with the Errata with the related Exhibits.

4.  The Debtor intends to present the Bid Procedures Order seeking approval of the Proposed Bid Procedures at the hearing on the Motion scheduled for February 11, 2015 at 2:00 P.M. Eastern (the "<u>Hearing</u>"). The Debtor reserves the right to make changes to the Bid Procedures Order and the Proposed Bid Procedures prior to the Hearing.

Dated: February 10, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ikharasch@pszjlaw.com
lcantor@pszjlaw.com
joneill@pszjlaw.com

[Proposed] Counsel for Debtor and Debtor in Possession

DOCS_DE:198004.1 36480/002

2