IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC., | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor.[1] | ) | **Related Docket No. 3, 33** |

**FINAL ORDER (I) AUTHORIZING DEBTOR TO (A) PAY WAGES, SALARIES, AND CERTAIN OTHER COMPENSATION, WITHHOLDINGS, AND BENEFITS CONTRIBUTIONS; (B) PAY RELATED ADMINISTRATIVE OBLIGATIONS; AND (C) PAY REIMBURSABLE EMPLOYEE EXPENSES; AND (II) AUTHORIZING BANKS AND OTHER FINANCIAL INSTITUTIONS TO PAY ALL CHECKS AND ELECTRONIC PAYMENT REQUESTS MADE BY THE DEBTOR RELATING TO THE FOREGOING**

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (i) authorizing, but not requiring, the Debtor to all the relief requested in the Motion, including to pay prepetition (a) wages, salaries, and other compensation, withholdings and benefits contributions, (b) related administrative obligations, and (c) reimbursable employee expenses; and (ii) authorizing banks and other financial institutions to receive, process, honor, and pay all checks presented for payment and electronic payment requests relating to the foregoing; and the Court having entered the *Interim Order (I) Authorizing Debtor to (A) Pay Wages, Salaries, and Certain Other Compensation, Withholdings, And Benefits Contributions; (B) Pay Related Administrative Obligations; and (C) Pay Reimbursable Employee Expenses; and (Ii) Authorizing Banks And Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtor Relating to the*

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

*Foregoing;* [Docket No. 33] (the "Interim Order") and the Court having found that jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334 and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the relief requested is proper under 11 U.S.C. §§ 105(a), 507(a)(4) and (5), and 541(d); the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore

IT IS HEREBY:

ORDERED that the Motion is GRANTED on a final basis; and it is further

ORDERED that the Other Employee Bonus Program is approved; and it is further

ORDERED that notwithstanding any other provision of this Order, no payments to any individual Employee shall exceed the amounts set forth in 11 U.S.C. sections 507(a)(4) and 507(a)(5); and it is further

ORDERED that nothing in the Motion or this Order shall be deemed to violate or permit a violation of section 503(c) of the Bankruptcy Code, and it is further

ORDERED that, in all other respects, the *Interim Order* shall remain in full force and effect on a final basis;

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____February 11_____, 2015

_____
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge