# Exhibit 4

Assumption and Assignment Notice

DOCS_DE:50252.1 68700/064

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-_____ (\_\_\_\_) |
| | ) | |
| Debtor. | ) | |
| | ) | |

Deadline for Submitting Bids: _____, 2015, 4:00 p.m. (Eastern Time)
Auction Date and Time: _____, 2015, \_\_\_\_ \_.m. (_____ Time)
Deadline for Objections to Sale Motion: _____, 2015, 4:00 p.m. (Eastern Time)
Sale Hearing Date and Time: _____, 2015, \_\_\_\_\_ \_.m. (Eastern Time)

**NOTICE OF COUNTERPARTIES TO EXECUTORY CONTRACTS
AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED**

3.     **PLEASE TAKE NOTICE** that on January \_\_\_, 2015, Hipcricket, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief* (the "Bid Procedures Motion").[2] On _____, 2015, the Court entered an order (the "Bid Procedures Order") granting the Bid Procedures Motion and approving the bidding procedures annexed hereto (the "Bidding Procedures") to be used in connection with the auction (the "Auction") of substantially of all of the assets (the "Acquired Assets"). The Acquired Assets are being sold free and clear of all liens, claims, encumbrances and interests, provided that section 363(f) of the Bankruptcy Code has been satisfied (other than those liens and interests permitted by the Stalking Horse

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

[2] All capitalized terms not defined herein have the meaning ascribed to them in the Bid Procedures Motion.

Agreement with the proposed purchaser of the Acquired Assets, SITO Mobile, Ltd. (the "Purchaser" or the "Stalking Horse Bidder")) or, alternatively, to a party who submits a higher and better offer for the Acquired Assets. The proposed sale of the Acquired Assets will provide for the following consideration: (i) an amount equal to the sum of (a) $4,500,000 in cash (the "Cash Purchase Price"), plus (b) an amount equal to the Cure Amounts up to the Cure Cap ($500,000), plus (c) the amounts approved by the Bankruptcy Court with respect to the KEIP up to the KEIP Limit ($255,000), less (ii) the sum of (a) the amount of Assumed DIP Obligations plus (b) the amount of Cure Amounts that are required to be paid in excess of the Cure Cap up to a maximum of $50,000.

The Acquired Assets may include some or all of those executory contracts and leases listed on **Exhibit A** (the "Assigned Contracts") attached hereto.[3]

**PLEASE TAKE FURTHER NOTICE** that the amount shown on **Exhibit A** attached to this Notice as the "Cure Amount" for the Assigned Contract listed on **Exhibit A** is the amount, based upon the Debtor's books and records, which the Debtor asserts are owed to cure any defaults existing under the Assigned Contract as of the Petition Date to which you are a counterparty (the "Counterparty"). Information prepared by the Stalking Horse Bidder relating to adequate assurance of future performance by the Stalking Horse Bidder, for purposes of section 365 of the Bankruptcy Code, is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will deliver a copy of the Sale Motion to you by facsimile, email or overnight delivery if you fax a written request for such delivery to Felice Harrison, fharrison@pszjlaw.com, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

---

[3] Such Assigned Contracts may or may not be assumed and assigned to the Successful Bidder, and nothing contained herein or otherwise shall be deemed as an assumption or assumption and assignment of any such contracts or leases.

2

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Amount shown for the Assigned Contract on **Exhibit A** hereto and/or object to the assumption and assignment of the Assigned Contract with respect to the Stalking Horse Bidder's ability to provide adequate assurances of future performance under the Assigned Contract, you must file in writing with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, __th Floor, Wilmington, Delaware 19801, an objection on or before 4:00 p.m. Eastern Time on _____, 2015, provided, however, that if the Stalking Horse Bidder, the proposed assignee of a Counterparty's Assigned Contract, is not the Successful Bidder, any Counterparty may raise at the hearing (the "Sale Hearing") to consider the *Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) And 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* (the "Sale Motion"), an objection to the assumption and assignment of the Assigned Contract solely with respect to the Successful Bidder's ability to provide adequate assurances of future performance under the Assigned Contract. In addition, any objection must set forth the specific default or defaults alleged and set forth any cure amount as alleged by you.

**PLEASE TAKE FURTHER NOTICE** that if you have any other objection to the Debtor's assumption and assignment of the Assigned Contract to which you are a party, to the successful bidder at the Auction, or to any of the other relief requested, you also must file that objection in the manner and by the date and time stated above.

3

DOCS_DE:198009.1

**PLEASE TAKE FURTHER NOTICE** that any objection so filed must be served so as to be received by that same date and time upon the parties below: (i) the Debtor, Hipcricket, Inc. c/o Todd Wilson, Chief Executive Officer, 110 110th Avenue NE, Suite 410, Bellevue, Washington 98005, facsimile: 425-449-4286; (ii) Debtor's counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: James O'Neill, joneill@pszjlaw.com; Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Ira Kharasch and Linda Cantor, ikharasch@pszjlaw.com and lcantor@pszjlaw.com; (iii) counsel to the Stalking Horse Bidder, Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn: Matthew Hinker and Joseph Gangitano, hinkerm@gtlaw.com and gangitanoj@gtlaw.com; (iv) counsel to any Committee of Unsecured Creditors; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: _____, _____@usdoj.gov (collectively, the "Notice Parties"), so as to be received by _____, 2015, at 4:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITH NO FURTHER NOTICE.

ANY NON-DEBTOR PARTY TO ANY ASSIGNED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSIGNED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

Dated: _____, 2015　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　　———————————————————
　　　　　　　　　　　　　　　　　　　　Ira D. Kharasch (CA Bar No. 109084)
　　　　　　　　　　　　　　　　　　　　Linda F. Cantor (CA Bar No. 153762)
　　　　　　　　　　　　　　　　　　　　James O'Neill (DE Bar No. 4042)
　　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-4400
　　　　　　　　　　　　　　　　　　　　E-mail:　　ikharasch@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　lcantor@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　joneill@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　[Proposed] Counsel to Debtor and
　　　　　　　　　　　　　　　　　　　　Debtor in Possession

## EXHIBIT A

| Counterparty | Contract | Cure Amount |
|---|---|---|
|  |  |  |