IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | Related Docket No. 79 |

### ORDER AUTHORIZING THE RETENTION OF JOHNSON ASSOCIATES, INC. TO PROVIDE EXPERT WITNESS SERVICES TO THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "**Application**")[2] of the Debtor for entry of an order (the "**Order**"), under sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rules 2014-1 and 2016-1, authorizing the employment and retention of Johnson Associates, Inc. ("**Johnson Associates**") to provide expert witness services to the Debtor *nunc pro tunc* to the Petition Date; and upon consideration of the Visithpanich Declaration; and the Court having reviewed the Application and Visithpanich Declaration; and the Court being satisfied with the representations made in the Application and the Visithpanich Declaration that Johnson Associates and Mr. Visithpanich represent no interest adverse to the Debtor or its estate, that Johnson Associates and Mr. Visithpanich are "disinterested persons" as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that their employment is necessary and in the best interests of the Debtor's estate, creditors, and other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it further appearing that

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

[2] Capitalized terms used but defined herein shall have the meanings ascribed them in the Application.

DOCS_SF:87062.3

this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, the Debtor, as debtor and debtor in possession, is authorized to employ and retain Johnson Associates effective as of the Petition Date, in accordance with the Application and the Order, to perform expert witness services as described therein.

3. Johnson Associates shall be compensated in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and any orders entered in this case governing professional compensation and reimbursement for services rendered and charges and disbursements incurred.

4. Notwithstanding any stay that might be imposed by Bankruptcy Rule 6004(h) or otherwise, the Order shall be effective and enforceable immediately upon entry hereof.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Order.

Dated: February 11, 2015

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge