IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 120** |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 11th day of February, 2015, I caused a copy of the following document to be served upon the entities who executed Non-Disclosure Agreements with the Debtor in connection with a potential acquisition of any or all of the Acquired Assets on the Confidential NDA Service List by first class mail:

> **Notice of Sale Procedures, Auction Date, and Sale Hearing Related to Sale of Substantially All of Debtor's Assets, Free and Clear of All Liens, Claims and Interests**

_____
Peter J. Keane (Bar No. 5503)

DOCS_DE: 198074 36480/002

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.