IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 111-119** |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtor in the above-captioned action, and that on the 12th day of February 2015 she caused a copy of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

> *[signed] Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for Entry of an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course of Business (#111)*
>
> *[signed] Order under 11 U.S.C. Sections 327(a) and 328(a) Authorizing the Employment and Retention of Canaccord Genuity Inc. as Investment Banker Nunc Pro Tunc to the Petition Date (#112)*
>
> *[signed] Final Order (I) Authorizing the Debtor to (A) Pay Wages, Salaries and Other Compensation, Payroll Withholdings and Benefits Contributions, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses; and (II) Authorizing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by Debtor Relating to the Foregoing (#113)*

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

*[signed] Final Order (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (B) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services; (C) Approving the Debtor's Proposed Procedures for Resolving Adequate Assurance Requests; and (D) Granting Related Relief (#114) (2002 service list and utility service list)*

*[signed] Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (#115)*

*[signed] Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date (#116)*

*[signed] Final Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Secured Financing; (B) Utilize Cash Collateral; and (C) Pay Certain Related Fees and Charges(#117)*

*Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Operating Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Including Payment of Break-up Fee and Expense Reimbursement; and (E) Granting Related Relief (#118)*

*[signed] Order Authorizing the Retention of Johnson Associates, Inc. to Provide Expert Witness Services to the Debtor nunc pro tunc to the Petition Date (#119)*

[signature]
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this __12__ day of February 2015

[signature]
Notary Public
Commission Exp.: My Commission Expires October 14, 2016

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE

DOCS_DE:198075.1 36480/002

Hipcricket, Inc. 2002 First Class Service List
Case No. 15- 10104 (LSS)
Document No. 197492
01 – Interoffice Mail
03 – Hand Delivery
28 – First Class Mail

(Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**Interoffice Mail**
(Counsel for the Debtors)
Ira D. Kharasch, Esquire
Linda F. Cantor, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100

**Hand Delivery**
(US Trustee)
Office of U.S. Trustee
Attn:  Jane M. Leamy, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Official Committee of Unsecured Creditors)
Donald J. Detweiler, Esquire
Henry J. Jaffe, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709

**First Class Mail**
(Counsel to Official Committee of Unsecured Creditors)
Jay Indyke, Esquire
Jeffrey L. Cohen, Esquire
Alex R. Velinsky, Esquire
Cooley LLP
1114 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**First Class Mail**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**First Class Mail**
Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC  20549

**First Class Mail**
Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**First Class Mail**
(Debtor)
Hipcricket Inc.
Attn: Todd Wilson, Chairman & CEO
350 7th Avenue, 2nd Floor
New York, NY  10001

**First Class Mail**
(External Counsel to Debtors)
Faith Wilson, Esquire
John S. Kaplan, Esquire
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099

**First Class Mail**
(External Counsel to Debtors)
Flore Kanmacher, Esquire
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721

**First Class Mail**
(Counsel for SITO Mobile)
Nancy Mitchell, Esquire
Greenberg Traurig
Metlife Building
200 Park Avenue
New York, NY  10166

**First Class Mail**
(Counsel for Mobile Fuse)
Edward J. LoBello, Esquire
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

**First Class Mail**
(Counsel for Mobile Fuse)
James D. Garbus, Esquire
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY  11530-9194

**First Class Mail**
(Counsel for Fast Pay Partners)
Deirdre M. Richards, Esquire
The Lamm Group
1608 Walnut Street, Suite 703
Philadelphia, PA  19103

Case 15-10104-LSS    Doc 122    Filed 02/12/15    Page 5 of 6

**First Class Mail**
(Counsel for Phunware)
James Huie, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

**First Class Mail**
Mitel Leasing
10603 W. Sam Houston Pkwy.
Houston, TX 77064-4659

**First Class Mail**
US Equipment Finance
1310 Madrid Street
Marshall, MN 56258

**First Class Mail**
Fast Pay Partners LLC
c/o Harold Lee, Esquire
9300 Wilshire Boulevard, Suite 550
Beverly Hills, CA 90212

**First Class Mail**
Jeffrey Cawdrey, Esquire
Richard Sybert, Esquire
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

**First Class Mail**
Riverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY 10024

**First Class Mail**
Rachel R. Obaldo
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**First Class Mail**
(Shaub & Williams LLP)
David R. Shaub, Esquire
Shaub & Williams LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025

**First Class Mail**
(Counsel for Washington State Treasurer's Office (OST))
John J. Ryan
Assistant Attorney General
Government Operations Division
7141 Cleanwater Lane SW
P.O. Box 40108
Olympia, WA 98504-0108

**First Class Mail**
(Counsel for Level 3 Communications, Inc.)
Linda Boyle
Level 3 Communications, Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

**First Class Mail**
(Counsel for adap.tv, Inc.)
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Hipcricket Utility Services List
Case No. 15-10104 (LSS)
Document No. 197561
13 – First Class Mail

**First Class Mail**
110 Atrium Place
P.O. Box 730726
Dallas, TX 75373

**First Class Mail**
Concourse Owner V/VI, LLC
P.O. Box 742305
Atlanta, GA 30374

**First Class Mail**
Comcast
P.O. Box 34744
Seattle, WA 98124

**First Class Mail**
Comcast
P.O. Box 3001
Southeastern, PA 19398

**First Class Mail**
TW Telecom
P.O. Box 172567
Denver, CO 80217

**First Class Mail**
Citrix Online
File 50264
Los Angeles, CA 90074

**First Class Mail**
Cogent Communications
P.O. Box 791087
Baltimore, MD 21279

**First Class Mail**
Infinite
P.O. Box 836
Short Hills, NJ 07078

**First Class Mail**
Verizon
P.O. Box 15124
Albany, NY 12212

**First Class Mail**
Hardwell Acquisition LLC
150 West 30th Street, 2nd Floor
New York, NY 10001

**First Class Mail**
Vitelilty Communications
317 Inverness Way South, Suite 140
Englewood, CO 80112

**First Class Mail**
WEBEX
3979 Freedom Circle
Santa Clara, CA 95054

**First Class Mail**
XO One and XO Communications
14239 Collections Center Drive
Chicago, IL 60693