IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 75** |

**CERTIFICATION OF COUNSEL REGARDING DEBTOR'S
APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN
PERKINS COIE, LLP AS SPECIAL CORPORATE COUNSEL
FOR THE DEBTOR _NUNC PRO TUNC_ TO THE PETITION DATE**

The undersigned counsel hereby certifies as follows:

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to _Debtor's Application Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Perkins Coie, LLP as Special Corporate Counsel for the Debtor and Debtor in Possession nunc pro tunc to the Petition Date_ [Docket No. 75] (the "Application") filed on January 30, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than February 11, 2015 at 4:00 p.m.

---

[1]   The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

Accordingly, the Debtor respectfully requests the order attached to the

Application be entered at the Court's earliest convenience.

Dated:  February 13, 2015

PACHULSKI STANG ZIEHL & JONES LLP

_____ (DE Bar No. 5503)

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  ikharasch@pszjlaw.com
         lcantor@pszjlaw.com
         joneill@pszjlaw.com

Counsel for Debtor and Debtor in Possession

DOCS_DE:198099.1 36480/002

2