# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Hipcricket, Inc., a Delaware Corporation
110 110th Avenue NE
Suite 410                                                  **Chapter:** 11
Bellevue, WA 98004
  **EIN:** 20–0122076
Augme Technologies, Inc.
Modavox, Inc.

*Case No.*: 15–10104–LSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 2–11–2015 was filed on 2–12–2015 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3–5–2015 .

If a request for redaction is filed, the redacted transcript is due 3–16–2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5–13–2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature: David D. Bird]*

Clerk of Court

Date: 2/12/15

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                           Case No. 15-10104-LSS
Hipcricket, Inc., a Delaware Corporation                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1           User: MichaelM           Page 1 of 1           Date Rcvd: Feb 12, 2015
                               Form ID: ntcBK           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2015.
db          +Hipcricket, Inc., a Delaware Corporation,   110 110th Avenue NE,   Suite 410,
              Bellevue, WA 98004-5861
aty         +Ira D Kharasch,   10100 Santa Monica Boulevard,   13th Floor,   Los Angeles, CA 90067-4003
aty          James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
              PO Box 8705,   Wilmington, DE  19899-8705
aty         +Linda F. Cantor,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Boulevard,
              13th Floor,   Los Angeles, CA 90067-4114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2015 at the address(es) listed below:
              Alex R. Velinsky    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               avelinsky@cooley.com,   jrothstein@cooley.com
              Deirdre M. Richards    on behalf of Creditor    Fast Pay Partners drichards@lammlaw.com,
               lstarkman@lammlaw.com
              Donald J. Detweiler    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               detweilerd@pepperlaw.com,   lanoc@pepperlaw.com,
               detweilerd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
              Edward LoBello    on behalf of Creditor    Mobilefuse, LLC elobello@msek.com
              Henry Jon Jaffe    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jaffeh@pepperlaw.com,   jaffeh@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
              James E. O'Neill    on behalf of Debtor    Hipcricket, Inc., a Delaware Corporation
               jo'neill@pszjlaw.com,   efile1@pszyj.com
              Jane M. Leamy    on behalf of U.S. Trustee    United States Trustee jane.m.leamy@usdoj.gov
              John S. Kaplan    on behalf of Interested Party    Perkins Coie LLP JKaplan@perkinscoie.com,
               mmaag@perkinscoie.com;colague@perkinscoie.com
              Peter J. Keane    on behalf of Debtor    Hipcricket, Inc., a Delaware Corporation
               pkeane@pszjlaw.com
              Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-robaldo@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
              Rust Consulting/Omni Bankruptcy    bosborne@omnimgt.com
              Scott Howard Siegel    on behalf of Creditor    Fast Pay Partners shsecf@laklawyers.com
              Tiffany Strelow Cobb    on behalf of Creditor    adap.tv, Inc. tscobb@vorys.com,   bjtobin@vorys.com
              United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
                                                                                               TOTAL: 14