## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on February 11, 2015, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned**[2]

- **SITO Mobile, Ltd . Correspondence Letter**[3]

Dated: February 16, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this _16_ day of _Feb._, _2015_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2] A copy of the Notice is attached hereto as Exhibit B.

[3] A copy of the Letter is attached hereto as Exhibit C.

# **EXHIBIT A**

121 MOBILE SOLUTIONS
12868 NE 24TH ST.
BELLEVUE, WA 98005

30 SECOND SOFTWARE DBA DIGBY
3801 SOUTH CAPITAL OF TEXAS HIGHWAY
BARTON CREEK PLAZA II, SUITE 100
AUSTIN, TX 78704

3D MAGIC FACTORY
16238 HWY 620, STE F-348
AUSTIN, TX 78717

A-10 CLINICAL SOLUTIONS
2000 REGENCY PARKWAY, SUITE 675
CARY, NC 27518

AARON BIRRELL
ADDRESS REDACTED

AARON MILLER
ADDRESS REDACTED

AARON SPRAGUE
ADDRESS REDACTED

AARON SPRAGUE
ADDRESS REDACTED

AARONS, INC.
309 E PACES FERRY RD
ATLANTA, GA 30305

ABL BRAND CONSULTING
ATTN: BRETT LEACH
519 TRANSIT RD
VICTORIA, BC V8S4Z4
CANADA

ACADEMY LIMITED
1800 N MASON RD
KATY, TX 77449

ACOSTA SALES & MARKETING
6600 CORPORATE CENTER PKWY
JACKSONVILLE, FL 32216

ADCONION DIRECT INC
950 TOWER LANE STE 2000
FOSTER CITY, CA 90404

ADREA RUBIN MEDIA INC
19 WEST 44TH STREET #1415
NEW YORK, NY 10036

ADSPACE INC LLC
40 W. 37TH ST, SUITE 1002
NEW YORK, NY 10018

AIMIA
ATTN: LISA OLSON
1405 XENIUM LANE
MINNEAPOLIS, MN 55441

AIRCLOUD INC
1239 WATER STREET, SUITE A
PORT TOWNSEND, WA 98368

AIRPUSH INC
10940 S PARKER RD #725
PARKER, CO 80134

ALAN SULTAN
ADDRESS REDACTED

ALEXA THORSRUD
ADDRESS REDACTED

ALMA DDB
555 MARKET ST, 5TH FLOOR
SAN FRANCISCO, CA 94105

ALYSON RIXNER
ADDRESS REDACTED

AMAZON STUDIOS ALPHA HOUSE SEASON 2
ATTN: AP NON-INVENTORY
PO BOX 80683
SEATTLE, WA 98108-0683

AMERICAN GREETINGS CORPORATION
ONE AMERICAN ROAD
CLEVELAND, OHIO 44144-2398

ANDREA BRAR
ADDRESS REDACTED

ANDREA BRAR
ADDRESS REDACTED

ANITA WEBSTER
ADDRESS REDACTED

ANTHONY KIPPEN
ADDRESS REDACTED

ANTHONY MERCADEFE
ADDRESS REDACTED

AOL, INC.
C/O CRAVITZ SWAIN & MOORE, LLP
ATTN: PETER BARBUR
825 EIGHTH AVENUE
NEW YORK, NY  10019

ARMED FORCES COMMUNICATIONS
4400 FAIR LAKES COURT
FAIRFAX, VA 22033-3899

ASCENTMARKETING
809 SIDEWALK RD
CHESTERTON, IN 46304

ASHLEY LYONS
ADDRESS REDACTED

ASTRAZENECA PHARMACEUTICALS
1800 CONCORD PIKE
P.O. BOX 15437
WILMINGTON, DE 19850-5437

AT & T MOBILITY LLC
1025 LENOX PARK BLVD NE RM A325
BROOKHAVEN, GA 30319

AT&T ADWORKS LLC
630 5TH AVE FL 16
NEW YORK, NY 10111

AUDIBLE MAGIC
985 UNIVERSITY AVE, SUITE 35
LOS GATOS, CA 95032

AVI JAMAL
ADDRESS REDACTED

BARTHOLOMEW FIELDER
ADDRESS REDACTED

BCMS CORPORATE LLC
747 THIRD AVENUE, 27TH FLOOR
NEW YORK, NY 10017

BEANSTOCK MEDIA INC
530 HOWARD STREET, SUITE 210
SAN FRANCISCO, CA 94105

BEASLEY FM ACQUISITION CORP - WRDW
ATTN: ACCOUNTS PAYABLE
555 CITY AVE; SUITE 330
BALA CYNWYD, PA 19004

BELK ECOMMERCE LLC
2801 W TYVOLA RD
CHARLOTTE, NC 28217

BENCHMARK
10621 CALLE LEE, BUILDING 141
LOS ALAMITOS, CA 90720

BENDER HELPER IMPACT INC
11500 WEST OLYMPIC BOULEVARD #655
LOS ANGELES, CA 90064

BENJAMIN MARSHALL
ADDRESS REDACTED

BEST WESTERN INTL
6201 NORTH 24TH PARKWAY
PHOENIX, AZ 85016

BISK EDUCATION INC
9417 PRINCESS PALM AVE
TAMPA, FL 33619

BLACK DIAMOND MEDIA
3424 MOTOR AVE - SUITE 202
LOS ANGELES, CA 90034

BLOOMBERG LP
P.O. BOX 416996
