**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| Debtor. | |

### SUPPLEMENTAL  AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on February 12, 2015, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned[2]**

- **SITO Mobile, Ltd . Correspondence Letter[3]**

Dated: February 16, 2015

Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

| | |
|---|---|
| {State of California | } |
| { | } ss. |
| {County of Los Angeles | } |

Subscribed and sworn to (or affirmed) before me on this _16_ day of _Feb._, 20_15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public



JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1]   The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2]   A copy of the Notice is attached hereto as Exhibit B.

[3]   A copy of the Letter is attached hereto as Exhibit C.

**<u>EXHIBIT A</u>**

360I
ACCOUNTS PAYABLE
32 AVENUE OF THE AMERICAS
NEW YORK, NY 10013

90 OCTANE
518 17TH STREET, SUITE 1400
DENVER, CO 80202

ABBOTT DIABETES CARE INC.
P.O. BOX 1402
DEPT 381, BLDG J23-2
ABBOTT PARK, IL 60064

ACTIVE MEDIA
1 BLUE HILL PLAZA
PO BOX 1705
PEARL RIVER, NY 10965

AIMIA
ATTN: LISA OLSON
1405 XENIUM LANE
MINNEAPOLIS, MN 55441

AKQA - GSF FY14 JFM GLAD FOOD STORAGE
MARILYN LOMAX
118 KING STREET
SAN FRANCISCO, CA 94107

AKRON BEACON JOURNAL/OHIO.COM
44 EAST EXCHANGE STREET,
AKRON, OH 44308

ALASKA AIR BRAND
ATTN: JEANNE JONES
19300 INTERNATIONAL BOULEVARD
SEATTLE, WA 98188

AMAZON STUDIOS ALPHA HOUSE SEASON 2
ATTN: AP NON-INVENTORY
PO BOX 80683
SEATTLE, WA 98108-0683

AMERICAN CANCER SOCIETY INC
ATTN: PAMELA PRICE
250 WILLIAMS STREET - QUAD 4D
ATLANTA, GA 30303

AMOBEE
100 MARINE PARKWAY, STE 575
REDWOOD CITY, CA 94065

AMOBEE
3 TWIN DOLPHIN DRIVE
SUITE 260
REDWOOD CITY, CA 94065

ANHEUSER-BUSCH
ONE BUSCH PLACE
ATTENTION BUSCH MEDIA ACCOUNTS PAYABLE
ST LOUIS, MO 63118

ARBY'S
ATTN: ACCOUNTS PAYABLE
1155 PERIMETER CENTER W
ATLANTA, GA 30338

ARIADMIA
5201 BLUE LAGOON DRIVE
SUITE 965 - 9TH FLOOR
MIAMI, FL 33126

ARIADNA
5201 BLUE LAGOON DRIVE
SUITE 965 - 9TH FLOOR
MIAMI, FL 33126

ASCENTMARKETING
809 SIDEWALK RD
CHESTERTON, IN 46304

B&P ADVERTISING
900 SOUTH PAVILION CENTER DR
SUITE 170
LAS VEGAS, NV 89144

BEASLEY BROADCASTING MIAMI - WKIS & WQAM
ATTN: ACCOUNTS PAYABLE
194 NW 197TH STREET
MIAMI, FL 33169

BI 2014 SITEBUILDER & SHORT CODE
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1088
RIDGEFIELD, CT 06877-1088

BIG RIVER AGENCY
2100 EAST CARY STREET
NO 200
RICHMOND, VA 23223

BIPI
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1088
RIDGEFIELD, CT 06877-1088

BOEHRINGER INGELHEIM
ATTN: JOHN T. RICHERS
900 RIDGEBURY RD.
P.O.BOX 368
RIDGEFIELD, CT 06877-0368

BONNEVILLE SEATTLE - KIRO AM
ATTN: ACCOUNTS PAYABLE
1820 EASTLAKE AVE E
SEATTLE, WA 98102

BORDER MEDIA
KBDR, XHGTS, KNEX, KQUR, KLTN
PO BOX 826
LAREDO, TX 78042

BRANDMOVERS
1575 NORTHSIDE DRIVE NORTHWEST #200
ATLANTA, GA 30318

BROADCAST COMPANY OF THE AMERICAS
6160 CORNERSTONE COURT EAST 100
SAN DIEGO, CA 92121

BROADHEAD
123 N. THIRD ST, STE 400
MINNEAPOLIS, MN 55401

BRYAN BROADCASTING - KNDE
ATTN:ALISA DUSTERHOFF
2700 EARL RUDDER FREEWAY STE 5000
COLLEGE STATION, TX 77845

BSSG
475 RAMBLEWOOD DRIVE #105
CORAL SPRINGS, FL 33071

BUFFETS INC
405 LANCASTER AVE
GREER, SC 29650

BURT'S BEES
C/O CLOROX
1221 BROADWAY
OAKLAND, CA 94612

CA LOTTERY
275 MCCORMICK AVENUE #100
COSTA MESA, CA 92626

CAESARS ENTERTAINMENT OPERATING COMPANY
ATTN: HET1451729
PO BOX 29033
HOT SPRINGS, AR 71903

CAMPBELL EWALD
2000 BRUSH ST, STE 601
DETROIT, MI 48226

CAPITAL ONE LLC
WEST CREEK BLDG - 5  3RD FLOOR
15000 CAPIAL ONE DRIVE
RICHMOND, VA 23238

CARAT USA INC.
2700 PENNSYLANIA AVE
2ND FLOOR
SANTA MONICA, CA 90404

CASANOVA PENDRILL
275 MCCORMICK AVENUE #100
COSTA MESA, CA 92626

CC LA
AP MARKET 430
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258-7460

