UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| Debtor. | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Scott M. Ewing, am employed in the county of Los Angeles, State of California. I hereby certify that on February 13, 2015, I caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates [Docket No. 68]**

Dated: February 16, 2015

Scott M. Ewing
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this _16_ day of _Feb._, 20_15_, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

# **EXHIBIT A**

**EXHIBIT A**

| | | |
|---|---|---|
| CAROLINE DONAHUE<br>ADDRESS REDACTED | CHAD POLSTRA<br>ADDRESS REDACTED | DANE HESSELDAHL<br>6710 GREENWOOD AVE N. APT 6<br>SEATTLE, WA 98103-5248 |
| DOUGLAS STOVALL<br>ADDRESS REDACTED | ELIZABETH REIERSON<br>ADDRESS REDACTED | ERIC CUMALANDER<br>ADDRESS REDACTED |
| ESSENCE DIGITAL<br>54 W. 21ST ST., FLOOR 11<br>NEW YORK, NY 10010-7325 | EVER BLESSED HOLDING INC<br>C/O VANDEBERG JOHNSON & GANDARA<br>ATTN: DAREN NITZ<br>1201 PACIFIC AVENUE, SUITE 1900<br>TACOMA, WA 98402-4391 | EVOKE HEALTH<br>ATTN: ACCOUNTS PAYABLE<br>101 AVENUE OF THE AMERICAS #13<br>NEW YORK, NY 10013-1941 |
| FINLAY MORRISON<br>C/O VANDEBERG JOHNSON & GANDARA<br>ATTN: DAREN NITZ<br>1201 PACIFIC AVENUE, SUITE 1900<br>TACOMA, WA 98402-4391 | GLENN THOMAS<br>ADDRESS REDACTED | GUY AND GALLARD<br>240 W. 40TH ST<br>NEW YORK, NY 10018 |
| HSBC GLOBAL CUSTODY NOMINEE (UK) LTD.<br>C/O VANDEBERG JOHNSON & GANDARA<br>ATTN: DAREN NITZ<br>1201 PACIFIC AVENUE, SUITE 1900<br>TACOMA, WA 98402-4391 | INTERNET CREATIONS<br>ATTN: CHAD MEYER<br>2000 WATER VIEW DRIVE #100<br>HAMILTON, NJ 08691-1817 | JAMES MELLUSI<br>C/O VANDEBERG JOHNSON & GANDARA<br>ATTN: DAREN NITZ<br>1201 PACIFIC AVENUE, SUITE 1900<br>TACOMA, WA 98402-4391 |
| JOHN CASHMAN<br>ADDRESS REDACTED | KEN HANSEN<br>ADDRESS REDACTED | LAUREN MORAN<br>ADDRESS REDACTED |
| MARK EVANS<br>ADDRESS REDACTED | NETBISCUITS<br>275 7TH AVENUE, ROOM 700<br>NEW YORK, NY 10001-6861 | NYC DEPARTMENT OF FINANCE<br>GENERAL CORPORATION TAX<br>PO BOX 3653<br>NEW YORK, NY 10008-3653 |
| PERSONICOM EXTENDED DATA SOLUTIONS, IN<br>500 N. MICHIGAN AVENUE<br>SUITE 600<br>CHICAGO, IL 60611-3754 | SCOTT SMITH<br>ADDRESS REDACTED | TAX DEPOSIT-NYC<br>GENERAL CORPORATION TAX<br>PO BOX 3653<br>NEW YORK, NY 10008-3653 |
| THERESA CRAMER<br>ADDRESS REDACTED | UBS JERSEY NOMINEES LIMITED<br>C/O VANDEBERG JOHNSON & GANDARA<br>ATTN: DAREN NITZ<br>1201 PACIFIC AVENUE, SUITE 1900<br>TACOMA, WA 98402-4391 | UNION VALOREN AG<br>C/O VANDEBERG JOHNSON & GANDARA<br>ATTN: DAREN NITZ<br>1201 PACIFIC AVENUE, SUITE 1900<br>TACOMA, WA 98402-4391 |
| VANDEBERG JOHNSON & GANDARA, LP<br>999 3RD AVENUE<br>SUITE 3000<br>SEATTLE, WA 98104-4043 | VOICE ASSIST, INC.<br>15 ENTERPRISE, SUITE 350<br>ALISO VIEJO, CA 92656-2655 | |

Parties Served: 29