IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC., | ) | Case No.: 15-10104 (LSS) |
| Debtor. | ) | |
| | ) | Related to Docket No. 15 |

## ORDER UNDER SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 AUTHORIZING THE EMPLOYMENT AND RETENTION OF PERKINS COIE, LLP AS SPECIAL CORPORATE COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "Application")[1] of the above-captioned debtor and debtor in possession (the "Debtor"), seeking authorization to employ and retain Perkins Coie, LLP ("Perkins Coie") as special corporate counsel for the Debtor; and upon (i) the *Statement Under Rule 2016 of the Federal Rules of Bankruptcy Procedure and Section 329 of the Bankruptcy Code* (the "Statement"), and (ii) the *Affidavit of Faith Wilson in Support of Application of the Debtor Pursuant to Section 327(e) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Perkins Coie, LLP as Special Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date* (the "Wilson Affidavit"), which were submitted concurrently with the Application; and the Court being satisfied, based on the representations made in the Application, the Statement and the Wilson Affidavit that Perkins Coie represents or holds no interest adverse to the Debtor or the Debtor's estate with respect to the matters upon which it is to be engaged,

---

[1] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

and that the employment of Perkins Coie is necessary and in the best interests of the Debtor and the Debtor's estate; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application has been given and no further notice need be given; and upon the proceedings before the Court; and after due deliberation and good and sufficient cause appearing; it is

ORDERED that the Application is granted; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtor is authorized to employ and retain Perkins Coie as special corporate counsel for the purposes set forth in the Application, effective *nunc pro tunc* to the Petition Date, on the terms set forth in the Application, the Statement and the Wilson Affidavit; and it is further

ORDERED that Perkins Coie shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

ORDERED that This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: February 18, 2015

*Laurie Selber Silverstein*
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

DOCS_LA:285015.2 36480-001
79228-0014/LEGAL124876320.1

2