IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 66** |
| | ) | |

### ORDER APPROVING KEY EMPLOYEE INCENTIVE PLAN AND AUTHORIZING PAYMENTS THEREUNDER

This matter came before the Court on the *Motion for the Approval of Key Employee Incentive Plan and Authorizing Payments Thereunder* (the "**Motion**"), filed by Hipcricket, Inc. (the "**Debtor**"). The Court having reviewed the Motion, finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) venue of this chapter 11 case in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances. The Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein and it appearing that the relief requested is in the best interest of the Debtor, its estate, creditors, and other parties in interest;

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

DOCS_SF:87154.4

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** and the Incentive Plan is **APPROVED** to the extent set forth herein.

2. The Debtor is authorized to implement the Incentive Plan.

3. Notwithstanding anything to the contrary contained in the Motion or the Incentive Plan, the maximum aggregate bonus for the Eligible Employees is $400,000 (the "**KEIP Cap**"). For the avoidance of doubt, all other terms contained in the Motion and Incentive Plan remain the same.

4. If the Eligible Employees meet the performance goals set forth in the Incentive Plan, then the Debtor is authorized to pay the Eligible Employees their respective incentive payments pursuant to the terms of the Incentive Plan, subject to the KEIP Cap.

5. In the event that the Debtor pursues a plan of reorganization (the "**Plan**") in lieu of a sale of substantially all assets of the Debtor, the Eligible Employees will receive the KEIP Cap, paid in accordance with the Incentive Plan, on the effective date of the Plan if: (a) the Plan preserves some or all of the Debtor's net operating loss tax attributes; and (b) the value of the consideration given by the Plan proponent is at least $4.5 million, which consideration can include the waiver or assumption of some or all of the outstanding balance of the Debtor's postpetition financing facility.

6. This Order is without prejudice to the rights of the Official Committee of Unsecured Creditors or other parties in interest to oppose any plan of reorganization pursued by the Debtor.

7. Payments under the Incentive Plan, if due, shall constitute administrative expenses of the Debtor's estate.

8.  This Court shall retain jurisdiction over all matters set forth in the Motion, including the entitlement of any party to any payment pursuant to the Incentive Plan.

Dated: February 18, 2015

*[signature]*
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge