IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No.: 15-10104 LSS |
| Debtor. | ) | |
| | ) | |

## <u>STATEMENT OF FINANCIAL AFFAIRS</u>

### FOR

### HIPCRICKET, INC.,

### Case No. 15-10104

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**In re:  Hipcricket, Inc.**                                   **Case No. 15-10104 (LSS)**

**Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Statement and Schedules**

Hipcricket, Inc. (the "Debtor") submits its Statement of Financial Affairs (the "Statement") and Schedules of Assets and Liabilities (the "Schedules"), pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.  The following notes regarding the Statement and Schedules are fully incorporated into and made part of the Statement and Schedules.  These notes comprise an integral part of the Statement and Schedules and should be referred to and considered in connection with any review of the Statement and Schedules.  Unless otherwise noted, the financial and other information contained in the Statement and Schedules is derived from the Debtor in accordance with the Debtor's financial reporting and accounting policies and procedures.

The Debtor's bankruptcy petition was filed on January 20, 2015 .

The Debtor reserves all rights to amend the Statement and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of chapter 11 of title 11 of the United States Code or other applicable non-bankruptcy laws.

Given the differences between the information to be submitted in the Statement and Schedules and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Statement and Schedules may not reflect the values and amounts that would be set forth in a balance sheet for the Debtor prepared in accordance with Generally Accepted Accounting Principles.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets.  Accordingly, in certain instances, values are stated as unknown and in other instances, net book values rather than current market values are reflected on the Statement and Schedules.  Assets that have been fully depreciated or expensed for accounting purposes have no net book value.  The current book values may not reflect a comprehensive review of accounting adjustments, including asset impairments and write-downs, which may be required and conducted in relation to the Debtor's bankruptcy.  The reader therefore should not place undue reliance upon the book values associated with the assets listed.

**General Notes Regarding the Debtor's Statement and Schedules**

**1. Financial Information.**
The information provided for herein, except as otherwise noted, represents the assets and liability data of the Debtor as of January 20, 2015, (the "Petition Date") unless otherwise noted.

**2. Unaudited Financial Information.**
The Statement and Schedules prepared by the Debtor's management and professionals are unaudited. While the Debtor has tried to ensure that the Statement and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statement and Schedules.

**3. Claim Description.**
Any failure to designate a claim on the Statement and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

Moreover, the Debtor reserves all rights to amend the Statement and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of Chapter 11 of title 11 of the United States Code or other relevant non-bankruptcy laws.

**4. Accuracy.**
While the Debtor has sought to file complete and accurate Statement and Schedules, inadvertent errors and omissions may exist. The Debtor reserves the right to amend its Statement and Schedules as necessary or appropriate.

**5. Liabilities.**
The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Statement and Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

**7. Specific Notes.**
These general notes are in addition to the specific notes set forth in the related Statement and Schedules hereinafter.

## 8.  General Disclaimer

The Debtor has prepared the Schedules and the Statements based on the information reflected in the Debtor's books and records.  However, inasmuch as the Debtor's books and records have not been audited, the Debtor cannot warrant the absolute accuracy of these documents.  The Debtor has made a diligent effort to complete these documents accurately and completely.  To the extent additional information becomes available, the Debtor will amend and supplement the Schedules and Statements.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Delaware

In re   **Hipcricket, Inc.,  a Delaware corporation**                                            Case No.    **15-10104 (LSS)**

Debtor(s)                        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
| --- | --- | --- |
| $479,839.00 | Revenue billing from contracted customers | Q1 1/1/15-1/20/15 |
| $26,690,718.00 | Revenue billing from contracted customers | FY 14 |
| $26,210,101.00 | Revenue billing from contracted customers | FY 13 |

FY= 3/1-2/28

B7 (Official Form 7) (04/13)

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$200,000.00** | **Lawsuit settlement** |
| **$35,000.00** | **Gain on sold assets** |
| **$1,770.00** | **Interest Income** |

**3. Payments to creditors**

None 

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$3,509,250.58** | **$4,460,114.02** |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$1,604,091.63** | **$646,949.87** |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Payments to creditos - Debtor whose debts are not prmiairly consumer debts

