IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 138 & 139** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtor in the above-captioned action, and that on the 18th day of February 2015 she caused two copies of the following document(s) to be served upon the parties on the attached service lists in the manner indicated:

*Schedules of Assets and Liabilities for Hipcricket, Inc. (#138)*

*Statement of Financial Affairs for Hipcricket, Inc. (#139)*

Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 18 day of February 2015

Notary Public
Commission Expires

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 14, 2016

---

[1]    The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

Hipcricket, Inc. Local Counsel
Case No. 15- 10104 (LSS)
Document No. 197986

01 – Hand Delivery


**Hand Delivery**
(US Trustee)
Office of U.S. Trustee
Attn:  Jane M. Leamy, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801