**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | )  | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **CHAPTER 11** |
| **HIPCRICKET, INC.,** | ) | |
| | ) | **Case No. 15-10104-LSS** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., an Indiana corporation, as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

_____/s/Ronald M. Tucker_____
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc.
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address: rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 19th day of February, 2015 via U.S. Mail prepaid, facsimile and/or ECF Noticing to the following persons:

By: ____/s/Ronald M. Tucker____
Ronald M. Tucker, Esq.

| | |
|---|---|
| *Debtor:*<br>**Hipcricket, Inc.**<br>110 110th Avenue NE<br>Suite 410<br>Bellevue, WA  98004<br>KING-WA<br>Tax ID/EIN: 20-0122076 | **Debtor's Counsel:**<br>**Linda F. Cantor**<br>**Ira D. Kharasch**<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, CA  90067-4003<br>Email:  lcantor@pszjlaw.com<br>           ikharasch@pszjlaw.com<br><br>**Peter J. Keane**<br>**James E. O'Neill**<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705<br>Email:    pkeane@pszjlaw.com<br>              jo'neill@pszjlaw.com |
| *Creditor Committee:*<br>**Jeffrey L. Cohen**<br>**Jay R. Indyke**<br>**Jeremy H. Rothstein**<br>**Alex R. Velinsky**<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY  10036<br>Email:  jcohen@cooley.com<br>           jindyke@cooley.com<br>           jrothstein@cooley.com<br>           avelinsky@cooley.com<br><br>**Donald J. Detweiler**<br>**Henry Jon Jaffe**<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE  19899-1709 | *US Trustee:*<br>**United States Trustee**<br>Jane M. Leamy<br>Office of the U.S. Trustee<br>844 King St., Suite 2207<br>Wilmington, DE  19801<br>Email:  jane.m.leamy@usdoj.gov<br><br>*Claims Agent:*<br>**Rust Consulting/Omni Bankruptcy**<br>5955 DeSoto Avenue<br>Suite 100<br>Woodland Hills, CA  93167 |