IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET | ) | Case No. 15-10104 |
| | ) | |
| Debtor. | ) | Related docket Nos. 12, 42, 58, 59 |

**JOHN GREEN'S OBJECTION TO THE ASSIGNMENT OF CONTRACT**

Pursuant to the Notice dated February 11, 2015, but received on February 18, 2015, John Green, a party to an alleged Confidentiality and Non-Solicitation Agreement, and any and all amendments and modifications and/or supplements thereto, if any, hereby objects to the assignment of said alleged contracts and states as follows:

1. The assignment of any non-competition provision is against public policy and prohibited by applicable law; and

2. The 2014 Amendment to the Confidentiality and Non-Solicitation Agreement does not contain an assignment provision and John Green, a party to said Agreement, does not consent to its assignment to any person or entity. Any attempt to assign the Agreement is, therefore, ineffective as a matter of law.

Wherefore, John Green, requests that this Court uphold his objections and deny the assignment of the alleged Confidentiality and Non-Solicitation Agreement and any and all amendments and modifications and/or supplements thereto to which he is a party.

Respectfully submitted,

Dated: February 20, 2015            By: /s/    John Green

NID 4591-6-EMSTR-2384

John Green
704 Green Bay Road
Winnetka, IL 60093
johngreen704@yahoo.com

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that on February 20, 2015, I electronically filed the foregoing document with the Clerk of Bankruptcy Court using the CM/ECF system which will send notification of this filing to the attorneys of record.

/s/    John Green