**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC., | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |

**REQUEST FOR REMOVAL FROM THE CREDITORS MAILING MATRIX**

PLEASE TAKE NOTICE that CACI, INC.-FEDERAL, as successor-in-interest to CACI, Inc., appears herein and respectfully request that the names and address below be removed from all service lists in this matter:

> NID 4591-4-EMSTR-3182
> CACI, Inc.
> 1100 North Glebe Road
> Arlington, VA 22201

Dated: February 12, 2015

> Respectfully submitted,
>
> **CACI, INC.-FEDERAL,**
> **Successor-in-interest to CACI, Inc.**
>
> By: _/s/ Marjorie L. Crossman_
> Marjorie L. Crossman
> Assistant Secretary

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February 2015, the Request for Removal from the Creditors Mailing Matrix was sent via First Class USPS mail to:

David D. Bird
Clerk of the Bankruptcy Court
US Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington DE 19801

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
PO Box 8507
919 North Market Street, 17th Floor
Wilmington DE 19899-8705 (Courier 19801)


Marjorie L. Crossman
Assistant Secretary
CACI, INC.-FEDERAL, successor-in-interest to CACI, Inc.
1100 N. Glebe Road
Arlington VA 22201



EVER VIGILANT®

February 12, 2015

David D. Bird
Clerk of the Bankruptcy Court
US Bankruptcy Court
District of Delaware
824 North Market Street, 3rd Floor
Wilmington DE 19801

Re:   Request for Removal from Creditors' Matrix
      Case No. 15-10104 (LSS) – Hipcricket, Inc.

Ladies and Gentlemen:

Enclosed for filing is the original request of CACI, INC.-FEDERAL, successor-in-interest to CACI, Inc., to remove CACI, Inc. from any and all creditor matrices, service lists, and/or any other correspondence related to the above-referenced matter.

If you have any questions, please feel free to contact me directly at the address below or at 703/841-7995.

Sincerely,

Marjorie L. Crossman
Assistant Secretary

Enclosure

cc with attachment:
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
PO Box 8507
919 North Market Street, 17th Floor
Wilmington DE 19899-8705 (Courier 19801)

CACI International Inc and Subsidiary Companies
Worldwide Headquarters ▪ 1100 North Glebe Road ▪ Arlington, Virginia 22201 ▪ (703) 841-7800 ▪ Fax (703) 841-7882
CACI Website - www.caci.com

WASHINGTON D.C. ▪ LONDON ▪ NORFOLK ▪ SAN DIEGO ▪ DAYTON ▪ HONOLULU ▪ SAN ANTONIO