IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIPCRICKET, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10104 (LSS)<br><br>Objection Deadline: March 6, 2015 at 4:00 p.m. (ET)<br>Hearing Date: TBD |

**NOTICE OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HIPCRICKET, INC., *NUNC PRO TUNC* TO JANUARY 30, 2015**

PLEASE TAKE NOTICE that, on February 20, 2015, the Office Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor and debtor-in-possession (the "Debtor") filed the **Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Delaware Counsel to the Official Committee of Unsecured Creditors of Hipcricket, Inc., *Nunc Pro Tunc* to January 30, 2015** (the "Application").

PLEASE TAKE FURTHER NOTICE that any objection or response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before March 6, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned proposed counsel to the Committee.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Application will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 2, 824 Market Street, Wilmington, Delaware 19801, **on a date and time to be determined**. You will receive notice such hearing at a later date.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004

-1-

#32631139 v1

-2-

| | |
|---|---|
| Date: February 20, 2015<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>  /s/ *Henry Jaffe*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Henry Jaffe (DE Bar No. 2987)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware  19899-1709<br>Telephone: 302.777.6500<br>Facsimile: 302.656.8865<br>Email: detweilerj@pepperlaw.com<br>           jaffeh@pepperlaw.com<br><br>-and-<br><br>Jay Indyke<br>Jeffrey L. Cohen<br>Alex R. Velinsky<br>COOLEY LLP<br>1114 Avenue of the Americas<br>New York, New York  10036<br>Telephone : 212.479.6000<br>Facsimile : 212.479.6275<br>Email : jindyke@cooley.com<br>           jcohen@cooley.com<br>           avelinsky@cooley.com<br><br>*Proposed Counsel to Official Committee of Unsecured Creditors of Hipcricket, Inc.* |

#32631139 v1