## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.[1] | Case No. 15-10104 (LSS) |
| Debtor. | Related Docket No. _____ |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PEPPER HAMILTON LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HIPCRICKET, INC., *NUNC PRO TUNC* TO JANUARY 30, 2015

UPON CONSIDERATION of the application (the "Application")[2] of the Official

Committee of Unsecured Creditors (the "Committee") of Hipcricket, Inc. (the "Debtor"), for

entry of an order pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy

Rules 2014(a) and 2016, and Local Rule 2014-1, authorizing the Committee to employ and retain

the law firm of Pepper Hamilton LLP ("Pepper Hamilton") as its Delaware counsel, *nunc pro*

*tunc* to January 30, 2015; and upon the affidavit of Henry J. Jaffe, a partner of the firm of Pepper

Hamilton, in Support of the Application (the "Jaffe Affidavit"); and the Court finding that (a) the

Court has jurisdiction over the Application pursuant to §§ 157 and 1334 and (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and the Court being satisfied that, except as set

forth in the Jaffe Affidavit, Pepper Hamilton and its professionals (a) are not creditors, equity

security holders or insiders of the Debtor, (b) are not and were not, within two (2) years before

the Petition Date, directors, officers or employees of the Debtor, (c) do not hold or represent any

interest materially adverse to the interest of the Debtor's estate and (d) are not related to any

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004

[2] Terms not defined herein shall have the meanings ascribed to them in the Application.

judge of this Court, the U.S. Trustee for this District or any employee of the U.S. Trustee in this District; and, accordingly, Pepper Hamilton and its professionals are "disinterested persons" within the meaning of section 101(14), as modified by section 1107(b) of the Bankruptcy Code; and Pepper Hamilton's representation of the Committee being permissible under sections 328(a) and 1103 of the Bankruptcy Code; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; and it appearing that notice of the Application and opportunity for a hearing thereon was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      Pursuant to sections 328 and 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to employ the firm of Pepper Hamilton, *nunc pro tunc* to January 30, 2015, as its Delaware counsel in the Debtor's chapter 11 case, and Pepper Hamilton is authorized to perform the services set forth in the Application.

3.      Pepper Hamilton shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any applicable orders of this Court.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

#32585861 v1

5.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.


Dated: _____, 2015          _____
        Wilmington, Delaware                The Honorable Laurie Selber Silverstein
                                            United States Bankruptcy Judge

#32585861 v1