IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | Related Docket Nos. 111 |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss: |
| COUNTY OF LOS ANGELES | ) |

Felice Harrison, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtor in the above-captioned case, and that on the 19th day of February 2015 she caused a copy of the following document to be served upon the parties on the attached service list in the manner indicated:

*[signed] Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for Entry of an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course of Business (#111)*

_____
Felice Harrison

Sworn to and Subscribed before
me this 20th day of February 2015

_____
Notary Public
Commission Exp.: 12-19-18


NANCY H. BROWN
Commission # 2092572
Notary Public - California
Los Angeles County
My Comm. Expires Dec 19, 2018

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

## Ordinary Course Professionals

*Via Email*
Jennifer Mercer
Epiq Strategic Communications
757 Third Avenue, 3rd Floor
New York, NY 10017
*jmercer@epiqsystems.com*

*Via Email*
Richard M. Howe
Howe & Associates
4385 Kimball Bridge Rd. Ste. 100
Alpharetta, GA 30022
*info@howecollections.com*

*Via Email*
Noam J. Cohen, PA
13899 Biscayne Blvd., Suite #305
MIAMI, FL 33181
*noamc@noamjcohenpa.com*

*Via Email*
Jessica Kenney
Richard James & Associates
4317 NE Thurston Way Suite 270
Vancouver WA 98662
*JKenney@richardjamesinc.com*

DOCS_LA:286426.1 36480/002