IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>    HIPCRICKET, INC.[1]<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 15-10104 (LSS)<br>)<br>) Re: #152<br>)<br>) |

**ORDER GRANTING MOTION TO SHORTEN NOTICE AND REQUEST FOR EXPEDITED HEARING OF DEBTOR'S MOTION FOR AN ORDER APPROVING STIPULATION BETWEEN THE DEBTOR AND YAHOO! INC. FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the motion (the "Motion to Shorten Time")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice of *Debtor's Motion for an Order Approving Stipulation Between the Debtor and Yahoo! Inc. For Limited Relief From the Automatic Stay* (the "Approval Motion") filed by the above-captioned debtor and debtor in possession (the "Debtor"); the Court having considered the Motion to Shorten Time; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334 and (b) the Approval Motion is with respect to a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) notice of the Motion to Shorten Time being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

    1.    The Motion to Shorten Time is GRANTED.

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2] Capitalized terms not defined herein shall have the meanings attributed in the Motion to Shorten Time.

DOCS_SF:87184.2 36480/002

2.  A hearing (the "<u>Hearing</u>") on the Approval Motion shall be held on February 24, 2015 at 3:00 p.m. prevailing Eastern Time.

3.  Any objections or responses to the relief requested in the Approval Motion may be presented at the Hearing.

4.  Immediately after the entry of this Order, counsel for the Debtor shall serve a copy of this Order and notice of the Approval Motion on parties originally served with the Motion to Shorten Time and the Approval Motion by facsimile, electronic mail, or express mail.

5.  This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: February 23, 2015

_Laurie Selber Silverstein_
The Honorable Laurie Selber Silverstein
United States Bankruptcy Court

DOCS_SF:87184.2 36480/002