## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| Debtor. | |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on February 18, 2015, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates [Docket No. 68]**

- **Notice of Auction and Sale Hearing Related to Sale of Assets Free and Clear of All Liens, Claims and Interests[2]**

Dated: February 19, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this _19_ day of _Feb._, 20 _15_, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2] A copy of the Notice is attached hereto as Exhibit B.

# EXHIBIT A

Hipcricket, Inc. - U.S. Mail    Served 2/18/2015

ALICE ANN CORPORATION
ADDRESS REDACTED

ANSON INVESTMENTS MASTER FUND LP
ADDRESS REDACTED

ANSON INVESTMENTS MASTER FUND LP
ADDRESS REDACTED

ASPRIRE CAPITAL PARTNERS, LLC
ADDRESS REDACTED

BALCONY PARTNERS, LLC
ADDRESS REDACTED

BELMONT GLOBAL ADVISORS INC.
ADDRESS REDACTED

BERNIE KOSSAR
ADDRESS REDACTED

BLUEBIRD SPRINDS VENTURES, LLC
ADDRESS REDACTED

BRIO CAPITAL MASTER FUND LTD.
ADDRESS REDACTED

BURTON M. SMITH III
ADDRESS REDACTED

CALM WATERS PARTNERSHIP
ADDRESS REDACTED

CALM WATERS PARTNERSHIP
ADDRESS REDACTED

CAPITAL VENTURES INTERNATIONAL
ADDRESS REDACTED

CAROLYN K. SORENSON
ADDRESS REDACTED

CHARLES W PAPPAS
ADDRESS REDACTED

COUGAR TRADING, LLC
ADDRESS REDACTED

CRANSHIRE CAPITAL MASTER FUND, LTD
ADDRESS REDACTED

CRANSHIRE CAPITAL MASTER FUND, LTD.
ADDRESS REDACTED

CRL MANAGEMENT, LLC
ADDRESS REDACTED

DAVID & CAROLE BROWN
ADDRESS REDACTED

DAVID REESE
ADDRESS REDACTED

DELOS INVESTMENT MANAGEMENT LLC
ADDRESS REDACTED

DENNIS GONYEA
ADDRESS REDACTED

DIXIE MEADOWS
ADDRESS REDACTED

DOROTHY J. HOEL
ADDRESS REDACTED

DR PAUL AND NANCY SEEL
ADDRESS REDACTED

DRW SECURITIES, LLC
ADDRESS REDACTED

E TERRY SKONE
ADDRESS REDACTED

E TERRY SKONE TTEE
ADDRESS REDACTED

ELIZABETH J KUEHNE
ADDRESS REDACTED

EMPERY ASSET MASTER, LTD
ADDRESS REDACTED

EQUITEC SPECIALISTS
ADDRESS REDACTED

ERIC SCHEDELER
ADDRESS REDACTED

**Hipcricket, Inc. - U.S. Mail**

ERNEST WILLIAM PURCELL
ADDRESS REDACTED

ESPALIER GLOBAL MASTER FUND
ADDRESS REDACTED

FOCUS 250
ADDRESS REDACTED

FOCUS 250
ADDRESS REDACTED

FRED DUFRESNE
ADDRESS REDACTED

GARY A. BERGREN
ADDRESS REDACTED

GCA STRATEGIC INVESTMENT FUND LIMITED
ADDRESS REDACTED

HARTZ CAPITAL INVESTMENTS, LLC
ADDRESS REDACTED

HERODOTUS CAPITAL HOLDINGS LIMITED
ADDRESS REDACTED

HERODOTUS CAPITAL HOLDINGS LIMITED
ADDRESS REDACTED

HOAK PUBLIC EQUITIES, LP
ADDRESS REDACTED

HUBERT G. PHIPPS
ADDRESS REDACTED

HUDSON BAY MASTER FUND LTD.
ADDRESS REDACTED

IROQUOIS MASTER FUND LTD.
ADDRESS REDACTED

IROQUOIS MASTER FUND, LTD.
ADDRESS REDACTED

JEFF SPENARD
ADDRESS REDACTED

JENNIFER ALBERS
ADDRESS REDACTED

JOHN SEABERN
ADDRESS REDACTED

JON CHRISTOPHER BAKER FAMILY, LLC
ADDRESS REDACTED

KELLY HELFRICH
ADDRESS REDACTED

L2 OPPORTUNITY FUND
ADDRESS REDACTED

LINCOLN PARK CAPITAL FUND, LLC
ADDRESS REDACTED

MIDSUMMER SMALL CAP MASTER, LTD
ADDRESS REDACTED

MIDSUMMER SMALL CAP MASTER, LTD.
ADDRESS REDACTED

MJ FIL INVESTMENTS LLC
ADDRESS REDACTED

MOBILE LEADERS ALLIANCE
ATTN: DAN WITTMERS
1704 CAMINO DE LA COSTA, APT. A
REDONDO BEACH, CA 90277

NORTHLAND CAPITAL MARKETS
ADDRESS REDACTED

ODEON CAPITAL GROUP LLC
ADDRESS REDACTED

OPTION OPPORTUNITIES CORP
