**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| HIPCRICKET, INC., | Case No. 15-10104 (LSS) |
| Debtor. | |

**AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL**

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 23, 2015 I caused to be served:

**OBJECTION OF IVAN BRAIKER, GAY GABRILSKA, AND KIM DONALDSON TO ASSUMPTION AND ASSIGNMENT OF AGREEMENTS**

Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:   February 23, 2015

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 23rd day of February, 2015.

_____
Notary

[Notary Seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES MAY 12, 2015, NOTARY PUBLIC, STATE OF DELAWARE]

**VIA HAND DELIVERY &
ELECTRONIC MAIL**
James O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
E-mail: joneill@pszjlaw.com
[Counsel to the Debtors]

Donald J. Detweiler, Esq.
Henry J. Jaffe, Esq.
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
E-mail: detweilerd@pepperlaw.com
E-mail: jaffeh@pepperlaw.com
[Counsel to the Official Committee of
Unsecured Creditors]

Jane M. Leamy
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: jane.m.leamy@usdoj.gov

**VIA FIRST CLASS MAIL &
FACSIMILE**
Hipcricket, Inc.
c/o Todd Wilson, CEO
110 110th Avenue, NE Suite 410
Bellevue, Washington 98005
Facsimile: (425) 449-4286
[Debtor]

**VIA FIRST CLASS MAIL &
ELECTRONIC MAIL**
Ira Kharasch, Esq.
Linda Cantor, Esq.
Pachulski Stang Ziehl & Jones LLP
1011 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
E-mail: ikharasch@pszjlaw.com
E-mail: lcantor@pszjlaw.com
[Counsel to the Debtors]

Jay Indyke, Esq.
Cooley LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
E-mail: jindyke@cooley.com
[Counsel to the Official Committee of
Unsecured Creditors]

Matthew Hinker, Esq.
Joseph Gangitano, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
E-mail: hinkerm@gtlaw.com
E-mail: gangitanoj@gtlaw.com
[Counsel to the Stalking Horse Bidder]