IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| HIPCRICKET, INC., ) | Case No. 15-10104 |
| ) | |
| Debtor. ) | D.I. 59, 118 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS
OF W2007 SEATTLE OFFICE ATRIUM PLACE REALTY, LLC TO SALE
OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR
OF ALL LIENS AND CLAIMS AND ASSUMPTION/ASSIGNMENT OF CERTAIN
CONTRACTS AND LEASES, AND GRANTING RELATED RELIEF**

W2007 Seattle Office Atrium Place Realty, LLC (the "Landlord"), the landlord of 110 Atrium Place located at 110 110th Avenue, NE Bellevue, Washington (the "Premises"), pursuant to a certain lease dated August 29, 2013 (the "Lease") and a storage space lease dated December 10, 2013 (the "Storage Lease," and together with the Lease, the "Leases"), hereby files this limited objection to the Debtor's Notice of Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, and in support of its limited objection and reservation of rights, the Landlord states as follows:

## BACKGROUND

1. Prior to and since January 20, 2015, the Debtor has remained in possession of the Premises, and upon information and belief, the Debtor has remained current with its payments due under the Leases, although there may be defaults with respect to the insurance required under the Leases or certain other "additional rent" due under the Leases which remain unpaid.

2. The Landlord appreciates that the Debtor is in the midst of an abbreviated sale process and the Court has approved certain bid procedures for the sale of substantially all of the Debtor's assets, including approval of SITO Mobile Ltd. ("SITO") as the Debtor's stalking horse bidder. The Landlord has had preliminary discussions with SITO with respect to the Leases, however the Landlord does not currently know whether SITO intends to seek to have the Debtor

7633205/

assume and assign the Leases (assuming that SITO is the successful bidder). To date, the Landlord has not received any information regarding SITO's financial wherewithal. Further, on

3. On February 23, 2015, the Landlord was advised of another party who submitted a qualified bid for the Debtor's assets. The Landlord is unaware whether this second bidder intends to seek to have the Debtor assume and assign the Leases if it is ultimately the successful bidder. The Landlord did receive information regarding this second bidder's financial information, and the Landlord is currently attempting to determine whether there are any issues with respect to its financial wherewithal.

4. The Landlord does not object to the sale at this time. Rather, the Landlord files this limited objection and reservation of its rights to object to the assumption and assignment of the Leases based upon a failure to provide adequate assurance of future performance pursuant to 11 U.S.C. § 365. Further, the Landlord objects to the assumption and assignment of the Leases based upon the cure amount which may not reflect all amounts due and owing under the Lease.

5. The Landlord reserves the right to supplement this limited objection at any time up until the hearing to consider the Debtor's motion to approve the sale and assume and assign the Leases to the purchaser.

Respectfully submitted,

February 24, 2015

MORRIS JAMES LLP

/s/ Jeffrey R. Waxman

Jeffrey R. Waxman (Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

Counsel for W2007 Seattle Office Atrium Place Realty, LLC

7633205/