UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HIPCRICKET, INC., | Case No. 15-10104 (LSS) |
| Debtor. | |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 24, 2015 I caused to be served:

### LIMITED OBJECTION AND RESERVATION OF RIGHTS OF W2007 SEATTLE OFFICE ATRIUM PLACE REALTY, LLC TO SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS AND CLAIMS AND ASSUMPTION/ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES, AND GRANTING RELATED RELIEF

Service was completed upon the following individuals listed on the attached list as indicated thereon.

Date:   February 24, 2015

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 24th day of February, 2015.

_____
Notary

1

**VIA HAND DELIVERY**
James O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
E-mail: joneill@pszjlaw.com
[Counsel to the Debtors]

Donald J. Detweiler, Esq.
Henry J. Jaffe, Esq.
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
E-mail: detweilerd@pepperlaw.com
E-mail: jaffeh@pepperlaw.com
[Counsel to the Official Committee of Unsecured Creditors]

Jane M. Leamy
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
E-mail: jane.m.leamy@usdoj.gov

**VIA FIRST CLASS MAIL**
Hipcricket, Inc.
c/o Todd Wilson, CEO
110 110th Avenue, NE Suite 410
Bellevue, Washington 98005
Facsimile: (425) 449-4286
[Debtor]

Ira Kharasch, Esq.
Linda Cantor, Esq.
Pachulski Stang Ziehl & Jones LLP
1011 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
E-mail: ikharasch@pszjlaw.com
E-mail: lcantor@pszjlaw.com
[Counsel to the Debtors]

Jay Indyke, Esq.
Cooley LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
E-mail: jindyke@cooley.com
[Counsel to the Official Committee of Unsecured Creditors]

Matthew Hinker, Esq.
Joseph Gangitano, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
E-mail: hinkerm@gtlaw.com
E-mail: gangitanoj@gtlaw.com
[Counsel to the Stalking Horse Bidder]