IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE OF AGENDA FOR HEARING ON FEBRUARY 27, 2015 AT 2:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

**CONTESTED MATTER:**

1. Debtor's Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed January 27, 2015; Docket No. 59)

    **Objection Deadline:** February 20, 2015 at 4:00 p.m. [Extended to February 23, 2015 at 3:00 p.m. for Ivan Braitner, Gay Gabrilska and Kimberly Donaldson and Extended to February 25, 2015 at 4:00 p.m. for Yahoo]

    **Objections/Responses:**

    (a) Letter Objection of Glenn Stansbury (Received February 20, 2015; Not on Court's docket)

    (b) John Green's Objection to the Assignment of Contract (Filed February 20, 2015; Docket No. 148)

    (c) Letter Objection of Fieldale Farms Corp. (Dated February 20, 2015; Not on court's docket)

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

(d)  Objection of Ivan Braiker, Gay Gabrilska and Kim Donaldson to Assumption and Assignment of Agreements (filed February 23, 2015; Docket No. 164)

(e)  Limited Objection and Reservation of Rights of W2007 Seattle Office Atrium Place Realty, LLC to Sale Motion (Filed February 24, 2015; Docket No. 165)

**Related Document:**

(a)  [signed] Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief (Entered February 11, 2015; Docket No. 118)

(b)  Notice of Sale Procedures, Auction Date, and Sale Hearing Related to Sale of Substantially All of Debtor's Assets, Free and Clear of All Liens, Claims and Interests (Filed February 11, 2015; Docket No. 120)

**Status:** The Committee and the Debtor will be requesting an adjournment of the sale hearing to March 11, 2015 and a rescheduling of the Auction for March 9, 2015. **The Debtor wishes to clarify that SITO's position is that the adjournment of the hearing violates both the Bid Procedures Order and the DIP Order. Sito has indicated that it is reserving its rights to the extent the hearing is extended.** The Debtor will provide an updated status report to the Court at the 2/27/2015 hearing.

Dated: February 25, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Ira D. Kharasch (CA Bar No. 109084)
Linda F. Cantor (CA Bar No. 153672)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ikharasch@pszjlaw.com
        lcantor@pszjlaw.com
        joneill@pszjlaw.com

Counsel for Debtor and Debtor in Possession