# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.[1] | Case No. 15-10104 (LSS) |
| Debtor. | Related Docket Nos.: 149, 153 and 154 |

## DECLARATION OF SERVICE

I, Henry Jaffe, hereby certify that on the 20th day of February, 2015, I served or caused to be served the following pleadings upon the persons listed on the service list attached hereto as indicated:

- **Application of the Official Committee of Unsecured Creditors of Hipcricket, Inc. for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel *Nunc Pro Tunc* to January 30, 2015 (Docket No. 149)**

- **Application for Entry of an Order Authorizing the Employment and Retention of Pepper Hamilton LLP as Delaware Counsel to the Official Committee of Unsecured Creditors of Hipcricket, Inc., *Nunc Pro Tunc* to January 30, 2015 (Docket No. 153)**

- **Application for Authorization to Employ and Retain Getzler Henrich & Associates LLC *Nunc Pro Tunc* to January 30, 2015 as Financial Advisor for the Official Committee of Unsecured Creditors of Hipcricket, Inc. (Docket No. 154)**

Date: February 26, 2015
      Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ *Henry Jaffe*
Donald J. Detweiler (DE Bar No. 3087)
Henry Jaffe (DE Bar No. 2987)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone: 302.777.6500
Facsimile: 302.656.8865
Email: detweilerj@pepperlaw.com

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004

#32678672 v1

jaffeh@pepperlaw.com

-and-

Jay Indyke
Jeffrey L. Cohen
Alex R. Velinsky
COOLEY LLP
1114 Avenue of the Americas
New York, New York  10036
Telephone :  212.479.6000
Facsimile :  212.479.6275
Email :   jindyke@cooley.com
              jcohen@cooley.com
              avelinsky@cooley.com

*Proposed Counsel to Official Committee of
Unsecured Creditors of Hipcricket, Inc.*

**Hand Delivery**
(Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**First Class Mail**
(Counsel for the Debtors)
Ira D. Kharasch, Esquire
Linda F. Cantor, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4100

**Hand Delivery**
(US Trustee)
Office of U.S. Trustee
Attn: Jane M. Leamy, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esq.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Andrew M. Calamari, Esq.
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC  20549

**First Class Mail**
Sean Lev, Esq.
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC  20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC  20005-4026

**First Class Mail**
(Debtor)
Hipcricket Inc.
Attn: Todd Wilson, Chairman & CEO
350 7th Avenue, 2nd Floor
New York, NY  10001

**First Class Mail**
(External Counsel to Debtors)
Faith Wilson, Esquire
John S. Kaplan, Esquire
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099

**First Class Mail**
(External Counsel to Debtors)
Flore Kanmacher, Esquire
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721

**First Class Mail**
(Counsel for SITO Mobile)
Greenberg Traurig
Attn:  Nancy Mitchell, Esquire
Metlife Building
200 Park Avenue
New York, NY  10166

**First Class Mail**
(Counsel for Mobile Fuse)
Edward J. LoBello, Esquire
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

**First Class Mail**
(Counsel for Mobile Fuse)
James D. Garbus, Esquire
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY  11530-9194

**First Class Mail**
(Counsel for Fast Pay Partners)
Deirdre M. Richards, Esquire
The Lamm Group
1608 Walnut Street, Suite 703
Philadelphia, PA  19103

#32395113 v1


**First Class Mail**
(Counsel for Phunware)
James Huie, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

**First Class Mail**
Mitel Leasing
1140 West Loop North
Houston, TX  77055

**First Class Mail**
US Equipment Finance
1310 Madrid Street
Marshall, MN  56258

**First Class Mail**
Fast Pay Partners LLC
c/o  Harold Lee, Esquire
9300 Wilshire Boulevard, Suite 550
Beverly Hills, CA  90212

