**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | ) |
| | ) |
| HIPCRICKET, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 15-10104-LSS |
| | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Trevor R. Hoffmann of Haynes and Boone, LLP to represent ESW Capital, LLC in this action.

Date: February 27, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com

*Attorney for ESW Capital, LLC*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date:  2/27/2015

/s/ Trevor R. Hoffmann
Trevor R. Hoffmann
Haynes and Boone, LLP
30 Rockefeller Plaza

26th Floor
New York, NY 1011
trevor.hoffmann@haynesboone.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted