## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC., | Case No. 15-10104 (LSS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL PLEADINGS AND DOCUMENTS

PLEASE TAKE NOTICE that, pursuant Bankruptcy Rules 2002, 9007 and 9010 (the "Bankruptcy Rules"), Yahoo! Inc. ("Yahoo"), by and through its undersigned counsel, hereby appears in the above-captioned Chapter 11 case of HipCricket, Inc. (the "Debtor") and requests that all papers, pleadings, motions and applications served or required to be served in these cases be given to and served upon the following:

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2383
G. Larry Engel
Vincent J. Novak
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: LEngel@mofo.com; VNovak@mofo.com

-and-

ASHBY & GEDDES, P.A.
William P. Bowden (I.D. No. 2553)
Ricardo Palacio (I.D. No. 3765)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: WBowden@ashby-geddes.com
RPalacio@ashby-geddes.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, that may affect or seek to affect in any way any rights or interests of Yahoo with respect to the Debtor's estate, or any related entities, or property or proceeds thereof in which the Debtor's estate may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance shall not be deemed or construed to be a waiver of the right of Yahoo (i) to have final orders in non-core matters, and in core matters governed by *Stern v. Marshall*, 131 S. Ct. 2594 (2011), entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Yahoo is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Yahoo expressly reserves.

2

Dated: Wilmington, DE
      February 27, 2015

By: _____

William P. Bowden (I.D. No. 2553)
Ricardo Palacio (I.D. No. 3765)
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
WBowden@ashby-geddes.com
RPalacio@ashby-geddes.com

-and-

G. Larry Engel
Vincent J. Novak (admitted *pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com;
VNovak@mofo.com

*Counsel for Yahoo! Inc.*

3