IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 181 & 182** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP attorneys for the Debtor in

the above-captioned action, and that on the 3rd day of March 2015 she caused a copy of the

following document(s) to be served upon the parties on the attached service lists in the manner

indicated:

> *Motion of Debtor for an Order (1) Fixing Bar Date for the Filing of Proofs of Claim, Including Claims Arising under Section 503(b)(9) of the Bankruptcy Code, (2) Designating Form and Manner of Notice Thereof, and (3) Granting Related Relief* (#181)

> *Motion of Debtor to Shorten and Request for Hearing with Respect to Motion of Debtor for an Order (1) Fixing Bar Date for the Filing of Proofs of Claim, Including Claims Arising under Section 503(b)(9) of the Bankruptcy Code, (2) Designating Form and Manner of Notice Thereof, and (3) Granting Related Relief* (#182)

---

[1]     The last four digits of the Debtor's tax identification number are 2076.  The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

Kathleen Forte Finlayson

Sworn to and Subscribed before
me this __3__ day of March 2015

_____
Notary Public
Commission Exp.: _____

DOCS_DE:198595.1 36480/002

Hipcricket, Inc. 2002 Overnight Service List
Case No. 15- 10104 (LSS)
Document No. 197557
01 – Interoffice Mail
04 – Hand Delivery
04 – Express Mail
26 – Overnight Delivery


(Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**Interoffice Mail**
(Counsel for the Debtors)
Ira D. Kharasch, Esquire
Linda F. Cantor, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4100

**Hand Delivery**
(US Trustee)
Office of U.S. Trustee
Attn:  Jane M. Leamy, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Official Committee of
Unsecured Creditors)
Donald J. Detweiler, Esquire
Henry J. Jaffe, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709

**Hand Delivery**
(Counsel for Yahoo! Inc.)
William P. Bowden, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
PO Box 1150
Wilmington, DE  19899

**Express Mail**
Riverside Claims LLC
Planetarium Station
PO Box 626
New York, NY  10024

**Express Mail**
Rachel R. Obaldo, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

**Express Mail**
Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE  19903

**Express Mail**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

**Overnight Delivery**
(Debtor)
Hipcricket Inc.
Attn: Todd Wilson, Chairman & CEO
350 7th Avenue, 2nd Floor
New York, NY 10001

**Overnight Delivery**
(Counsel to Official Committee of
Unsecured Creditors)
Jay Indyke, Esquire
Jeffrey L. Cohen, Esquire
Alex R. Velinsky, Esquire
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

**Overnight Delivery**
(External Counsel to Debtors)
Faith Wilson, Esquire
John S. Kaplan, Esquire
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

**Overnight Delivery**
(External Counsel to Debtors)
Flore Kanmacher, Esquire
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

**Overnight Delivery**
(Counsel for SITO Mobile)
Nancy Mitchell, Esquire
Greenberg Traurig
Metlife Building
200 Park Avenue
New York, NY 10166

**Overnight Delivery**
(Counsel for Mobile Fuse)
Edward J. LoBello, Esquire
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
PO Box 822
New York, NY 10018

**Overnight Delivery**
(Counsel for Mobile Fuse)
James D. Garbus, Esquire
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530-9194

**Overnight Delivery**
(Counsel for Fast Pay Partners)
Deirdre M. Richards, Esquire
The Lamm Group
1608 Walnut Street, Suite 703
Philadelphia, PA 19103

**Overnight Delivery**
(Counsel for Phunware)
James Huie, Esquire
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

**Overnight Delivery**
Mitel Leasing
10603 W. Sam Houston Parkway
Houston, TX 77064-4659

**Overnight Delivery**
US Equipment Finance
1310 Madrid Street
Marshall, MN 56258

**Overnight Delivery**
Fast Pay Partners LLC
c/o Harold Lee, Esquire
9300 Wilshire Boulevard, Suite 550
Beverly Hills, CA 90212

DOCS_DE:197557.1 36480/001

**Overnight Delivery**
Jeffrey Cawdrey, Esquire
Richard Sybert, Esquire
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

**Overnight Delivery**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**Overnight Delivery**
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**Overnight Delivery**
Office of the General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**Overnight Delivery**
Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022

**Overnight Delivery**
Michael A. Berman, Esquire
Office of the General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

**Overnight Delivery**
Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**Overnight Delivery**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**Overnight Delivery**
(Shaub & Williams LLP)
David R. Shaub, Esquire
Shaub & Williams LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025

**Overnight Delivery**
(Counsel for Washington State Treasurer's
Office (OST)
John J. Ryan, Esquire
Assistant Attorney General
Government Operations Division
7141 Cleanwater Lane SW
PO Box 40108
Olympia, WA 98504-0108

**Overnight Delivery**
(Counsel for Level 3 Communications, Inc.)
Linda Boyle
Level 3 Communications, Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

**Overnight Delivery**
(Counsel for adap.tv, Inc.)
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
PO Box 1008
Columbus, OH 43216-1008

**Overnight Delivery**
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esquire
225 West Washington Street
Indianapolis, IN 46204

**Overnight Delivery**
(Counsel for Yahoo! Inc.)
G. Larry Engel, Esquire
Vincent J. Novak, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2383