# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Hipcricket, Inc., a Delaware Corporation
110 110th Avenue NE
Suite 410                                           **Chapter:** 11
Bellevue, WA 98004
 **EIN:** 20–0122076
Augme Technologies, Inc.
Modavox, Inc.


*Case No*.:  15–10104–LSS


### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 2–27–2015 was filed on 3–2–2015 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3–23–2015 .

If a request for redaction is filed, the redacted transcript is due 4–2–2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 6–1–2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.


_____
Clerk of Court


Date: 3/2/15


(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                        Case No. 15-10104-LSS
Hipcricket, Inc., a Delaware Corporation                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: MichaelM        Page 1 of 2          Date Rcvd: Mar 02, 2015
                           Form ID: ntcBK         Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2015.
db           +Hipcricket, Inc., a Delaware Corporation,   110 110th Avenue NE,   Suite 410,
              Bellevue, WA 98004-5861
aty          +Alan J. Kornfeld,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd, 11th Floor,
              Los Angeles, CA 90067-4114
aty          +Ira D Kharasch,   10100 Santa Monica Boulevard,   13th Floor,   Los Angeles, CA 90067-4003
aty           James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
              PO Box 8705,   Wilmington, DE  19899-8705
aty          +Linda F. Cantor,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Boulevard,
              13th Floor,   Los Angeles, CA 90067-4114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2015                              Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2015 at the address(es) listed below:
          Alex R. Velinsky    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           avelinsky@cooley.com,   jrothstein@cooley.com
          Brian E Farnan    on behalf of Interested Party    ESW Capital, LLC bfarnan@farnanlaw.com,
           tfarnan@farnanlaw.com
          Carl N. Kunz, III    on behalf of Creditor    Ivan Braiker ckunz@morrisjames.com,
           wweller@morrisjames.com;jdawson@morrisjames.com
          Carl N. Kunz, III    on behalf of Creditor    Gay Gabrilska ckunz@morrisjames.com,
           wweller@morrisjames.com;jdawson@morrisjames.com
          Carl N. Kunz, III    on behalf of Creditor    Kim Donaldson ckunz@morrisjames.com,
           wweller@morrisjames.com;jdawson@morrisjames.com
          Deirdre M. Richards    on behalf of Creditor    Fast Pay Partners drichards@lammlaw.com,
           lstarkman@lammlaw.com
          Donald J. Detweiler    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           detweilerd@pepperlaw.com,   lanoc@pepperlaw.com,
           detweilerd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          Edward LoBello    on behalf of Creditor    Mobilefuse, LLC elobello@msek.com
          Henry Jon Jaffe    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jaffeh@pepperlaw.com,   jaffeh@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
          James E. O'Neill    on behalf of Debtor    Hipcricket, Inc., a Delaware Corporation
           jo'neill@pszjlaw.com,   efile1@pszyj.com
          Jane M. Leamy    on behalf of U.S. Trustee    United States Trustee jane.m.leamy@usdoj.gov
          Jeffrey Lawrence Cohen    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors jcohen@cooley.com
          Jeffrey R. Waxman    on behalf of Creditor    W2007 Seattle Office Atrium Place Realty, LLC
           jwaxman@morrisjames.com,   wweller@morrisjames.com;jdawson@morrisjames.com
          John Green    johngreen704@yahoo.com
          John S. Kaplan    on behalf of Interested Party    Perkins Coie LLP JKaplan@perkinscoie.com,
           mmaag@perkinscoie.com;colague@perkinscoie.com
          Peter J. Keane    on behalf of Debtor    Hipcricket, Inc., a Delaware Corporation
           pkeane@pszjlaw.com
          Peter J. Keane    on behalf of Debtor    Hipcricket, Inc., a Delaware Corporation pkeane@pszjlaw.com
          Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
           bk-robaldo@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
          Ricardo Palacio, Esq    on behalf of Interested Party    Yahoo! Inc. rpalacio@ashby-geddes.com
          Ronald Mark Tucker    on behalf of Creditor    Simon Property Group Inc. rtucker@simon.com,
           bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

District/off: 0311-1          User: MichaelM          Page 2 of 2              Date Rcvd: Mar 02, 2015
                             Form ID: ntcBK          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Rust Consulting/Omni Bankruptcy    bosborne@omnimgt.com
          Scott Howard Siegel   on behalf of Creditor    Fast Pay Partners shsecf@laklawyers.com
          Tiffany Strelow Cobb   on behalf of Creditor    adap.tv, Inc. tscobb@vorys.com,  bjtobin@vorys.com
          United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
          William Pierce Bowden   on behalf of Interested Party   Yahoo! Inc. wbowden@ashby-geddes.com
                                                                            TOTAL: 25