IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |

**Objection Deadline: March 26, 2015 at 4:00 p.m.**
**Hearing Date: Scheduled only if Necessary**

# NOTICE OF FILING OF FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR THE PERIOD FROM JANUARY 21, 2015 THROUGH JANUARY 31, 2015

TO:   (a) the Office of the United States Trustee for the District of Delaware; and (b) counsel to the Official Committee of Unsecured Creditors (the "Notice Parties")

Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel to the debtor and debtor in possession in the above-captioned cases (the "Debtor") has filed the attached *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtor and Debtor in Possession for the Period from January 21, 2015 through January 31, 2015* (the "Application"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Application, PSZJ seeks compensation for services rendered to the Debtor in the amount of $147,472.00 and reimbursement of costs incurred in the amount of $16,242.47.

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

OBJECTIONS AND RESPONSES TO THE APPLICATION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **MARCH 26, 2015 AT 4:00 P.M., PREVAILING EASTERN TIME.** Objections or other responses to the Application, if any, must also be served so that they are received not later than **March 26, 2015, 4:00 p.m., prevailing Eastern Time** by: (i) counsel to the Debtor and Debtor-in-Possession, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: James E. O'Neill, Esq.; (ii) counsel to the Committee of Unsecured Creditors, (a) Cooley LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Jay Indyke, Esq. Jeffrey L. Cohen, Esq. and Alex R. Velinsky, Esq. and (a) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801, Attn: Donald J. Detweiler, Esq. and Henry J. Jaffee, Esq.; and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane M. Leamy, Esq.

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received, a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, dated February 11, 2015 (Docket No. 115), if no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Application or (ii) 80

percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: March 5, 2015

                                      PACHULSKI STANG ZIEHL & JONES LLP

                                      */s/ James E. O'Neill*
                                      Ira D. Kharasch (CA Bar No. 109084)
                                      Linda F. Cantor (CA Bar No. 153672)
                                      James E. O'Neill (Bar No. 4042)
                                      919 North Market Street, 17th Floor
                                      P.O. Box 8705
                                      Wilmington, DE 19899-8705 (Courier 19801)
                                      Telephone: (302) 652-4100
                                      Facsimile: (302) 652-4400
                                      E-mail: ikharasch@pszjlaw.com
                                                     lcantor@pszjlaw.com
                                                     joneill@pszjlaw.com

                                      Counsel for Debtor and Debtor in Possession

DOCS_DE:198621.1 36480/002