IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Auction Date:  March 6, 2015 at 10:00 a.m. (NY)**

**Hearing Date on Approval of Sale:  March 9, 2015 at 10:00 a.m. (DE)**

## NOTICE OF RECEIPT OF BID AND RESCHEDULED AUCTION

On January 21, 2015, the above-captioned debtors and debtors in possession filed the *Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief* [Docket No. 12] (as modified as set forth in the *Notice of Errata Re: Bid Procedures* [Docket No. 58], the "Bid Procedures Motion") (the "Motion").[2] On February 11, 2015, the Bankruptcy Court entered an order approving the bid procedures (the "Bid Procedures") portion of the Motion, pursuant to which the Bankruptcy Court scheduled the auction (the "Auction") for the sale (the "Sale") of substantially all of the Debtor's assets, fixed the sale objection deadline (the "Sale Objection Deadline"), and scheduled a hearing on the Sale (the "Sale Hearing").  During the February 27, 2015 hearing for the

---

[1] The last four digits of the Debtor's tax identification number are 2076.  The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Debtor's case, the Bankruptcy Court, at the Debtor's request extended the bid deadline to March 4, 2015 at 8:00 p.m. Eastern Time (the "Revised Bid Deadline") and rescheduled the Auction and Sale Hearing.

**RESCHEDULED AUCTION**.  A Bid was received by the Revised Bid Deadline.  Both the Debtor and the Committee believe that the Bid is a Qualified Bid.  SITO disputes that the Bid is a Qualified Bid.  Accordingly, the Debtor shall hold the Auction for the sale of the Assets at the offices of Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024, on **March 6, 2015 at 10:00 a.m.** Eastern time  The Auction will be governed by the terms and conditions of the Bid Procedures, which have been authorized and approved by the Bankruptcy Court.

**RESCHEDULED SALE HEARING**.  The Sale Hearing shall occur on **March 09, 2015 at 10:00 a.m.** Eastern time before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated:  March 5, 2015 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill* |
| | Ira D. Kharasch (CA Bar No. 109084) |
| | Linda F. Cantor (CA Bar No. 153762) |
| | James O'Neill (DE Bar No. 4042) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail:     ikharasch@pszjlaw.com |
| | lcantor@pszjlaw.com |
| | joneill@pszjlaw.com |
| | |
| | Counsel to Debtor and Debtor in Possession |