# EXHIBIT A

| 1201 Third Avenue, Suite 4900 | EMAIL: clientacct@perkinscoie.com |
|---|---|
| Seattle, Washington 98101 | ACCOUNTING: 206.359.3143 |
| PHONE: 206.359.8000 | FAX: 206.359.9000 |



| INVOICE # | BILL DATE |
|---|---|
| 5276984 | February 18, 2015 |
| ACCOUNT # | DUE DATE |
| 116430.0001 | March 20, 2015 |

Hipcricket, Debtor-In-Possession
Attn: Todd Wilson
110-110th Avenue NE
Bellevue, WA  98004

Matter Number / Name            116430.0001 / Special Corporate Counsel in Bankruptcy

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $15,263.50 | $3.90 | | **$15,267.40** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 116430 and Invoice 5276984**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5276984

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

**FOR SERVICES** THROUGH 01/31/15

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/21/15 | F. Kanmacher | 0.20 | Review and approve by email changes made to draft of disclosure schedules by Buyer's counsel; |
| 01/21/15 | F. Kanmacher | 0.30 | Review revisions made to draft Escrow Agreement (.2); correspondence with Buyer's counsel regarding same (.1); |
| 01/21/15 | J. Kaplan | 0.50 | Telephone conferences and emails regarding bankruptcy retention issues; |
| 01/21/15 | M. Maag | 0.70 | Correspondence regarding Hipcricket filing (.2); manage preparation and circulation of connections email (.5); |
| 01/21/15 | F. Wilson | 5.00 | Prepare revised draft Form 8-K regarding bankruptcy filing and related matters (1.5); telephone conference with T. Bradford regarding Form 8-K and Form 12b-25 filing logistics (.8); review "Edgarized" drafts of Form 8-K and prepare comments (.4); work on revisions to Form 12b-25 (.8); email with L. Cantor regarding bankruptcy disclosure issues (.4); email with T. Bradford regarding SEC disclosure matter (.3); telephone conference with Sito Mobile's counsel regarding SEC disclosure issues (.4); telephone conference with T. Wilson regarding stockholder communications (.4); |
| 01/21/15 | A. Sandvig | 1.40 | Communications regarding employment application and related documents (.4), revise and edit accordingly (1.0); |
| 01/23/15 | J. Kaplan | 1.20 | Emails regarding employment pleadings (.2); revise affidavit (.7); emails regarding additional information needed for same (.3); |
| 01/23/15 | F. Wilson | 0.80 | Email with T. Wilson regarding stockholder communications (.3); review first draft of FAQs (.5); |
| 01/26/15 | J. Kaplan | 1.20 | Emails and telephone conferences regarding status of employment pleadings; |
| 01/26/15 | K. Kokabi | 0.60 | Draft Stock Power transferring Voice Assist common shares held by Hipcricket to SITO Mobile; |
| 01/26/15 | F. Wilson | 4.30 | Work on stockholder FAQs (3.2); telephone conference with T. Wilson regarding SEC disclosure issues (.5); email with T. Bradford regarding Form 8-K filing (.3); telephone conference with J. Kaplan and S. Cho regarding application, affidavits and order authorizing retention of Perkins Coie (.3); |
| 01/27/15 | J. Kaplan | 1.00 | Emails regarding employment pleadings and background facts from accounting (.5); revise employment pleadings (.5); |

# PERKINSCOIe

INVOICE #: 5276984

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/27/15 | F. Wilson | 5.20 | Review revised draft application, affidavit and order authorizing employment and retention of Perkins Coie as special corporate counsel (.6); telephone conference with T. Bradford regarding securities law issues (.3); work on draft Form 8-K regarding approval of DIP financing and pay-off of Fast Pay loan (2.5); provide comments on revised drafts of stockholder FAQs (1.4); email to A. Mocherman regarding same (.1); email with T. Bradford regarding debtor-in-possession financing facility (.3); |
| 01/28/15 | J. Kaplan | 0.50 | Follow-up emails regarding and revisions to employment pleadings; |
| 01/28/15 | F. Wilson | 3.20 | Work on Form 8-K (.8); email with T. Bradford regarding stock transfer issue (.4); review and prepare comments to affidavit authorizing retention of Perkins Coie (1.2); review and prepare comments on Edgarized draft Form 8-K (.6); email with T. Bradford regarding same (.2); |
| 01/29/15 | J. Kaplan | 0.30 | Review and comment on final employment pleadings; |
| 01/29/15 | F. Wilson | 2.10 | Collect board minutes (.7); research regarding removal of restrictive legend on stock (.7); email with T. Bradford regarding same (.3); email with S. Cho regarding affidavit authorizing retention of Perkins Coie (.4); |
| 01/30/15 | J. Kaplan | 0.20 | Emails with Pachulski regarding engagement letter and final form of employment documents; |
| TOTAL | | HOURS 28.70 | |

**SERVICES**
$15,263.50

**FOR DISBURSEMENTS** THROUGH 01/31/15

| DESCRIPTION | AMOUNT |
|---|---|
| Photocopies and printing | $1.50 |
| Long distance telephone charges | $2.40 |

**TOTAL FOR DISBURSEMENTS**
$3.90

**TOTAL DUE THIS INVOICE**
**$15,267.40**

Page  3

PERKINSCOIE

INVOICE #: 5276984

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | **0 - 30** | **31 - 60** | **61 - 90** | **91 - 120** | **121+** | **TOTAL** |
|---|---|---|---|---|---|---|
| Fees: | $15,263.50 | $0.00 | $0.00 | $0.00 | $0.00 | $15,263.50 |
| Costs: | $3.90 | $0.00 | $0.00 | $0.00 | $0.00 | $3.90 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $15,267.40 | $0.00 | $0.00 | $0.00 | $0.00 | $15,267.40 |

The Accounts Receivable Total may not include all late charges on outstanding invoices . Late charges accrue based on the terms of your Letter of Engagement.