UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIPCRICKET, INC.,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 15-10104 (LSS) |

**OBJECTION AND RESERVATION OF RIGHTS BY SITO MOBILE, LTD TO THE
DEBTORS' NOTICE OF RECEIPT OF BID AND RESCHEDULED AUCTION**

Sito Mobile, Ltd ("Sito"), by and through its undersigned counsel, hereby submits this objection and reservation of rights (the "Objection") to the *Notice of Receipt of Bid and Rescheduled Auction* (the "Auction Notice") filed by the Debtor with the Bankruptcy Court on March 5, 2015 at Docket Number 187. In support of this Objection, Sito respectfully represents as follows:

**Background**[2]

1.      On February 11, 2015, the Bankruptcy Court entered the *Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief* [Docket No. 118] (the "Bid Procedures Order"). The Bid Procedures Order, *inter alia*, approved certain bidding procedures (the "Bid Procedures") for the sale of substantially all of the Debtor's assets. Pursuant to the Bid Procedures Order the Debtor was authorized to conduct an auction (the "Auction") if the Debtor received a Qualified Bid (other than the Stalking Horse Bid) by the Bid Deadline.

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

2.      On March 4, 2015, prior to the Bid Deadline, the Debtor received a revised bid from ESW (the "Bid").  The Bid is not a Qualified Bid as required by the Bid Procedures.  Despite the clear and unequivocal language of the Bid Procedures Order and the Bid Procedures, the Debtor filed the Auction Notice and indicated that the Debtor intended to conduct an Auction on March 6, 2015 at 10:00 a.m.

## Objection[3]

3.      The Bid is not a Qualified Bid because it does not meet the requirements of the Bid Procedures in several material respects.  Therefore, Sito objects to the Debtor's determination that the Bid is a Qualified Bid.

4.      Because the Debtor did not receive a Qualified Bid by the Revised Bid Deadline, Sito is the Successful Bidder.

5.      As the Debtor did not receive a Qualified Bid by the Revised Deadline, Sito objects to the Debtor's failure to cancel the Auction and accept the Stalking Horse Bid as required by the Bid Procedures.

6.      As the Bid is not a Qualified Bid, Sito objects to the Auction Notice and the Debtor's intention to conduct an Auction in clear violation of the Bid Procedures Order and the Bid Procedures.

## Reservation of Rights

7.      Sito respectfully reserves any and all rights to seek relief from the Bankruptcy Court to enforce the terms of the Bid Procedures Order, vacate the Auction (to the extent such Auction occurs), seek an order determining that Sito is the Successful Bidder, object to the Sale, or seek any other applicable relief.

---

[3] For the avoidance of doubt, Sito intends to file additional papers prior to the hearing scheduled for March 9, 2015 at 10:00 a.m.

Dated:  March 5, 2015

GREENBERG TRAURIG, LLP


*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell (*pro hac vice*)
Matthew L. Hinker (DE Bar No. 5348)
200 Park Avenue
New York, New York  10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email: mitchelln@gtlaw.com
        hinkerm@gtlaw.com

Counsel for Sito Mobile, Ltd.