**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> HIPCRICKET, INC.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-10104 (LSS) |

**OBJECTION OF SITO MOBILE, LTD TO (I) MOTION FOR ORDER
(A) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING
THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS OUTSIDE
THE ORDINARY COURSE OF BUSINESS; (B) AUTHORIZING THE
SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS,
ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO BANKRUPTCY
CODE SECTIONS 105, 363(b), 363(f) AND 363(m); (C) ASSUMING
AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES AND (II) NOTICE OF SUCCESSFUL BIDDER AND BID COMPARISON**

SITO Mobile, Ltd ("SITO"), by and through its undersigned counsel, hereby submits this objection (the "Objection") to (I) *Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially all of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases* [Docket No. 59] (the "Sale Motion") *and (II) Notice of Successful Bidder and Bid Comparison* [Docket No. 191] (the "Notice of Successful Bidder") and respectfully states as follows:

**Preliminary Statement**[2]

1. SITO is the Stalking Horse Bidder for the Sale pursuant to the Stalking Horse Agreement. Contemporaneously with the filing of this Objection, SITO filed the *Emergency*

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

*Motion to (I) Enforce the Provisions of the Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief [Docket No. 118], (II) Vacate the Purported Auction and (III) Declare SITO Mobile Ltd. as Successful Bidder* (the "Emergency Motion"). On March 5, 2015 SITO filed the *Objection and Reservation of Rights by SITO Mobile, Ltd. to the Debtors' Notice of Receipt of Bid and Rescheduled Auction* [Docket No. 189] (the "Notice Objection"). SITO hereby incorporates the facts and allegations contained in the Emergency Motion and the objections in the Notice Objection into this Objection.

## Objection

2.  To the extent the Debtor proposes to proceed with Sale Motion as indicated in the Notice of Successful Bidder, and to seek approval of the ESW Bid (as defined in the Notice of Successful Bidder), SITO objects for the reasons set forth in the Emergency Motion.

## Reservation of Rights

3.  SITO reserves the right to file an objection to the form of any order submitted by the Debtor for which SITO is not the Successful Bidder.

4.  SITO reserves the right to seek specific performance of the Stalking Horse Asset Purchase Agreement, a temporary restraining order and otherwise reserves any and all rights in law and equity.

## Conclusion

For the reasons set forth in the Emergency Motion, the Notice Objection and this Objection, the approval of the ESW Bid should be denied and the Court should grant such other and further relief as is just and proper.

Dated:  March 7, 2015                              GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell (*pro hac vice*)
Matthew L. Hinker (DE Bar No. 5348)
200 Park Avenue
New York, New York  10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email: mitchelln@gtlaw.com
           hinkerm@gtlaw.com

Counsel for SITO Mobile, Ltd.