IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIPCRICKET, INC.,[1] | ) | Case No. 15-10104 (LSS) |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE OF AGENDA FOR HEARING ON MARCH 9, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

**CONTESTED MATTER**:

1. Debtor's Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed January 27, 2015; Docket No. 59)

    **Objection Deadline:** February 20, 2015 at 4:00 p.m. [Extended to February 23, 2015 at 3:00 p.m. for Ivan Braitner, Gay Gabrilska and Kimberly Donaldson and Extended to March 4, 2015 at 4:00 p.m. for Yahoo]

    **Objections/Responses:**

    (a) Letter Objection of Glenn Stansbury (Received February 20, 2015; Not on Court's docket)

    (b) John Green's Objection to the Assignment of Contract (Filed February 20, 2015; Docket No. 148)

    (c) Letter Objection of Fieldale Farms Corp. (Dated February 20, 2015; Not on court's docket)

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

(d)  Objection of Ivan Braiker, Gay Gabrilska and Kim Donaldson to Assumption and Assignment of Agreements (filed February 23, 2015; Docket No. 164)

(e)  Limited Objection and Reservation of Rights of W2007 Seattle Office Atrium Place Realty, LLC to Sale Motion (Filed February 24, 2015; Docket No. 165)

(f)  Yahoo! Inc.'s Reservation of Rights in Connection with Debtor's Motion for Sale of Substantially All Its Assets (Filed March 4, 2015; Docket No. 184)

(g)  Objection and Reservation of Rights by Sito Mobile, Ltd. To the Debtor's Notice of Receipt of Bid and Rescheduled Auction (Filed March 5, 2015; Docket No. 189)

(h)  **Objection of SITO Mobile, Ltd. to (I) Motion for Order (A) Approving Asset Purchase Agreement adn Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 36(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (II) Notice of Successful Bidder and Bid Comparison (Filed March 7, 2015; Docket No. 193)**

**Related Document:**

(a)  [signed] Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief (Entered February 11, 2015; Docket No. 118)

(b)  Notice of Sale Procedures, Auction Date, and Sale Hearing Related to Sale of Substantially All of Debtor's Assets, Free and Clear of All Liens, Claims and Interests (Filed February 11, 2015; Docket No. 120)

(c)  Notice of Receipt of Bid and Rescheduled Auction  (Filed March 5, 2015; Docket No. 187)

(d)  **Notice of Successful Bidder and Bid Comparison (Filed March 6, 2015; Docket No. 191)**

(e)  **Statement Of The Official Committee Of Unsecured Creditors In Support Of The Debtors Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C)**

2

      **Assuming and Assigning Certain Executory Contracts (Filed March 8, 2015; Docket No. 195)**

      Status:  The Debtor, in consultation and with the support of the Committee, has accepted a bid from ESW Capital LLC which they have determined to be the highest and best bid for the Debtor's assets.  The Debtor will seek approval of the bid submitted by ESW Capital LLC at the hearing.  Since the ESW bid is structured in the form of a plan, objections related to assumption and assignment of executory contracts would not go forward at this time but would be considered as needed at the time of plan confirmation.  Alternatively, if the SITO bid is approved, the Debtor reserves the right to go forward with assumption and assignment as proposed in the SITO transaction unless SITO and the counterparty agree otherwise or the Court directs.

### STATUS HEARING

2. Motion to Shorten Notice and Request for Hearing with Respect to Motion of Debtor for an Order (1) Fixing Bar Date for the Filing of Proofs of Claim, Including Claims Arising under Section 503(b)(9) of the Bankruptcy Code, (2) Fixing Bar Date for the Filing of Proofs of Claim by Governmental Units, (3) Designating Form and Manner of Notice Thereof, and (4) Granting Related Relief  (Filed March 3, 2015; Docket No. 182)

    **Related Document:**

    (a) Motion of Debtor for an Order (1) Fixing Bar Date for the Filing of Proofs of Claim, Including Claims Arising under Section 503(b)(9) of the Bankruptcy Code, (2) Fixing Bar Date for the Filing of Proofs of Claim by Governmental Units, (3) Designating Form and Manner of Notice Thereof, and (4) Granting Related Relief (Filed March 3, 2015; Docket No. 181)

    Status:  Status hearing on the Motion to Shorten will go forward and the Debtor will request entry of an order shortening time on the Bar Date Motion.

### ADDITIONAL MATTERS:

3. **Emergency Motion to (I) Enforce the Provisions of the Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Assets Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief [Docket No. 118], (II) Vacate the Purported Auction and (III) Declare SITO Mobile, Ltd. as Successful Bidder (Filed March 7, 2015; Docket No. 192)**

**Related Document:**

(a) **Motion for Expedited Consideration of Emergency Motion to (I) Enforce the Provisions of the Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtors Assets Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief [Docket No. 118], (II) Vacate the Purported Auction and (III) Declare SITO Mobile, Ltd. As Successful Bidder (Filed March 7, 2015; Docket No. 194)**

(b) **Declaration Of Jerry Hug In Support Of The Motion For Order (A) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of Debtor's Assets Outside The Ordinary Course Of Business; (B) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Rights, Encumbrances And Other Interests Pursuant To Bankruptcy Code Sections 105, 363(B) And 363(M); (C) Assuming And Assigning Certain Executory Contracts And Unexpired Leases; And (D) Granting Related Relief**

**Status: This matter will go forward as the Court directs.**

Dated: March **8**, 2015

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        Ira D. Kharasch (CA Bar No. 109084)
        Linda F. Cantor (CA Bar No. 153762)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        E-mail: ikharasch@pszjlaw.com
                lcantor@pszjlaw.com
                joneill@pszjlaw.com

        Counsel for Debtor and Debtor in Possession