**EXHIBIT A**

**Comparison of Bid by ESW Capital, LLC to Requirements of Bid Procedures**

In order to be a Qualified Bidder, any party that may be interested in the Acquired Assets (a "Potential Bidder") must deliver the following to the Debtor not later than five (5) days before the Bid Deadline (the "Participation Requirements"):

| Participation Requirements | ESW Capital Bid |
| --- | --- |
| Executed confidentiality agreement in form and substance acceptable to the Debtor which is not less restrictive than the confidentiality agreement with the Stalking Horse Bidder. | **Unknown** |
| A statement identifying the Potential Bidder, its principals, and the representatives thereof who are authorized to appear and act on its behalf for all purposes regarding the contemplated transaction. | **Satisfied** |
| Written disclosure of any connections or agreements with the Debtor, the Stalking Horse Bidder, any other known Potential Bidder or Qualified Bidder, and/or any officer, director, manager or direct or indirect equity security holder of the Debtor | **Unknown** |
| Solely to the Debtor, information sufficient to allow the Debtor to determine that the Potential Bidder is reasonably likely to close on the Sale in a timely manner if selected as the Successful Bidder | **Not Satisfied** |

A "Qualified Bidder" is a Potential Bidder who meets the Participation Requirements above and submits a Qualified Bid by the Bid Deadline. A Qualified Bid, other than the Stalking Horse Bid, shall be in writing, include the information and documents set forth below (the "Required Bid Materials"), and meet the following conditions:

| Qualified Bid Requirements | ESW Capital Bid |
| --- | --- |
| State that that the Potential Bidder is prepared to enter into a legally binding purchase agreement for the acquisition of the Acquired Assets on terms and conditions no less favorable to the Debtor than the terms and conditions in the Stalking Horse Bid (as determined by the Debtor in its business judgment and taking into account the Bid Protections). | **Not Satisfied** |
| Include a clean and duly executed binding asset purchase agreement reflecting any variations from the Stalking Horse Agreement | **Not Satisfied** |

NY 245045339v2

| | |
|---|---|
| Provide for higher or otherwise better consideration than is included in the Stalking Horse Bid by providing value of not less than the sum of (A) the Purchase Price set forth in section 3.1 of the Stalking Horse Agreement, plus (B) $325,000 (on account of the Break-Up Fee and Expense Reimbursement), plus (C) the assumption of the Assumed Liabilities under the Stalking Horse Agreement plus (D) an initial bid increment of $50,000 (the "Minimum Overbid Amount") in cash. | **Satisfied**[1] |
| Provide for a purchase of all or substantially all of the Acquired Assets, provided however, the Debtor may consider offers for portions thereof in the Debtor's discretion and upon consultation with the Official Committee. | **Not Satisfied** |
| Include a letter stating and agreeing that the offer is irrevocable until the earlier of (i) the second business day after the Acquired Assets have been sold pursuant to the closing of the sale or sales or (ii) up to and including the close of business on the date that is three (3) Business Days after the Termination Date of the applicable asset purchase agreement, and that such offer will serve as a Backup Bid. | **Not Satisfied** |
| Provide **(a) a commitment to close within the same (or shorter) time period set forth in the Stalking Horse Agreement**; (b) a representation that the Potential Bidder will, if applicable, (1) make all necessary filings under any applicable regulatory filing, and pay the fees associated with such filings and (2) submit all necessary regulatory filings **within the same (or shorter) time period, if any, set forth in the Stalking Horse Agreement**. | **Not Satisfied** |
| Be accompanied by a cash deposit in the amount of ten percent (10%) of the purchase price provided in the bid, in the form of a wire transfer, certified check or such other form acceptable to the Debtor (the "Bid Deposit"), which shall be placed in an escrow account or other segregated account acceptable to the Debtor (the "Escrow Account"). | **Satisfied** |

---

[1] The nominal consideration of the ESW Bid is higher than that contained in the Stalking Horse Bid; however SITO disputes that the ESW Bid will result in a higher recovery to the Debtor.

NY 245045339v2

| | |
|---|---|
| Include a representation of the Potential Bidder and written evidence acceptable to the Debtor that the Potential Bidder has the financial wherewithal to consummate the proposed transaction, provided that if a bid is based partly or completely on financing, (provided such financing shall not be a condition to Closing) written evidence of the commitment for financing and the appropriate contact information for such financing source must be provided.  The financial information shall demonstrate to the Debtor's satisfaction that such Potential Bidder has the wherewithal to provide the adequate assurance of future performance required under section 365 of the Bankruptcy Code. | **Satisfied** |
| The bid shall not request or entitle the Potential Bidder to any transaction or break-up fee, expense reimbursement, termination or similar type of fee or payment, and shall include an acknowledgement and representation of the Potential Bidder that it has had an opportunity to conduct any and all due diligence regarding the Acquired Assets prior to making its offer, that it has relied solely upon its own independent review, investigation and/or inspection of any documents and/or the Acquired Assets in making its bid, and that it did not rely upon any written or oral statements, representations, warranties, or guarantees, express, implied, statutory or otherwise, regarding the Acquired Assets, the financial performance of the Acquired Assets, or the completeness of any information provided in connection therewith or the Auction, except as expressly stated in these Bidding Procedures or the Marked Agreement. | **Satisfied** |
| The bid shall not contain any due diligence, financing, or regulatory contingencies of any kind (other than a condition that any applicable waiting period under any regulatory agency (if | **Not Satisfied**[2] |

---

[2] The *Interim Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Secured Financing from ESW Capital, LLC; (B) Utilize Cash Collateral; and (C) Pay Certain Related Fees and Charges; and (II) Schedule a Final Hearing* attached to the ESW Bid as **Exhibit B** contains additional contingencies given the extension of time proposed by the ESW Bid which are less favorable to the Debtor than those contained in the Stalking Horse Agreement.

NY 245045339v2

| | |
|---|---|
| applicable) shall have expired or been terminated), though the bid may be subject to the satisfaction of specific conditions in all material respects at Closing, **which conditions shall be no less favorable to the Debtor than those contained in the Stalking Horse Agreement**. | |
| The bid shall fully disclose the identity of each entity that will be bidding for the Acquired Assets or otherwise participating in connection with such bid, and the complete terms of any such participation. | **Satisfied** |
| The bid shall state that the offering party consents to the core jurisdiction of the Bankruptcy Court and waives any right to a jury trial in connection with any disputes relating to the Auction and the construction and enforcement of the Potential Bidder's contemplated transaction documents. | **Satisfied** |
| The bid shall provide that the Potential Bidder shall be bound as a "Backup Bidder" | **Not Satisfied** |
| The bid shall include evidence of authorization and approval from the Potential Bidder's board of directors (or comparable governing body) **with respect to the submission, execution, delivery and closing of the submitted purchase agreement of the bidder**. | **Not Satisfied** |
| Be accompanied by a list of any executory contracts or unexpired leases that are to be assumed and/or assigned under such bid to the extent such list is not included in the Marked Agreement. | **Satisfied** |
| Set forth the anticipated timeframe for consummating the proposed transactions. | **Satisfied** |
| Include a written acknowledgment that such Potential Bidder agrees to the terms of the Bidding Procedures. | **Satisfied**[3] |
| Provide for a closing date which shall be no later than 15 days after the date of the Sale Hearing. | **Not Satisfied** |

---

[3] While ESW satisfied the requirement to include a written acknowledgement that ESW agrees to the terms of the Bid Procedures, as this chart makes clear, ESW completely disregarded the Bid Procedures.

NY 245045339v2