

Jeffrey L. Cohen  
T: +1 212 479 6218  
jcohen@cooley.com

VIA EMAIL

March 10, 2014

Honorable Laurie Selber Silverstein  
United States Bankruptcy Court  
For the District of Delaware  
824 North Market Street, 6th Floor  
Wilmington, DE 19801

RE: In re Hipcricket, Inc. (Case No. 15-10104-LSS)

Dear Judge Silverstein:

In connection with Your Honor's consideration of the matters heard at yesterday's hearing in the above-captioned case, the Official Committee of Unsecured Creditors (the "Committee") of Hipcricket, Inc. (the "Debtor") respectfully submits the enclosed hearing transcripts and sale order from the bankruptcy cases of Lenox Sales, Inc., *et al.* ("Lenox") (Case No. 08-14679 (ALG)) (Bankr. S.D.N.Y) in which Cooley LLP represented the Official Committee of Unsecured Creditors. The attached order approves the sale of Lenox's assets to a bidder whose original bid, submitted in the form of a plan of reorganization, was not qualified by Lenox because it was subject to various contingencies, including a financing contingency. Following a multi-day hearing, the Honorable Allan L. Gropper, ordered (i) that the bid, which had subsequently been improved to remove various contingencies, be accepted as a qualified bid in Lenox's Section 363 sale process, and (ii) that the auction be re-opened to allow the bidder to submit its bid for the assets at auction. Ultimately, the previously unqualified bidder submitted the highest or otherwise best bid, and it was approved by the Court.

The most relevant portion of the transcript, where Judge Gropper issued his ruling, can be found on page 93 of the transcript for the hearing held on February 25, 2009.

It was mentioned at yesterday's hearing that none of the parties were successful in identifying reported decisions on the issues currently before the Court in the Debtor's case. While the attached documents are admittedly not precedential, the Committee respectfully submits them solely for the purpose of demonstrating that similar issues have indeed been addressed in other cases.

Sincerely,

/s/ Jeffrey L. Cohen

Jeffrey L. Cohen



March 10, 2014
Page Two

Encl.   Transcript of February 23-25, 2009 (In re Lenox Sales, Inc., *et al.*)

Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of the Debtors' Assets Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and (III) Granting Related Relief (Case No. 08-14679 (ALG)) (Bankr. S.D.N.Y) (Docket No. 347) (March 4, 2009)

cc.   All Counsel of Record (by ECF)