

Joseph P. Davis III
Direct Dial: 617-310-6204
davisjo@gtlaw.com

March 10, 2015

The Honorable Laurie Selber Silverstein
United States Bankruptcy Court
For the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

Re: *In re Hipcricket, Inc.*, Case No. 15-10104 (LSS)

Dear Judge Silverstein,

I write on behalf of SITO Mobile, Ltd. ("SITO") in response to the letter (the "Letter") submitted today, March 10, 2015, by Jeffrey L. Cohen, Esq. on behalf of the Official Committee of Unsecured Creditors (the "Committee") of Hipcricket, Inc. (the "Debtor").

SITO objects to the submission of the Letter and attached hearing transcripts from an unrelated proceeding as the record in connection with the pending motions was closed during the hearing on March 9, 2015. If the Court were inclined to consider the Letter and the voluminous attachments submitted therewith, SITO respectfully requests that it be given a fair opportunity to review the Letter, the attached transcript, and the underlying pleadings at issue in the bankruptcy cases of *In re Lenox Sales, Inc., et al.* ("Lenox") (Case No. 08-14679 (ALG)) (Bankr. S.D.N.Y.).

SITO has not had sufficient time to review thoroughly the transcript attached to the Letter and the underlying motions, orders and briefs discussed in the transcript. However, a cursory review of the transcript demonstrates that in *Lenox*, the bid procedures order both anticipated and provided for the submission of bids either as a plan support agreement under chapter 11 or an asset purchase agreement in accordance with section 363 of the Bankruptcy Code. A copy of the bid procedures motion taken from the ECF docket (including the applicable bid procedures (the "Lenox Bid Procedures")) (the "Bid Procedures Motion" is attached hereto as **Exhibit A**. SITO respectfully directs Your Honor's attention to paragraphs 18 – 19 of the attached Bid Procedures Motion as well as to the *Lenox* Bid Procedures.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN>>
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME>>
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

*OPERATES AS
  GREENBERG TRAURIG MAHER LLP
+OPERATES AS
  GREENBERG TRAURIG, S.C.
^A BRANCH OF
  GREENBERG TRAURIG, P.A.
  FLORIDA, USA
>>STRATEGIC ALLIANCE
~OPERATES AS
  GREENBERG TRAURIG GRZESIAK SP.K.

The Honorable Laurie Selber Silverstein
United States Bankruptcy Court
March 10, 2015
Page 2

It also appears from a quick glance at the *Lenox* transcripts and *Lenox* Bid Procedures that the Letter does not address the issues raised at the hearing yesterday, namely that since the Bid Procedures as approved by this Court did not allow for the submission of a plan of reorganization as a substitute for an asset purchase agreement, the bid ESW Capital, LLC ("ESW") was not a qualified bid and ESW was not a Qualified Bidder (as defined in the Bid Procedures). In the *Lenox* case, it appears that both bidders were deemed qualified bidders in accordance with the *Lenox* Bid Procedures and were entitled to submit bids at the auction.

Accordingly, SITO respectfully requests that the Court not consider the Letter or the attachments.

Respectfully yours,

Joseph P. Davis III

Encl.  Debtors' Motion for Orders Pursuant to Sections 105, 363(b), (f), and (m), and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 9014 (A) Approving (I) Bidding Procedures, (II) Form of Asset Purchase Agreement, and (III) Form and Manner of Notice, and (IV) Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (B) Approving (I) The Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 50].

cc:  Counsel of Record (by ECF)