UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| Debtor. | Ref. Docket No. 194 & 192 |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF EMERGENCY MOTION TO (I) ENFORCE THE PROVISIONS OF THE ORDER (A) APPROVING BID PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE AND APPROVE THE FORM AND MANNER OF NOTICE RELATED THERETO; (C) APPROVING PAYMENT OF A BREAK-UP FEE AND EXPENSE REIMBURSEMENT; AND (D) GRANTING RELATED RELIEF [DOCKET NO. 118], (II) VACATE THE PURPORTED AUCTION AND (III) DECLARE SITO MOBILE LTD AS SUCCESSFUL BIDDER**

Upon the motion of (the "Motion to Expedite")[2] of SITO Mobile, Ltd., for expedited consideration of its *Emergency Motion to (I) Enforce the Provisions of the Order (A) Approving Bid Procedures for the Sale of Substantially All of Debtor's Assets Outside the Ordinary Course of Business; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (D) Granting Related Relief [Docket No. 118], (II) Vacate the Purported Auction and (III) Declare SITO Mobile, Ltd. As Successful Bidder* [Docket No. 192] filed on March 7, 2015 (the "Motion"); and the Court having determined that the relief requested in the Motion to Expedite is appropriate; and it appearing that notice of the Motion to Expedite was good and sufficient under the circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

DEL 408220906v1

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Expedite is granted.

2. This Court shall hold a hearing on the Motion on March 9, 2015 at 10:00 a.m..

3. Objections to the Motion may be raised at the March 9, 2015 hearing.

Dated: March 11, 2015
Wilmington, Delaware

Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

DEL 408220906v1