**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HIPCRICKET, INC.,[1] | Case No. 15-10104 (LSS) |
| Debtor. | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA    }
                       } ss.:
COUNTY OF LOS ANGELES  }

DARLEEN SAHAGUN, being duly sworn, deposes and says:

1. I am employed by Rust Consulting/Omni Bankruptcy, located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 7, 2015, I caused to be served the:

   a) Notice of (I) Conditional Approval of the Amended Disclosure Statement; (II) Hearing to Consider Confirmation of the Plan; (III) Deadline for Filing Objections to Confirmation of the Plan; (IV) Deadline for Voting on the Plan; and (V) Bar Date for Filing Administrative Claims Established by the Plan, (the "Notice"),

   b) Amended Plan of Reorganization of the Debtor Dated March 31, 2015 [Docket No. 293],

   c) Amended Disclosure Statement for the Plan of Reorganization of Hipcricket, Inc. [Docket No. 294],

   d) Committee Plan Support Letter (re: Recommendation of Creditors' Committee in Favor of Chapter 11 Plan of Reorganization),

(2a through 2d collectively referred to as the "Solicitation Package")

   e) Class 3 General Unsecured Claims Ballot to Accept or Reject Chapter 11 Plan of Reorganization (the "Class 3 Ballot"),

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE. Suite 410, Bellevue, WA 98004.

  f) Self-Addressed Return Envelope, (the "Return Envelope"),

By causing true and correct copies to be served via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to be delivered as follows:

  I. the Notice of Impaired Non-Voting Status to those parties listed on the annexed **Exhibit A**,

By causing true and correct copies to be served via first-class mail, enclosed securely in separate postage pre-paid envelopes to be delivered as follows:

  II. the Solicitation Package, Class 3 Ballot, and Return Envelope to those parties listed on the annexed **Exhibit B**.

Dated: April 7, 2015

_____
Darleen Sahagun
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite #100
Woodland Hills, California 91367
(818) 906-8300

{State of California  }
{         } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this ____ day of April, 20 15, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

# **EXHIBIT A**

MEDIANT COMMUNICATIONS LLC
ATTN: STEPHANIE FITZHENRY
100 DEMAREST DRIVE
WAYNE, NJ 07470

Parties Served: 1

# **<u>EXHIBIT B</u>**

| | | |
|---|---|---|
| BAY CITY FINANCIAL SERVICES<br>ATTN: MARK WALLACE<br>P.O. BOX 31550<br>BELLINGHAM, WA  98228 | DEBRA ANNE ROBERSON<br>ATTN: MARK WALLACE<br>3622 14TH AVENUE WEST APT. 201<br>SEATTLE, WA  98119 | JASON TURCHIN AND KIRA TURCHIN<br>3789 FALCON RIDGE CIRCLE<br>WESTON, FL 33331 |
| JASON TURCHIN AND KIRA TURCHIN<br>ATTN: JASON TURCHIN, ESQ.<br>2883 EXECUTIVE PARK DR. SUITE 103<br>WESTON, FL 33331 | JOHN M. DEVLIN, JR.<br>30 JERICHO RUN<br>WASHINGTON CROSSING, PA 18977 | OREGON DEPARTMENT OF REVENUE<br>REVENUE BUILDING<br>ATTN: BEV RATHELEGURCHE<br>955 CENTER STREET NE.<br>SALEM, OR 97301-2555 |
| SEC CONNECT<br>ATTN: DANIEL W. RUMSEY<br>ONE AMERICA PLAZA<br>600 WEST BROADWAY, SUITE 700<br>SAN DIEGO, CA 92101 | | |

Parties Served: 7