

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, April 6, 2015**- the following legal advertisement – **In re: HIPCRICKET, INC.**– was published in the national edition of **USA TODAY**

Principal Clerk of USA TODAY
April 6, 2015

This __6__ day of __April__ month __2015__ year.

Notary Public — Yvonne Ann Ashby

Commission...

*NOTARY PUBLIC*
*YVONNE ANN ASHBY*
*COMMISSION NUMBER 128826*
*COMMONWEALTH OF VIRGINIA*

USA TODAY   •   7950 Jones Branch Drive, McLean, VA 22108   •   www.usatoday.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: HIPCRICKET, INC.,[1] Debtor.[2] | Case No. 15-10104 (LSS) Chapter 11 |

## NOTICE OF (I) CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING TO CONSIDER CONFIRMATION OF PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN; (IV) DEADLINE FOR VOTING ON PLAN; AND (V) BAR DATE FOR FILING ADMINISTRATIVE CLAIMS ESTABLISHED BY PLAN

### PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On January 20, 2015, the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The factual background relating to the Debtor's commencement of this chapter 11 case is set forth in detail in the *Declaration of Todd E. Wilson in Support of First Day Motions* filed on the Petition Date and incorporated herein by reference.

2. On March 31, 2015, the Debtor filed the *Amended Chapter 11 Plan of Reorganization of Hipcricket, Inc.* [Docket No. 293] (including all exhibits thereto and as amended, supplemented, or otherwise modified from time to time, the "**Plan**")[2] and the *Amended Disclosure Statement for Chapter 11 Plan of Reorganization of Hipcricket, Inc.* [Docket No. 294] (including all exhibits thereto and as amended, supplemented, or otherwise modified from time to time, the "**Disclosure Statement**") providing information with respect to the Plan.

3. By an Order dated March 31, 2015 (the "**Conditional Disclosure Statement Order**"), the Bankruptcy Court conditionally approved the Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code. The Conditional Disclosure Statement Order expressly reserves all parties' rights to raise objections of the adequacy of information in the Disclosure Statement.

4. By the Conditional Disclosure Statement Order, the Court established **May 6, 2015 at 4:00 p.m. (E.T.)** (the "**Voting Deadline**") as the deadline by which ballots accepting or rejecting the Plan must be received. To be counted, your original ballot must actually be received on or before the Voting Deadline by Rust Consulting | Omni Bankruptcy at the following address: HIPCRICKET, INC., Ballot Processing, c/o Rust Consulting | Omni Bankruptcy, 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367.

5. On **May 13, 2015 at 11:00 a.m. (E.T.)**, or as soon thereafter as counsel may be heard, a hearing will be held before Hon. Laurie Selber Silverstein, in the United States Bankruptcy Court for the District of Delaware, 824 North Market St., 6th Floor, Courtroom 2, Wilmington, DE 19801 to consider final approval of the Disclosure Statement and confirmation of the Plan, as the same may be amended or modified (the "**Combined Hearing**"). The Combined Hearing may be adjourned from time to time, without further notice. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan, and other applicable law, without further notice, prior to or as a result of the Combined Hearing.

6. Any objections to approval of the Disclosure Statement or confirmation of the Plan, including any supporting memoranda, must be in writing, be filed with the Clerk of the Court, U.S. Bankruptcy Court, District of Delaware, 824 North Market St., Wilmington, DE 19801, together with proof of service **on or before May 6, 2015 at 4:00 p.m. (E.T.)**, and shall (a) state the name and address of the objecting party and the amount of its claim or nature of its interest in the chapter 11 case; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; and (c) be served on the following parties: (i) the Office of the U.S. Trustee; (ii) Debtor's counsel; (iii) ESW Capital, LLC; (iii) the Committee; and (v) any party that has requested notice pursuant to Bankruptcy Rule 2002.

7. **Administrative Claim Bar Date:** Section 4.1(d)(i) of the Plan sets a Bar Date for the filing of Administrative Claims as follows: "General Provisions: Except as otherwise provided in this Article IV, requests for payment of Administrative Claims must be included within an application (setting forth the amount of, and basis for, such Administrative Claims, together with documentary evidence) and Filed and served on respective counsel for the Debtor and Plan Sponsor no later than ten (10) days after the Confirmation Hearing or by such earlier deadline governing a particular Administrative Claim contained in an order of the Bankruptcy Court entered before the Effective Date. Holders of Administrative Claims (including, without limitation, professionals requesting compensation or reimbursement of expenses and the holders of any Claims for federal, state or local taxes) that are required to File a request for payment of such Claims and that do not File such requests by the applicable bar date specified in this section shall be forever barred from asserting such Claims against the Debtor or any of its property. Requests for payments of Administrative Claims included within a proof of claim are of no force and effect, and are disallowed in their entirety as of the Confirmation Date unless such Administrative Claim is subsequently Filed in a timely fashion as provided herein."

8. If you wish to receive copies of the Plan and/or Disclosure Statement, they will be provided upon request to the Voting Agent, Rust Consulting | Omni Bankruptcy, either by writing to Hipcricket, Inc., Ballot Processing c/o Rust Consulting | Omni Bankruptcy, 5955 DeSoto Ave., Suite 100, Woodland Hills, CA 91367 or by telephone at (818) 906-8300 or via email at hipcricket@omnimgt.com. Copies of these documents will be available online at www.omnimgt.com/hipcricket. Copies of these documents are also on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be reviewed during regular Court hours or online through the Court's internet website at www.deb.uscourts.gov.

PACHULSKI STANG ZIEHL & JONES LLP, Ira D. Kharasch, Linda F. Cantor, James E. O'Neill, 919 North Market St., 17th Fl., P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Telephone: (302) 652-4100, Facsimile: (302) 652-4400, E-mail: ikharasch@pszjlaw.com, lcantor@pszjlaw.com, joneill@pszjlaw.com, Counsel for Debtor and Debtor in Possession

---

[1] The last four digits of Debtor's tax identification number are 2076. The location of Debtor's headquarters and service address for Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.