- 8 -

# EXHIBIT A

| 1201 Third Avenue, Suite 4900 | EMAIL: clientacct@perkinscoie.com |
|---|---|
| Seattle, Washington 98101 | ACCOUNTING: 206.359.3143 |
| PHONE: 206.359.8000 | FAX: 206.359.9000 |



| INVOICE # | BILL DATE |
|---|---|
| 5299788 | April 08, 2015 |
| ACCOUNT # | DUE DATE |
| 116430.0001 | May 08, 2015 |

Hipcricket, Debtor-In-Possession
Attn: Todd Wilson
110-110th Avenue NE
Bellevue, WA  98004

| Matter Number / Name | 116430.0001 / Special Corporate Counsel in Bankruptcy |
|---|---|

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $43,104.00 | $145.07 | | **$43,249.07** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 116430 and Invoice 5299788**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5299788

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

**FOR SERVICES** THROUGH 03/31/15

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/02/15 | F. Kanmacher | 0.20 | Review bankruptcy-related documents received from bankruptcy counsel; |
| 03/02/15 | J. Kaplan | 0.30 | Follow-up emails regarding fee application (.2); review update on sale status (.1); |
| 03/02/15 | F. Wilson | 0.20 | Email with bankruptcy counsel regarding pre-closing matters; |
| 03/02/15 | A. Ellias | 0.20 | Order, receive and review certified UCC listings in Delaware; |
| 03/03/15 | F. Kanmacher | 1.80 | Finalization of documents in anticipation of closing of Asset Purchase Agreement; |
| 03/04/15 | J. Kaplan | 0.10 | Emails regarding fee application; |
| 03/05/15 | J. Kaplan | 0.60 | Review Pachulski first monthly fee application (.2); follow-up emails regarding Perkins' monthly fee application (.1); review, revise and approve same for filing and service (.3); |
| 03/05/15 | M. Maag | 3.30 | Numerous communications with team regarding preparation of monthly fee application (.3); draft application (1.2); review and revise form of supporting documents (1.1); detailed review of application and forward for attorney review (.4); file application and coordinate service of same (.3); |
| 03/05/15 | F. Wilson | 1.00 | Review bankruptcy court pleadings and evaluate SEC disclosure issues (.8); work on fee application (.2); |
| 03/06/15 | F. Kanmacher | 0.20 | Review bankruptcy-related documents received from bankruptcy counsel; |
| 03/06/15 | J. Kaplan | 0.20 | Review DIP lender's notice of default (.1); review notice of successful bidder (.1); |
| 03/09/15 | J. Kaplan | 0.30 | Emails and telephone conference with F. Wilson regarding overbid, court hearing, and likely timing of reportable event; |
| 03/09/15 | M. Maag | 0.10 | Coordinate preparation of claim form; |
| 03/09/15 | F. Wilson | 2.00 | Email with T. Wilson regarding proposed sale process (.2); research SEC disclosure issues related to same (1.8); |
| 03/10/15 | F. Kanmacher | 0.10 | Review bankruptcy related documents received from bankruptcy counsel; |
| 03/10/15 | J. Kaplan | 0.30 | Review pleadings regarding auction results and emails with F. Wilson regarding same and judge's ruling; |

**PERKINSCOIe**

INVOICE #: 5299788

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/10/15 | F. Wilson | 2.20 | Review filings related to auction process (.4); telephone conference with bankruptcy counsel regarding corporate and disclosure matters related to Chapter 11 plan of reorganization vs. asset sale (.6); research regarding same (1.2) |
| 03/11/15 | F. Kanmacher | 0.30 | Call with F. Wilson to discuss status of proposed asset sale; |
| 03/11/15 | J. Kaplan | 0.20 | Emails with F. Wilson regarding bankruptcy status and next steps; |
| 03/11/15 | F. Wilson | 2.20 | Telephone conference with T. Bradford regarding securities issues (.4); research market and regulatory information regarding trading of common stock (1.3); telephone conference with T. Bradford regarding disclosure matters (.5); |
| 03/12/15 | F. Wilson | 0.20 | Email with bankruptcy counsel regarding plan of reorganization; |
| 03/13/15 | J. Kaplan | 0.30 | Review and forward message from State of Louisiana regarding post-petition taxes (.2); emails regarding case and Plan status (.1); |
| 03/13/15 | F. Wilson | 6.10 | Telephone conference with R. Garcia-Moreno (ESW Capital counsel)(.8); follow up email with R. Garcia-Moreno regarding same (.6); research securities issues relating to plan of reorganization and review FINRA and SEC guidance regarding same (4.7); |
| 03/16/15 | J. Kaplan | 0.50 | Emails regarding fee application and review of invoices for same (.4); review pleadings regarding substitute DIP financing (.1); |
| 03/16/15 | M. Maag | 1.80 | Coordinate filing of proof of service (.4); telephone conferences and emails regarding details of monthly statement submission (1.4); |
| 03/16/15 | F. Wilson | 7.60 | E-mail correspondence with J. Rosell regarding timing issues (0.9); review amended KEIP (0.4); evaluate issues related to post-bankruptcy termination of SEC reporting obligations (6.1); e-mail with T. Bradford regarding same (0.2); |
| 03/17/15 | F. Wilson | 5.40 | E-Mail with T. Bradford regarding communication with stockholders (0.3); research issues related to post-bankruptcy termination of Section 15(d) reporting (3.8); telephone conference with R. Garcia-Moreno regarding SEC issues (1.3); |
| 03/18/15 | L. Mejia | 0.80 | Conference with F. Wilson regarding SEC issues; |
| 03/18/15 | F. Wilson | 1.70 | Research and telephone conference with L. Mejia regarding SEC issues (0.8); telephone conference with R. Moreno-Garcia regarding reporting and corporate matters (0.8); e-mail with J. Rosell regarding plan of reorganization matters (0.3); |
| 03/19/15 | F. Kanmacher | 0.40 | Review documents received from bankruptcy counsel; |

