# EXHIBIT B

## HIPCRICKET INC. (PROJECT #1413)

Expenses Incurred from 1/21/2015 - 3/31/2015

### TRAVEL [AIRFARE/AMTRAK/HOTEL]

| NAME | DATE | EXPENSE CATEGORY | AMOUNT |
|---|---|---|---|
| Michael Balistreri | 2/10/2015 | Amtrak to DC HipCicket Hearing | 141.00 |
| Michael Balistreri | 2/26/2015 | Amtrak NYP to DE (round trip) | 303.00 |
| Geoffrey Richards | 3/4/2015 | Airfare US Airways | 396.65 |
| Geoffrey Richards | 3/6/2015 | Airfare US Airways | 433.10 |
| Geoffrey Richards | 3/9/2015 | Amtrak from Wilmington Delalware to NYP for HipCricket Hearing | 106.00 |
| Geoffrey Richards | 3/9/2015 | Hotel Dupont for Wilmington Delaware Hearing | 250.00 |
| | | **Total Travel Expenses** | **$1,629.75** |

### TAXIS/CAR SERVICE

| NAME | DATE | EXPENSE CATEGORY | AMOUNT |
|---|---|---|---|
| Michael Balistreri | 1/21/2015 | NYC Taxi work to home - worked late | 11.30 |
| Michael Balistreri | 2/4/2015 | Cab worked late work to home | 10.30 |
| Michael Balistreri | 2/6/2015 | Cab worked late work to home | 9.92 |
| Michael Balistreri | 2/11/2015 | Cab work to home | 15.00 |
| Michael Balistreri | 2/11/2015 | Cab worked late work to home | 15.91 |
| Michael Balistreri | 2/11/2015 | Cab to hearing | 10.34 |
| Michael Balistreri | 2/18/2015 | Cab worked late work to home | 8.61 |
| Michael Balistreri | 2/19/2015 | Cab worked late work to home | 17.00 |
| Michael Balistreri | 2/26/2015 | Cab worked late work to home | 8.00 |
| Michael Balistreri | 2/27/2015 | Cab from Amtrak DE to mtg | 10.00 |
| Michael Balistreri | 2/27/2015 | Cab from mtg to DE Amtrak | 8.00 |
| Michael Balistreri | 2/27/2015 | NYC Taxi worked late | 17.16 |
| Michael Balistreri | 2/28/2015 | Uber Cab from work to home | 31.24 |
| Michael Balistreri | 3/3/2015 | Cab fare from work to home | 9.36 |
| Michael Balistreri | 3/9/2015 | Cab Fare from Amtrak Station Delaware to meeting | 10.00 |
| Geoffrey Richards | 3/6/2015 | Uber Cab from HipCricket Auction to LGA | 145.00 |
| Geoffrey Richards | 3/9/2015 | Uber Cab from PHL to Hotel | 79.00 |
| Geoffrey Richards | 3/9/2015 | Cab from meeting to home | 12.80 |
| | | **Total Taxi/Car Service Expenses** | **$428.94** |

### MEALS

| NAME | DATE | EXPENSE CATEGORY | AMOUNT |
|---|---|---|---|
| Michael Balistreri | 1/21/2015 | Dinner Little Italy Worked late | 7.02 |
| Michael Balistreri | 2/10/2015 | Dinner worked late | 33.34 |
| Michael Balistreri | 2/11/2015 | Breakfast at Penn Station travel to DC HipCricket Hearing | 9.23 |
| Michael Balistreri | 2/11/2015 | Breakfast at Penn Station travel to DC | 2.71 |
| Michael Balistreri | 2/18/2015 | Dinner Juice Generation worked Late | 18.24 |
| Michael Balistreri | 2/27/2015 | Hudson News Breakfast | 5.21 |
| Michael Balistreri | 2/27/2015 | Hudson News Breakfast | 12.20 |
| Michael Balistreri | 2/28/2015 | Uncle Pauls Pizza Dinner Worked Late | 6.53 |
| Michael Balistreri | 3/5/2015 | Juice Generation Dinner Worked Late | 18.24 |
| Michael Balistreri | 3/9/2015 | Zarros Bake Shop Breakfast | 5.25 |
| | | **Total Meal Expenses** | **$117.97** |

### MISCELLANEOUS

| NAME | DATE | EXPENSE CATEGORY | AMOUNT |
|---|---|---|---|
| Geoffrey Richards | 3/13/2015 | GoGo Air Inflight | 18.96 |
| | | **Total Miscellaneous Expenses** | **$18.96** |

| | | **TOTAL EXPENSES INCURRED** | **$ 2,195.62** |
|---|---|---|---|