IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIPCRICKET, INC.,[1]<br><br>Debtor. | Case No. 15-10104 (LSS)<br><br>Chapter 11<br><br>**Related Docket No. 369** |

### ORDER APPROVING (I) THE DEBTOR'S TERMINATION OF ITS 401(k) PLAN AND (II) THE IMPLEMENTATION OF CERTAIN PROCEDURES IN CONNECTION THEREWITH

Upon the motion (the "**Motion**")[2] of the above-captioned debtor and debtor in possession (the "**Debtor**") for the entry of an order approving (i) the Debtor's termination of the 401(k) Plan and (ii) implementation of the Termination Procedures; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief; and that the relief requested under the Motion is in the best interests of the Debtor's estate and creditors;

---

[1] The last four digits of the Debtor's tax identification number are 2076. The location of the Debtor's headquarters and the service address for the Debtor is 110 110th Avenue NE, Suite 410, Bellevue, WA 98004.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

DOCS_SF:87536.6

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtor's termination of the 401(k) Plan is hereby approved.

3. The Debtor is authorized to implement the Termination Procedures. To the extent necessary, the Distribution Trustee (as defined in the Plan of Reorganization) is also authorized to implement the Termination Procedures and effectuate the termination of the 401(k) Plan.

4. This Order shall be binding on the Debtor.

5. The Court shall retain jurisdiction over any matters relating to or arising from the implementation of this Order.

6. This Order shall take effect and be fully enforceable immediately upon execution hereof.

Dated: May 13, 2015

_____
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge