# EXHIBIT A

116430-0001/LEGAL126017139.1

1201 Third Avenue, Suite 4900     EMAIL: clientacct@perkinscoie.com
Seattle, Washington 98101     ACCOUNTING: 206.359.3143
PHONE: 206.359.8000     FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5314448 | May 12, 2015 |
| ACCOUNT # | DUE DATE |
| 116430.0001 | June 11, 2015 |

Hipcricket, Debtor-In-Possession
Attn: Todd Wilson
110-110th Avenue NE
Bellevue, WA 98004

| Matter Number / Name | 116430.0001 / Special Corporate Counsel in Bankruptcy |
|---|---|

| TOTAL FOR SERVICES: | TOTAL FOR DISBURSEMENTS: | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE:** |
|---|---|---|---|
| $28,628.25 | $96.30 | | **$28,724.55** |

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 116430 and Invoice 5314448**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

**FOR SERVICES** THROUGH 04/30/15

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/01/15 | F. Kanmacher | 0.20 | Review documents forwarded by bankruptcy counsel; |
| 04/01/15 | J. Kaplan | 0.10 | Conference regarding fee applications and certificate of no objection; |
| 04/01/15 | M. Maag | 1.80 | Coordinate preparation and filing of certificate of no objection to January fees and certificate of service of application for February fees (1.1); correspondence regarding request for payment of interim 80% of fees (.6); correspondence regarding preparation of proof of claim (.1); |
| 04/02/15 | F. Wilson | 2.70 | Email with bankruptcy counsel regarding Washington litigation and other matters regarding case (.6); work on updating FAQs for Company website (2.1); |
| 04/03/15 | F. Wilson | 2.70 | Finalize comments and revisions to updated FAQs (2.5); email with T. Bradford regarding same (.2); |
| 04/06/15 | F. Kanmacher | 0.20 | Review documents sent by bankruptcy counsel; |
| 04/07/15 | M. Maag | 0.10 | Emails regarding fee application process, payment tracking; |
| 04/08/15 | J. Kaplan | 0.20 | Review and edit invoice for fee application; |
| 04/08/15 | M. Maag | 1.10 | Begin drafting third monthly fee application (.9); coordinate assistance from billing coordinator (.2); |
| 04/09/15 | F. Kanmacher | 0.20 | Review documents sent by bankruptcy counsel; |
| 04/09/15 | M. Maag | 0.60 | Continue work on third fee application (.4); coordinate fee and payment tracking with accounts receivable and accounts payable (.2); |
| 04/10/15 | F. Kanmacher | 0.90 | Review Amended Disclosure Statement for Plan of Reorganization; |
| 04/10/15 | F. Wilson | 0.50 | Email and telephone conference with R. Garcia-Moreno regarding deregistration of 1933 Act filings; |
| 04/12/15 | J. Kaplan | 0.20 | Review bankruptcy pleadings; |
| 04/13/15 | F. Kanmacher | 2.50 | Review and comment on draft Stock Purchase Agreement and ancillary documents; |
| 04/13/15 | M. Maag | 1.20 | Continue preparation of third fee application; coordinate assistance with same; |
| 04/14/15 | N. Williams | 0.30 | Review and edit proposed letter to former employee regarding violations of non-solicitation agreement; message to T. Wilson regarding same; |
| 04/14/15 | M. Maag | 0.80 | Review and revise third fee application and file same; |

