**EXHIBIT A**

Invoice for Services Provided in January 2015

LEGAL126200117.3

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5276984 | February 18, 2015 |
| ACCOUNT # | DUE DATE |
| 116430.0001 | March 20, 2015 |

Hipcricket, Debtor-In-Possession
Attn: Todd Wilson
110-110th Avenue NE
Bellevue, WA  98004

Matter Number / Name          116430.0001 / Special Corporate Counsel in Bankruptcy

| TOTAL FOR SERVICES: $15,263.50 | TOTAL FOR DISBURSEMENTS: $3.90 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $15,267.40** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 116430 and Invoice 5276984**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .

PERKINSCOIE

INVOICE #: 5276984

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

**FOR SERVICES** THROUGH 01/31/15

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|-------------------|-------|-------------------------|
| 01/21/15 | F. Kanmacher | 0.20 | Review and approve by email changes made to draft of disclosure schedules by Buyer's counsel; |
| 01/21/15 | F. Kanmacher | 0.30 | Review revisions made to draft Escrow Agreement (.2); correspondence with Buyer's counsel regarding same (.1); |
| 01/21/15 | J. Kaplan | 0.50 | Telephone conferences and emails regarding bankruptcy retention issues; |
| 01/21/15 | M. Maag | 0.70 | Correspondence regarding Hipcricket filing (.2); manage preparation and circulation of connections email (.5); |
| 01/21/15 | F. Wilson | 5.00 | Prepare revised draft Form 8-K regarding bankruptcy filing and related matters (1.5); telephone conference with T. Bradford regarding Form 8-K and Form 12b-25 filing logistics (.8); review "Edgarized" drafts of Form 8-K and prepare comments (.4); work on revisions to Form 12b-25 (.8); email with L. Cantor regarding bankruptcy disclosure issues (.4); email with T. Bradford regarding SEC disclosure matter (.3); telephone conference with Sito Mobile's counsel regarding SEC disclosure issues (.4); telephone conference with T. Wilson regarding stockholder communications (.4); |
| 01/21/15 | A. Sandvig | 1.40 | Communications regarding employment application and related documents (.4), revise and edit accordingly (1.0); |
| 01/23/15 | J. Kaplan | 1.20 | Emails regarding employment pleadings (.2); revise affidavit (.7); emails regarding additional information needed for same (.3); |
| 01/23/15 | F. Wilson | 0.80 | Email with T. Wilson regarding stockholder communications (.3); review first draft of FAQs (.5); |
| 01/26/15 | J. Kaplan | 1.20 | Emails and telephone conferences regarding status of employment pleadings; |
| 01/26/15 | K. Kokabi | 0.60 | Draft Stock Power transferring Voice Assist common shares held by Hipcricket to SITO Mobile; |
| 01/26/15 | F. Wilson | 4.30 | Work on stockholder FAQs (3.2); telephone conference with T. Wilson regarding SEC disclosure issues (.5); email with T. Bradford regarding Form 8-K filing (.3); telephone conference with J. Kaplan and S. Cho regarding application, affidavits and order authorizing retention of Perkins Coie (.3); |
| 01/27/15 | J. Kaplan | 1.00 | Emails regarding employment pleadings and background facts from accounting (.5); revise employment pleadings (.5); |

# PERKINSCOIE

INVOICE #: 5276984

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 01/27/15 | F. Wilson | 5.20 | Review revised draft application, affidavit and order authorizing employment and retention of Perkins Coie as special corporate counsel (.6); telephone conference with T. Bradford regarding securities law issues (.3); work on draft Form 8-K regarding approval of DIP financing and pay-off of Fast Pay loan (2.5); provide comments on revised drafts of stockholder FAQs (1.4); email to A. Mocherman regarding same (.1); email with T. Bradford regarding debtor-in-possession financing facility (.3); |
| 01/28/15 | J. Kaplan | 0.50 | Follow-up emails regarding and revisions to employment pleadings; |
| 01/28/15 | F. Wilson | 3.20 | Work on Form 8-K (.8); email with T. Bradford regarding stock transfer issue (.4); review and prepare comments to affidavit authorizing retention of Perkins Coie (1.2); review and prepare comments on Edgarized draft Form 8-K (.6); email with T. Bradford regarding same (.2); |
| 01/29/15 | J. Kaplan | 0.30 | Review and comment on final employment pleadings; |
| 01/29/15 | F. Wilson | 2.10 | Collect board minutes (.7); research regarding removal of restrictive legend on stock (.7); email with T. Bradford regarding same (.3); email with S. Cho regarding affidavit authorizing retention of Perkins Coie (.4); |
| 01/30/15 | J. Kaplan | 0.20 | Emails with Pachulski regarding engagement letter and final form of employment documents; |

| TOTAL | HOURS |
|-------|-------|
| | 28.70 |

**SERVICES**
$15,263.50

**FOR DISBURSEMENTS** THROUGH 01/31/15

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Photocopies and printing | $1.50 |
| Long distance telephone charges | $2.40 |

**TOTAL FOR DISBURSEMENTS**
$3.90

**TOTAL DUE THIS INVOICE**
**$15,267.40**

PERKINS**coie**

INVOICE #: 5276984

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

---

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $15,263.50 | $0.00 | $0.00 | $0.00 | $0.00 | $15,263.50 |
| Costs: | $3.90 | $0.00 | $0.00 | $0.00 | $0.00 | $3.90 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $15,267.40 | $0.00 | $0.00 | $0.00 | $0.00 | $15,267.40 |

The Accounts Receivable Total may not include all late charges on outstanding invoices . Late charges accrue based on the terms of your Letter of Engagement.