BOSTON, MA 02241-6996

BLUE BITE LLC
377 PARK AVENUE S, FLOOR 2
NEW YORK, NY 10016

BLUE BOX GROUP
119 PINE STREET, SUITE 200
SEATTLE, WA 98101

BLUE CHIP WORLDWIDE MARKETING
650 DUNDEE ROAD
NORTHBROOK, IL 60662

BLUE KAI
20883 STEVENS CREEK BLVD, SUITE 200
CUPERTINO, CA 95014

BLUE MESSAGING MEXICO SAPI
3 COLUMBUS CIRCLE 3RD FLOOR
NEW YORK, NY 10019

BOEHRINGER INGELHEIM
ATTN: JOHN T. RICHERS
900 RIDGEBURY RD.
P.O.BOX 368
RIDGEFIELD, CT 06877-0368

BONNIE HOAG
ADDRESS REDACTED

BRADSHAW ADVERTISING
811 NORTHWEST 19TH AVENUE
PORTLAND, OR 97209

BRANDMOVERS
1575 NORTHSIDE DRIVE NORTHWEST #200
ATLANTA, GA 30318

BRETT ARTHUR LEACH
ADDRESS REDACTED

BRIABE MOBILE LLC
535 5TH AVENUE
NEW YORK, NY 10017

BRIERLEY & PARTNERS
5465 LEGACY DRIVE, SUITE 300
PLANO, TX 75024

BRIGHTAG
AKA SIGNAL
111 N CANAL ST. SUITE 455
CHICAGO, IL 60606

BRINKER INTERNATIONAL
6820 LBJ FREEWAY
DALLAS, TX 75240

BRISTOL MYERS SQUIBB
345 PARK AVENUE
NEW YORK, NY 10154

BRITTNEY BUCHAN
ADDRESS REDACTED

BROWN FORMAN CORP
850 DIXIE HIGHWAY
LOUISVILLE, KY 40210

BULLY PULPIT INTERACTIVE
1140 CONNECTICUT AVE. NW, SUITE 800
WASHINGTON, DC 20036

BUTLER, SHINE, STERN & PARTNERS
20 LIBERTY SHIP WAY
SAUSALITO, CA 94965

CACI, INC
1100 NORTH GLEBE ROAD
ARLINGTON, VA 22201

CALLFIRE INC
1410 2ND STREET, SUITE 200
SANTA MONICA, CA 90401

CAPITAL ONE LLC
WEST CREEK BLDG - 5  3RD FLOOR
15000 CAPIAL ONE DRIVE
RICHMOND, VA 23238

CARHATT
5750 MERCURY DRIVE
DEARBORN , MI 48126

CATALIST
1090 VERMONT AVENUE, NW SUITE 300
WASHINGTON, DC,  20005

CATHERINE VIGEN
ADDRESS REDACTED

CELLUM GLOBAL INC
UJ-PIAC TER 8
SIOFOK 8600
HUNGARY

CELTIC CHICAGO, INC.
6311 WEST GROSS POINT ROAD
NILES, IL 60714

CHARLES LATHROPE
ADDRESS REDACTED

CHERYL NARANJO
ADDRESS REDACTED

CHIRAAYU (CK) KHANDEKAR
ADDRESS REDACTED

CIBO GLOBAL
649 FROM STREET
SAN FRANCISCO, CA 94111

CLIENT MONEY SERVICES INC.
11315 JOHNS CREEK PARKWAY
JOHNS CREEK, GA 30097

CLINTON WILLIAMS
ADDRESS REDACTED

CLUBLOCAL LLC
21700 OXNARD ST., SUITE 1600
WOODLAND HILLS, CA 91367

CMGRP DBA WEBER SHANDWICK
8687 MELROSE AVENUE
WEST HOLLYWOOD, CA 90069

CMN, INC.
5404 WISCONSIN AVENUE
SUITE 305
CHEVY CHASE, MD 20815-3592

COLEHOUR & COHEN
615 2ND AVENUE #280
SEATTLE, WA 98104

COLGATE PALMOLIVE COMPANY
300 PARK AVENUE FLOOR 8
NEW YORK, NY 10022

COMMUNICATIONS MEDIA INC
19 W 44TH STREET, SUITE 801
NEW YORK, NY 10036

COMSCORE
ATTN: ACCOUNTS RECEIVABLE
14140 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CONLEY NEMYRE
ADDRESS REDACTED

CORPORATE PRINT NOW SOLUTIONS
9700 PHILADELPHIA CT.
LANHAM, MD 20706

COSTCO WHOLESALE CORPORATION
ATTN: JON ZWEIG
999 LAKE DRIVE
ISSAQUAH, WA 98027

COX COMMUNICATIONS, INC.
1400 LAKE HEARN DRIVE, NE
ATLANTA, GA 30319

COX DIGITAL SOLUTIONS
ONE DAG HAMMARSKJOLD PLAZA, 885 SECOND AVEN
NEW YORK, NY 10017

CRISP MEDIA
545 8TH AVENUE
NEW YORK, NY 10018

CROSSMARK
JAY J. DESAI
5100 LEGACY DRIVE
PLANO, TX 75024

CVS PHARMACY
ONE CVS DRIVE
WOONSOCKET, RI 02895

DAIICHI SANKYO
2 HILTON COURT
PARSIPPANY, NJ 07054

DAVENPORT CAPITAL MANAGEMENT
321 N CLARK STREET, SUITE 500
CHICAGO, IL 60654

DAVID COLBURN
ADDRESS REDACTED

DAVID HOSTETTER
ADDRESS REDACTED

DAVID JUNG
ADDRESS REDACTED

DAVID PATE
ADDRESS REDACTED

DAVID PINCKNEY
ADDRESS REDACTED

DAVID PINCKNEY
ADDRESS REDACTED

DE LAGE LANDEN FINANCIAL SERVICES, INC
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