CCSU
5701 W SUNRISE BLVD
FT LAUDERDALE, FL 33313

CELEBREX HCP
P.O. BOX 341835
BARLETT, TN 38184

CENTRAL GARDEN & PET
1000 PARKWOOD CIRCLE, SUITE 700
ATLANTA, GA 30339

CENTRO
222 W HUBBARD ST.
4TH FLOOR
CHICAGO, IL 60654

CHARTER COOPER SMITH
4444 BENNETT ROAD
TOLDEO, OH 43612

CHIPOTLE MEXICAN GRILL
1401 WYNKOOP STREET
SUITE 500
DENVER, CO 80201

CINCINNATI STATE COLLEGE
& COMMUNITY COLLEGE
3520 CENTRAL PARKWAY
CINCINNATI, OH 45223

CITADEL BROADCASTING
4350 FABER PLACE DR, STE 100
CHARLESTON, SC 29405

CLEAR CHANNEL BROADCASTING
AP MARKET 430
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258-7460

CLEAR CHANNEL ORLANDO
AP MARKET 430
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258-7460

CLOROX
P.O. BOX 5807
TROY, MI 48007

CMN, INC.
5404 WISCONSIN AVENUE
SUITE 305
CHEVY CHASE, MD 20815-3592

COLD-EEZE
621 N. SHADY RETREAT RD
DOYLESTOWN,  18901

COLE & WEBER
221 YALE AVE N SUITE 600
SEATTLE, WA 98109

COLLIN COUNTY COMMUNITY COLLEGE DISTRICT
CENTRAL RECEIVING 1129700
WADE BLVD FRISCO
TX -, TX 75070

CONSOLIDATED CREDIT
CATHY SHARP
5701 W SUNRISE BLVD
FT LAUDERDALE, FL 33313

CORE INNOVATIONS
15233 90TH STREET
REDMOND, WA 98052

COSTCO WHOLESALE CORPORATION
ATTN: JON ZWEIG
999 LAKE DRIVE
ISSAQUAH, WA 98027

COTTAGE8
500 WASHINGTON AVE SOUTH
SUITE 2060
MINNEAPOLIS, MN 55415

CRAMER-KRASSELT
1850 N CENTRAL AVE
SUITE 1800
PHOENIX, AZ 85004

CRISPIN PORTER + BOGUSKY
3390 MARY STREET, OFFICE 300
MIAMI, FL 33133

CUMULAS INDIANA
6810 N SHADELAND AVE
INDIANAPOLIS, IN 46220

CUMULUS DALLAS
3500 MAPLE AVE, SUITE 1600
DALLAS, TX 75219

CUMULUS HOUSTON KRBE-FM
ATTN: ACCOUNTS PAYABLE
9801 WESTHEIMER STE 700
HOUSTON, TX 77042

CUMULUS LANSING
3420 PINE TREE
LANSING, MI 48911

CUMULUS MEDIA CINCINNATI
4805 MONTGOMERY ROAD
STE 300
CINCINNATIO, OH 45212

CUMULUS MEDIA SALT LAKE CITY
CITADEL BROADCASTING COMPANY
434 BEARCAT DRIVE
SALT LAKE CITY, UT 84115

CUMULUS MEDIA SAN FRANCISCO
55 HAWTHORNE STREET, SUITE 1000
SAN FRANCISCO, CA 94105

CUMULUS MEDIA TUCSON
575 WEST ROGER ROAD
TUCSON, AZ 85705

CUMULUS MEDIA WASHINGTON DC
4400 JENNIFER STREET NW
WASHINGTON, DC 20015-2113

DAIICHI SANKYO
2 HILTON COURT
PARSIPPANY, NJ 07054

DEB SHOPS
9401 BLUE GRASS RD
PHILADELPHIA, PA 19114

DELANO LAS VEGAS
3940 LAS VEGAS BLVD
LAS VEGAS, NV 89119

DIAGEO
ATTN: ACCOUNTS PAYABLE
530 5TH AVE
NEW YORK, NY 10036

DIAMOND FOODS
500 MONTGOMERY STREET, 13TH FLOOR
SAN FRANCISCO, CA 94111

DICKEY BROADCASTING COMPANY
780 JOHNSON FERRY RD, 5TH FLOOR
ATLANTA, GA 30342

DIGITAS
PO BOX 960849
BOSTON, MA 2196

DIRECT CONNECT MEDIA
ATTN: ACCOUNTS PAYABLE
1405 FRANKLIN AVE
PORTSMOUTH, OH 45662

DODGE CHALLENGER
PO BOX 542026
OMAHA, NE 68154

DOLLAR TREE STORES
500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

DONER ADVERTISING
25900 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 30346