3b

| Name & Address of Creditor | Dates of Payments/transfers | Amount Paid or Value of Transfers | Amount Still Owing | Comments |
|---|---|---|---|---|
| 110 Atrium Place P.O. Box 730726 Dallas TX 75373-0726 | 11/25/14 | 33,979.88 | 573.04 | |
| 110 Atrium Place P.O. Box 730726 Dallas TX 75373-0726 | 11/01/14 | 33,991.28 | | |
| 110 Atrium Place P.O. Box 730726 Dallas TX 75373-0726 | 01/01/15 | 35,098.41 | | |
| 110 Consulting, Inc 600 108th Ave NE #502 Bellevue, WA 98004 | 10/21/14 | 12,240.00 | 61,752.50 | |
| Abel Communications, Inc 3355 Keswick Rd. Suite 300 Baltimore, MD 21211 | 12/10/14 | 10,000.00 | - | |
| ABL Brand Consulting Attn: Brett Leach 519 Transit Rd Victoria, BC V8S4Z4 | 11/20/14 | 5,078.40 | 8,435.45 | |
| ABL Brand Consulting Attn: Brett Leach 519 Transit Rd Victoria, BC V8S4Z4 | 10/20/14 | 5,477.12 | | |
| ABL Brand Consulting Attn: Brett Leach 519 Transit Rd Victoria, BC V8S4Z4 | 12/08/14 | 6,009.93 | | |
| ABL Brand Consulting Attn: Brett Leach 519 Transit Rd Victoria, BC V8S4Z4 | 11/14/14 | 6,911.91 | | |
| ABL Brand Consulting Attn: Brett Leach 519 Transit Rd Victoria, BC V8S4Z4 | 01/20/15 | 12,530.27 | | |
| Acuity Ads Inc. 5775 Yonge St. Unit 1802 Toronto, ON M2M4J1 Canada | 12/17/14 | 20,000.00 | 116,118.00 | |
| Ad Juster, Inc. 12700 Stowe Drive, Suite 280 Poway, CA 92064 | 11/19/14 | 2,000.00 | 10,000.00 | |
| Adap.tv, Inc. 1 Waters Park Suite 250 San Mateo, CA 94403 | 10/28/14 | 24,689.04 | 311,350.02 | |
| Adap.tv, Inc. 1 Waters Park Suite 250 San Mateo, CA 94403 | 11/19/14 | 27,441.72 | | |
| Adap.tv, Inc. 1 Waters Park Suite 250 San Mateo, CA 94403 | 12/10/14 | 42,000.00 | | |
| ADP Screening & Selection Svcs P.O. Box 645177 Cincinnati, OH 45264-5177 | 10/21/14 | 67.50 | 249.74 | |
| Aetna P.O. Box 804735 Chicago, IL 60680-4108 | 12/29/14 | 57,242.44 | 56,292.67 | |
| Aetna P.O. Box 804735 Chicago, IL 60680-4108 | 11/25/14 | 64,524.18 | | |
| Aetna P.O. Box 804735 Chicago, IL 60680-4108 | 10/20/14 | 67,949.97 | | |
| Aetna Attn: ALIC P.O. Box 88860 Chicago, IL 60695-1860 | 12/29/14 | 2,751.79 | 2,486.86 | |
| Aetna Attn: ALIC P.O. Box 88860 Chicago, IL 60695-1860 | 11/25/14 | 2,809.37 | | |
| Aetna Attn: ALIC P.O. Box 88860 Chicago, IL 60695-1860 | 10/20/14 | 3,136.04 | | |
| Alt 12 127 Roanoke St. San Francisco, CA 94131 | 11/19/14 | 4,800.00 | - | |
| Amazon Web Services P.O. Box 84023 Seattle, WA 98124-8423 | 12/17/14 | 40,023.44 | 31,642.45 | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | 01/20/15 | 4,000.00 | - | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | 01/02/15 | 4,500.00 | | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | 12/18/14 | 6,000.00 | | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | 10/31/14 | 57,512.32 | | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | 01/09/15 | 74,000.00 | | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | 12/29/14 | 85,500.00 | | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | 11/28/14 | 89,558.79 | | |
| American Express P.O. Box 650448 Dallas, TX 75265-0448 | 11/05/14 | 152,342.41 | | |
| American Funds- 401KAmerican Funds- 401K | 11/17/14 | 12,234.54 | - | |
| American Funds- 401KAmerican Funds- 401K | 12/16/14 | 12,246.13 | | |
| American Funds- 401KAmerican Funds- 401K | 12/31/14 | 15,071.46 | | |
| American Funds- 401KAmerican Funds- 401K | 11/28/14 | 15,711.07 | | |
| American Funds- 401KAmerican Funds- 401K | 01/16/15 | 17,315.48 | | |
| American Funds- 401KAmerican Funds- 401K | 11/03/14 | 19,027.94 | | |
| Andersen Tax LLC Box 200988 Pittsburgh, PA 15251-0988 | 12/17/14 | 7,788.00 | 4,280.00 | |
| Anthony Russo 2253 Gilman Dr W Apt #307 Seattle, WA 98119 | 01/20/15 | 5,760.00 | 5,440.00 | |
| BankDirect Capital Finance, LLC P.O. Box 660448 Dallas, TX 75266-0448 | 11/17/14 | 5,116.43 | - | |
| BankDirect Capital Finance, LLC P.O. Box 660448 Dallas, TX 75266-0448 | 12/22/14 | 5,116.43 | | |
| BankDirect Capital Finance, LLC P.O. Box 660448 Dallas, TX 75266-0448 | 01/08/15 | 5,116.43 | | |
| BankDirect Capital Finance, LLC P.O. Box 660448 Dallas, TX 75266-0448 | 11/05/14 | 40,414.67 | | |
| Bonnie Hoag 300 Berry ST #402 San Francisco, CA 94158 | 12/03/14 | 10,528.59 | - | |
| Broadridge ICS PO Box 416423 Boston,MA 02241-6423 | 11/19/14 | 316.03 | - | |
| Broadridge ICS PO Box 416423 Boston,MA 02241-6423 | 10/21/14 | 5,647.38 | | |
| Canaccord Genuity 350 Madison Avenue New York, NY 10017 | 12/12/14 | 35,000.00 | - | |
| Canaccord Genuity 350 Madison Avenue New York, NY 10017 | 12/31/14 | 35,000.00 | | |
| Charles Anthony Lathrope 24703 231st AVE SE Maple Valley, WA 98038 | 01/20/15 | 200.00 | 250.00 | |
| Citrix Online File 50264 Los Angeles, CA 90074-0264 | 10/21/14 | 232.14 | 696.42 | |
| Citrix Online File 50264 Los Angeles, CA 90074-0264 | 11/19/14 | 232.14 | | |
| City of Bellevue Tax Division Lockbox P.O. Box 34372 Seattle, WA 98124-1372 | 10/20/14 | 8,967.11 | 6,787.51 | Accrued liability |
| Cogent Communications P.O. Box 791087 Boltimore, MD 21279 | 10/21/14 | 400.00 | 1,200.00 | |
| Colonial Life Processing Center P.O. Box 1365 Columbia, SC 29202-1365 | 11/19/14 | 306.16 | 306.16 | |
| Comcast P.O. Box 34744 Seattle, WA 98124-1744 | 11/19/14 | 112.58 | 112.58 | |
| Comcast P.O. Box 34744 Seattle, WA 98124-1744 | 12/03/14 | 112.58 | | |
| Comcast Acct#8771300111605584 P.O. Box 3001 Southeastern PA 19398-3001 | 11/19/14 | 233.96 | 233.96 | |
| Comcast Acct#8771300111605584 P.O. Box 3001 Southeastern PA 19398-3001 | 12/03/14 | 233.96 | | |
| Concourse Owner V/VI, LLC PO Box 742305 Atlanta, GA 30374-2305 | 01/01/15 | 16,823.46 | 701.90 | |
| Concourse Owner V/VI, LLC PO Box 742305 Atlanta, GA 30374-2305 | 11/01/14 | 17,525.36 | | |
| Concourse Owner V/VI, LLC PO Box 742305 Atlanta, GA 30374-2305 | 11/25/14 | 18,262.36 | | |
| Culligan 25 E 3rd Spokane, WA 99202 | 10/21/14 | 38.09 | 114.27 | |
| Cushman & Wakefield, Inc Suite #700 55 Ivan Allen, JR. BLVD Atlanta GA 30308 | 10/21/14 | 14,166.67 | - | |
| De Lage Landen Financial Services, Inc P.O. Box 41602 Philadelphia, PA 19101-1602 | 10/21/14 | 5,111.30 | 2,433.95 | |
| De Lage Landen Financial Services, Inc P.O. Box 41602 Philadelphia, PA 19101-1602 | 12/17/14 | 5,158.59 | | |
| U.S. Department of Labor DFBC Program DOL P.O. Box 71361 Philadelphia, PA 19176-1361 | 11/20/14 | 750.00 | - | |
| Oregon Department of Revenue P.O. Box 14780 Salem, OR 97309-0469 | 12/03/14 | 704.00 | - | |
| Oregon Department of Revenue P.O. Box 14780 Salem, OR 97309-0469 | 11/12/14 | 1,000.00 | | |
| Georgia Department of Revenue Taxpayer Services Division P.O. Box 740321 Atlanta, GA 30374 | 11/12/14 | 175.00 | - | |
| DGA Security Systems, Inc. PO BOX 1920 New York, NY 10101-1920 | 11/19/14 | 480.67 | - | |
| Domino Computing, Inc 350 7th Ave. Suite #304 New York, NY 10001 | 11/24/14 | 1,207.97 | 89.82 | |
| Doug Gilormo 4375 Azurite Street Cumming, GA 30040 | 01/20/15 | 300.00 | - | |
| Drawbridge, Inc. 2121 El Camino Real, 7th Floor San Mateo, CA 94403 | 12/10/14 | 13,461.68 | 190,217.70 | |