ADDRESS REDACTED

PALISADES MANAGEMENT LLC
ADDRESS REDACTED

PARK WEST INVESTORS MASTER FUND, LIMITED
ADDRESS REDACTED

PARK WEST PARTNERS INTERNATIONAL, LIMITED
ADDRESS REDACTED

PERGAMENT MULTI-STRATEGY OPPORTUNITIES, L
ADDRESS REDACTED

Hipcricket, Inc. - U.S. Mail

| | | |
|---|---|---|
| PIONEER MAILROOM EQUIPMENT<br>ADDRESS REDACTED | PLOUGH PENNY PARTNERS LP<br>ADDRESS REDACTED | PLOUGH PENNY PARTNERS, LP<br>ADDRESS REDACTED |
| PREVENTIVE CARDIOVASCULAR NURSES ASSOCIATIO<br>ADDRESS REDACTED | PYRAMID TRADING, L.P.<br>ADDRESS REDACTED | RAGING CAPITAL FUND (QP), LP<br>ADDRESS REDACTED |
| RAGING CAPITAL FUND, LP<br>ADDRESS REDACTED | RBC CAPITAL MARKETS<br>ADDRESS REDACTED | REZER FUND I, LP<br>ADDRESS REDACTED |
| REZER LIVING TRUST<br>ADDRESS REDACTED | RICHARD A. HOEL<br>ADDRESS REDACTED | RISHII MAGAPU<br>ADDRESS REDACTED |
| ROBERT F. MORIARTY<br>ADDRESS REDACTED | ROBERT G. ALLISON<br>ADDRESS REDACTED | ROBERT J. EVANS<br>ADDRESS REDACTED |
| ROCKET FUEL INC<br>1900 SEAPORT BLVD.<br>REDWOOD CITY, CA 94063 | ROCKMORE INVESTMENT MASTER FUND LTD<br>ADDRESS REDACTED | ROTH CAPITAL PARTNERS<br>ADDRESS REDACTED |
| SANKOFA CAPITAL LP<br>ADDRESS REDACTED | SERENITY NOW LLC<br>ADDRESS REDACTED | SEVEN HILLS CAPITAL PARTNERS, LP.<br>ADDRESS REDACTED |
| SHELLY MEYERS<br>ADDRESS REDACTED | SPHINX TRADING, LP<br>ADDRESS REDACTED | STEPHEN P. VERTIN<br>ADDRESS REDACTED |
| SWALLOWTAIL EQUITIES, LLC<br>ADDRESS REDACTED | TRITON 220<br>ADDRESS REDACTED | WALLACE FAMILY TRUST<br>ADDRESS REDACTED |
| WARBERG OPPORTUNISTIC TRADING FUND L.P.<br>ADDRESS REDACTED | WARBERGAM OPPORTUNISTIC TRADING FUND LP<br>ADDRESS REDACTED | WILLIAM H BAXTER<br>ADDRESS REDACTED |

Parties Served: 96

## EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Deadline for Submitting Bids:  February 23, 2015 at 4:00 p.m. (Eastern Time)**
**Auction Date and Time:  February 25, 2015 at 10:00 a.m. (Eastern Time)**
**Deadline for Objections to Sale Motion:  February 20, 2015 at 4:00 p.m. (Eastern Time)**
**Sale Hearing Date and Time:  February 27, 2015 at 2:30 p.m. (Eastern Time)**

## NOTICE OF AUCTION AND SALE HEARING RELATED TO SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS

**PLEASE TAKE NOTICE** that, on January 21, 2015, Hipcricket, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), filed its *Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief* (as modified as set forth in the *Notice of Errata Re: Bid Procedures* [Docket No. 58], the "Bid Procedures Motion").[2]  On February 11, 2015, the Court entered an order (the "Bid Procedures Order") granting the Bid Procedures Motion and approving the bidding procedures annexed thereto (the "Bidding Procedures") to be used in connection with the auction (the "Auction") of substantially all of the Debtor's assets (as further described in the Stalking Horse Agreement, the "Acquired Assets").  The Acquired Assets are being sold free and clear of all liens, claims, encumbrances and interests, provided that section 363(f) of the

---

[1]    The last four digits of the Debtor's tax identification number are 2076.  The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2]    All capitalized terms not defined herein have the meaning ascribed to them in the Bid Procedures Motion.