**First Class Mail**
(Top Creditors)
Mobilefuse
Attn.: Ken Harlan
36 Maple Place, Suite 306
Manhasset, NY 11030

**First Class Mail**
(Top Creditors)
Tapit Media
Attn: Alan Knitowski, CEO
Phunware
4000 MacArthur Blvd., Suite #300
Newport Beach, CA  92660

**First Class Mail**
(Top Creditors)
Zumobi, Inc.
Attn:  Lara Rickard
1525 4th Avenue, Suite 800
Seattle, WA  98101

**First Class Mail**
(Top Creditors)
Perkins Coie
Attn:  Andrew Moore
1201 Third Avenue, 40th Floor
Seattle, WA  98101-3099

**First Class Mail**
(Top Creditors)
Shaub & Williams LLP
Attn: David Shaub, Esquire
12121 Wilshire Blvd., Suite205
Los Angeles, CA  90025

**First Class Mail**
(Top Creditors)
Mobilewalla, Inc.
Attn:  Anindya Datta
2472 Jett Ferry Road, Suite 400-214
Dunwoody, GA  30338

#32395113 v1

**First Class Mail**
(Top Creditors)
Adap.tv, Inc.
Attn: Matt Mangone
1 Waters Park Drive, Suite 250
San Mateo, CA  94403

**First Class Mail**
(Top Creditors)
StrikeAd, Inc.
Attn: Jay Hirschson
P.O. Box 203823
Dallas, TX  75320-3823

**First Class Mail**
(Top Creditors)
AIM Consulting Group
Attn: Kyle Guilford
P.O. Box 796
Spokane, WA  99210-0796

**First Class Mail**
(Top Creditors)
Richardson & Patel LLP
Attn: David Gordon
The Chrysler Building
405 Lexington Ave
New York, NY  10174

**First Class Mail**
(Top Creditors)
Goodwin Proctor, LLP
Attn: Jennifer Albert
Exchange Place
53 State Street
Boston, MA  02109

**First Class Mail**
(Top Creditors)
NYS Dept. of Taxation and Finance
Attn: Sam Bright
Rochester District Office
Sales Tax Section
Rochester, NY  14604-2108

**First Class Mail**
(Top Creditors)
Drawbridge, Inc.
Attn: Mani Davari
2121 El Camino Real, 7th Floor
San Mateo, CA  94403

**First Class Mail**
(Top Creditors)
Tedd Barnfield, Esquire
Gordon Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

**First Class Mail**
Jeffrey Cawdrey, Esquire
Richard Sybert, Esquire
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

**First Class Mail**
(Top Creditors)
Mobile Posse, Inc.
Attn: Jon Jackson
1320 Old Chain Bridge Road, Suite 240
Mclean, VA  22101

**First Class Mail**
(Top Creditors)
Yahoo! Inc.
Attn:  Rachel Krevans
P.O. Box 3003
Carol Stream, Il  60132-3003

**First Class Mail**
(Top Creditors)
Boehringer Ingelheim
Attn: Dora C. DeVenuti
900 Ridgebury Road
P.O. Box 368
Ridgefield, CT  06877-0368

**First Class Mail**
(Top Creditors)
Live Rail
Attn: Ben Rodrigues
1601 Willow Road
Menlo Park, CA  94025

**First Class Mail**
Riverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY  10024

**First Class Mail**
Rachel R. Obaldo
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**Foreign First Class**
(Top Creditors)
Go2Mobi
Attn: Tom Desaulniers
Suite 5-774 Bay Street
Victoria, BC  V8T5E4
Canada

**Foreign First Class**
(Top Creditors)
Acuity Ads, Inc.
Attn: Max Beeth
5775 Yonge Street, Unit 1802
Toronto, ON  M2M 4J1
Canada

**First Class Mail**
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008

**First Class Mail**
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

**First Class Mail**
NID 4591-4-EMSTR-3182
CACI, Inc.
1100 North Glebe Road
Arlington, VA 22201

**First Class Mail**
Linda Boyle
Level 3 Communications, Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

#32395113 v1