## PERKINSCOie

INVOICE #: 5299788

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/19/15 | F. Wilson | 4.60 | Review interim count orders (1.3); evaluate Form 8-K reporting issues (2.8); evaluate proposed edits to website FAQs (0.5); |
| 03/20/15 | F. Kanmacher | 0.80 | Review plan of reorganization-related documents for F. Wilson; |
| 03/20/15 | F. Wilson | 2.40 | Telephone conference with T. Wilson regarding amended KEIP and related matters (0.6); e-mail with T. Bradford regarding monthly operating report (0.4); e-mail with J. Kim regarding plan of reorganization (0.6); e-mail to T. Bradford summarizing 8-K requirements (0.6); e-mail with F. Kanmacher regarding plan of reorganization (0.2); |
| 03/21/15 | F. Kanmacher | 2.90 | Review plan of reorganization-related documents for F. Wilson; |
| 03/23/15 | F. Wilson | 8.90 | Prepare Form 8-K disclosure regarding DIP, KEIP, plan of reorganization and related issues (7.1); email and telephone conferences with bankruptcy counsel regarding same (1.3); prepare exhibits to Form 8-K (.2); email to J. Kim regarding fee information (.3); |
| 03/24/15 | F. Kanmacher | 0.30 | Review documents received in connection with bankruptcy filing; |
| 03/24/15 | M. Maag | 0.20 | Emails regarding claim amount and preparation of monthly fee application; |
| 03/24/15 | F. Wilson | 6.80 | Continued work on Form 8-Ks (5.2); email and telephone conferences with bankruptcy counsel and ESW counsel regarding same (1.6); |
| 03/25/15 | J. Kaplan | 0.30 | Review and approve monthly fee application for filing (.2); review disclosure issues (.1); |
| 03/25/15 | M. Maag | 2.20 | Coordinate preparation and filing of monthly fee applicaiton for services provided in February; prepare tracking forms for periodic fee applications and payments; |
| 03/25/15 | F. Wilson | 4.20 | Work on monthly operating report Form 8-K (2.3); email with J. Rosell, T. Bradford and ESW counsel regarding same (.9); review 8-K in response to comments (1.0); |
| 03/26/15 | M. Maag | 0.70 | Communications with court regarding filing procedures (.2); file notices of filing application (.3); coordinate preparation of certificate of no objection (.2); |
| 03/26/15 | F. Wilson | 1.50 | Revise draft 8-Ks in response to comments from bankruptcy counsel and ESW counsel (.6); prepare exhibits to Form 8-K (.5); email and telephone conferences with T. Bradford regarding same (.4); |
| 03/27/15 | F. Wilson | 1.10 | Finalize Form 8-K for monthly operating reporting (.3); email with T. Bradford regarding same (.1); revise 8-K for plan of reorganization to reflect comments from ESW and bankruptcy counsel (.4); email 8-K draft and exhibits to T. Bradford (.3); |
| 03/29/15 | F. Kanmacher | 0.80 | Review amended plan of reorganization and disclosure statement; |

# PERKINSCOIE

INVOICE #: 5299788

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/30/15 | J. Kaplan | 0.20 | Review bankruptcy pleadings; |
| 03/30/15 | F. Wilson | 2.80 | Review printers' proofs of draft 8-Ks and prepare edits (1.4); email with bankruptcy counsel regarding exhibits to 8-K (.3); prepare amended exhibit (.7); email with T. Bradford (.4); |
| 03/31/15 | F. Wilson | 1.30 | Review printers proofs of 8-K and provide comments (0.9); e-mail with T. Bradford (0.4); |
| TOTAL | | HOURS 82.60 | |

**SERVICES**
$43,104.00

**FOR DISBURSEMENTS** THROUGH 03/31/15

| DESCRIPTION | AMOUNT |
|---|---|
| UCC fees - - RMB Enterprises - RMB, 3/2015 | $115.00 |
| Special postage | $27.37 |
| Computer Research | $2.70 |

**TOTAL FOR DISBURSEMENTS**
$145.07

**TOTAL DUE THIS INVOICE**
**$43,249.07**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $65,814.00 | $15,263.50 | $0.00 | $0.00 | $0.00 | $81,077.50 |
| Costs: | $206.03 | $3.90 | $0.00 | $0.00 | $0.00 | $209.93 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $66,020.03 | $15,267.40 | $0.00 | $0.00 | $0.00 | $81,287.43 |

The Accounts Receivable Total may not include all late charges on outstanding invoices . Late charges accrue based on the terms of your Letter of Engagement.