perkinscoie

INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/14/15 | F. Wilson | 0.20 | Email with N. Williams regarding employment law issues; |
| 04/15/15 | F. Kanmacher | 1.50 | Review escrow documentation and correspondence with I. Kharasch and T. Wilson in connection with return of deposit to SITO (.3); draft Escrow Release Notice (1.2) to send to the Escrow Agent and send same to client for review and signature; |
| 04/15/15 | J. Kaplan | 0.20 | Review and approve monthly fee application for filing and service; |
| 04/15/15 | F. Wilson | 5.70 | Email correspondence with T. Bradford regarding Form 8-K (.3); review draft Form 8-K for monthly operating reports and provide comments (.3); research deregistration by post-effective amendment of securities (.6); prepare draft deregistration statements for existing Form S-8 (3.5); email correspondence with F. Kanmacher regarding SITO escrow issue and ESW draft stock purchase agreement (.5); evaluate issues regarding accountants' resignation (.5); |
| 04/16/15 | F. Kanmacher | 3.50 | Comment on draft Purchase Agreement (1.8); attend to matters related to payment of Deposit to Sito Mobile, Ltd. out of escrowed funds with Wilmington Trust (0.6); review appeal decision related to Yahoo! Inc. case from US PTO (0.5); review 401(k) related materials with a view of terminating same (0.4); correspondence with benefits attorney and buyer's attorneys to discuss termination of same (0.2); |
| 04/16/15 | M. Maag | 1.40 | Detailed review and revision of third fee application (.7); prepare, file and coordinate service of same (.5); review and approve certificate of service for filing (.2); |
| 04/16/15 | J. Minzel | 0.10 | Review and respond to correspondence regarding termination of 401(k) plan; |
| 04/16/15 | F. Wilson | 3.60 | Email correspondence with R. Garcia-Moreno regarding termination of 401(k) and deregistration post-effective amendments (.4); prepare draft language for post-effective amendments (2.6); email with F. Kanmacher regarding SITO escrow release (.3); email with J. Rosell regarding conditions to closing plan of reorganization (.3); |
| 04/17/15 | F. Kanmacher | 1.70 | Review documents forwarded by buyer's counsel in connection with Purchase Agreement (0.6); correspondence with T. Bradford in connection with termination of company benefits (0.1); attend to matters related to return of deposit to Sito Mobile, Ltd. (0.1); preparation of disclosure statement (0.9); |
| 04/17/15 | F. Wilson | 0.90 | Review draft Form 8-K (.3); email with T. Bradford regarding same (.2); email with R. Garcia-Moreno regarding plan supplement document (.2); email with F. Kanmacher regarding 401(k) plan termination (.2); |
| 04/20/15 | F. Kanmacher | 0.50 | Review comments from bankruptcy counsel on stock purchase agreement and charter; |
| 04/20/15 | M. Maag | 0.10 | Coordinate filing certificate of service on third fee application; |



INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/20/15 | F. Wilson | 0.60 | Review plan supplement document (.4); email with J. Rosell regarding same (.2); |
| 04/21/15 | F. Kanmacher | 1.30 | Correspondence with bankruptcy counsel and ERISA lawyer in connection with termination of 401(k) plan (0.3); draft termination resolutions in connection with same (0.8); review motion regarding termination of 401(k) plan (0.2); |
| 04/21/15 | J. Minzel | 1.30 | Review and respond to correspondence regarding termination of 401(k) plan (.1); review 401(k) related documents (.2); review and respond to correspondence from T. Bradford regarding termination of 401(k) plan (.1); review motion to terminate 401(k) plan (.4); draft revisions to motion to terminate (.2); draft related correspondence (.1); conference regarding motion to terminate (.1); draft resolutions terminating 401(k) plan (.1); |
| 04/21/15 | F. Wilson | 1.30 | Email from T. Bradford regarding Form 8-K for auditors; resignation (.2); research regarding same (.9); email precedents to T. Bradford and Moss Adams (.2); |
| 04/22/15 | F. Kanmacher | 0.40 | Review changes to motion to terminate 401(k) Plan prepared by bankruptcy counsel, as revised by benefits specialist (0.2); finalize draft Board resolutions terminating 401(k) Plan (0.2); |
| 04/22/15 | J. Minzel | 3.40 | Review and respond to correspondence regarding motion to terminate 401(k) plan (.1); draft motion to terminate 401(k) plan (1.9); review the 401(k) plan adoption agreement and summary plan description (.3); research and review Form 5500 Annual Reports (.3); draft 401(k) termination procedures (.4); conference regarding motion to terminate 401(k) plan (.4); |
| 04/23/15 | F. Kanmacher | 0.20 | Review changes made to draft board resolutions; |
| 04/23/15 | J. Minzel | 1.40 | Review revisions to motion to terminate 401(k) plan (.3); draft related revisions and correspondence (.3); review termination procedures (.2); review board resolutions to terminate 401(k) plan (.2); draft revisions to board resolutions to delegate authority to the bankruptcy trustee (.3); review and draft related correspondence (.1); |
| 04/24/15 | F. Kanmacher | 0.20 | Review changes to Stock Purchase Agreement and related documents; |
| 04/24/15 | J. Minzel | 0.70 | Review and respond to multiple items of correspondence from J. Rosell (.1); draft analysis for Form 5500 filing and audit requirements (.1); review revisions to board resolutions (.3); draft related revisions and correspondence (.1); review and respond to related correspondence and correspondence from T. Bradford regarding Form 5500 filing issues (.1); |
| 04/24/15 | F. Wilson | 3.50 | Telephone conference with R. Garcia-Moreno regarding corporate authorizations related to plan of reorganization (.3); draft board resolutions regarding post-effective amendment (.8); telephone conference with F. Kanmacher regarding 401(k) plan termination resolutions (.3); finalize post-effective amendments (2.1); |