**EXHIBIT A**

Invoice for Services Provided in February 2015



1201 Third Avenue, Suite 4900     EMAIL: clientacct@perkinscoie.com
Seattle, Washington 98101     ACCOUNTING: 206.359.3143
PHONE: 206.359.8000     FAX: 206.359.9000

| INVOICE # | BILL DATE |
|---|---|
| 5288295 | March 16, 2015 |
| ACCOUNT # | DUE DATE |
| 116430.0001 | April 15, 2015 |

Hipcricket, Debtor-In-Possession
Attn: Todd Wilson
110-110th Avenue NE
Bellevue, WA  98004

Matter Number / Name       116430.0001 / Special Corporate Counsel in Bankruptcy

| TOTAL FOR SERVICES: $22,710.00 | TOTAL FOR DISBURSEMENTS: $60.96 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $22,770.96** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to
**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 116430 and Invoice 5288295**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .

Page  1



INVOICE #: 5288295

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

---

**FOR SERVICES** THROUGH 02/28/15

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/02/15 | F. Kanmacher | 0.10 | Review status of achieving APA pre-closing covenants such as obtaining consents from contractual third parties; |
| 02/02/15 | F. Kanmacher | 0.10 | Correspondence with SITO's counsel and client regarding cure cost; |
| 02/02/15 | F. Wilson | 0.70 | Work on minutes of January 20, 2015 board meeting (.5); telephone conference with T. Wilson regarding employee issues (.2); |
| 02/03/15 | F. Kanmacher | 0.20 | Review list of diligence questions and comments in anticipation of due diligence call with Canaccord; |
| 02/03/15 | F. Kanmacher | 0.30 | Correspondence regarding cure costs for addition to disclosure schedules; |
| 02/03/15 | F. Kanmacher | 0.20 | Review documents sent by Bankruptcy counsel; |
| 02/03/15 | N. Williams | 0.10 | Message to T. Wilson regarding intern question; |
| 02/04/15 | F. Wilson | 1.20 | Work on draft board minutes; |
| 02/05/15 | F. Kanmacher | 0.10 | Review draft of Stock Power in connection with stock certificate issued to Hipcricket by Voice Assist, Inc.; |
| 02/05/15 | J. Cristy | 0.40 | Research regarding COBRA; |
| 02/05/15 | K. Kokabi | 3.30 | Arrange and compile Asset Purchase Agreement and ancillary documents for inclusion in Working Notebook (1.2); prepare Working Notebook Index (1.4); coordinate printing and binding of Working Notebook and preparation of CDs (0.7); |
| 02/06/15 | F. Kanmacher | 0.20 | Review disclosure Schedule 2.5(a) Assumed Contracts listing all cure amounts received from client; |
| 02/06/15 | F. Kanmacher | 0.20 | Review preparation of closing binders for the APA transaction; |
| 02/06/15 | F. Kanmacher | 0.50 | Correspondence with client regarding benefits and COBRA questions post-closing; |
| 02/06/15 | J. Cristy | 0.40 | Research COBRA issues; |
| 02/07/15 | F. Kanmacher | 0.20 | Conversation with J. Minzel regarding benefits questions post-closing; |
| 02/09/15 | F. Kanmacher | 0.20 | Review revised schedule of assumed contract and cure costs; |
| 02/09/15 | J. Minzel | 1.30 | Review and respond to correspondence regarding COBRA continuation (.2); review COBRA continuation rules (.5); draft analysis of COBRA continuation rules in the context of an asset sale; review and respond to subsequent correspondence from I. Onstad (.6); |

PERKINS COIE

INVOICE #: 5288295

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 02/10/15 | F. Kanmacher | 0.10 | Review documents received from bankruptcy counsel; |
| 02/10/15 | N. Williams | 0.10 | Message to L. Cantor regarding commission payment question; |
| 02/10/15 | J. Minzel | 0.40 | Review and respond to correspondence from T. Wilson regarding COBRA issues; |
| 02/11/15 | F. Kanmacher | 0.20 | Review documents received from bankruptcy counsel; |
| 02/12/15 | F. Kanmacher | 0.30 | Correspondence with Canaccord regarding deal documents and schedules; |
| 02/12/15 | F. Kanmacher | 0.90 | Review correspondence from USPTO in connection with updates to disclosure schedules; |
| 02/12/15 | F. Kanmacher | 1.50 | Review disclosure schedules in order to prepare necessary updates thereto; |
| 02/12/15 | F. Kanmacher | 0.80 | Prepare intellectual property assignment documentation; |
| 02/12/15 | F. Wilson | 1.10 | Telephone conference with bankruptcy counsel regarding SEC disclosure requirements (.4); research regarding same (.5); email with T. Wilson regarding Form 8-K filing (.2); |
| 02/13/15 | J. Kaplan | 0.40 | Review certificate of no objection and exchange follow-up emails with F. Wilson regarding employment status (.2); review order regarding monthly application procedures (.1); conference with M. Maag regarding same (.1); |
| 02/17/15 | F. Kanmacher | 0.10 | Review draft of Form 8-K; |
| 02/17/15 | F. Kanmacher | 0.20 | Review documentation sent by bankruptcy counsel; |
| 02/17/15 | F. Kanmacher | 0.20 | Review tail policy to D&O insurance; |
| 02/17/15 | F. Kanmacher | 0.90 | Prepare revisions to disclosure schedules; |
| 02/17/15 | F. Wilson | 2.50 | Prepare draft Form 8-K relating to bidding procedures (1.4); email with J. Rosell regarding KEIP (.2); provide Word version of draft asset purchase agreement to Canaccord Genuity (.3); review printers' proof of Form 8-K filing (.4); email with T. Bradford regarding same (.2); |
| 02/18/15 | F. Kanmacher | 0.20 | Correspondence with Canaccord regarding escrow agreement; |
| 02/18/15 | J. Kaplan | 0.20 | Emails and messages with F. Wilson regarding entered employment order and process regarding monthly fee applications; |
| 02/18/15 | M. Maag | 0.30 | Review order authorizing employment; emails and telephone conferences regarding same; |