DEB SHOPS
9401 BLUE GRASS RD
PHILADELPHIA, PA 19114

DELL
ONE DELL WAY
ROUND ROCK, TX 78682

DEUTSCHE (AS AGENT FOR HTC)
5454 BEETHOVEN STREET
LOS ANGELES, CA 90066

DIAGEO
ATTN: ACCOUNTS PAYABLE
530 5TH AVE
NEW YORK, NY 10036

DIAMOND FOODS
500 MONTGOMERY STREET, 13TH FLOOR
SAN FRANCISCO, CA 94111

DIESEL FILMS, INC
1720 20TH ST., STE.201
SANTA MONICA, CA 90404

DIGITAL BRAND EXPRESSIONS LLC
101 MORGAN LANE, SUITE 203B
PLAINSBORO, NJ 08536

DIGITAL TOWN INC
11974 PORTLAND VENUE
BURNSILLE, MN 55337

DIGITAS
PO BOX 960849
BOSTON, MA 2196

DISCOVER NETWORK
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

DOCKERS (LEVI STRAUSS)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

DOUG GILORMO
ADDRESS REDACTED

DOUG GILORMO
ADDRESS REDACTED

DOUG STOVALL
ADDRESS REDACTED

DOUGLAS HOENIG
ADDRESS REDACTED

DOUGLAS SCHIRLE
ADDRESS REDACTED

DRAWBRIDGE, INC.
2121 EL CAMINO REAL, 7TH FLOOR
SAN MATEO, CA 94403

DREAMS INC
725 LANDWEHR ROADT
NORTHBROOK , IL 60062

DUCHESNAY INC.
950, BOUL. MICHÈLE-BOHEC
BLAINVILLE, QC J7C 5E2
CANADA

DYNAMIC NETWORK SERVICES, INC
150 DOW STREET, TOWER TWO
MANCHESTER, NH 03101

DYNMARK
WESTMORELAND HOUSE
80 - 86 BATH ROAD
CHELTENHAM, GLOUCESTERSHIRE, GL53 7JT
UK

ELIZABETH HOROWITZ
ADDRESS REDACTED

ELIZABETH HOROWITZ
ADDRESS REDACTED

ELPI PARADISO
ADDRESS REDACTED

ENGAUGE MARKETING LLC
AKA MOXIE MARKETING SERVICES LLC
375 NORTH FRONT STREET, SUITE 400
COLUMBUS, OH 43215

ENSIGHTEN
1741 TECHNOLOGY DRIVE, SUITE#500
SAN JOSE, CA 95110

ERIC LETSCHE
ADDRESS REDACTED

ERIK HUSTAD
ADDRESS REDACTED

ERIN HUNT
ADDRESS REDACTED

EWINERY SOLUTIONS
1700 SOSCOL AVENUE #3
NAPA, CA 94559

EXCLAIM MARKETING LLC
PO BOX 3867
PINEHURST, NC 28374-3867

FACEBOOK (ATLAS)
1601 WILLOW ROAD
MENLO PARK, CA 94025

FANDANGO LLC
12200 W OLYMPIC BLVD, STE 400
LOS ANGELES, CA 90064-1047

FELL SWOOP
506 2ND AVENUE SUITE 1400
SEATTLE, WA 98104

FLUID INC
222 SUTTER STREET, 8TH FLOOR
SAN FRANCISCO, CA 94108

FRONTIER
PO BOX 20550
ROCHESTER, NY 14602-0550

GANNETT CO., INC.
7950 JONES BRANCH DRIVE
MCLEAN, VA 22107

GARY GOFF
ADDRESS REDACTED

GAY GABRILSKA
ADDRESS REDACTED

GEOTO
2102 BUSINESS CENTER DRIVE, STE. 130
IRVINE, CA 91612

GERBER LIFE INSURANCE CO
1311 MAMARONECK AVENUE, SUITE 350
WHITE PLAINS , NY 10605-5226

GLAM MEDIA
P.O. BOX 200991
PITTSBURGH, PA 15251-0991

GLENN STANSBURY
ADDRESS REDACTED

GLOBAL ADVERTISING STRATEGIES
55 BROAD STREET, 19TH FLOOR
NEW YORK, NY 10004

GOOGLE, INC.
DEPARTMENT 33654
PO BOX 39000
SAN FRANCISCO, CA 94139

GREG HOY
ADDRESS REDACTED

GREG HOY
ADDRESS REDACTED

GREY GLOBAL
200 FIFTH AVENUE
NEW YORK, NY 10010

GTECH
10 MEMORIAL BOULEVARD
PROVIDENCE, RI 2903

GUY BORGFORD
ADDRESS REDACTED

HEARST - WIYY - BALTIMORE
ATTN: ACCOUNTS PAYABLE
3800 HOOPER AVENUE
BALTIMORE, MD 21211

HILTON WOLDWIDE HOTELS
7930 JONES BRANCH DRIVE
MCLEAN, VA 22120

HMT ASSOCIATES
151 ORCHARDVIEW ROAD
SEVEN HILLS, OH 44131

HORIZON MEDIA INC.
75 VARICK STREET
NEW YORK, NY 10013

HOULIHAN LOKEY FINANCIAL ADVISORS
ATTN: ACCOUNTS RECEIVABLE
1930 CENTURY PARK WEST
LOS ANGELES, CA 90067-6802

ICON INTERNATIONAL
FOUR STAMFORD PLAZA
107 ELM STREET
STAMFORD, CT 06902

IGNITION NETWORK
125 SOUTH WACKER DRIVE
SUITE 1750
CHICAGO, IL 60606

ILLUMINATE PR LLC
817 WEST BARRETT ST
SEATTLE, WA 98119

INFOOBJECTS, INC
2041 MISSION COLLEGE BLVD. #280
SANTA CLARA, CA 95054

INFOTECH CONSULTING
111 PINE STREET, SUITE 1405
SAN FRANCISCO, CA 94107

INFUTOR DATA SOLUTIONS
2017 SOUTH ROUTE 59
PLAINFIELD, IL 60586

INGRID ONSTAD
ADDRESS REDACTED

INTEL
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA  95052-8119

INTERNAP NETWORK SERVICES
DEPT. 0526
PO BOX 120526
DALLAS, TX 75312-0526

INTERNET CREATIONS
ATTN: CHAD MEYER
2000 WATER VIEW DRIVE #100