DPSG - CIRCLE K ONE OF A KIND
5301 LEGACY DRIVE
PLANO, TX 75024

DPSG - FOUNTAIN
5301 LEGACY DRIVE
PLANO, TX 75024

DPSG LATIN GRAMMYS
5301 LEGACY DRIVE
PLANO, TX 75024

DR PEPPER SNAPPLE GROUP
5301 LEGACY DRIVE
PLANO, TX 75024

DUN AND BRADSTREET
103 JFK PARKWAY
SHORT HILLS, NJ 07078

EDUCATIONAL MEDIA FOUNDATION
5700 WEST OAKS BLVD
ROCKLIN, CA 95765

EDWARD JONES RECRUITMENT
2000 BRUSH ST, STE 601
DETROIT, MI 48226

EFFICENCYMEDIA
3616 WINNETKA RD
GLENVIEW, IL 60026

ESSENCE DIGITAL
120 5TH AVENUE
8TH FLOOR
NEW YORK, NY 10011

EUREKA CASINO HOTEL
275 MESA BLVD.
MESQUITE, NV 89027

FELLOWSHIP CHURCH
ATTN: TERRY CHAPMAN
2450 N. HWY 121

FIREHOUSE AGENCY
ATTN: DOUG MILLER
14680 LANDMARK BLVD, # 247
DALLAS, TX 75254

FISHER COMMUNICATIONS - KUNS-TV
140 4TH AVENUE NORTH
SEATTLE, WA 98109

FKQ ADVERTISING
15351 ROOSEVELT BLVD.
CLEARWATER, FL 33760

FORD
ATTN: ACCOUNTS PAYABLE
4 PARKLANE BLVD SUITE 675
DEARBORN, MI 48126

FORDDIRECT
ATTN: ACCOUNTS PAYABLE
4 PARKLANE BLVD SUITE 675
DEARBORN, MI 48126

FOREST ADLIFE
ATTN: ACCOUNTS PAYABLE
155 COMMERCE DRIVE
HAUPPAUGE, NY 11788

FOREST LABORATORIES, INC.
ATTN: ACCOUNTS PAYABLE
155 COMMERCE DRIVE
HAUPPAUGE, NY 11788

FOUR STAR SOFTWARE, INC
7911 HESCHEL AVE, SUITE 404
LA JOLLA, CA 92037

FOXWOODS RESORT CASINO
350 TROLLEY LINE BLVD
P.O. BOX 3777
MASHANTUCKET, CT 06338-3777

FULL SAIL UNIVERSITY
3300 UNIVERSITY BLVD
WINTER PARK, FL 32792

GAS MONKEY BAR & GRILL
10261 TECHNOLOGY BLVD
DALLAS, TX 75220

GDB- ALL WHITES
301 CARLSON PKWY, STE 400
MINNETONKA, MN 55305

GDB-ANYTIMEFITNESS
C/O GABRIEL DEGROOD BENDT
608 2ND AVE S, SUITE 129
MINNEAPOLIS, MN 55402

GEOGRAPHIC SOLUTIONS, INC.
1001 OMAHA CIRCLE
PALM HARBOR, FL 34683

GEOMETY GLOBAL
388 S. MAIN ST STE 410
AKRON, OH 44311

GLADES MEDIA
ATTN: ROBBIE CASTELLANOS
530 EAST ALVERDEZ AVE
CLEWISTON, FL 33440

GOOGLE, INC.
DEPARTMENT 33654
PO BOX 39000
SAN FRANCISCO, CA 94139

GRIFFIN NEW MEDIA KOTV & KWTV
302 S. FRANKFORT
TULSA, OK 74120

GROCERY OUTLETS 2014
1 BLUE HILL PLAZA
PO BOX 1705
PEARL RIVER, NY 10965

HACKER GROUP
P.O. BOX 542008
OMAHA, NE 68154

HALO INNOVATIONS INC.
111 CHESHIRE LANE SUITE 700
MINNETONKA, MN 55305

HARD ROCK
1515 ARAPAHOE ST
TOWER 2, SUITE 400
DENVER, CO 80202

HARRISON MEDIA
24416 CROCKER BLVD
CLINTON TOWNSHIP, MI 48036

HEARST - WBAL-AM/TV - BALTIMORE
UNIT 424
P.O. BOX 25882
LEHIGH VALLEY, PA 18002

HEARST - WIYY - BALTIMORE
ATTN: ACCOUNTS PAYABLE
3800 HOOPER AVENUE
BALTIMORE, MD 21211

HEARST WMOR TAMPA
UNIT 480
PO BOX 25882
LEHIGH VALLEY, PA 18002

HELZBERG DIAMONDS
ATTN: LAURA BAKER
1825 SWIFT AVENUE
NORTH KANSAS CITY, MO 64116

HOCKING MEDIA GROUP
1700 WEST BIG BEAVER ROAD
SUITE 360
TROY, MI 48084

HOOVERS
ATTN: ROCKY BROWN
5800 AIRPORT BLVD
AUSTIN, TX 78752

HR HOLLYWOOD
6299 NALL AVE, STE 300
MISSION, KA 66202

HUBBARD RADIO - KSTP FM
ATTN: ACCOUNTS PAYABLE
3415 UNIVERSITY AVE
MINNEAPOLIS, MN 55414

IDT TELECOM INC
550 BROAD STREET - 4TH
NEWARK, NJ 07102

IMM
1433 PEARL ST, 2ND FLOOR
BOULDER, CO 80302

INITIATIVE
STEFANIE FREED, DIGITAL BILLING MANAGER
5700 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90036

INK CHURCH
ATTN: ACCOUNTS PAYABLE
PO BOX 2337
WILLINGBORO, NJ 08046

INTEGER GROUP
7245 WEST ALASKA DRIVE, SUITE D
LAKEWOOD, CO 80226

INTERMEDIA.NET
825 E. MIDDLEFIELD ROAD
MOUNTAIN VIEW, CA 94043

ISIS INC.
ATTN: ACCOUNTS PAYABLE
409 13TH STREET 14TH FLOOR
OAKLAND, CA 94612

J STOKES AGENCY
1444 NORTH MAIN STREET
WALNUT CREEK, CA 94596

J&J
GROUP OF CONSUMER COMPANIES
ATTN: MEHRNOOSH EBRAHIMI
FORT WASHINGTON, PA 19034-2299

JAVELIN MARKETING GROUP
7850 BELT LINE ROAD
IRVING, TX 75063

JOHNSON & JOHNSON CONSUMER COMPANIES
GROUP OF CONSUMER COMPANIES
ATTN: MEHRNOOSH EBRAHIMI
FORT WASHINGTON, PA 19034-2299

KC MAZDA AUTO
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY - KC FAMILY CENTER
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY - OVERLAND VOLVO
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY GALLAGHER MARKETING
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLEY-FAMILY CENTER
4221 N. KEELER AVE, #1
CHICAGO, IL 60641