| Name & Address of Creditor | Dates of Payments/transfers | Amount Paid or Value of Transfers | Amount Still Owing | Comments |
|---|---|---|---|---|
| Drawbridge, Inc. 2121 El Camino Real, 7th Floor San Mateo, CA 94403 | 10/28/14 | 15,159.94 | | |
| DUS Management, Inc. 35 East Wacker Drive, Suite 600 Chicago, IL 60601 | 01/01/15 | 2,002.92 | 124.72 | |
| DUS Management, Inc. 35 East Wacker Drive, Suite 600 Chicago, IL 60601 | 11/01/14 | 2,095.63 | | |
| DUS Management, Inc. 35 East Wacker Drive, Suite 600 Chicago, IL 60601 | 11/25/14 | 2,188.34 | | |
| EPIQ Systems Acquisition Inc 757 3rd Avenue New York, NY 10017 | 01/13/15 | 25,000.00 | (25,000.00) | |
| Ernest Leitch 3116 164th St SW Apt#2206 Lynnwood, WA 98087 | 11/14/14 | 253.50 | | |
| FedEx P.O. Box 371461 Pittsburgh, PA 15250-7461 | 11/19/14 | 63.98 | 622.16 | |
| Francotyp Postalia, Inc PO Box 4510 Carol Stream IL 60197-4510 | 10/30/14 | 30.00 | 121.55 | |
| Francotyp Postalia, Inc PO Box 4510 Carol Stream IL 60197-4510 | 10/31/14 | 100.00 | | |
| Francotyp Postalia, Inc PO Box 4510 Carol Stream IL 60197-4510 | 11/28/14 | 100.00 | | |
| Gibson & Associates, Inc. 1700 Seventh Ave, Suite 2100 Seattle, WA 98101 | 01/20/15 | 2,730.00 | - | |
| Go2Mobi Suit 5-774 Bay St. Victoria, BC Canada V8T5E4 | 10/28/14 | 893.91 | 150,992.26 | |
| Go2Mobi Suit 5-774 Bay St. Victoria, BC Canada V8T5E4 | 01/07/15 | 20,000.00 | | |
| Go2Mobi Suit 5-774 Bay St. Victoria, BC Canada V8T5E4 | 12/15/14 | 49,643.10 | | |
| Gordon Tilden Thomas & Cordell LLP 1001 4th Ave, Suite #4000 Seattle, WA 98154 | 12/03/14 | 5,000.00 | (4,908.40) | |
| Gordon Tilden Thomas & Cordell LLP 1001 4th Ave, Suite #4000 Seattle, WA 98154 | 01/13/15 | 10,000.00 | | |
| Hardwell Acquisition, LLC C/O Berstein Real Estate 150 West 30th Street, 2nd Fl New York, NY 1 | 11/25/14 | 4,187.04 | 10,990.09 | |
| Hardwell Acquisition, LLC C/O Berstein Real Estate 150 West 30th Street, 2nd Fl New York, NY 1 | 01/01/15 | 9,687.50 | | |
| Hardwell Acquisition, LLC C/O Berstein Real Estate 150 West 30th Street, 2nd Fl New York, NY 1 | 11/01/14 | 43,949.98 | | |
| Highwinds Network Group, Inc. 807 West Morse Blvd, Ste 101 Winter Park, FL 32789 | 10/21/14 | 709.94 | 4,957.45 | |
| Hocking Media Group:Planet Fitness 1700 West Big Beaver Road, Suite 360 Troy, MI 48084 | 11/04/14 | 3,249.40 | - | |
| Holly Marie Patrick 156 Brookfield Ave Fairfield, CT 06825 | 10/21/14 | 324.16 | - | |
| Howe Law Firm, P.C. 4385 Kimball Bridge Rd. Suite #100 Alpharetta, GA 30022 | 01/06/15 | 385.00 | - | |
| IESI-NY Corporation P.O.  Box 660654 Dallas, TX.  75266-0654 | 11/19/14 | 394.40 | 1,242.36 | |
| Infinite P.O. Box 836 Short Hills, NJ 07078 | 12/17/14 | 935.91 | 801.70 | |
| Infinite P.O. Box 836 Short Hills, NJ 07078 | 11/19/14 | 1,380.78 | | |
| Infinite P.O. Box 836 Short Hills, NJ 07078 | 10/21/14 | 1,462.64 | | |
| InfoObjects, Inc 2041 Mission College Blvd. #280 Santa Clara, CA 95054 | 10/21/14 | 900.00 | | |
| Information Law Group 225 West Washington, Suite #2200 Chicago, IL 60606 | 12/03/14 | 5,000.00 | 25,671.00 | |
| Information Law Group 225 West Washington, Suite #2200 Chicago, IL 60606 | 12/17/14 | 5,116.00 | | |
| InMobi Pte Ltd., Citi Lockbox number 7881 PO BOX 7247 Philadelphia, PA 19170-7881 | 12/10/14 | 7,738.84 | 22,591.55 | |
| InMobi Pte Ltd., Citi Lockbox number 7881 PO BOX 7247 Philadelphia, PA 19170-7881 | 11/19/14 | 8,785.20 | | |
| InMobi Pte Ltd., Citi Lockbox number 7881 PO BOX 7247 Philadelphia, PA 19170-7881 | 01/08/15 | 11,021.22 | | |
| Innovative Processing, Inc. PO Box 240 Clear Lake, MN 55319-0240 | 01/13/15 | 1,200.00 | | |
| Interactive Integrity 7816 Mary Cassatt Drive Potomac, MD 20854 | 10/21/14 | 3,000.00 | 12,000.00 | |
| Interactive Integrity 7816 Mary Cassatt Drive Potomac, MD 20854 | 12/17/14 | 6,000.00 | | |
| Internap Network Services Dept. 0526 PO BOX 120526 Dallas, TX 75312-0526 | 11/19/14 | 42,714.14 | 38,710.39 | |