Bankruptcy Code has been satisfied (other than those liens and interests permitted by the Stalking Horse Agreement with the proposed purchaser of the Acquired Assets, SITO Mobile, Ltd. (the "Purchaser" or the "Stalking Horse Bidder")). The proposed sale of the Acquired Assets will provide for the following consideration: (i) an amount equal to the sum of (a) $4,500,000 in cash (the "Cash Purchase Price"), plus (b) an amount equal to the Cure Amounts up to the Cure Cap ($500,000), plus (c) the amounts approved by the Bankruptcy Court with respect to the KEIP up to the KEIP Limit ($255,000), less (ii) the sum of (a) the amount of Assumed DIP Obligations plus (b) the amount of Cure Amounts that are required to be paid in excess of the Cure Cap up to a maximum of $50,000.

## Auction

**PLEASE TAKE FURTHER NOTICE** that the Debtor may conduct an auction (the "Auction") to determine the highest and best bid with respect to the Acquired Assets. The Auction shall commence at 10:00 a.m. (Eastern Time) on February 25, 2015, at Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024, or such other location as announced by the Debtor prior to the Auction.

## The Sale Hearing

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for February 27, 2015, at 2:30 p.m. (Eastern Time) (the "Sale Hearing") to consider approval of the winning bid(s) and confirm the results at the Auction for the Acquired Assets, pursuant to a motion filed by the Debtor seeking approval thereof (the "Sale Motion"). The Sale Hearing may, however, be adjourned in open court from time to time, without further notice. The Sale Hearing will be held before the Honorable Laurie Selber Silverstein, United States

2

Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware, 19801.

**PLEASE BE TAKE FURTHER NOTICE** that the Bidding Procedures shall govern the bidding process and the Auction of the Acquired Assets. Any person that wishes to receive a copy of the Sale Motion, Bidding Procedures or the Bid Procedures Order shall make such request in writing to Pachulski Stang Ziehl & Jones LLP,919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: Kathe Finlayson or by email to kfinlayson@pszjlaw.com. These filings are also available for review at the case-specific website maintained by the Court-approved noticing agent, Rust Consulting Omni Bankruptcy, at www.omnimgt.com/hipcricket.

<u>Objections</u>

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the relief to be requested at the Sale Hearing must be in writing, state the basis of such objection with specificity, and shall be filed with the Court, with a courtesy copy to Chambers, and shall be served on: (i) the Debtor, Hipcricket, Inc. c/o Todd Wilson, Chief Executive Officer, 110 110th Avenue NE, Suite 410, Bellevue, Washington 98005, facsimile: 425-449-4286; (ii) Debtor's counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: James O'Neill, joneill@pszjlaw.com; Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Ira Kharasch and Linda Cantor, ikharasch@pszjlaw.com and lcantor@pszjlaw.com; (iii) counsel to the Stalking Horse Bidder, Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn: Matthew Hinker and Joseph Gangitano, hinkerm@gtlaw.com and gangitanoj@gtlaw.com; (iv) counsel to the Official Committee of Unsecured Creditors appointed in this case, (a) Cooley LLP, The Grace Building, 1114 Avenue of the Americas, New York, NY 10036-7798, Attn:

3

Jay Indyke, Esq., jindyke@cooley.com; and (b) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899-1709, Attn: Donald J. Detweiler, Esq., detweilerd@pepperlaw.com and Henry J. Jaffe, Esq, jaffeh@pepperlaw.com; and (v) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq., jane.m.leamy@usdoj.gov (collectively, the "Notice Parties"), so as to be received by February 20, 2015, at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that all requests for information concerning the Acquired Assets and all requests for information concerning the Bidding Procedures, should be directed in writing to Pachulski Stang Ziehl & Jones LLP, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Ira Kharasch and Linda Cantor, ikharasch@pszjlaw.com and lcantor@pszjlaw.com.

Dated: February 11, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James O'Neill*
Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153762)
James O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:      ikharasch@pszjlaw.com
             lcantor@pszjlaw.com
             joneill@pszjlaw.com

Counsel to Debtor and Debtor in Possession

4

DOCS_LA:286065.1