PERKINSCOIE

INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 04/27/15 | F. Kanmacher | 0.10 | Review documents received from bankruptcy counsel; |
| 04/27/15 | J. Kaplan | 0.20 | Review and approve certificate of no objection (.1); follow-up emails with M. Maag and F. Wilson regarding same (.1); |
| 04/27/15 | M. Maag | 0.60 | Emails with F. Wilson regarding certificate of no objection to monthly billing statement (.2); update fee and payment tracking workbook (.4); |
| 04/28/15 | F. Kanmacher | 1.10 | Draft and revise board consent authorizing termination of 401(k), stock plans and registration statements; |
| 04/28/15 | N. Williams | 0.25 | Review attorney response to cease and desist letter; review N.J. authority regarding enforcement of restrictive covenants; message to T. Wilson regarding same; |
| 04/28/15 | F. Wilson | 0.90 | Review and prepare comments on draft Form 8-K regarding resignation of auditors (.8); email correspondence with T. Wilson regarding former employee (.1); |
| 04/29/15 | F. Kanmacher | 0.10 | Review changes to motion terminating 401(k); |
| 04/29/15 | F. Wilson | 1.00 | Email correspondence with T. Bradford and T. Kortus regarding Form 8-K (.5); finalize draft Board resolution regarding SEC matters (.5); |
| 04/30/15 | J. Minzel | 0.30 | Review and respond to correspondence from J. Rosell regarding revisions to Motion to Terminate 401(k) Plan (.1); review revisions to Motion (.1); draft related correspondence to J. Rosell (.1); |
| 04/30/15 | F. Wilson | 1.20 | Telephone conference and email with T. Bradford regarding director signatures and SEC filing issues (.7); prepare post-effective amendments for Edgarization (.5); |
| TOTAL | | HOURS | |
| | | 55.75 | |

**SERVICES**
$28,628.25

**FOR DISBURSEMENTS** THROUGH 04/30/15

| DESCRIPTION | AMOUNT |
|---|---|
| Special postage | $10.50 |
| Computer Research | $85.80 |

**TOTAL FOR DISBURSEMENTS**
$96.30

**PERKINSCOIE**

INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

|  |  |
|---|---|
| **TOTAL DUE THIS INVOICE** | **$28,724.55** |

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $28,628.25 | $47,552.88 | $3,142.70 | $0.00 | $0.00 | $79,323.83 |
| Costs: | $96.30 | $145.07 | $0.00 | $0.00 | $0.00 | $241.37 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $28,724.55 | $47,697.95 | $3,142.70 | $0.00 | $0.00 | $79,565.20 |

The Accounts Receivable Total may not include all late charges on outstanding invoices . Late charges accrue based on the terms of your Letter of Engagement.