PERKINSCOIE

INVOICE #: 5288295

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/18/15 | F. Wilson | 2.20 | Email with L. Cantor regarding bid process (.4); email with F. Kanmacher regarding asset purchase agreements schedules update (.3); email with R. Rosell regarding KEIP (.2); evaluate SEC disclosure issues (1.3); |
| 02/19/15 | F. Kanmacher | 1.20 | Prepare revised draft of Schedules based on Buyer's rejection of certain contracts; |
| 02/19/15 | J. Kaplan | 0.20 | Emails regarding monthly fee application; |
| 02/19/15 | M. Maag | 0.70 | Correspondence regarding monthly invoices, review orders regarding retention, interim compensation (.3); review local rules and forms examples, monthly and interim applications (.4); |
| 02/19/15 | F. Wilson | 3.10 | Email with J. Rosell regarding KEIP order (.3); prepare draft Form 8-K disclosing KEIP and related exhibits (2.5); email with T. Wilson and T. Bradford regarding Form 8-K (.3); |
| 02/20/15 | F. Wilson | 3.70 | Work on draft board minutes (2.4); email with M. Hinker regarding APA disclosure schedules (.3); email with J. Rosell regarding KEIP (.3); revise draft Form 8-K and prepare exhibits (.7); |
| 02/23/15 | F. Kanmacher | 0.40 | Review correspondence regarding final KEIP order; |
| 02/23/15 | F. Kanmacher | 0.20 | Correspondence with Buyer's counsel regarding payment of escrow fees; revisions to schedules and satisfaction of pre-closing conditions; |
| 02/23/15 | J. Kaplan | 0.30 | Telephone conference with F. Wilson regarding sale schedule, objection and related issues; |
| 02/23/15 | M. Maag | 0.10 | Emails regarding monthly invoices; |
| 02/23/15 | F. Wilson | 5.20 | Email and telephone conferences with T. Bradford regarding SEC filings (.8); email with J. Rosell regarding KEIP (.2); evaluate disclosure issues (1.4); work on draft board minutes (2.1); email with T. Wilson regarding SEC reporting (.3); prepare execution drafts of KEIP and related attachments (.4) |
| 02/24/15 | F. Kanmacher | 0.20 | Review outstanding liens to be released in Delaware; |
| 02/24/15 | F. Kanmacher | 0.30 | Correspondence with T. Bradford regarding liens to be released at closing; |
| 02/24/15 | F. Kanmacher | 0.10 | Communication with client regarding payment of escrow fees; |
| 02/24/15 | F. Kanmacher | 0.60 | Prepare assignment documentation; |
| 02/24/15 | F. Kanmacher | 0.50 | Call with T. Bradford to discuss revisions to the schedules and related matters; |
| 02/24/15 | F. Kanmacher | 0.30 | Attend to matters related to pre-closing conditions for APA transaction; |

PERKINS COIE

INVOICE #: 5288295

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/24/15 | F. Kanmacher | 0.20 | Communication with client regarding release of liens prior to closing of APA transaction; |
| 02/24/15 | F. Kanmacher | 1.50 | Revise amended and restated draft of disclosure schedules; |
| 02/24/15 | J. Kaplan | 0.20 | Review sale objection from landlord (.1); emails with F. Wilson (.1); |
| 02/24/15 | F. Wilson | 1.20 | Telephone conference with T. Wilson regarding corporate issues related to bid and auction (.3); research regarding same (.9); |
| 02/25/15 | F. Kanmacher | 0.30 | Correspondence with Buyer's counsel regarding status of transaction and pre-closing conditions; |

| TOTAL | | HOURS | |
|---|---|---|---|
| | | 42.80 | |

**SERVICES**
$22,710.00

**FOR DISBURSEMENTS** THROUGH 02/28/15

| DESCRIPTION | AMOUNT |
|---|---|
| Computer Research | $60.96 |

**TOTAL FOR DISBURSEMENTS**
$60.96

**TOTAL DUE THIS INVOICE**
**$22,770.96**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $37,973.50 | $0.00 | $0.00 | $0.00 | $0.00 | $37,973.50 |
| Costs: | $64.86 | $0.00 | $0.00 | $0.00 | $0.00 | $64.86 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $38,038.36 | $0.00 | $0.00 | $0.00 | $0.00 | $38,038.36 |

The Accounts Receivable Total may not include all late charges on outstanding invoices . Late charges accrue based on the terms of your Letter of Engagement.