HAMILTON, NJ 08691-1817

INVERSE MOBILE LLC
C/O WENDER LAW GROUP, PLLC
ONE PENN PLAZA, SUITE 2527
NEW YORK, NY 10119

INVOCA, INC
1025 CHAPALA STREET
SANTA BARBARA, CA 93101

IPROSPECT
200 CLARENDON STREET
BOSTON, MA 02116

IQENSE, LLC
34405 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331

IREFERDR LLC
4131 SWENSON STREET
LAS VEGAS, NV 89119

ISIS INC.
ATTN: ACCOUNTS PAYABLE
409 13TH STREET 14TH FLOOR
OAKLAND, CA 94612

IVAN BRAIKER
ADDRESS REDACTED

J STOKES AGENCY
1444 NORTH MAIN STREET
WALNUT CREEK, CA 94596

JACK HALLAHAN
15 VIA HERMOSA
ORINDA, CA 94563

JAMES DANIEL COOK
ADDRESS REDACTED

JANNA QUEDADO
ADDRESS REDACTED

JC PENNEY
6501 LEGACY DRIVE
PLANO, TX 75024-3698

JEAN-LUC AMAR
ADDRESS REDACTED

JEELY & BLEILER N AMERICA
1230 PEACETREE STREET NE, 19TH FLOOR
ATLANTA, GA 30309

JEFF JONES
ADDRESS REDACTED

JENNA ECKMAN
ADDRESS REDACTED

JENNIFER HEATH
ADDRESS REDACTED

JEREMIAH PARSONS
ADDRESS REDACTED

JEREMY MICHAEL BUCK
ADDRESS REDACTED

JO-ANN STORES, INC
5555 DARROW ROAD
HUDSON, OH 44236

JOHN BOLIN
ADDRESS REDACTED

JOHN BOLIN
ADDRESS REDACTED

JOHN GREEN
ADDRESS REDACTED

JOHNSON & JOHNSON CONSUMER COMPANIES
GROUP OF CONSUMER COMPANIES
ATTN: MEHRNOOSH EBRAHIMI
FORT WASHINGTON, PA 19034-2299

JONATHAN NOLZ
ADDRESS REDACTED

JORDAN FOORD
ADDRESS REDACTED

JP MORGAN
270 PARK AVENUE
NEW YORK, NY 10017

JULES POLENTSKY
INTERACTIVE INTEGRITY CONSULTANTS
7816 MARY CASSATT DRIVE
POTOMAC, MD 20854

JUSTIN FLOOD
ADDRESS REDACTED

KAREN BUELTERMAN
ADDRESS REDACTED

KAREN HELBLING
ADDRESS REDACTED

KATHERINE FARLEY
ADDRESS REDACTED

KBDR, XHGTS, KNEX, KQUR, KLTN
ATTN: ACCOUNTS PAYABLE
PO BOX: 826
LAREDO, TX 78042

KELLI BROOKS
ADDRESS REDACTED

KELLOGGS
ONE KELLOGG  SQUARE
BATTLE CREEK, MI 49016

KELSEY CAREY
ADDRESS REDACTED

KIMBERLY CLARK
2001 EAST ORANGETHORPE AVENUE
FULLERTON, CA 92831

KIMBERLY CUNNINGHAM
ADDRESS REDACTED

KIMBERLY DONALDSON
ADDRESS REDACTED

KIMPTON HOTELS
222 KEARNY STREET, SUITE 200
SAN FRANCISCO, CA 94108

KNOWLEDGE MARKETING
3650 ANNAPOLIS LANE NORTH STE. 190
PLYMOUTH, MN 55447

KRISTI MILLER
ADDRESS REDACTED

KRISTOPHER DICK
ADDRESS REDACTED

KWING NG
ADDRESS REDACTED

LAKEFRONT SOFTWARE, INC.
600 36TH STREET NE, SUITE 400
SEATTLE, WA 98103

LARS GIUSTI
ADDRESS REDACTED

LAURA MURRAY
ADDRESS REDACTED

LENNAR CORPORATION
700 NW 107TH AVENUE # 400
MIAMI, FL 33172

LG ELECTRONICS
920 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

LINDSEY HOUSER
ADDRESS REDACTED

LOCAID, INC
475 SANSOME STREET SUITE 710
SAN FRANSISCO, CA 94111

LOCAL WISDOM INC
37 STATION DRIVE
PRINCETON JUNCTION, NJ 08550

LONG JOHN SILVER'S
9505 WILLIAMSBURG PLAZA, STE 300
LOUISVILLE, KY 40222

LUCIDMEDIA NETWORKS, INC
11490 COMMERCE PARK DR. #220
RESTON, VA 20191

LUIS SERRA
ADDRESS REDACTED

LUIS SERRA
ADDRESS REDACTED

M&C SAATCHI MOBILE
350 7TH AVENUE #705
NEW YORK, NY 10001

MARATHON PATENT GROUP
11100 SANTA MONICA BLVD. SUITE 380
LOS ANGELES, CA 90025

MARC AMSBERRY
ADDRESS REDACTED

MARINA MAHER COMMUNICATIONS INC
830 THIRD AVENUE
NEW YORK, NY 10022

MARINELLE CARINO
ADDRESS REDACTED

MARISSA LOEW
ADDRESS REDACTED

MARRIOTT INTERNATIONAL, INC.
10400 FERNWOOD ROAD
BETHESDA, MD 20817

MARS CHOCOLATE NORTH AMERICA LLC
800 HIGH ST
HACKETTSTOWN, NJ 07840

MARTIN BALTZO
ADDRESS REDACTED

MASTERCARD INTL INC
2000 PURCHASE STREET
PURCHASE, NY 10577-2509

MATTHEW NELSON
ADDRESS REDACTED

MATTHEW NELSON
ADDRESS REDACTED

MATTHEW OLSEN
ADDRESS REDACTED

MAXUS
SANA GHIAS
P.O BOX 4614 GRAND CENTRAL STATION
NEW YORK, NY 10163

MCCANN ERICKSON
622 THIRD AVENUE
NEW YORK, NY, 10017

MEDIA PROMOTIONS GROUP
2833 NORTH EXECUTIVE PARKWAY, SUITE 300
WESTON, FL 33331

MEDIMEDIA HEALTH
780 TOWNSHIP LINE ROAD
YARDLEY, PA 19067

MEGODE SYSTEMS, LLC
5157 NE 1ST COURT