KELLOGGS
ONE KELLOGG  SQUARE
BATTLE CREEK, MI 49016

KHYT 2014 RENEWAL
575 WEST ROGER ROAD
TUSCSON, AZ 85705

KIIS_FM WANGO TANGO
20880 STONE OAK PKWY
AP DEPT #181
SAN ANTONIO, TX 78258

KKGO STAGE COACH
ATTN: ACCOUNTS PAYABLE
PO BOX 250028
LOS ANGELES, CA 90025

KNBC THE CHALLENGE
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

KRAFT FOOD GROUP, INC
PO BOX 469014
SAN ANTONIO, TX 78246-9014

KRBE
9801 WESTHEIMER STE 700
HOUTON, TX 77042

KXAS TV
4805 AMON CARTER BLVD
FORT WORTH, TX 76155

LAKESHORE LEARNING MATERIALS
2695 E DOMINGUEZ STREET
CARSON, CA 90895

LINCOLN FINANCIAL MEDIA COMPANY
3340 PEACHTREE RD, STE 1430
ATLANTA, GA 30326

LINKING MOBILE
71 NEWMAN STREET
LONDON, W1T 3EQ, ENGLAND

LIPITOR HCP
GFSS-AMERICAS
P.O. BOX 341835
BARTLETT, TN 33184

LIVE NATION
1800 N HIGHLAND AVE, 2ND FLOOR
HOLLYWOOD, CA 90028

LOCALLY OWNED
21361 HWY 30
TWIN FALLS, ID 83301

LONG JOHN SILVER'S
9505 WILLIAMSBURG PLAZA, STE 300
LOUISVILLE, KY 40222

LOVELACE HEALTH SYSTEMS
110 W 7TH ST
#2510
TULSA, OK 74129

LYFT
548 MARKET ST
SAN FRANCISCO, CA 94104

MACDONALD GARBER BROADCASTING
2095 US 131
SOUTH PETOSKEY, MI 49770

MACHINE ZONE
2225 E. BAYSHORE RD. SUITE 200
PALO ALTO, CA 94304

MACY'S
685 MARKET ST, SUITE 800
SAN FRANCISCO, CA 94105

MACYS.COM INC
685 MARKET ST, SUITE 800
SAN FRANCISCO, CA 94105

MAN MARKETING
765 KIMBERLY DR
CAROL STREAM, IL 60188

MARC USA
225 WEST STATION SQUARE DRIVE
SUITE 500
PITTSBURGH, PA 15219

MARKETING INSPIRATIONS
MARKETING INSPIRATIONS
2727 PACES FERRY ROAD SE
ATLANTA, GA 30339

MARTINI MEDIA
PO BOX 163
FOND DU LAC, WI 54935

MATCH MARKETING GROUP
800 CONNECTICUT AVE, 3RD FLOOR
NORWALK, CT 06854

MATTEL, INC.
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 90245

MBC GRAND BROADCASTING
ATTN: ACCOUNTS PAYABLE
1360 E SHERWOOD DRIVE
GRAND JUNCTION, CO 81501

MCNEIL CON & SPEC PHARM
PO BOX 16518
NEW BRUNSWICK, NJ 08906-6518

MEC
PO BOX 4614 GCS
NEW YORK, NY 10163

MEDIA WORKS
1425 CLARKVIEW RD, STE 500
BALTIMORE, MD 21209

MEDIAVEST
ATTN:CLIENT FINANCIAL SERVICES
21-01 QUEENS PLAZA NORTH
LONG ISLAND CITY, NY 11101-4020

MERCK & CO., INC.
MERCK PTP SHARED SERVICES
PO BOX 1700
WHITEHOUSE STATION, NJ 08889

MGM
PO BOX 77740
LAS VEGAS, NV 89177-7740

MGM RESORTS
PO BOX 77740
LAS VEGAS, NV 89177-7740

MGS COMM
1790 CORAL WAY
MIAMI, FL 33145

MILLERCOORS
CORPORATE ACCOUNTS PAYABLE
P.O. BOX 3103
MILWAUKEE, WI 53201-3103

MINDSHARE
350 W. MART CENTER DRIVE
SUITE 1270
CHICAGO, IL 60654

MISTER LANDSCAPER, INC.
ATTN: SUSAN THAYER
P.O. BOX 1849
DUNDEE, FL 33838

MIZUNO
4925 AVALON RIDGE PARKWAY
NORCROSS, GA 30071

MOBILE FUSE
36 MAPLE PL STE 306
MANHASSETE, NY 11030

MONDELEZ GLOBAL LLC
PO BOX 469014
SAN ANTONIO, TX 78246-9014

MONUMENTAL SPORTS AND ENTERTAINMENT
DBA MONUMENTAL SPORTS AND ENTERTAINMENT
ATTN: MELANIE ROWELL
ARLINGTON, VA 22203

MOROCH
3625 NORTH HALL
SUITE 1100
DALLAS, TX 75219

MT WILSON BROADCASTING - KKGO
ATTN: ACCOUNTS PAYABLE
PO BOX 250028
LOS ANGELES, CA 90025

MYWEBGROCER
20 WINOOSKI FALLS WAY, 5TH FLOOR
WINOOSKI, VT 05404

NATIOANL BLACK ARTS
730 PEACHTREE STREET
ATLANTA, GQ 30308

NBC UNIVERSAL - KNBC
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