| Internap Network Services Dept. 0526 PO BOX 120526 Dallas, TX 75312-0526 | 12/17/14 | 85,699.61 | | |
| IPFS Corporation P.O. Box 100391 Pasadena, CA 91189-0391 | 11/19/14 | 3,487.48 | 3,487.48 | |
| IPFS Corporation P.O. Box 100391 Pasadena, CA 91189-0391 | 01/16/15 | 3,841.22 | | |
| Iron Mountain P.O. Box 601002 Pasadena, CA 91189-1002 | 10/21/14 | 205.26 | 401.43 | |
| John Bolin 2885 Sanford Ave SW #26885 Grandville, MI 49418 | 12/11/14 | 27,195.00 | 6,342.00 | |
| Johnson Associates, Inc 19 West 44th Street, Suite#511 New York, NY 10036 | 12/22/14 | 15,000.00 | (10,895.00) | |
| Mobile Complete Inc. Keynote Devices Dept CH 17797 Palatine, Illinois 60055-7797 | 10/21/14 | 400.00 | | |
| Konica Minolta Premier PO Box 41602 Philadelphia, PA 19101 | 10/21/14 | 1,039.15 | 1,051.47 | |
| Konica Minolta Premier PO Box 41602 Philadelphia, PA 19101 | 11/19/14 | 1,074.12 | | |
| Kristi Miller | 11/04/14 | 1,426.75 | - | |
| Liolios Group Investor Relations 20371 Irvine Ave Suite A100 Newport Beach, CA 92660 | 10/21/14 | 7,500.00 | 53,315.17 | |
| Liolios Group Investor Relations 20371 Irvine Ave Suite A100 Newport Beach, CA 92660 | 01/12/15 | 10,000.00 | | |
| LiveRail 1601 Willow Road Menlo Park, CA 94025 | 10/28/14 | 6,356.79 | 79,065.16 | |
| LOCAiD Technologies, Inc. 475 Sansome Street Suite 710 San Fransisco, CA 94111 | 12/17/14 | 1,949.02 | 16,279.98 | |
| Manhattan Transfer Registrar 57 Eastwood Road Miller Place, NY 11764 | 10/21/14 | 380.00 | 845.00 | |
| Manning Law PLLC Trustee Washington IOLTA Trust Account 32872 Danapoplar Dana Point CA ! | 01/09/15 | 21,000.00 | | |
| Marketwire Inc. PO Box 848025 Los Angeles, CA 90084-8025 | 11/19/14 | 195.00 | 1,530.00 | |
| Marketwire Inc. PO BOX 848025 Los Angeles, CA 90084-8025 | 10/21/14 | 705.00 | | |
| MCM Insurance Services, LLC 1325 4th Ave Suite#2100 Seattle, WA 98101 | 01/15/15 | 252,423.00 | | |
| Merrill Communications LLC CM-9638 St. Paul, MN 55170-9638 | 10/21/14 | 183.75 | 6,020.06 | |
| Merrill Communications LLC CM-9638 St. Paul, MN 55170-9638 | 12/17/14 | 4,505.87 | | |
| Metro PCS Wireless, Inc. P.O. Box 94503 Seattle WA 98124 | 01/07/15 | 30.00 | 779.35 | |
| Metro PCS Wireless, Inc. P.O. Box 94503 Seattle WA 98124 | 01/08/15 | 3,210.37 | | |
| Mobile Giving Foundation PO Box 723 Bellevue, WA 98009 | 01/20/15 | 7,600.25 | 6,006.50 | |
| MobileTheory P.O. Box 785527 Philadelphia, PA 19178-5527 | 10/28/14 | 3,255.74 | | |
| Mobilewalla, Inc. 2472 Jett Ferry Road, Suite 400-214 Dunwoody, GA 30338 | 11/19/14 | 10,671.84 | 389,296.63 | |
| Mobilewalla, Inc. 2472 Jett Ferry Road, Suite 400-214 Dunwoody, GA 30338 | 01/12/15 | 16,602.52 | | |
| Mobilewalla, Inc. 2472 Jett Ferry Road, Suite 400-214 Dunwoody, GA 30338 | 10/28/14 | 26,610.00 | | |
| Mobivity, Inc 101 N Colorado St #3116 Chandler, AZ 85244 | 10/21/14 | 316.45 | 311.25 | |
| Mobivity, Inc 101 N Colorado St #3116 Chandler, AZ 85244 | 11/19/14 | 635.20 | | |
| Moss Adams LLP PO Box 748369 Los Angeles, CA 90074-8369 | 11/17/14 | 18,723.00 | | |
| Moss Adams LLP PO Box 748369 Los Angeles, CA 90074-8369 | 10/24/14 | 22,109.50 | | |
| Moss Adams LLP PO Box 748369 Los Angeles, CA 90074-8369 | 11/17/14 | 34,782.68 | | |
| MyClean, inc 247 West 35th Street, Suite 9R New York, New York 10123 | 11/06/14 | 2,377.83 | | |
| Neustar Info Services, INC Bank of America P.O.  Box 742000 Atlanta, GA 30374 | 11/19/14 | 12,559.13 | 20,222.42 | |
| Neustar, Inc Bank of America P.O. Box 277833 Atlanta, GA 30384-7833 | 10/20/14 | 306.78 | 1,000.00 | |
| Neustar, Inc Bank of America P.O. Box 277833 Atlanta, GA 30384-7833 | 11/19/14 | 500.00 | | |
| New Relic Inc. 188 Spear Street, Suite 1200 San Francisco, CA 94105 | 10/20/14 | 2,737.50 | 2,737.50 | |
| New Relic Inc. 188 Spear Street, Suite 1200 San Francisco, CA 94105 | 12/17/14 | 5,475.00 | | |
| Nexage, Inc 101 Arch St Suite #1510 Boston, MA 02110 | 12/10/14 | 5,347.59 | 17,234.41 | |