**EXHIBIT A**

Invoice for Services Provided in March 2015

LEGAL126200117.3

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5299788 | April 08, 2015 |

| ACCOUNT # | DUE DATE |
|---|---|
| 116430.0001 | May 08, 2015 |

Hipcricket, Debtor-In-Possession
Attn: Todd Wilson
110-110th Avenue NE
Bellevue, WA  98004

Matter Number / Name          116430.0001 / Special Corporate Counsel in Bankruptcy

| TOTAL FOR SERVICES: $43,104.00 | TOTAL FOR DISBURSEMENTS: $145.07 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $43,249.07** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 116430 and Invoice 5299788**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5299788

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

**FOR SERVICES** THROUGH 03/31/15

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 03/02/15 | F. Kanmacher | 0.20 | Review bankruptcy-related documents received from bankruptcy counsel; |
| 03/02/15 | J. Kaplan | 0.30 | Follow-up emails regarding fee application (.2); review update on sale status (.1); |
| 03/02/15 | F. Wilson | 0.20 | Email with bankruptcy counsel regarding pre-closing matters; |
| 03/02/15 | A. Ellias | 0.20 | Order, receive and review certified UCC listings in Delaware; |
| 03/03/15 | F. Kanmacher | 1.80 | Finalization of documents in anticipation of closing of Asset Purchase Agreement; |
| 03/04/15 | J. Kaplan | 0.10 | Emails regarding fee application; |
| 03/05/15 | J. Kaplan | 0.60 | Review Pachulski first monthly fee application (.2); follow-up emails regarding Perkins' monthly fee application (.1); review, revise and approve same for filing and service (.3); |
| 03/05/15 | M. Maag | 3.30 | Numerous communications with team regarding preparation of monthly fee application (.3); draft application (1.2); review and revise form of supporting documents (1.1); detailed review of application and forward for attorney review (.4); file application and coordinate service of same (.3); |
| 03/05/15 | F. Wilson | 1.00 | Review bankruptcy court pleadings and evaluate SEC disclosure issues (.8); work on fee application (.2); |
| 03/06/15 | F. Kanmacher | 0.20 | Review bankruptcy-related documents received from bankruptcy counsel; |
| 03/06/15 | J. Kaplan | 0.20 | Review DIP lender's notice of default (.1); review notice of successful bidder (.1); |
| 03/09/15 | J. Kaplan | 0.30 | Emails and telephone conference with F. Wilson regarding overbid, court hearing, and likely timing of reportable event; |
| 03/09/15 | M. Maag | 0.10 | Coordinate preparation of claim form; |
| 03/09/15 | F. Wilson | 2.00 | Email with T. Wilson regarding proposed sale process (.2); research SEC disclosure issues related to same (1.8); |
| 03/10/15 | F. Kanmacher | 0.10 | Review bankruptcy related documents received from bankruptcy counsel; |
| 03/10/15 | J. Kaplan | 0.30 | Review pleadings regarding auction results and emails with F. Wilson regarding same and judge's ruling; |

PERKINS COIE

INVOICE #: 5299788

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 03/10/15 | F. Wilson | 2.20 | Review filings related to auction process (.4); telephone conference with bankruptcy counsel regarding corporate and disclosure matters related to Chapter 11 plan of reorganization vs. asset sale (.6); research regarding same (1.2) |
| 03/11/15 | F. Kanmacher | 0.30 | Call with F. Wilson to discuss status of proposed asset sale; |
| 03/11/15 | J. Kaplan | 0.20 | Emails with F. Wilson regarding bankruptcy status and next steps; |
| 03/11/15 | F. Wilson | 2.20 | Telephone conference with T. Bradford regarding securities issues (.4); research market and regulatory information regarding trading of common stock (1.3); telephone conference with T. Bradford regarding disclosure matters (.5); |
| 03/12/15 | F. Wilson | 0.20 | Email with bankruptcy counsel regarding plan of reorganization; |
| 03/13/15 | J. Kaplan | 0.30 | Review and forward message from State of Louisiana regarding post-petition taxes (.2); emails regarding case and Plan status (.1); |
| 03/13/15 | F. Wilson | 6.10 | Telephone conference with R. Garcia-Moreno (ESW Capital counsel)(.8); follow up email with R. Garcia-Moreno regarding same (.6); research securities issues relating to plan of reorganization and review FINRA and SEC guidance regarding same (4.7); |
| 03/16/15 | J. Kaplan | 0.50 | Emails regarding fee application and review of invoices for same (.4); review pleadings regarding substitute DIP financing (.1); |
| 03/16/15 | M. Maag | 1.80 | Coordinate filing of proof of service (.4); telephone conferences and emails regarding details of monthly statement submission (1.4); |
| 03/16/15 | F. Wilson | 7.60 | E-mail correspondence with J. Rosell regarding timing issues (0.9); review amended KEIP (0.4); evaluate issues related to post-bankruptcy termination of SEC reporting obligations (6.1); e-mail with T. Bradford regarding same (0.2); |
| 03/17/15 | F. Wilson | 5.40 | E-Mail with T. Bradford regarding communication with stockholders (0.3); research issues related to post-bankruptcy termination of Section 15(d) reporting (3.8); telephone conference with R. Garcia-Moreno regarding SEC issues (1.3); |
| 03/18/15 | L. Mejia | 0.80 | Conference with F. Wilson regarding SEC issues; |
| 03/18/15 | F. Wilson | 1.70 | Research and telephone conference with L. Mejia regarding SEC issues (0.8); telephone conference with R. Moreno-Garcia regarding reporting and corporate matters (0.8); e-mail with J. Rosell regarding plan of reorganization matters (0.3); |
| 03/19/15 | F. Kanmacher | 0.40 | Review documents received from bankruptcy counsel; |