RENTON, WA 98059

MELISSA KOPINSKI
ADDRESS REDACTED

MENARD INC
5101 MENARD DRIVE
EAU CLAIRE, WISCONSIN 54703

METRO PCS WIRELESS, INC.
P.O. BOX 94503
SEATTLE, WA 98124

MICHAEL MILLER
ADDRESS REDACTED

MICHAEL STEPHENS
ADDRESS REDACTED

MILLENNIAL MEDIA OFFICES
150 W 22ND ST 12TH FLOOR
NEW YORK, NY 10011

MILLERCOORS
CORPORATE ACCOUNTS PAYABLE
P.O. BOX 3103
MILWAUKEE, WI 53201-3103

MINDY WISE
ADDRESS REDACTED

MKTG INC
75 NINTH AVENUE, 3RD FLOOR
NEW YORK, NY 10011

MOBILE FUSE
36 MAPLE PL STE 306
MANHASSETE, NY 11030

MOBILE GIVING FOUNDATION
PO BOX 723
BELLEVUE, WA 98009

MOBILE MARKETING ASSOC.
ATTN: THERESA
P.O. BOX 3963
BELLEVUE, WA. 98009-3963

MOBILE POSSE, INC.
ATTN: JON JACKSON
1320 OLD CHAIN BRIDGE RD.
SUITE. 240
MCLEAN, VA 22101

MOBIVITY, INC
101 N COLORADO ST #3116
CHANDLER, AZ 85244

MOOV CORPORATION
201 SPEAR STREET, 3RD FLOOR
SAN FRANCISCO, CA 94105

MOSAIC US HOLDINGS
6051 N. STATE HIGHWAY 161
IRVING, TX 75038

MOTIM TECHNOLOGIES LIMITED
225 HIGH STREET
CHRISTCHURCH
NEW ZEALAND

MOTOROLA
600 N. U. S. HIGHWAY 45
LIBERTYVILLE, IL 60048

MOVE INC
30700 RUSSELL RAND ROAD
WESTLAKE VILLAGE, CA 91362

NAVTEQ NORTH AMERICA
NOKIA
380 N. BERNARDO AVE.
MOUNTAIN VIEW, CA 94043

NESTLE HEALTHCARE NUTRITION
12 VREELAND ROAD, 2ND FLOOR
P.O. BOX 697
FLORHAM PARK, NJ, 07932

NEUSTAR, INC.
BANK OF AMERICA
P.O. BOX 409915
ATLANTA, GA 30384-9915

NEW RELIC
188 SPEAR STREET, SUITE 1200
SAN FRANCISCO, CA 94105

NEXAGE, INC
101 ARCH ST SUITE #1510
BOSTON, MA 02110

NICHOLAS LINDSLEY
ADDRESS REDACTED

NIKKI DIBELLA
ADDRESS REDACTED

NOVATION, LLC
SHARLENE JENNER
290 EAST JOHN CARPENTER FWY
IRVING, TX 75062

NRG ENERGY
211 CARNEGIE CENTER
PRINCETON, NJ 08540-6213

OBSCURA DIGITAL INC
729 TENNESSEE ST.
SAN FRANCISCO, CA 94017

OMEGA MOBILE
350 TOWNSEND ST. SUITE 220
SAN FRANCISCO, CA 94107

OMG A DIVISION OF PROMETHEUS MEDIA
195 BROADWAY, FLOOR 28
NEW YORK, NY 10007

OMNICOM MEDIA GROUP
195 BROADWAY, FLOOR 28
NEW YORK, NY 10007

ONE MIGHTY ROAR LLC
87 SUMMER ST, 2ND FLOOR
BOSTON, MA 02110

OPEN MARKET INC.
PO BOX 915267
DALLAS, TX 75391-5267

OTHER LEVELS PTY
567 SUTTER STREET
SAN FRANCISCO, CA 94103

OUTSELL LLC
225 S SIXTH STREET, SUITE 3200
MINNEAPOLIS, MN 55402

OZONE ONLINE
600 BEACH STREET
SAN FRANCISCO, CA 94109

PANDORA MEDIA
25601 NETWORK PLACE
CHICAGO, IL 60673-1256

PANGAYATCHELVY SUNTHERESEN (CHEVY SUN)
ADDRESS REDACTED

PATRICK FOOTE
ADDRESS REDACTED

PAXTON MEDIA GROUP WPSD-TV
P.O. BOX 1197
PADUCAH, KY 42002-1197

PEPSICO INC
700 ANDERSON HILL ROAD
PURCHASE, NY 10577

PERION NETWORKS LTD
4 HA'NECHOSHET ST.
TEL AVIV 69710
ISRAEL

PHILIPPE POUTONNET
ADDRESS REDACTED

PHILIPPE POUTONNET
ADDRESS REDACTED

PHUNWARE, INC.
ATTN: WILLIAM T. GETCHELL
7800 SHOAL CREEK BLVD.
STE. 230-S
AUSTIN, TX 78757

PLACED, INC
1205 2ND AVE SUITE #220
SEATTLE, WA 98101

POINTMARC CONSULTING LLC
11911 NE FIRST ST., STE B302
BELLEVUE, WA 98005

POSITION MARKETING GROUP
2303 RR 620 S., #135, PMB 200
LAKEWAY, TX 78734

POSSIBLE
414 OLIVE WAY, STE 500
SEATTLE, WA 98101

POST FOODS LLC
1 UPPER POND ROAD, BLDG. E, FLOOR 2
PARSIPPANY, NJ 07054

PPE CASINO RESORT
7002 ARUNDEL MILLS CIRCLE, SUITE 7777
HANOVER, MD 21076

PROMOTION NETWORK
9400 N. CENTRAL EXPRESSWAY, SUITE 1500
DALLAS, TX 75231

PUBLICIS
85 TENTH AVENUE
NEW YORK, NY 10011

PUBMATIC, INC
P.O. BOX 347402
PITTSBURGH, PA 15251-4402

QUALCOMM RETAIL SOLUTIONS, INC.
RENAMED: GIMBAL, INC. 12526 HIGH BLUFF DR., SUITE
SAN DIEGO, CA 92130

QUESTLINE INC
2025 RIVERSIDE DRIVE
COLUMBUS, OH 43221

QUEUE MARKETING GROUP
820 WEST JACKSON BOULEVARD #350
CHICAGO, IL 60607

R J REYNOLDS TOBACCO COMPANY
401 N. MAIN STREET
WINSTON SALEM, NC 27101

RADIUS NETWORKS INC
3255 GRACE ST NW
WASHINGTON, DC 20007

RATNER COMPANIES L.L.C.