NEIMAN MARCUS
1700 PACIFIC AVENUE, 13TH FLOOR
DALLAS, TX 75201

NESTLE WATERS NA
ACCOUNTS PAUABLE - USA
PO BOX 7049
TROY, MI 48007-7049

NEW LIFE RADIO 91.9
COLUMBIA INTERNATIONAL UNIVERSITY
PO BOX 7
MATTHEWS, NC 28106

NEWS AMERICA MARKETING
20 WESTPORT RD.
WILTON, CT 06897

NORSAN GROUP
2150 BOGGS RD., STE. 500
DULUTH, GA 30092

NORSAN MULTIMEDIA - WOLS-FM
4801 E. INDEPENDENCE BLVD
SUITE 815
CHARLOTTE, NC 28212

NORTH AMERICAN BROADCASTING - WRKZ
ATTN: ACCOUNTS PAYABLE
1458 DUBLIN RD.
COLUMBUS, OH 43215

NOVATION, LLC
SHARLENE JENNER
290 EAST JOHN CARPENTER FWY
IRVING, TX 75062

OFF MADISON AVE
5555 E VAN BUREN ST, #215
PHOENIX, AZ 85008

OHANA
1000 BISHOP ST, SUITE 200
HONOLULU, HI 96813

OMD DIGITAL
5353 GROSVENOR BLVD
LOS ANGELES, CA 90066

OPTIMEDIA
C/O RESOURCES
27-01 QUEENS PLAZA NORTH
LONG ISLAND CITY, NY 11101

OSCEOLA GROUP MARKETING
6299 NALL AVE, STE 300
MISSION, KS 66202

OVATION BRANDS (BUFFETS)
405 LANCASTER AVE
GREER, SC 29650

PALMS CASINO RESORT
ATTN: ROBYN PHELAN
4321 W FLAMINGO ROAD
LAS VEGAS, NV 89103

PAMAL BROADCASTING
715 RT 52
BEACON, NY 12508

PEEKAY
901 WEST MAIN STREET
AUBURN, WA 98001

PERRY COMMUNICATIONS GROUP
980 9TH STREET, SUITE 410
SACRAMENTO, CA 95814

PFIZER, INC
GFSS-AMERICAS
P.O. BOX 341835
BARTLETT, TN 38184-1835

PHARMAVITE
PO BOX 9606
MISSION HILLS, CA 91346

PHD
ACCOUNTS PAYABLE
900 TOWER DRIVE-SUITE 500
TROY, MI 48098

POSSIBLE
414 OLIVE WAY, STE 500
SEATTLE, WA 98101

POTAWATOMI HOTEL & CASINO
1721 W. CANAL STREET
MILWAUKEE, WI 53233

PPK
1102 N FLORIDA AVE
SECOND FLOOR
TAMPA, FL 33602

PREMIERE RADIO NETWORKS
ATTN: ACCOUNTS PAYABLE-MARIA
15260 VENTURA BOULEVARD - 5TH FLOOR
SHERMAN OAKS, CA 91403-5339

PRESS COMMUNICATIONS
GENERAL MANAGER - PRESS COMM LLC
1329 CAMPUS PARKWAY
NEPTUNE, NJ 07753

PRISTIQ ADLIFE
P.O. BOX 341805
BARLETT, TN 38184

PROPHASE LABS
621 N. SHADY RETREAT RD
DOYLESTOWN, PA 18901

PSKW - SHIRE LIALDA
2035 LINCOLN HIGHWAY
SUITE 3001
EDISON, NJ 08817

R COMMUNICATIONS
ATTN: ACCOUNTS PAYABLE
8750 N EXPRESSWAY FWY STE 650
DALLAS, TX 75231

R&R PARTNERS
900 SOUTH PAVILION CENTER DRIVE
LAS VEGAS, NV 89144

RADEMACHER
14021 ROUND LAKE BLVD
ANDOVER, MN 55304

RAMAR - RADIO & TV CLUSTER
P.O. BOX 3757,
LUBBOCK, TX 79452

RATNER COMPANIES L.L.C.
1577 SPRING HILL RD
SUITE 500
VIENNA, VA 22182

REACH MEDIA INC.
ATTN: ACCOUNTS PAYABLE
13760 NOEL RD STE 750
DALLAS, TX 75240

REISING RADIO PARTNERS, INC.
825 WASHINGTON ST
COLUMBUS, IN 47201

RESOURCE INTERACTIVE
343 N FRONT ST
COLUMBUS, OH 43215

RICKSTON
800 BOULEVARD RENE-LEVESQUE OUEST
MONTREAL, CANANDA QC H3B 1X9

SAATCHI & SAATCHI
C/O RESOURCES
27-01 QUEENS PLAZA NORTH
LONG ISLAND CITY, NY 11101-4020

SAVEOLOGY
5259 COCONUT CREEK PARKWAY
MARGATE, FL 33063

SC JOHNSON
1525 HOWE STREET
RACINE, WI 53403

SCREENVISION EXHIBITION, LLC.
1411 BROADWAY
33RD FLOOR
NEW YORK, NY 10018

SEMINOLE HARD ROCK
6299 NALL AVE, STE 300
MISSION, KA 66202

SHORELINE
400 S GREEN ST
CHICAGO, IL 60607

SHS
2000 CENTRAL
KANSAS CITY, MO 64108

SIMON MALLS
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SIMON PROPERTY GROUP L.P.
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