| Name & Address of Creditor | Dates of Payments/transfers | Amount Paid or Value of Transfers | Amount Still Owing | Comments |
|---|---|---|---|---|
| Nexage, Inc 101 Arch St Suite #1510 Boston, MA 02110 | 01/20/15 | 7,845.05 | | |
| NYS Department of Taxation and Finance Rochester District Office Sales Tax Section 340 Main S | 01/08/15 | 66,458.63 | 199,375.88 | |
| NYS Dept of Taxation & Finance Corp - V PO Box 15163 Albany, NY 12212-5163 | 12/22/14 | 682.76 | 1,920.02 | Accrued liability |
| NYS Dept of Taxation & Finance Corp - V PO Box 15163 Albany, NY 12212-5163 | 12/22/14 | 2,053.41 | | |
| Open Market Inc. PO Box 915267 Dallas, TX 75391-5267 | 11/19/14 | 50,975.09 | 101,160.76 | |
| Open Market Inc. PO BOX 915267 Dallas, TX 75391-5267 | 12/17/14 | 63,526.11 | | |
| Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd.,Suite #1300 Los Angeles, CA 90067 | 01/20/15 | 25,000.00 | (153,394.00) | |
| Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd.,Suite #1300 Los Angeles, CA 90067 | 12/30/14 | 30,000.00 | | |
| Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd.,Suite #1300 Los Angeles, CA 90067 | 12/12/14 | 50,000.00 | | |
| Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd.,Suite #1300 Los Angeles, CA 90067 | 01/07/15 | 50,000.00 | | |
| Pachulski Stang Ziehl & Jones LLP 10100 Santa Monica Blvd.,Suite #1300 Los Angeles, CA 90067 | 01/14/15 | 100,000.00 | | |
| Perkins Coie 1201 Third Avenue 40th Floor Seattle, WA 98101-3099 | 01/20/15 | 15,000.00 | 616,219.54 | |
| Perkins Coie 1201 Third Avenue 40th Floor Seattle, WA 98101-3099 | 11/14/14 | 25,000.00 | | |
| Perkins Coie 1201 Third Avenue 40th Floor Seattle, WA 98101-3099 | 01/06/15 | 25,000.00 | | |
| Perkins Coie 1201 Third Avenue 40th Floor Seattle, WA 98101-3099 | 11/12/14 | 30,722.26 | | |
| Perkins Coie 1201 Third Avenue 40th Floor Seattle, WA 98101-3099 | 12/17/14 | 37,799.48 | | |
| Perkins Coie 1201 Third Avenue 40th Floor Seattle, WA 98101-3099 | 01/14/15 | 57,000.00 | | |
| Perkins Coie 1201 Third Avenue 40th Floor Seattle, WA 98101-3099 | 12/19/14 | 60,000.00 | | |
| Placed, Inc 1205 2nd Ave Suite#220 Seattle, WA 98101 | 11/19/14 | 10,000.00 | 85,810.89 | |
| Placed, Inc 1205 2nd Ave Suite#220 Seattle, WA 98101 | 12/17/14 | 20,000.00 | | |
| Poland Springs Water P.O. Box 856192 Louisville, KY 40285-6192 | 11/19/14 | 22.86 | 247.49 | |
| Polestar Benefits, Inc 412 Jefferson Parkway Suite 202 Lake Oswego, OR 97035 | 10/21/14 | 51.35 | 102.70 | |
| Polestar Benefits, Inc 412 Jefferson Parkway Suite 202 Lake Oswego, OR 97035 | 11/19/14 | 51.35 | | |
| Print NW 9914 32nd Ave S Lakewood, WA 98499 | 11/19/14 | 167.60 | 177.96 | |
| Print NW 9914 32nd Ave S Lakewood, WA 98499 | 10/21/14 | 240.00 | | |
| Pubmatic, Inc P.O. Box 347402 Pittsburgh, PA 15251-4402 | 11/19/14 | 7,375.52 | 26,378.71 | |
| Pubmatic, Inc P.O. Box 347402 Pittsburgh, PA 15251-4402 | 10/28/14 | 16,113.83 | | |
| Pubmatic, Inc P.O. Box 347402 Pittsburgh, PA 15251-4402 | 12/10/14 | 16,292.79 | | |
| Pubmatic, Inc P.O. Box 347402 Pittsburgh, PA 15251-4402 | 01/20/15 | 19,351.17 | | |
| Quest Research & Developement 1042 N. Waco Wichita, KS 67203 | 10/21/14 | 625.00 | 1,875.00 | |
| Quest Research & Developement 1042 N. Waco Wichita, KS 67203 | 11/19/14 | 625.00 | | |
| Quotemedia, Inc. 17100 E. Shea Blvd. Suite 230 Fountain Hills, AZ 85268 | 10/21/14 | 353.00 | 706.00 | |
| Quotemedia, Inc. 17100 E. Shea Blvd. Suite 230 Fountain Hills, AZ 85268 | 11/19/14 | 706.00 | | |
| Rackspace PO Box 730759 Dallas, TX 75373 | 11/19/14 | 10.00 | - | |
| Rackspace PO Box 730759 Dallas, TX 75373 | 11/24/14 | 20.00 | | |
| Rackspace Hosting PO Box 730759 Dallas, TX 75373-0759 | 11/24/14 | 2,201.69 | 1,476.85 | |
| Red Lion Hotels 11211 Main Street Bellevue, WA 98004 | 12/17/14 | 227.72 | 1,337.58 | |
| Red Lion Hotels 11211 Main Street Bellevue, WA 98004 | 11/19/14 | 794.90 | | |
| Richardson & Patel LLP The Chrysler Building 405 Lexington Ave 49th Floor New York, New York | 12/17/14 | 30,000.00 | 158,210.95 | |
| Ricoh USA Inc. P.O. Box 790448 St. Louis, MO 63179-0448 | 10/20/14 | 704.06 | 2,223.31 | |
| Rosenbaum IP PC 1480 Techny Road Northbrook, IL 60062-2757 | 12/17/14 | 3,700.00 | 14,111.25 | |
| Rosenbaum IP PC 1480 Techny Road Northbrook, IL 60062-2757 | 11/19/14 | 7,009.50 | | |
| Roxannes Voice 3220 McCarthy Drive Los Angeles, CA 90065 | 11/19/14 | 150.00 | | |
| Rust Consulting Inc 625 Marquette Ave Suite #880 Minneapolis, MN 55402 | 01/14/15 | 10,000.00 | (8,652.50) | |
| Salesforce.com P.O. Box 203141 Dallas, TX 75320-3141 | 11/19/14 | 23,071.79 | 23,200.81 | |
| SEC Connect One America Plaza 600 West Broadway, Suite 700 San Diego, CA 92101 | 11/19/14 | 135.00 | 4,405.00 | |
| SEC Connect One America Plaza 600 West Broadway, Suite 700 San Diego, CA 92101 | 10/21/14 | 4,000.00 | | |
| Shalini Sukumar | 11/14/14 | 3,511.65 | | |
| Shaub & Williams LLP David Shaub 12121 Wilshire Blvd., Ste 205 Los Angeles, CA. 90025 | 11/14/14 | 47,450.00 | 427,080.77 | |
| ShredIt PO Box 101266 Pasadena, CA 91189-1266 | 11/19/14 | 105.94 | 105.94 | |
| Silicon Valley Bank P.O Box 7078 Crosslanes, WV 25356 | 01/20/15 | 10,000.00 | 74,111.00 | |
| Silicon Valley Bank P.O Box 7078 Crosslanes, WV 25356 | 11/28/14 | 15,000.00 | | |
| Silicon Valley Bank P.O Box 7078 Crosslanes, WV 25356 | 11/25/14 | 41,507.72 | | |
| Silicon Valley Bank P.O Box 7078 Crosslanes, WV 25356 | 10/31/14 | 48,533.77 | | |
| Standard Parking 8037 Collection Center Drive Chicago, IL 60693 | 11/01/14 | 4,024.14 | 8,541.00 | |
| Staples Dept. ATL PO BO 405386 Atlanta, GA 30384-5386 | 11/19/14 | 104.54 | 300.00 | |
| Staples Dept. ATL PO BO 405386 Atlanta, GA 30384-5386 | 10/21/14 | 143.19 | | |
| StrikeAd, Inc. P.O. Box 203823 Dallas, TX 75320-3823 | 01/09/15 | 2,250.00 | 273,818.69 | |
| StrikeAd, Inc. P.O. Box 203823 Dallas, TX 75320-3823 | 11/19/14 | 4,647.53 | | |
| StrikeAd, Inc. P.O. Box 203823 Dallas, TX 75320-3823 | 12/31/14 | 14,063.34 | | |
| Silicon Valley Bank P.O Box 7078 Crosslanes, WV 25356 | 12/26/14 | 1,574.13 | - | |
| Silicon Valley Bank P.O Box 7078 Crosslanes, WV 25356 | 11/26/14 | 1,635.74 | | |
| Silicon Valley Bank P.O Box 7078 Crosslanes, WV 25356 | 10/27/14 | 1,666.26 | | |
| Symantec Corporation P.O. Box 742345 Los Angeles, CA 90074-2345 | 11/19/14 | 18,812.54 | 24,915.96 | |
| Tax - Delaware Corp | 12/01/14 | 11,270.00 | | |
| Tele-Transitions Organization, Inc. 219 East 84th Street New York, NY 10028 | 11/24/14 | 1,905.31 | | |
| The Hanover Insurance Group P.O. Box 580045 Charlotte, NC 28258-0045 | 12/03/14 | 4,553.71 | 5,728.73 | |
| The Hanover Insurance Group P.O. Box 580045 Charlotte, NC 28258-0045 | 11/19/14 | 9,035.43 | | |
| The Rubicon Project Inc Dept CH 16601 Palatine, IL 60055-6601 | 01/20/15 | 121.39 | 14,320.25 | |
| The Rubicon Project Inc Dept CH 16601 Palatine, IL 60055-6601 | 12/10/14 | 210.15 | | |
| The Rubicon Project Inc Dept CH 16601 Palatine, IL 60055-6601 | 10/28/14 | 1,806.59 | | |
| Thomas Thayer Denman 4734 NE 140th AVE. Bellevue, WA 98005 | 01/20/15 | 6,727.50 | 4,192.50 | |
| Trevor Jones 1492 Scarlet Ct. Kennesaw, GA 30144 | 11/06/14 | 3,737.50 | | |
| Trevor Jones 1492 Scarlet Ct. Kennesaw, GA 30144 | 01/20/15 | 5,508.75 | | |
| Trilibis, Inc. Dept LA 23481 Pasadena, CA 91185-3481 | 11/19/14 | 1,000.00 | 500.00 | |
| Trilibis, Inc. Dept LA 23481 Pasadena, CA 91185-3481 | 01/20/15 | 1,500.00 | | |
| Tax Sheltered Compensation, Inc. 7300 Metro Boulevard, Suite 450 Edina, MN 55439 | 11/19/14 | 1,211.00 | 1,711.00 | |