PERKINSCOIE

INVOICE #: 5299788

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 03/19/15 | F. Wilson | 4.60 | Review interim count orders (1.3); evaluate Form 8-K reporting issues (2.8); evaluate proposed edits to website FAQs (0.5); |
| 03/20/15 | F. Kanmacher | 0.80 | Review plan of reorganization-related documents for F. Wilson; |
| 03/20/15 | F. Wilson | 2.40 | Telephone conference with T. Wilson regarding amended KEIP and related matters (0.6); e-mail with T. Bradford regarding monthly operating report (0.4); e-mail with J. Kim regarding plan of reorganization (0.6); e-mail to T. Bradford summarizing 8-K requirements (0.6); e-mail with F. Kanmacher regarding plan of reorganization (0.2); |
| 03/21/15 | F. Kanmacher | 2.90 | Review plan of reorganization-related documents for F. Wilson; |
| 03/23/15 | F. Wilson | 8.90 | Prepare Form 8-K disclosure regarding DIP, KEIP, plan of reorganization and related issues (7.1); email and telephone conferences with bankruptcy counsel regarding same (1.3); prepare exhibits to Form 8-K (.2); email to J. Kim regarding fee information (.3); |
| 03/24/15 | F. Kanmacher | 0.30 | Review documents received in connection with bankruptcy filing; |
| 03/24/15 | M. Maag | 0.20 | Emails regarding claim amount and preparation of monthly fee application; |
| 03/24/15 | F. Wilson | 6.80 | Continued work on Form 8-Ks (5.2); email and telephone conferences with bankruptcy counsel and ESW counsel regarding same (1.6); |
| 03/25/15 | J. Kaplan | 0.30 | Review and approve monthly fee application for filing (.2); review disclosure issues (.1); |
| 03/25/15 | M. Maag | 2.20 | Coordinate preparation and filing of monthly fee applicaiton for services provided in February; prepare tracking forms for periodic fee applications and payments; |
| 03/25/15 | F. Wilson | 4.20 | Work on monthly operating report Form 8-K (2.3); email with J. Rosell, T. Bradford and ESW counsel regarding same (.9); review 8-K in response to comments (1.0); |
| 03/26/15 | M. Maag | 0.70 | Communications with court regarding filing procedures (.2); file notices of filing application (.3); coordinate preparation of certificate of no objection (.2); |
| 03/26/15 | F. Wilson | 1.50 | Revise draft 8-Ks in response to comments from bankruptcy counsel and ESW counsel (.6); prepare exhibits to Form 8-K (.5); email and telephone conferences with T. Bradford regarding same (.4); |
| 03/27/15 | F. Wilson | 1.10 | Finalize Form 8-K for monthly operating reporting (.3); email with T. Bradford regarding same (.1); revise 8-K for plan of reorganization to reflect comments from ESW and bankruptcy counsel (.4); email 8-K draft and exhibits to T. Bradford (.3); |
| 03/29/15 | F. Kanmacher | 0.80 | Review amended plan of reorganization and disclosure statement; |

PERKINSCOIe

INVOICE #: 5299788

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------------------------|
| 03/30/15 | J. Kaplan | 0.20 | Review bankruptcy pleadings; |
| 03/30/15 | F. Wilson | 2.80 | Review printers' proofs of draft 8-Ks and prepare edits (1.4); email with bankruptcy counsel regarding exhibits to 8-K (.3); prepare amended exhibit (.7); email with T. Bradford (.4); |
| 03/31/15 | F. Wilson | 1.30 | Review printers proofs of 8-K and provide comments (0.9); e-mail with T. Bradford (0.4); |
| TOTAL | | HOURS 82.60 | |

SERVICES
$43,104.00

**FOR DISBURSEMENTS** THROUGH 03/31/15

| DESCRIPTION | AMOUNT |
|-------------|--------|
| UCC fees - - RMB Enterprises - RMB, 3/2015 | $115.00 |
| Special postage | $27.37 |
| Computer Research | $2.70 |

**TOTAL FOR DISBURSEMENTS**
$145.07

**TOTAL DUE THIS INVOICE**
**$43,249.07**

**ACCOUNTS RECEIVABLE AGING INFORMATION**

| | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|--|--------|---------|---------|----------|------|-------|
| Fees: | $65,814.00 | $15,263.50 | $0.00 | $0.00 | $0.00 | $81,077.50 |
| Costs: | $206.03 | $3.90 | $0.00 | $0.00 | $0.00 | $209.93 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $66,020.03 | $15,267.40 | $0.00 | $0.00 | $0.00 | $81,287.43 |

The Accounts Receivable Total may not include all late charges on outstanding invoices . Late charges accrue based on the terms of your Letter of Engagement.

**EXHIBIT A**

Invoice for Services Provided in April 2015

1201 Third Avenue, Suite 4900          EMAIL: clientacct@perkinscoie.com

Seattle, Washington 98101              ACCOUNTING: 206.359.3143

PHONE: 206.359.8000                    FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5314448 | May 12, 2015 |
| ACCOUNT # | DUE DATE |
| 116430.0001 | June 11, 2015 |

Hipcricket, Debtor-In-Possession
Attn: Todd Wilson
110-110th Avenue NE
Bellevue, WA  98004

Matter Number / Name          116430.0001 / Special Corporate Counsel in Bankruptcy

| TOTAL FOR SERVICES: $28,628.25 | TOTAL FOR DISBURSEMENTS: $96.30 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $28,724.55** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 116430 and Invoice 5314448**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