1577 SPRING HILL RD
SUITE 500
VIENNA, VA 22182

RAUXA DIRECT
275 MCCORMICK AVE # A
COSTA MESA, CA 92626

RAZORFISH
ATTN: ACCOUNTS PAYABLE
821 SECOND AVE, STE 1800
SEATTLE, WA 98104

RCG, LLC
885 3RD AVENUE 25TH FLOOR
NEW YORK, NY 10022

REDBOX AUTOMATED RETAIL
ONE TOWER LANE, SUITE 900
OAKBROOK TERRACE, IL 60181

RESOURCE VENTURES
343 N FRONT ST
COLUMBUS, OH 43215

RETAILIGENCE CORP
2400 BROADWAY #220
REDWOOD CITY, CA 94063

REVHEALTH LLC
55 BANK ST
MORRISTOWN, NJ 07960

ROBERT CUCHERAN
ADDRESS REDACTED

ROCKETFUEL
100 W 33RD STREET, 3RD FLOOR
NEW YORK, NY 10001

ROCKETFUEL
1000 PARKWOOD CIRCLE SE
SUITE 900
ATLANTA, GA 30339

ROI MEDIA CONSULTANTS
2805 W VIEW PL
SEATTLE, WA 98199-1742

ROLL GLOBAL LLC
11444 OLYMPIC BLVD.
LOS ANGELES, CA 90064

RONALD SULAK
ADDRESS REDACTED

ROSETTA MARKETING
100 AMERICAN METRO BLVD.
HAMILTON, NJ 08619

RYAN KIRK
ADDRESS REDACTED

RYAN KNOPP
ADDRESS REDACTED

SALESFORCE.COM
P.O. BOX 203141
DALLAS, TX 75320-3141

SARA MCGOVERN
ADDRESS REDACTED

SARAH LIPTON
ADDRESS REDACTED

SARANATH ARAVAMUDHAN
ADDRESS REDACTED

SCANBUY INC
ATTN: BILLING DEPT
54 W. 39TH ST, 4TH FLOOR
NEW YORK, NY 10018

SCOTT SKLAR
ADDRESS REDACTED

SCREENVISION EXHIBITION, LLC.
1411 BROADWAY
33RD FLOOR
NEW YORK, NY 10018

SEATTLE APP LAB
2475 152ND AVE NE
REDMOND, WA 98052

SELVAMUTHU BALAKRISHNAN
ADDRESS REDACTED

SETH PLOCKELMAN
ADDRESS REDACTED

SEVEN 11
ONE ARTS PLAZA
1722 ROUTH ST., SUITE 1000
DALLAS, TX 75201

SIMON PROPERTY GROUP L.P.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SINGLE TOUCH SYSTEMS INC. (SITO MOBILE)
KURT STREAMS
100 TOWN SQUARE, SUITE 204
JERSEY CITY, NJ 7310

SIRIUS COMPUTER SOLUTIONS, INC.
ATTN: BONNIE M. CERRITO
10100 REUNION PLACE, SUITE 500
SAN ANTONIO, TX 78216

SLOOCE TECHNOLOGIES INC
1250 OAKMEAD PKWY
SUNNYVALE, CA 94085

SOUTH CENTRAL MEDIA
P.O. BOX 27100
KNOXVILLE, TN 37927

SOUTH CENTRAL RADIO GROUP - WSTO & WIKY
ATTN: ACCOUNTS PAYABLE
PO BOX 6968
EVANSVILLE, IN 47719

SOUTHERN STATES COOPERATIVE, INC
6606 WEST BROAD STREET
RICHMOND, VA 23230

SOUTHSTAR COMMUNITIES LLC
P.O. BOX 630105
IRVING, TX 75063

SPALDING ASSOCIATES
6 DAVIS LANE
DARIEN, CT 06820

SPARKFLY
1440 DUTCH VALLEY PLACE NE, SUITE 1000
ATLANTA, GA 30324

SPRINT
P.O. BOX 54977
LOS ANGELES, CA 90054-0977

STACI PARLARI
ADDRESS REDACTED

STARCOM MEDIA VEST
35 W. WACKER DRIVE
CHICAGO, IL 60601

STEPHEN GOULAS
ADDRESS REDACTED

STEVIE LINDSLEY
ADDRESS REDACTED

SUMOTEXT
10825 FINANCIAL CENTRE PARKWAY, SUITE 123
LITTLE ROCK, AR 72211

SUSANNA WINKELLER
ADDRESS REDACTED

SUSANNAH WHEELER
ADDRESS REDACTED

SYNIVERSE TECHNOLOGIES LLC
12094 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

T+INK, INC
244 W. 54TH STREET, 9TH FLOOR
NEW YORK, NY 10019

TAPJOY
111 SUTTER ST., 12TH FLOOR
SAN FRANCISCO, CA 94104

TAQTILE MOBILITY
637 MOJI LANE NW
BAINBRIDGE ISLAND, WA 98110

TATANGO INC
2211ELLIOT AVE, SUITE 200
SEATTLE, WA 98121

TAYLOR TODD
ADDRESS REDACTED

TBC, INC.
900 S. WOLFE STREET
BALTIMORE, MD 21231

TD WANG ADVERTISING GROUP
409 MAYNARD AVENUE SOUTH, SUITE 208
SEATTLE, WA 98104

TDC CANADA CORP. AND WACKER GP, INC.
C/O DUS MANAGEMENT, INC.
ATTN: PROPERTY MANAGER
35 EAST WACKER DRIVE, SUITE 600
CHICAGO, IL 60601

TEALIUM INC
11085 TORREYANA ROAD
SAN DIEGO, CA 92121

TEAM DETROIT
500 TOWN CENTER DRIVE, 2ND FLOOR
DEARBORN, MI 48126

TEAM DETROIT
530 TOWN CENTER D
DEARBORN, MI 48126

TECHNOWIT SOLUTIONS
41 SCHERMARHOM STREET, SUITE 210
BROOKLYN, NY 11201

THE RUBICON PROJECT INC
DEPT CH 16601
PALATINE, IL 60055-6601

THE TAUBMAN COMPANY LLC
200 E. LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304-2324

THE VIA AGENCY
619 CONGRESS STREET
PORTLAND, ME 04101

THE WEINSTEIN COMPANY
9100 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212?