SKSW
1255 W. 15TH STREET, SUITE 500
PLANO, TX 75075

SNOQUALMIE CASINO
37500 SE NORTHBEND WAY
SNOQUALMIE, WA 98065

SOUTH CENTRAL RADIO GROUP - WSTO & WIKY
ATTN: ACCOUNTS PAYABLE
PO BOX 6968
EVANSVILLE, IN 47719

SOUTHSTAR COMMUNITIES LLC
P.O. BOX 630105
IRVING, TX 75063

SPANISH BROADCASTING SYSTEMS
7007 N.W. 77TH AVENUE
MIAMI, FL 33166

SPRINGER MOUNTAIN FARMS
555 BROILER BOULEVARD
BALDWIN, GA 30511

STARCOM
CLIENT FINANCIAL SERVICES
27-01 QUEENS PLAZA NORTH, 3RD FL
LONG ISLAND CITY, NY 11101

STEIN MART
ATTN: KATIE LEWIS
1200 RIVERPLACE BLVD
JACKSONVILLE, FL 32207

SUNKIST GROWERS, INC
ATTN: JULIE DE WOLFF
27770 N. ENTERTAINMENT DRIVE
VALENCIA, CA 91355-1092

SUPER CHIX
612 W. PARK ROW, STE 620
ARLINGTON, TX 76010

SYNC MARKETING
10960 WELLWORTH AVE
UNIT 301
LOS ANGELES, CA 90024

TEAM DETROIT
500 TOWN CENTER DRIVE, 2ND FLOOR
DEARBORN, MI 48126

THE MAIDS
ATTENTION: MEDIA BILLING
8750 N CENTRAL EXPRESSWAY, STE 1200
DALLAS, TX 75231

THE MARKETING ARM (TMA)
1999 BRYAN STREET, 18TH FLOOR
DALLAS, TX 75201

THE RICHARDS GROUP
ATTENTION: TODD ABNEY
8750 N CENTRAL EXPRESSWAY, STE 1200
DALLAS, TX 75231

THINGS REMEMBERED
5500 AVION PARK DRIVE
HIGHLAND HEIGHTS, OH 44143

TIMES AND NEWS PUBLISHING - WGTY
ATTN: ACCOUNTS PAYABLE
1560 FAIRFIELD RD
GETTYSBURG, PA 17325

TMA - STATE FARM
1999 BRYAN STREET, 18TH FLOOR
DALLAS, TX 75201

TWIN FALLS RADIO - KIRQ KIKX KTPZ AND KYU
ATTENTION: ACCOUNTS PAYABLE
21361 HWY 30
TWIN FALLS, ID 83301

TYLER MEDIA
ATTN: ACCOUNTS PAYABLE
5101 SOUTH SHIELDS BLVD
OKLAHOMA CITY, OK 73129

UC BERKLEY
2195 HEARST AVE
BERKELEY, CA 94720-1101

UNITED WAY OF GREATER TOLEDO
424 JACKSON STREET
TOLEDO, OH 43604

UNIVERSAL MCCANN
ATTN: MEDIA PAYABLES
13801 FNB PARKWAY
OMAHA, NE 68154

UNIVERSAL MCCANN DETROIT
PO BOX 542026
OMAHA, NE 68154

VIRGINIA LOTTERY
900 E. MAIN STREET
RICHMOND, VA 23219

WALSH COLLEGE
PO BOX 7006
TROY, MI 48007-7006

WFG MONEY SERVICES
ATTN: BRANDON GARVIN
11315 JOHNS CREEK PARKWAY
JOHNS CREEK, GA 30097

WFMS SHOWTEXT
ATTN: ACCOUNTS PAYABLE
6810 N SHADELAND AVE
INDIANAPOLIS, IN 46220

WHDH-TV
ATTN: ACCOUNTS PAYABLE
7 BULFINCH PL
BOSTON, MA 2114

WHEELER BROADCASTING
ATTN: ACCOUNTS PAYABLE
3934 ELECTRIC RD SW
ROANOKE, VA 24018

WHTG
GENERAL MANAGER - PRESS COMM LLC
1329 CAMPUS PARKWAY
NEPTUEN, NJ 07753

WILDTANGENT GAMES
18578 NE 67TH COURT, BLDG 5
REDMOND, WA 98052

WINGSTOP DFW CO-OP
C/O AVALANCHE MEDIA GROUP, LLC
15303 DALLAS PARKWAY, SUITE 1300
ADDISON, TX 75001

WKMK
GENERAL MANAGER - PRESS COMM LLC
1329 CAMPUS PARKWAY