| Name & Address of Creditor | Dates of Payments/transfers | Amount Paid or Value of Transfers | Amount Still Owing | Comments |
|---|---|---|---|---|
| Tax Sheltered Compensation, Inc. 7300 Metro Boulevard, Suite 450 Edina, MN 55439 | 10/21/14 | 1,698.00 | | |
| TW Telecom P>O> Box 172567 Denver, CO 80217-2567 | 11/19/14 | 1,011.85 | 2,024.19 | |
| TW Telecom P>O> Box 172567 Denver, CO 80217-2567 | 12/17/14 | 1,012.34 | | |
| UPS P.O. Box 894820 Los Angelas, Ca. 90189-4820 | 11/19/14 | 68.34 | 367.63 | |
| UPS P.O. Box 894820 Los Angelas, Ca. 90189-4820 | 10/21/14 | 230.98 | | |
| Urban Airship, Inc. 1417 NE Everett St. Suite#300 Portland, OR 97209 | 11/19/14 | 614.30 | 3,685.80 | |
| Vain Media LLC 106 1/2 Judge John Aiso St #313 Los Angeles, CA 90012 | 12/17/14 | 1,475.00 | - | |
| Vain Media LLC 106 1/2 Judge John Aiso St #313 Los Angeles, CA 90012 | 10/21/14 | 1,650.00 | | |
| Vehicle 2225 N. 56th St. Seattle, WA 98103 | 10/21/14 | 8,000.00 | 33,480.88 | |
| Vehicle 2225 N. 56th St. Seattle, WA 98103 | 11/19/14 | 8,895.00 | | |
| Vehicle 2225 N. 56th St. Seattle, WA 98103 | 12/17/14 | 13,100.88 | | |
| Veritext Legal Solutions 707 Wilshire boulevard Suite#3500 Los Angeles, CA 90017 | 11/19/14 | 956.81 | 4,893.75 | |
| Veritext Legal Solutions 707 Wilshire boulevard Suite#3500 Los Angeles, CA 90017 | 12/17/14 | 1,058.75 | | |
| Verizon P.O. Box 15124 Albany, NY 12212-15124 | 11/19/14 | 281.28 | 385.13 | |
| Verizon P.O. Box 15124 Albany, NY 12212-15124 | 12/03/14 | 285.36 | | |
| Verizon Wireless PO Box 660108 Dallas, TX 75266 | 10/21/14 | 1,234.91 | 2,486.70 | |
| Verizon Wireless PO Box 660108 Dallas, TX 75266 | 12/03/14 | 1,425.83 | | |
| ViaVid Broadcasting Corporation 118-998 Harbourside Drive North Vancouver, British Columbia | 10/21/14 | 3,065.52 | 2,145.99 | |
| Vision Service Plan P.O. BOX 45200 San Francisco, CA 94145-5200 | 12/29/14 | 464.48 | 461.54 | |
| Vision Service Plan P.O. BOX 45200 San Francisco, CA 94145-5200 | 11/25/14 | 509.80 | | |
| Vision Service Plan P.O. BOX 45200 San Francisco, CA 94145-5200 | 10/20/14 | 565.89 | | |
| Washington State Treasurer | 11/26/14 | 0.66 | 96.50 | Accrued liability |
| Washington State Treasurer | 12/29/14 | 30.00 | 949.69 | Accrued liability |
| Washington State Treasurer | 12/29/14 | 520.95 | | |
| Washington State Treasurer | 10/28/14 | 521.95 | | |
| Washington State Treasurer | 11/26/14 | 524.50 | | |
| Women in Wireless, Inc. 676A Ninth Ave. Suite 175 New York, NY 10036 | 11/19/14 | 1,000.00 | - | |
| Department of Labor & Industry P.O. Box 24106 Seattle, WA 98124-6524 | 01/13/15 | 2,762.82 | - | |
| XO One and XO Communications 14239 Collections Center Drive Chicago, IL 60693 | 11/19/14 | 5,415.41 | 5,492.29 | |
| XO One and XO Communications 14239 Collections Center Drive Chicago, IL 60693 | 10/21/14 | 5,853.35 | | |
| XO One and XO Communications 14239 Collections Center Drive Chicago, IL 60693 | 12/17/14 | 5,963.30 | | |
| Yes,Inc. | 01/20/15 | 8,475.00 | - | |
| Yes,Inc. | 11/05/14 | 11,300.00 | | |
| Zumobi, Inc Dept LA 23808 Pasadena, CA 23808 | 10/21/14 | 24,502.14 | 845,711.25 | |