**FOR SERVICES** THROUGH 04/30/15

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 04/01/15 | F. Kanmacher | 0.20 | Review documents forwarded by bankruptcy counsel; |
| 04/01/15 | J. Kaplan | 0.10 | Conference regarding fee applications and certificate of no objection; |
| 04/01/15 | M. Maag | 1.80 | Coordinate preparation and filing of certificate of no objection to January fees and certificate of service of application for February fees (1.1); correspondence regarding request for payment of interim 80% of fees (.6); correspondence regarding preparation of proof of claim (.1); |
| 04/02/15 | F. Wilson | 2.70 | Email with bankruptcy counsel regarding Washington litigation and other matters regarding case (.6); work on updating FAQs for Company website (2.1); |
| 04/03/15 | F. Wilson | 2.70 | Finalize comments and revisions to updated FAQs (2.5); email with T. Bradford regarding same (.2); |
| 04/06/15 | F. Kanmacher | 0.20 | Review documents sent by bankruptcy counsel; |
| 04/07/15 | M. Maag | 0.10 | Emails regarding fee application process, payment tracking; |
| 04/08/15 | J. Kaplan | 0.20 | Review and edit invoice for fee application; |
| 04/08/15 | M. Maag | 1.10 | Begin drafting third monthly fee application (.9); coordinate assistance from billing coordinator (.2); |
| 04/09/15 | F. Kanmacher | 0.20 | Review documents sent by bankruptcy counsel; |
| 04/09/15 | M. Maag | 0.60 | Continue work on third fee application (.4); coordinate fee and payment tracking with accounts receivable and accounts payable (.2); |
| 04/10/15 | F. Kanmacher | 0.90 | Review Amended Disclosure Statement for Plan of Reorganization; |
| 04/10/15 | F. Wilson | 0.50 | Email and telephone conference with R. Garcia-Moreno regarding deregistration of 1933 Act filings; |
| 04/12/15 | J. Kaplan | 0.20 | Review bankruptcy pleadings; |
| 04/13/15 | F. Kanmacher | 2.50 | Review and comment on draft Stock Purchase Agreement and ancillary documents; |
| 04/13/15 | M. Maag | 1.20 | Continue preparation of third fee application; coordinate assistance with same; |
| 04/14/15 | N. Williams | 0.30 | Review and edit proposed letter to former employee regarding violations of non-solicitation agreement; message to T. Wilson regarding same; |
| 04/14/15 | M. Maag | 0.80 | Review and revise third fee application and file same; |

PERKINS COIE

INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------------------------|
| 04/14/15 | F. Wilson | 0.20 | Email with N. Williams regarding employment law issues; |
| 04/15/15 | F. Kanmacher | 1.50 | Review escrow documentation and correspondence with I. Kharasch and T. Wilson in connection with return of deposit to SITO (.3); draft Escrow Release Notice (1.2) to send to the Escrow Agent and send same to client for review and signature; |
| 04/15/15 | J. Kaplan | 0.20 | Review and approve monthly fee application for filing and service; |
| 04/15/15 | F. Wilson | 5.70 | Email correspondence with T. Bradford regarding Form 8-K (.3); review draft Form 8-K for monthly operating reports and provide comments (.3); research deregistration by post-effective amendment of securities (.6); prepare draft deregistration statements for existing Form S-8 (3.5); email correspondence with F. Kanmacher regarding SITO escrow issue and ESW draft stock purchase agreement (.5); evaluate issues regarding accountants' resignation (.5); |
| 04/16/15 | F. Kanmacher | 3.50 | Comment on draft Purchase Agreement (1.8); attend to matters related to payment of Deposit to Sito Mobile, Ltd. out of escrowed funds with Wilmington Trust (0.6); review appeal decision related to Yahoo! Inc. case from US PTO (0.5); review 401(k) related materials with a view of terminating same (0.4); correspondence with benefits attorney and buyer's attorneys to discuss termination of same (0.2); |
| 04/16/15 | M. Maag | 1.40 | Detailed review and revision of third fee application (.7); prepare, file and coordinate service of same (.5); review and approve certificate of service for filing (.2); |
| 04/16/15 | J. Minzel | 0.10 | Review and respond to correspondence regarding termination of 401(k) plan; |
| 04/16/15 | F. Wilson | 3.60 | Email correspondence with R. Garcia-Moreno regarding termination of 401(k) and deregistration post-effective amendments (.4); prepare draft language for post-effective amendments (2.6); email with F. Kanmacher regarding SITO escrow release (.3); email with J. Rosell regarding conditions to closing plan of reorganization (.3); |
| 04/17/15 | F. Kanmacher | 1.70 | Review documents forwarded by buyer's counsel in connection with Purchase Agreement (0.6); correspondence with T. Bradford in connection with termination of company benefits (0.1); attend to matters related to return of deposit to Sito Mobile, Ltd. (0.1); preparation of disclosure statement (0.9); |
| 04/17/15 | F. Wilson | 0.90 | Review draft Form 8-K (.3); email with T. Bradford regarding same (.2); email with R. Garcia-Moreno regarding plan supplement document (.2); email with F. Kanmacher regarding 401(k) plan termination (.2); |
| 04/20/15 | F. Kanmacher | 0.50 | Review comments from bankruptcy counsel on stock purchase agreement and charter; |
| 04/20/15 | M. Maag | 0.10 | Coordinate filing certificate of service on third fee application; |