THE WINE GROUP LLC
4596 SOUTH TRACY BOULEVARD
TRACY, CA 95377

THOMAS DENMAN
4734 NE 140TH AVE.
BELLEVUE, WA 98005

THOMAS VIRGIN
ADDRESS REDACTED

THOMSON REUTERS
3 TIMES SQUARE
NEW YORK, NY 10036

TIFFANY BRADFORD
ADDRESS REDACTED

TIMES AND NEWS PUBLISHING - WGTY
ATTN: ACCOUNTS PAYABLE
1560 FAIRFIELD RD
GETTYSBURG, PA 17325

TINCAN STUDIO LLC
ATTN: ERNEST LEITCH, 3116 164TH STREET SW, APT.
LYNNWOOD, WA 98087

TMA RESOURCES
1919 GALLOWS ROAD, 4TH FLOOR
VIENNA, VA 22182-3964

TODD BUZZETTI
ADDRESS REDACTED

TOMORROW NETWORKS
1270 AVENUE OF THE AMERICAS, SUITE 2920
NEW YORK, NY 10020

TOMY INTERNATIONAL INC
2021 9TH STREET SE
DYERSVILLE, IA 52040

TPN HOLDINGS LLC
940 N CENTRAL EXPWY, #1500
DALLAS, TX 76231

TRACEY DREBY
ADDRESS REDACTED

TRACFONE WIRELESS, INC.
P.O. BOX 3103
CAROL STREAM, IL 60132-3103

TREVOR JONES
ADDRESS REDACTED

TREVOR JONES
ADDRESS REDACTED

TRIAD RETAIL MEDIA
100 CARILLON PARKWAY, SUITE 100
ST. PETERSBURG, FL 33716

TRIAX
668 RAMONA AVENUE
LAGUNA BEACH, CA 92651

TRILIBIS, INC.
DEPT LA 23481
PASADENA, CA 91185-3481

TRUE ULTIMATE STANDARDS EVERYWHERE, INC.
835 MARKET STREET, SUITE 800
SAN FRANCISCO, CA 94103

TYANNA FOUTS
ADDRESS REDACTED

UNIDOS FINANCIAL SERVICES
5851 WEST SIDE AVENUE
NORTH BERGEN, NJ 07047

UNILEVER
800 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

UNIVERSAL STUDIOS LICENSING LLC
100 UNIVERSAL CITY PLAZA, BUILDING 2106/7R
UNIVERSAL CITY, CA 91608

UPS
ATTN: CUSTOMER SERVICE
P.O. BOX 894820
LOS ANGELAS, CA. 90189-4820

URBAN AIRSHIP, INC.
1417 NE EVERETT ST.
SUITE #300
PORTLAND, OR 97209

VAIN MEDIA LLC
106 1/2 JUDGE JOHN AISO ST #313
LOS ANGELES, CA 90012

**Hipcricket, Inc. - U.S. Mail**

VEHICLE
2225 N. 56TH ST.
SEATTLE, WA 98103

VELCERA/FIDOPHARMA
777 TOWNSHIP LINE ROAD
YARDLEY, PA 19067

VELTI
150 CALIFORNIA STREET
10TH FLOOR
SAN FRANCISCO, CA 94111

VEOLIA TRANSPORTATION
720 E. BUTTERFIELD ROAD, SUITE 300
LOMBARD, IL 60148

VIRGINIA LOTTERY
900 E. MAIN STREET
RICHMOND, VA 23219

VISIONARY RELATED ENTERTAINMENT LLC
KDDB-FM, KPOI-FM, KQMQ-FM, KUUU-FM AND KUMU
1000 BISHOP ST, SUITE 200
HONOLULU, HI 96813

VIVERAE
10670 NORTH CENTRAL EXPRESSWAY, SUITE 700
DALLAS, TX 75231

VNC COMMUNICATIONS
35 WEST WACKER DRIVE
CHICAGO, IL 60601

VOICE ASSIST, INC.
2 SOUTH POINT, SUITE 100
LAKE FOREST, CA 92610

VOODOOVOX INC
1001 325 MILNER AVENUE
TORONTO, ONTARIO,  MIB 5S8
CANADA

WALGREENS
200 WILMOT ROAD
DEERFIELD, IL 60015

WANDA CHUNG
ADDRESS REDACTED

WEISSKNIGHT
100 PALL MALL
LONDON, SW1Y 5NQ
UK

WILFRED MACK
ADDRESS REDACTED

WIRELESS DEVELOPER INC
2875 NORTHWIND DRIVE SUITE 200
EAST LANSING, MI 48823

WJIM FM CUMULUS BROADCASTING, LANSING
3420 PINE TREE
LANSING, MI 48911

WORLD FINANCIAL GROUP
11315 JOHNS CREEK PARKWAY
JOHNS CREEK, GA 30015

WRQX CITADEL BROADCASTING COMPANY
4400 JENNIFER STREET NW
WASHINGTON, DC 20015-2113

WYNN LAS VEGAS
3131 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89109

XICOM
3550 BASSETT STREET
SANTA CLARA, CA 95054-2704

YILLIO, LLC
212  W. QUEEN STREET
EBERTON, NC 27532

YOU TECHNOLOGY INC
701 GATEWAY BLVD, SUITE 101
SOUTH SAN FRANCISCO, CA 94080

ZUMIEZ
6300 MERRILL CREEK PARKWAY
EVERETT, WA 98203

ZUMOBI, INC.
ATTN: LARA RICKARD
1525 4TH AVENUE, SUITE 800
SEATTLE, WA  98101

Parties Served: 420

# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Deadline for Submitting Bids:  February 23, 2015 at 4:00 p.m. (Eastern Time)**
**Auction Date and Time:  February 25, 2015 at 10:00 a.m. (Eastern Time)**
**Deadline for Objections to Sale Motion:  February 20, 2015 at 4:00 p.m. (Eastern Time)**
**Sale Hearing Date and Time:  February 27, 2015 at 2:30 p.m. (Eastern Time)**

## NOTICE OF COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on January 21, 2015, Hipcricket, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief* (as modified as set forth in the *Notice of Errata Re: Bid Procedures* [Docket No. 58], the "Bid Procedures Motion").[2]  On February 11, 2015, the Court entered an order (the "Bid Procedures Order") granting the Bid Procedures Motion and approving the bidding procedures annexed thereto (the "Bidding Procedures") to be used in connection with the auction (the "Auction") of substantially all of the assets (the "Acquired Assets").  The Acquired Assets are being sold free and clear of all liens, claims, encumbrances and interests, provided that section 363(f) of the Bankruptcy Code has been satisfied (other than those liens and interests

---

[1]  The last four digits of the Debtor's tax identification number are 2076.  The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2]  All capitalized terms not defined herein have the meaning ascribed to them in the Bid Procedures Motion.

permitted by the Stalking Horse Agreement with the proposed purchaser of the Acquired Assets, SITO Mobile, Ltd. (the "Purchaser" or the "Stalking Horse Bidder")) or, alternatively, to a party who submits a higher and better offer for the Acquired Assets.  The proposed sale of the Acquired Assets will provide for the following consideration:  (i) an amount equal to the sum of (a) $4,500,000 in cash (the "Cash Purchase Price"), plus (b) an amount equal to the Cure Amounts up to the Cure Cap ($500,000), plus (c) the amounts approved by the Bankruptcy Court with respect to the KEIP up to the KEIP Limit ($255,000), less (ii) the sum of (a) the amount of Assumed DIP Obligations plus (b) the amount of Cure Amounts that are required to be paid in excess of the Cure Cap up to a maximum of $50,000.