NEPTUEN, NJ 07753

WPSD-TV
P.O. BOX 1197
PADUCAH, KY 42002-1197

XS ENERGY
15233 90TH STREET
REDMOND, WA 98052

ZOETIS
100 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

ZUBI
2990 PONCE DE LEON BLVD
SUITE 600
CORAL GABLES, FL 33134

Parties Served: 271

## **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Deadline for Submitting Bids:  February 23, 2015 at 4:00 p.m. (Eastern Time)**
**Auction Date and Time:  February 25, 2015 at 10:00 a.m. (Eastern Time)**
**Deadline for Objections to Sale Motion:  February 20, 2015 at 4:00 p.m. (Eastern Time)**
**Sale Hearing Date and Time:  February 27, 2015 at 2:30 p.m. (Eastern Time)**

## NOTICE OF COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on January 21, 2015, Hipcricket, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief* (as modified as set forth in the *Notice of Errata Re: Bid Procedures* [Docket No. 58], the "Bid Procedures Motion").[2]  On February 11, 2015, the Court entered an order (the "Bid Procedures Order") granting the Bid Procedures Motion and approving the bidding procedures annexed thereto (the "Bidding Procedures") to be used in connection with the auction (the "Auction") of substantially all of the assets (the "Acquired Assets").  The Acquired Assets are being sold free and clear of all liens, claims, encumbrances and interests, provided that section 363(f) of the Bankruptcy Code has been satisfied (other than those liens and interests

---

[1]  The last four digits of the Debtor's tax identification number are 2076.  The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2]  All capitalized terms not defined herein have the meaning ascribed to them in the Bid Procedures Motion.

permitted by the Stalking Horse Agreement with the proposed purchaser of the Acquired Assets, SITO Mobile, Ltd. (the "Purchaser" or the "Stalking Horse Bidder")) or, alternatively, to a party who submits a higher and better offer for the Acquired Assets.  The proposed sale of the Acquired Assets will provide for the following consideration:  (i) an amount equal to the sum of (a) $4,500,000 in cash (the "Cash Purchase Price"), plus (b) an amount equal to the Cure Amounts up to the Cure Cap ($500,000), plus (c) the amounts approved by the Bankruptcy Court with respect to the KEIP up to the KEIP Limit ($255,000), less (ii) the sum of (a) the amount of Assumed DIP Obligations plus (b) the amount of Cure Amounts that are required to be paid in excess of the Cure Cap up to a maximum of $50,000.