Payments made to insiders within one year

3c

| Name of Creditor | Creditor Address | Relationship to Debtor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|---|---|
| Donald Stout | 925 Towlston Road McLean, VA 22101 | Board Member | 02/05/14 | 1,027.79 | |
| Donald Stout | 925 Towlston Road McLean, VA 22101 | Board Member | 05/23/14 | 5,750.00 | 38,333.00 |
| John Devlin | 30 Jericho Run Washington Crossing, PA 18977 | Board Member | 05/23/14 | 6,500.00 | 43,333.00 |
| Mike Brochu | 16548 SE 59th Pl Bellevue, WA 98006 | Board Member | 05/23/14 | 5,750.00 | 43,333.00 |
| Todd Wilson | 931 Iliff St. Pacific Palisades, CA 90272 | Board Member | 05/23/14 | 8,500.00 | |
| Trove Capital Partners | 931 Iliff St. Pacific Palisades, CA 90272 | Board Member/Consultant | 02/25/14 | 22,500.00 | |
| Trove Capital Partners | 931 Iliff St. Pacific Palisades, CA 90272 | Board Member/Consultant | 05/06/14 | 22,500.00 | |
| Trove Capital Partners | 931 Iliff St. Pacific Palisades, CA 90272 | Board Member/Consultant | 07/03/14 | 45,000.00 | |
| Trove Capital Partners | 931 Iliff St. Pacific Palisades, CA 90272 | Board Member/Consultant | 08/21/14 | 45,000.00 | 45,000.00 |
| Douglas Stovall | 8419 SE 82nd Street Mercer Island, WA 98040 | President/COO | 01/21/14 - 01/20/15 | 328,821.34 | |
| Todd Wilson | 931 Iliff St. Pacific Palisades, CA 90272 | CEO | 01/21/14 - 01/20/15 | 219,796.22 | |
| Ivan Braiker | 10115 Ne 62nd St, #302 Kirkland, WA 98033 | Prior CEO | 01/21/14 - 01/20/15 | 403,642.34 | 240,015.99 |
| Thomas Virgin | 15626 Se 54th St Bellevue, WA 98006 | Prior CFO | 01/21/14 - 01/20/15 | 323,529.94 | 236,934.88 |
| Douglas Stovall | 8419 SE 82nd Street Mercer Island, WA 98040 | President/COO | 01/21/14 - 01/20/15 T&E reimbursments | 60,531.14 | |
| Todd Wilson | 931 Iliff St. Pacific Palisades, CA 90272 | CEO | 01/21/14 - 01/20/15 T&E reimbursments | 67,325.49 | |
| Ivan Braiker | 10115 Ne 62nd St, #302 Kirkland, WA 98033 | Prior CEO | 01/21/14 - 01/20/15 T&E reimbursments | 33,954.22 | |
| Thomas Virgin | 15626 Se 54th St Bellevue, WA 98006 | Prior CFO | 01/21/14 - 01/20/15 T&E reimbursments | 3,963.14 | |

B7 (Official Form 7) (04/13)                                                                                                                      3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Digital Insiders Corp. v. Hipcricket, Superior Court Civil Action No. 14-01650 | Account Stated | Superior Court, Commonwealth of Massachusetts | Pending |
| Ronald Leibsohn et al., v. Hipcricket Technologies, Inc., (formerly known ad Augme Technologies, Inc.) et al., Case No. 13-2-40007-3 SEA | Complaint for violations of the Washington State Securities Act. | Superior Court of Washington for King County | Pending |
| Augme Technologies v. AOL, LLC, and Time Warner, Case No. CV 1:12-cv-05439 | Patent and Trademark Infringement | United States District Court for the Southern District of New York. | Pending |
| Augme Technologies, Inc., v. Yahoo, Inc., v. Augme Technologies, Inc., and World Trade Talk Radio, LLC, Case No. C-09-5386 JCS | Patent Infringement | United States District Court of California, San Francisco Division | Yahoo! Inc., prevailed |
| Brandofino Communications, Inc., v. Augme Technologies Inc., and New Aug LLC, Case No. 652639/2011 | Breach of Contract and unjust enrichment claims | Supreme Court of the State of New York County of New York. | Pending |
| Shaub & Williams, L.L.P., vs. Augme Technologies, Inc. Case No. 1:13-cv-01101 GBD | Quantam merit action for attorneys fees for prior representation of Augme in litigation | United States District Court for the Southern District of New York | Settled and dismissed on August 26, 2014 |
| Donna Lloyd  vs. Augme Technologies, Inc. 11-CV-04071 (JAP/TJB) | Wrongful termination suit by ex-employee | United States District Court for the District of New Jersey | Hipcricket prevailed |
| Hipcricket v iMediaReach  2014-CA-001409-15-K | Collection on customer invoices | Seminole County, Florida | Pending |
| Andrew Cromarty v. Hipcricket   American Arbitration Association Case NO 74 194 00350 13 SIM | Unpaid invoices | San Francisco, CA | Plaintiff prevailed, settlement paid by Hipcricket |
| Joseph Manning Jr v Belk   Legal letter received from attorney representing Joseph Manning | Alleges that 18 text messages were sent out of compliance with TCPA | United States District Court for the Central District of California | Settled by Hipcricket |
| Hipcricket v EES Interactive Cooperation DBA EES Media Group ADBA Ignitionadsonline, Case No. 14-c-04766-3 | Collection on customer invoices | State Court of Swinnett Country | Judgment in favor of Hipcricket |
| Appeal No. 2014-008,888 | Re-examination of a patent 7,269,636 | U.S. Patent and Trademark's Office Trial and Appeal Board | Pending |

B7 (Official Form 7) (04/13)                                                                                                                              4

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
        or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
        joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
    and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
        aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
        since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                            5

### 9. Payments related to debt counseling or bankruptcy


None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP** **10100 Santa Monica Blvd.** **13th Floor** **Los Angeles, CA 90067** | **12/12/14** **12/30/14** **1/7/15** **1/14/15** **1/20/15** | **$50,000** **$30,000** **$50,000** **$100,000** **$25,000** |
| **Perkins Coie,** **1201 Third Avenue, 40th Floor** **Seattle, WA 98101** | **12/19/14** **1/6/15** **1/14/15** **1/20/15** | **$60,000** **$25,000** **$57,000** **$15,000** |
| **Epiq Systems Acquisitions Inc.** **757 3rd Avenue** **New York, NY 10017** | **1/13/15** | **$25,000** |
| **Rust Consulting, Inc.** **625 Marquette Ave., Suite 880** **Minneapolis, MN 55402** | **1/14/15** | **$10,000** |

### 10. Other transfers


None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None (checked)

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo** **P.O. Box 6995** **Portland, OR 97228-6995** | **Checking   7066** | **$155,958.25   6/24/14** |