PERKINSCOIE

INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|-------------------|-------|------------------------|
| 04/20/15 | F. Wilson | 0.60 | Review plan supplement document (.4); email with J. Rosell regarding same (.2); |
| 04/21/15 | F. Kanmacher | 1.30 | Correspondence with bankruptcy counsel and ERISA lawyer in connection with termination of 401(k) plan (0.3); draft termination resolutions in connection with same (0.8); review motion regarding termination of 401(k) plan (0.2); |
| 04/21/15 | J. Minzel | 1.30 | Review and respond to correspondence regarding termination of 401(k) plan (.1); review 401(k) related documents (.2); review and respond to correspondence from T. Bradford regarding termination of 401(k) plan (.1); review motion to terminate 401(k) plan (.4); draft revisions to motion to terminate (.2); draft related correspondence (.1); conference regarding motion to terminate (.1); draft resolutions terminating 401(k) plan (.1); |
| 04/21/15 | F. Wilson | 1.30 | Email from T. Bradford regarding Form 8-K for auditors; resignation (.2); research regarding same (.9); email precedents to T. Bradford and Moss Adams (.2); |
| 04/22/15 | F. Kanmacher | 0.40 | Review changes to motion to terminate 401(k) Plan prepared by bankruptcy counsel, as revised by benefits specialist (0.2); finalize draft Board resolutions terminating 401(k) Plan (0.2); |
| 04/22/15 | J. Minzel | 3.40 | Review and respond to correspondence regarding motion to terminate 401(k) plan (.1); draft motion to terminate 401(k) plan (1.9); review the 401(k) plan adoption agreement and summary plan description (.3); research and review Form 5500 Annual Reports (.3); draft 401(k) termination procedures (.4); conference regarding motion to terminate 401(k) plan (.4); |
| 04/23/15 | F. Kanmacher | 0.20 | Review changes made to draft board resolutions; |
| 04/23/15 | J. Minzel | 1.40 | Review revisions to motion to terminate 401(k) plan (.3); draft related revisions and correspondence (.3); review termination procedures (.2); review board resolutions to terminate 401(k) plan (.2); draft revisions to board resolutions to delegate authority to the bankruptcy trustee (.3); review and draft related correspondence (.1); |
| 04/24/15 | F. Kanmacher | 0.20 | Review changes to Stock Purchase Agreement and related documents; |
| 04/24/15 | J. Minzel | 0.70 | Review and respond to multiple items of correspondence from J. Rosell (.1); draft analysis for Form 5500 filing and audit requirements (.1); review revisions to board resolutions (.3); draft related revisions and correspondence (.1); review and respond to related correspondence and correspondence from T. Bradford regarding Form 5500 filing issues (.1); |
| 04/24/15 | F. Wilson | 3.50 | Telephone conference with R. Garcia-Moreno regarding corporate authorizations related to plan of reorganization (.3); draft board resolutions regarding post-effective amendment (.8); telephone conference with F. Kanmacher regarding 401(k) plan termination resolutions (.3); finalize post-effective amendments (2.1); |

PERKINS COIE

INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------------------------|
| 04/27/15 | F. Kanmacher | 0.10 | Review documents received from bankruptcy counsel; |
| 04/27/15 | J. Kaplan | 0.20 | Review and approve certificate of no objection (.1); follow-up emails with M. Maag and F. Wilson regarding same (.1). |
| 04/27/15 | M. Maag | 0.60 | Emails with F. Wilson regarding certificate of no objection to monthly billing statement (.2); update fee and payment tracking workbook (.4); |
| 04/28/15 | F. Kanmacher | 1.10 | Draft and revise board consent authorizing termination of 401(k), stock plans and registration statements; |
| 04/28/15 | N. Williams | 0.25 | Review attorney response to cease and desist letter; review N.J. authority regarding enforcement of restrictive covenants; message to T. Wilson regarding same; |
| 04/28/15 | F. Wilson | 0.90 | Review and prepare comments on draft Form 8-K regarding resignation of auditors (.8); email correspondence with T. Wilson regarding former employee (.1); |
| 04/29/15 | F. Kanmacher | 0.10 | Review changes to motion terminating 401(k); |
| 04/29/15 | F. Wilson | 1.00 | Email correspondence with T. Bradford and T. Kortus regarding Form 8-K (.5); finalize draft Board resolution regarding SEC matters (.5); |
| 04/30/15 | J. Minzel | 0.30 | Review and respond to correspondence from J. Rosell regarding revisions to Motion to Terminate 401(k) Plan (.1); review revisions to Motion (.1); draft related correspondence to J. Rosell (.1); |
| 04/30/15 | F. Wilson | 1.20 | Telephone conference and email with T. Bradford regarding director signatures and SEC filing issues (.7); prepare post-effective amendments for Edgarization (.5); |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 55.75 | |

**SERVICES**
$28,628.25

**FOR DISBURSEMENTS** THROUGH 04/30/15

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Special postage | $10.50 |
| Computer Research | $85.80 |

**TOTAL FOR DISBURSEMENTS**
$96.30

PERKINS COIE

INVOICE #: 5314448

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

---

| TOTAL DUE THIS INVOICE |
|---|
| **$28,724.55** |

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $28,628.25 | $47,552.88 | $3,142.70 | $0.00 | $0.00 | $79,323.83 |
| Costs: | $96.30 | $145.07 | $0.00 | $0.00 | $0.00 | $241.37 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $28,724.55 | $47,697.95 | $3,142.70 | $0.00 | $0.00 | $79,565.20 |

The Accounts Receivable Total may not include all late charges on outstanding invoices . Late charges accrue based on the terms of your Letter of Engagement.

**EXHIBIT A**

Invoice for Services Provided in May 2015

LEGAL126200117.3

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000

EMAIL: clientacct@perkinscoie.com
ACCOUNTING: 206.359.3143
FAX: 206.359.9000



| INVOICE # | BILL DATE |
|---|---|
| 5318262 | May 20, 2015 |
| ACCOUNT # | DUE DATE |
| 116430.0001 | June 19, 2015 |

Hipcricket, Debtor-In-Possession
Attn: Todd Wilson
110-110th Avenue NE
Bellevue, WA  98004

Matter Number / Name        116430.0001 / Special Corporate Counsel in Bankruptcy

| TOTAL FOR SERVICES: $11,142.00 | TOTAL FOR DISBURSEMENTS: $0.00 | TOTAL FOR LATE CHARGES: | **TOTAL DUE THIS INVOICE: $11,142.00** |
|---|---|---|---|

*Payment due in U.S. Currency*

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

TAX ID#: 91-0591206

For CHECK REMITTANCE make checks payable to

For WIRE REMITTANCE please direct to

**Perkins Coie LLP**
**Attn: Client Accounting**
**1201 Third Avenue, Suite 4900**
**Seattle, WA 98101**
**Please reference:**
**Perkins Coie Account No. 116430 and Invoice 5318262**

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due .