The Acquired Assets may include some or all of those executory contracts and leases listed on **Exhibit A** (the "Assigned Contracts") attached hereto.[3]

**PLEASE TAKE FURTHER NOTICE** that the amount shown on **Exhibit A** attached to this Notice as the "Cure Amount" for the Assigned Contract listed on **Exhibit A** is the amount, based upon the Debtor's books and records, which the Debtor asserts are owed to cure any defaults existing under the Assigned Contract as of the Petition Date to which you are a counterparty (the "Counterparty").  Information prepared by the Stalking Horse Bidder relating to adequate assurance of future performance by the Stalking Horse Bidder, for purposes of section 365 of the Bankruptcy Code, is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will deliver a copy of the Sale Motion to you by facsimile, email or overnight delivery if you fax a written request for such delivery to Kathe Finlayson, kfinlayson@pszjlaw.com, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801.

---

[3]  Such Assigned Contracts may or may not be assumed and assigned to the Successful Bidder, and nothing contained herein or otherwise shall be deemed as an assumption or assumption and assignment of any such contracts or leases.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Amount shown for the Assigned Contract on **Exhibit A** hereto and/or object to the assumption and assignment of the Assigned Contract with respect to the Stalking Horse Bidder's ability to provide adequate assurances of future performance under the Assigned Contract, you must file in writing with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, an objection on or before 4:00 p.m. Eastern Time on February 20, 2015, provided, however, that if the Stalking Horse Bidder, the proposed assignee of a Counterparty's Assigned Contract, is not the Successful Bidder, any Counterparty may raise at the hearing (the "Sale Hearing") to consider the *Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) And 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* (the "Sale Motion"), an objection to the assumption and assignment of the Assigned Contract solely with respect to the Successful Bidder's ability to provide adequate assurances of future performance under the Assigned Contract.  In addition, any objection must set forth the specific default or defaults alleged and set forth any cure amount as alleged by you.

**PLEASE TAKE FURTHER NOTICE** that if you have any other objection to the Debtor's assumption and assignment of the Assigned Contract to which you are a party, to the successful bidder at the Auction, or to any of the other relief requested, you also must file that objection in the manner and by the date and time stated above.

**PLEASE TAKE FURTHER NOTICE** that any objection so filed must be served so as to be received by that same date and time upon the parties below: (i) the Debtor, Hipcricket, Inc. c/o Todd Wilson, Chief Executive Officer, 110 110th Avenue NE, Suite 410, Bellevue, Washington 98005, facsimile: 425-449-4286; (i) Debtor's counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: James O'Neill, joneill@pszjlaw.com; Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn:  Ira Kharasch and Linda Cantor, ikharasch@pszjlaw.com and lcantor@pszjlaw.com; (ii) counsel to the Stalking Horse Bidder, Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn:  Matthew Hinker and Joseph Gangitano, hinkerm@gtlaw.com and gangitanoj@gtlaw.com; (iii) counsel to the Official Committee of Unsecured Creditors appointed in this case, (a) Cooley LLP, The Grace Building, 1114 Avenue of the Americas, New York, NY  10036-7798, Attn:  Jay Indyke, Esq., jindyke@cooley.com; and (b) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE  19899-1709, Attn: Donald J. Detweiler, Esq., detweilerd@pepperlaw.com and Henry J. Jaffe, Esq, jaffeh@pepperlaw.com; and (iv) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq., jane.m.leamy@usdoj.gov (collectively, the "Notice Parties"), so as to be received by February 20, 2015, at 4:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITH NO FURTHER NOTICE.

ANY NON-DEBTOR PARTY TO ANY ASSIGNED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSIGNED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

Dated:  February 11, 2015    PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James O'Neill*
        Ira D. Kharasch (CA Bar No. 109084)
        Linda F. Cantor (CA Bar No. 153762)
        James O'Neill (DE Bar No. 4042)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile:  (302) 652-4400
        E-mail:  ikharasch@pszjlaw.com
            lcantor@pszjlaw.com
            joneill@pszjlaw.com

        Counsel to Debtor and Debtor in Possession

**EXHIBIT C**



SITO Mobile, Ltd. (the "Company") was incorporated in Delaware on May 31, 2000, under its original name, Hosting Site Network, Inc. On May 12, 2008, the Company changed its name to Single Touch Systems, Inc. and on September 26, 2014, it changed its name to SITO Mobile, Ltd.

The Company provides a mobile engagement platform that enables brands to increase awareness, loyalty, and ultimately sales.

On January 20, 2015, the Company entered into an Asset Purchase Agreement (the "APA") with Hipcricket, Inc. ("Hipcricket"). The APA provides that the Company will acquire substantially all of the assets of Hipcricket in exchange for $4.5 million, plus certain additional consideration, including the payment of all Cure Amounts due and owing under any Assumed Contract up to a maximum of $500,000.

As evidence of the Company's ability to satisfy any requirements relating to adequate assurance of future performance, the Company's most recent Form 10-Q for the quarterly period ended December 31, 2014 is available at http://ir.sitomobile.com/all-sec-filings# and the Company's most recent condensed consolidated balance sheet (unaudited) is available at http://ir.sitomobile.com/financials or upon written request for such to Matthew L. Hinker, hinkerm@gtlaw.com, at Greenberg Traurig, 200 Park Ave., New York, NY 10166.