The Acquired Assets may include some or all of those executory contracts and leases listed on **Exhibit A** (the "Assigned Contracts") attached hereto.[3]

**PLEASE TAKE FURTHER NOTICE** that the amount shown on **Exhibit A** attached to this Notice as the "Cure Amount" for the Assigned Contract listed on **Exhibit A** is the amount, based upon the Debtor's books and records, which the Debtor asserts are owed to cure any defaults existing under the Assigned Contract as of the Petition Date to which you are a counterparty (the "Counterparty").  Information prepared by the Stalking Horse Bidder relating to adequate assurance of future performance by the Stalking Horse Bidder, for purposes of section 365 of the Bankruptcy Code, is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will deliver a copy of the Sale Motion to you by facsimile, email or overnight delivery if you fax a written request for such delivery to Kathe Finlayson, kfinlayson@pszjlaw.com, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801.

---

[3]  Such Assigned Contracts may or may not be assumed and assigned to the Successful Bidder, and nothing contained herein or otherwise shall be deemed as an assumption or assumption and assignment of any such contracts or leases.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Amount shown for the Assigned Contract on **Exhibit A** hereto and/or object to the assumption and assignment of the Assigned Contract with respect to the Stalking Horse Bidder's ability to provide adequate assurances of future performance under the Assigned Contract, you must file in writing with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, an objection on or before 4:00 p.m. Eastern Time on February 20, 2015, provided, however, that if the Stalking Horse Bidder, the proposed assignee of a Counterparty's Assigned Contract, is not the Successful Bidder, any Counterparty may raise at the hearing (the "Sale Hearing") to consider the *Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) And 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* (the "Sale Motion"), an objection to the assumption and assignment of the Assigned Contract solely with respect to the Successful Bidder's ability to provide adequate assurances of future performance under the Assigned Contract.  In addition, any objection must set forth the specific default or defaults alleged and set forth any cure amount as alleged by you.

**PLEASE TAKE FURTHER NOTICE** that if you have any other objection to the Debtor's assumption and assignment of the Assigned Contract to which you are a party, to the successful bidder at the Auction, or to any of the other relief requested, you also must file that objection in the manner and by the date and time stated above.

**PLEASE TAKE FURTHER NOTICE** that any objection so filed must be served so as to be received by that same date and time upon the parties below: (i) the Debtor, Hipcricket, Inc. c/o Todd Wilson, Chief Executive Officer, 110 110th Avenue NE, Suite 410, Bellevue, Washington 98005, facsimile: 425-449-4286; (i) Debtor's counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: James O'Neill, joneill@pszjlaw.com; Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn:   Ira Kharasch and Linda Cantor, ikharasch@pszjlaw.com and lcantor@pszjlaw.com; (ii) counsel to the Stalking Horse Bidder, Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn:  Matthew Hinker and Joseph Gangitano, hinkerm@gtlaw.com and gangitanoj@gtlaw.com; (iii) counsel to the Official Committee of Unsecured Creditors appointed in this case, (a) Cooley LLP, The Grace Building, 1114 Avenue of the Americas, New York, NY   10036-7798, Attn:   Jay Indyke, Esq., jindyke@cooley.com; and (b) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE  19899-1709, Attn: Donald J. Detweiler, Esq., detweilerd@pepperlaw.com and Henry J. Jaffe, Esq, jaffeh@pepperlaw.com; and (iv) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq., jane.m.leamy@usdoj.gov (collectively, the "Notice Parties"), so as to be received by February 20, 2015, at 4:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITH NO FURTHER NOTICE.

ANY NON-DEBTOR PARTY TO ANY ASSIGNED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSIGNED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

Dated:  February 11, 2015                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James O'Neill*

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153762)
James O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:      ikharasch@pszjlaw.com
                 lcantor@pszjlaw.com
                 joneill@pszjlaw.com

Counsel to Debtor and Debtor in Possession

# EXHIBIT C



SITO Mobile, Ltd. (the "Company") was incorporated in Delaware on May 31, 2000, under its original name, Hosting Site Network, Inc.  On May 12, 2008, the Company changed its name to Single Touch Systems, Inc. and on September 26, 2014, it changed its name to SITO Mobile, Ltd.

The Company provides a mobile engagement platform that enables brands to increase awareness, loyalty, and ultimately sales.

On January 20, 2015, the Company entered into an Asset Purchase Agreement (the "APA") with Hipcricket, Inc. ("Hipcricket").  The APA provides that the Company will acquire substantially all of the assets of Hipcricket in exchange for $4.5 million, plus certain additional consideration, including the payment of all Cure Amounts due and owing under any Assumed Contract up to a maximum of $500,000.

As evidence of the Company's ability to satisfy any requirements relating to adequate assurance of future performance, the Company's most recent Form 10-Q for the quarterly period ended December 31, 2014 is available at http://ir.sitomobile.com/all-sec-filings# and the Company's most recent condensed consolidated balance sheet (unaudited) is available at http://ir.sitomobile.com/financials or upon written request for such to Matthew L. Hinker, hinkerm@gtlaw.com, at Greenberg Traurig, 200 Park Ave., New York, NY 10166.