B7 (Official Form 7) (04/13)                                                                                                          6

### 12. Safe deposit boxes

None
☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Pinsight Media +, Inc.**<br>**P.O. Box 414798**<br>**Kansas City, MO 64141-4798** | **11/25/14** | **$47,700.00** |

### 14. Property held for another person

None
☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **11241 Slater Ave NE, Suite 201, Kirkland, WA** | **Hipcricket, Inc.** | **3/1/08 - 12/31/11** |
| **4400 Carillon Point, Kirkland, WA  98033** | **Augme Technologies, Inc.** | **12/01/11 - 12/31/13** |
| **350 Seventh Avenue, Suite 1203, New York, NY 10001-1957** | **Augme Technologies, Inc.** | **11/15/14-11/30/14** |
| **43 West 24st Street, 11th fl New York, NY 10010** | **Augme Technologies, Inc.** | **2/1/10-1/31/12** |

### 16. Spouses and Former Spouses

None
☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)                                                                          7

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Hipcricket, Inc. | 20-309394 | 1124 Slater Ave., N.E #201 Kirkland, WA 98033 | Mobile Marketing | 8/25/11 Acquired entity |
| Geos Communications | 30-0579968 | 430 North Carroll Avenue, Suite 120 Southlake, TX 76092 | IP Patents | 5/24/12 Acquired all common and preferred stock |
| Jagtag | 26-1266724 | 234 Nassau Street Princeton, NJ 08542 | Asset purchase agreement | 7/22/11 Acquired all its assets |

B7 (Official Form 7) (04/13)                                                                                                    8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Voice Assist** | | **2 South Pointe, Suite 100 Foothill Ranch, CA 92610** | **Own stock and warrants** | **5/12/12** |

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Ingrid Onstad 7726 21st Avenue NE Seattle, WA 98105** | **10/21/13 - current** |
| **Robert Kristjanson 4737 2nd Ave Ne Seattle, WA 98105** | **2/15/08 - 10/31/13** |
| **Thomas Virgin 15626 SE 54th Street Bellevue, WA 98006** | **5/21/07 - 07/3/14** |
| **Edward O'Donnell 64 Oswego Ave Bellevue, WA 98006** | **11/29/10 - 9/20/12** |
| **Dan Rios 106 Hebula Road Milford, PA 18337** | **4/25/11 - 4/30/13** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Moss Adams** | **PO Box 748369 Los Angeles, CA 90074-8369** | **11/1/11 - current** |
| **Andersen Tax** | **PO Box 200988 Pittsburgh, PA 15251-0988** | **9/1/14 - current** |
| **Freedman & Goldberg, CPA's PC** | **31150 Northwestern Highway, Suite 200 Farmington, MI 48334** | **11/1/10 - 7/16/14** |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)                                                                                                    9

| NAME | ADDRESS |
|---|---|
| **Moss Adams**<br>**11/1/11 - current** | **P.O. Box 748369**<br>**Los Angeles, CA 90074** |
| **Anderson Tax**<br>**9/1/14 - current** | **PO Box 200988**<br>**Pittsburgh, PA 15251-0988** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Moss Adams**<br>**PO Box 748369**<br>**Los Angeles, CA 90074-8369** | **11/1/11 - current** |

---

**20. Inventories**

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Unterberg Koller Capital Fund LP**<br>**c/o Diker Management LLC**<br>**750 5th Avenue**<br>**New York, NY 10019** | **Shareholder** | **Common Stock & Warrants  8.4%** |
| **Todd Wilson**<br>**1351 Lachman Lane**<br>**Pacific Palisades, CA  90272** | **Chief Executive Officer and**<br>**Chairman of the Board** | |
| **Douglas Stovall**<br>**8420 Mercer Way**<br>**Mercer Island, WA 98040** | **President/Chief Operating**<br>**Officer** | |
| **Michael Brochu**<br>**16548 SE 59th Place**<br>**Bellevue, WA 98006** | **Director** | |
| **John M. Devlin, Jr**<br>**30 Jericho Run**<br>**Washington Crossing, PA 18977** | **Director** | |

B7 (Official Form 7) (04/13)                                                                                                                10

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Donald E. Stout**<br>**925 Towlston Road**<br>**McLean, VA 22101** | **Director** | |
| **Ivan E. Braiker**<br>**10115 NE 62nd Street #302**<br>**Kirkland, WA 98033** | **Director** | |

---

**22 . Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Thomas Virgin**<br>**15626 SE 54th Street**<br>**Bellevue, WA 98006** | **Chief Financial Officer** | 7/3/14 |
| **Ivan E. Braiker**<br>**10115 NE 62nd Street #302**<br>**Kirkland, WA 98033** | **President and Chief Executive Officer** | 5/30/14 |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND |
|---|---|---|
| **See Attached** | **Wages, Board Fees and Consulting** | $1,438,317.64 |

---

**24. Tax Consolidation Group.**

☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

Withdrawals from a partnership or distributions by a corporation

23

| Name of Recipient | Address of Recipient | Relationship to Debtor | Date & Purpose of Withdrawal | Amount of Money or Description & Value of Property |
|---|---|---|---|---|
| Todd Wilson | 931 Iliff St. Pacific Palisades, CA 90272 | CEO | 01/21/14 - 01/20/15 Wages earned | 219,796.22 |
| Douglas Stovall | 8419 SE 82nd Street Mercer Island, WA 98040 | President/COO | 01/21/14 - 01/20/15 Wages earned | 328,821.34 |
| Ivan Braiker | 10115 Ne 62nd St, #302 Kirkland, WA 98033 | Prior CEO | 01/21/14 - 01/20/15 Wages earned | 403,642.34 |
| Thomas Virgin | 15626 Se 54th St Bellevue, WA 98006 | Prior CFO | 01/21/14 - 01/20/15 Wages earned | 323,529.94 |
| Trove Capital Partners | 931 Iliff St. Pacific Palisades, CA 90272 | Board Member/Consultant | 2/25/14, 5/6/14, 7/13/14, 8/21/14 Consulting Fees | 135,000.00 |
| Donald Stout | 925 Towlston Road McLean, VA 22101 | Board Member | 2/5/14 & 5/23/14 Board fees | 6,777.79 |
| John Devlin | 30 Jericho Run Washington Crossing, PA 18977 | Board Member | 5/23/14 Board fees | 6,500.00 |
| Mike Brochu | 16548 SE 59th Pl Bellevue, WA 98006 | Board Member | 5/23/14 Board fees | 5,750.00 |
| Todd Wilson | 931 Iliff St. Pacific Palisades, CA 90272 | Board Member | 5/23/14 Board fees | 8,500.00 |

B7 (Official Form 7) (04/13)                                                                                          12

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____ 2/18/15 _____          Signature _____ Todd E. Wilson _____

                                       **Todd Wilson**
                                       **Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*