INVOICE #: 5318262

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

---

**FOR SERVICES** THROUGH 05/19/15

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|-------------------------|
| 05/01/15 | F. Wilson | 0.50 | Email correspondence with T. Kortus and T. Bradford regarding Form 8-K for resignation of auditors; |
| 05/04/15 | F. Kanmacher | 0.20 | Review documents sent by bankruptcy counsel; |
| 05/05/15 | F. Kanmacher | 0.10 | Review documents mailed by bankruptcy counsel; |
| 05/06/15 | F. Wilson | 0.30 | Email with T. Bradford regarding Form S-8 post-effective amendment; |
| 05/07/15 | F. Wilson | 2.30 | Email with T. Bradford and ESW counsel regarding SEC filings (.4); review Edgarized drafts of post-effective amendments on Forms S-1, S-3 and S-8 (.7); email with J. Rosell regarding timing of confirmation order and related corporate issues (.4); work on Form 8-K reporting confirmation of plan of reorganization (.8); |
| 05/08/15 | F. Kanmacher | 0.20 | Review correspondence received from bankruptcy counsel; |
| 05/08/15 | N. Williams | 0.10 | Telephone conference with T. Wilson regarding employee non-solicitation agreements; |
| 05/11/15 | F. Kanmacher | 0.10 | Review documents sent by Bankruptcy Counsel; |
| 05/11/15 | J. Kaplan | 0.60 | Review and edit invoice for fee application (.3); review pleadings regarding status of Plan confirmation (.2); emails with F. Wilson regarding same (.1); |
| 05/11/15 | J. Minzel | 0.10 | Review and respond to correspondence 401(k) termination; |
| 05/11/15 | F. Wilson | 4.30 | Email correspondence with R. Garcia-Moreno regarding post-effective amendments (.4); prepare additional Form S-1 post-effective amendment (.5); email with T. Bradford regarding same (.3); review draft confirmation order and amended plan of reorganization (1.2); prepare draft Form 8-K regarding same (1.9); |
| 05/12/15 | M. Maag | 0.40 | Review invoice for April services and begin drafting Perkins fourth fee application; |
| 05/12/15 | F. Wilson | 1.10 | Telephone conference with T. Bradford regarding confirmation order reporting issues (.3); evaluate Section 16 reporting issues (.6); review Edgarized draft post-effective amendments (.2); |
| 05/13/15 | J. Kaplan | 0.10 | Review and approve certificate of no objection for filing; |
| 05/13/15 | M. Maag | 1.80 | Continue preparation of Perkins fourth fee application (1.0); draft, compile and file certificate of no objection to third fee application (.3); report to F. Wilson regarding certificate of no objection, amounts approved for interim payment (.1); update application and payment tracking workbook (.4); |

PERKINSCOIE

INVOICE #: 5318262

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| DATE | ATTORNEY/ASSISTANT | HOURS | DESCRIPTION OF SERVICES |
|------|--------------------|-------|--------------------------|
| 05/13/15 | F. Wilson | 0.80 | Telephone conference with T. Bradford regarding Section 16 question (.4); email with J. Rosell regarding timing and pre-closing issues (.4); |
| 05/14/15 | F. Kanmacher | 0.40 | Review confirmation order received from bankruptcy counsel; |
| 05/14/15 | J. Kaplan | 0.50 | Review confirmation order and amended plan regarding deadlines for professional fee applications (.3); emails with F. Wilson and M. Maag regarding same (.2); |
| 05/14/15 | M. Maag | 1.10 | Detailed review and revision of fee application and supporting documents and forward for attorney review; |
| 05/14/15 | F. Wilson | 1.60 | Telephone conferences with SEC to confirm effectiveness of post-effective amendments to Forms S-1 and S-3 (.4); email with R. Garcia-Moreno regarding same (.1); receive comments on draft Form 8-K regarding entry of confirmation order (.8); email with J. Rosell regarding final versions of plan of reorganization and confirmation order (.3); |
| 05/15/15 | F. Kanmacher | 0.10 | Review documents received from bankruptcy counsel; |
| 05/15/15 | F. Wilson | 5.30 | All-hands telephone conference on pre-closing matters (.8); email correspondence and telephone conferences with ESW counsel regarding Form 8-K, press release and other pre-closing matters (1.4); email with J. Rosell regarding timing issues (.5); email and telephone conferences with T. Bradford regarding pre-closing matters and Form 8-K filing (1.3); receive, revise and finalize Form 8-K (1.3); |

| TOTAL | | HOURS | |
|-------|--|-------|--|
| | | 22.00 | |

**SERVICES**

$11,142.00

PERKINS COIE

INVOICE #: 5318262

Hipcricket, Debtor-In-Possession

116430.0001 / Special Corporate Counsel in Bankruptcy

| TOTAL DUE THIS INVOICE |
|---|
| **$11,142.00** |

**ACCOUNTS RECEIVABLE AGING INFORMATION**

|  | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | TOTAL |
|---|---|---|---|---|---|---|
| Fees: | $39,770.25 | $43,104.00 | $4,448.88 | $3,142.70 | $0.00 | $90,465.83 |
| Costs: | $96.30 | $145.07 | $0.00 | $0.00 | $0.00 | $241.37 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $39,866.55 | $43,249.07 | $4,448.88 | $3,142.70 | $0.00 | $90,707.20 |

The Accounts Receivable Total may not include all late charges on outstanding invoices . Late charges accrue based on the terms of your Letter of Engagement.